JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUND AND COLOR, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMUEL SMITH, *et al.*,<br><br>　　　　Defendants. | Case No.  2:22-cv-01508-WLH-AS<br><br>**JUDGMENT**<br><br>Hon. Wesley L. Hsu<br>United States District Judge |

In accordance with the Court's Order regarding defendants Samuel Smith, Normani Kordei Hamilton, also sued as Songs of NKH, James Napier, Tor Hermansen and Mikkel Erikson, also sued as Stargate, UMG Recordings, Inc., Universal Music Group, Inc., Sony Music Publishing (US) LLC, EMI Blackwood Music Inc., EMI April Music Inc., Sony Corporation of America, 45th and 3rd Music LLC, Tim & Danny Music LLC, Downtown Music Publishing LLC, Naughty Words Limited, Sony Music Publishing (UK) Ltd., and EMI Music Publishing Ltd.'s ("Defendants") Motion for Summary Judgment,

///

///

1     **IT IS ORDERED AND ADJUDGED** that plaintiff Sound and Color, LLC ("Plaintiff") take nothing and that Plaintiff's action be dismissed on the merits with prejudice. Defendants shall not recover costs because they did not specify their costs request in their Motion for Summary Judgment papers. *See, e.g.*, *Lawrence v. Sony Pictures Entm't, Inc.*, 534 Fed. App'x 651, 653 n.1 (9th Cir. 2013) (declining to consider arguments that were "largely unsupported by citation to law or fact").

**IT IS SO ORDERED.**

Dated: September 6, 2023  _____
                                       HON. WESLEY L. HSU
                                       UNITED STATES DISTRICT JUDGE