AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>Central District of California, Los Angeles |
|---|---|
| DOCKET NO.<br>2:22-cv-01508-WLH-AS | DATE FILED<br>03/04/2022 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Sound and Color, LLC | Samuel Smith et al |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | SR0000847699 | Dancing With Strangers aka Dancing With a Stranger | Jordan Vincent |
| 2 | PA0002260139 | Dancing With A Stranger | Samuel Smith |
| 3 | PA0002185007 | Dancing With A Stranger | Samuel Smith |
| 4 | PA0002182851 | Dancing With A Stranger | Universal Music Operations LTD |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☒ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☒ No | DATE RENDERED<br>09/06/2023 |
|---|---|---|
| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>Lori Muraoka | DATE<br>09/06/2023 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy