Peter Anderson, Esq., Cal. Bar No. 88891
　　peteranderson@dwt.com
Sean M. Sullivan, Esq., Cal. Bar No. 229104
　　seansullivan@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
　　ericlamm@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
SAMUEL SMITH, NORMANI KORDEI
HAMILTON, also sued as SONGS OF NKH,
JAMES NAPIER, TOR HERMANSEN and
MIKKEL ERIKSEN, also sued as STARGATE,
UMG RECORDINGS, INC., UNIVERSAL
MUSIC GROUP, INC., SONY MUSIC
PUBLISHING (US) LLCs, EMI BLACKWOOD
MUSIC INC., EMI APRIL MUSIC INC.,
SONY CORPORATION OF AMERICA,
45TH AND 3RD MUSIC LLC, TIM &
DANNY MUSIC LLC, DOWNTOWN
MUSIC PUBLISHING LLC, NAUGHTY
WORDS LIMITED, SONY/ATV MUSIC
PUBLISHING (UK) LTD., and EMI MUSIC
PUBLISHING LTD.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Sound and Color, LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Samuel Smith, *et al.*,<br><br>　　　　Defendants. | Case No. 2:22-cv-01508-WLH-AS<br><br>STIPULATION TO ORDER SETTING BRIEFING SCHEDULE RE MOTION FOR ATTORNEY'S FEES, MOTION TO RECONSIDER DENIAL OF COSTS, AND APPLICATION TO TAX COSTS<br><br>[*Proposed*] Order Submitted Concurrently Herewith |

# STIPULATION

This Stipulation is entered into by and between plaintiff Sound and Color, LLC ("Plaintiff") and defendants Samuel Smith, Normani Kordei Hamilton, also sued as Songs of NKH, James Napier, Tor Hermansen and Mikkel Eriksen, also sued as Stargate, UMG Recordings, Inc., Universal Music Group, Inc., Sony Music Publishing (US) LLC, EMI Blackwood Music Inc., EMI April Music Inc., Sony Corporation of America, 45th and 3rd Music LLC, Tim & Danny Music LLC, Downtown Music Publishing LLC, Naughty Words Limited, Sony/ATV Music Publishing (UK) Ltd., and EMI Music Publishing Ltd. ("Defendants"), by and through their respective attorneys of record and with respect to the following facts:

1. On September 6, 2023, the Court issued its Order granting Defendants' Motion for Summary Judgment (Doc. 146) and entered judgment in favor of Defendants ("Judgment") (Doc. 147). The Judgment also provides that "Defendants shall not recover costs because they did not specify their costs request in their Motion for Summary Judgment papers." Doc. 147 at 2.

2. Defendants intend to file (a) a motion for attorney's fees pursuant to 17 U.S.C. Section 505, (b) a motion to reconsider the Judgment's reference to costs (collectively, the "Motions"), and (c) subject to the Court's ruling on the motion to reconsider, an application to tax costs (the "Application"). On September 15, 2023, the parties' pre-motion conference pursuant to Local Rule 7-3 took place and Plaintiff indicated that it would oppose the Motions. Plaintiff further requested that the parties confer regarding a mutually agreeable hearing date.

3. On September 19, 2023, the Court ordered that Defendants' deadline to file the Motions and Application be extended from September 20, 2023, to September 22, 2023. *See* Doc. 150.

///

///

///

4.      The parties have conferred regarding the hearing date and briefing schedule and, in order to accommodate scheduling conflicts of Plaintiff's counsel and Defendants' counsel, propose the following briefing schedule:

(a) Defendants shall file and serve their Motions and Application on or before the current deadline of September 22, 2023, noticed with a hearing date of November 3, 2023, at 1:30 p.m., or at a later date as the Court determines;

(b) Plaintiff shall file and serve its opposition papers to the Motions and Application on or before October 10, 2023; and

(c) Defendants shall file their reply papers on or before October 20, 2023.

**NOW, THEREFORE,** the parties respectfully request that the Court issue the accompanying proposed Order setting the foregoing briefing schedule.

**SO STIPULATED**

Dated: September 22, 2023

　　　　　　　　　　　　　　　　　　　/s/ AJ Fluehr
　　　　　　　　　　　　　　　　　　Steven T. Lowe, Esq.
　　　　　　　　　　　　　　　　　　Lowe & Associates
　　　　　　　　　　　　　　　　　　　　　-and-
　　　　　　　　　　　　　　　　　　Alfred (AJ) Fluehr, Esq.
　　　　　　　　　　　　　　　　　　FRANCIS ALEXANDER, LLC
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　SOUND AND COLOR, LLC

Dated: September 22, 2023

　　　　　　　　　　　　　　　　　　　/s/ Eric H. Lamm
　　　　　　　　　　　　　　　　　　Peter Anderson, Esq.
　　　　　　　　　　　　　　　　　　Sean M. Sullivan, Esq.
　　　　　　　　　　　　　　　　　　Eric H. Lamm, Esq.
　　　　　　　　　　　　　　　　　　DAVIS WRIGHT TREMAINE LLP
　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　SAMUEL SMITH, NORMANI KORDEI HAMILTON, JAMES NAPIER, TOR HERMANSEN, MIKKEL ERIKSEN, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, INC., SONY MUSIC
　　　　　　　　　　　　　　　　　　[continued on next page]

PUBLISHING (US) LLC, EMI BLACKWOOD MUSIC INC., EMI APRIL MUSIC INC., SONY CORPORATION OF AMERICA, 45TH AND 3RD MUSIC LLC, TIM & DANNY MUSIC LLC, DOWNTOWN MUSIC PUBLISHING LLC, NAUGHTY WORDS LIMITED, SONY MUSIC PUBLISHING (UK) LTD. and EMI MUSIC PUBLISHING LTD.

## Attestation Regarding Signatures

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: September 22, 2023

                 */s/ Eric H. Lamm*
                   Eric H. Lamm