**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Sound and Color, LLC | ) Case No. 2:22-cv-01508-WLH-AS |
| Plaintiff, | ) |
| v. | ) [*PROPOSED*] ORDER SETTING BRIEFING SCHEDULE RE MOTION FOR ATTORNEY'S FEES, MOTION |
| Samuel Smith, *et al.*, | ) TO RECONSIDER DENIAL OF COSTS, AND APPLICATION TO |
| Defendants. | ) TAX COSTS |

**ORDER**

The Court, having considered the Stipulation of plaintiff Sound and Color, LLC ("Plaintiff") and defendants Samuel Smith, Normani Kordei Hamilton, James Napier, Tor Hermansen, Mikkel Eriksen, UMG Recordings, Inc., Universal Music Group, Inc., Sony Music Publishing (US) LLC, EMI Blackwood Music Inc., EMI April Music Inc., Sony Corporation of America, 45th and 3rd Music LLC, Tim & Danny Music LLC, Downtown Music Publishing LLC, Naughty Words Limited, Sony Music Publishing (UK) Ltd. (sued as Sony/ATV Music Publishing Ltd.) and EMI Music Publishing Ltd. (collectively, "Defendants"), and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. Defendants shall file and serve their motion for attorney's fees, motion to reconsider the denial of costs, and accompanying application to the clerk to tax costs on or before the current deadline of September 22, 2023, noticing the foregoing motions for hearing on November 3, 2023, at 1:30 p.m.;

2. Plaintiff shall file and serve its opposition papers on or before October 10, 2023; and

3. Defendants shall file their reply papers on or before October 20, 2023.

Dated: _____

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE