Name: Alfred J. Fluehr
Address: 280 N. Providence Rd
City, State, Zip: Media, PA 19063
Phone: 2153411063
Fax: 2155001005
E-Mail: aj@francisalexander.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sound and Color, LLC<br><br>PLAINTIFF(S),<br>v.<br>Samuel Smith et al (see attached form for complete list)<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22-cv-01508-WLH-AS<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _Sound and Color, LLC_ hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

*Name of Appellant*

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   Doc. No. 146; see attached form

☒ Judgment (specify):
   Doc. No. 147

☒ Other (specify):
   see attached form

Imposed or Filed on _September 6, 2023_. Entered on the docket in this action on _September 6, 2023_.

A copy of said judgment or order is attached hereto.

October 6, 2023                          /s/ AJ Fluehr
Date                                      Signature
                                          ☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

**Note:**  The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                              NOTICE OF APPEAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Sound and Color, LLC ) | Case No. 2:22-cv-01508- |
|       Plaintiff, ) | |
|   v. ) | |
| Samuel Smith; Normani Kordei Hamilton; Stargate; Mikkel Storleer Eriksen; Tor Erik Hermansen; James John Napier; Universal Music Group; Universal Music Operations Limited; UMG Recordings Inc.; Sony Music Group; Sony Corporation of America Sony/ATV Music Publishing LLC; Sony/ATV Music Publishing Ltd.; Sony/ATV Songs LLC; EMI Music Publishing LTD; EMI April Music Inc.; EMI Blackwood Music Inc.; Downtown Music Publishing LLC; Salli Isaak Songs LTD; Naughty Words Limited; Songs of NKH; Stellar Songs Limited; Stellar Songs; Tim & Danny Music LLC; 45th & 3rd Music LLC ) | NOTICE OF APPEAL |
|       Defendants. ) | |

## **SUPPLEMENT TO NOTICE OF APPEAL**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Sound and Color, LLC hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered on September 6, 2023, as well as any and all interlocutory rulings, decisions, and orders that gave rise to the judgment and are merged therein, including those contained in the transcript of the hearing on July 14, 2023.

Pursuant to the Ninth Circuit Rules, the following exhibits are attached to this Notice of Appeal:

    **Exhibit 1**    Ninth Circuit Rule 3-2 Representation Statement

| | | |
|---|---|---|
| **Exhibit 2** | Judgment |
| **Exhibit 3** | Summary Judgment Order |
| **Exhibit 4** | Transcript and Tentative Summary Judgment Order |
| **Exhibit 5** | Feb. 2, 2023 Order Granting, Denying Motion to Compel |
| **Exhibit 6** | Dec. 3, 2022 Order Denying Ex Parte Motion |

Respectfully Submitted,

Alfred (AJ) Fluehr, Esq.
(*pro hac* vice)
aj@francisalexander.com
**FRANCIS ALEXANDER, LLC**
280 N. Providence Rd., Suite 1
Media, PA 19063
Tel: (215) 341-1063
*Attorneys for Plaintiff*
/s/ October 6, 2023

2

# PROOF OF SERVICE

I, Alfred Fluehr, declare:

I am employed in the County of Delaware, Commonwealth of Pennsylvania. I am over the age of 18, and am not a party to the within action. My business address is 280 N. Providence Road, Suite 1, Media, PA 19063.

On October 6, 2023, I caused the foregoing **PLAINTIFF'S NOTICE OF APPEAL** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all parties in its system:

Peter J. Anderson, Esquire
Eric Lamm, Esquire
865 S Figueroa Street | Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6800
Direct : (310) 260-6030
Fax: (213) 633-6899
Email: peteranderson@dwt.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 6, 2023, at Media, PA.

| Alfred J. Fluehr | /s/ *AJ Fluehr* |
|---|---|
| Type or print name | Signature |

3