Name: Alfred J. Fluehr
Address: 31 S. Chester Road
City, State, Zip: Swarthmore, PA 19081
Phone: 2153411063
Fax: 2155001005
E-Mail: aj@francisalexander.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Sound and Color, LLC

PLAINTIFF(S),

v.

Samuel Smith et al (see attached form for complete list)

DEFENDANT(S).

CASE NUMBER:

2:22-cv-01508-WLH-AS

**AMENDED NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that **Sound and Color, LLC** (*Name of Appellant*) hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): Doc. No. 146; 167; see attached form

☒ Judgment (specify): Doc. No. 147; 167

☒ Other (specify): see attached form

Imposed or Filed on **September 6, 2023**. Entered on the docket in this action on **September 6, 2023**.

A copy of said judgment or order is attached hereto. The Amended Judgment was filed on March 18, 2024

April 16, 2024
Date

/s/ AJ Fluehr
Signature

☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Sound and Color, LLC<br><br>   Plaintiff,<br><br>  v.<br><br>Samuel Smith; Normani Kordei Hamilton; Stargate; Mikkel Storleer Eriksen; Tor Erik Hermansen; James John Napier; Universal Music Group; Universal Music Operations Limited; UMG Recordings Inc.; Sony Music Group; Sony Corporation of America Sony/ATV Music Publishing LLC; Sony/ATV Music Publishing Ltd.; Sony/ATV Songs LLC; EMI Music Publishing LTD; EMI April Music Inc.; EMI Blackwood Music Inc.; Downtown Music Publishing LLC; Salli Isaak Songs LTD; Naughty Words Limited; Songs of NKH; Stellar Songs Limited; Stellar Songs; Tim & Danny Music LLC; 45th & 3rd Music LLC<br><br>   Defendants. | Case No. 2:22-cv-01508-<br><br><br><br>AMENDED NOTICE OF APPEAL |

## SUPPLEMENT TO AMENDED NOTICE OF APPEAL

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE that Plaintiff Sound and Color, LLC hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered on September 6, 2023, and the amended judgment entered on March 18, 2024, as well as any and all interlocutory rulings, decisions, and orders that gave rise to the judgment and are merged therein, including those contained in the transcript of the hearing on July 14, 2023.

Pursuant to the Ninth Circuit Rules, the following exhibits are attached to this Notice of Appeal:

  **Exhibit 1**  Ninth Circuit Rule 3-2 Representation Statement

1

| | | |
|---|---|---|
| | **Exhibit 2** | Judgment |
| | **Exhibit 3** | Summary Judgment Order |
| | **Exhibit 4** | Transcript and Tentative Summary Judgment Order |
| | **Exhibit 5** | Feb. 2, 2023 Order Granting, Denying Motion to Compel |
| | **Exhibit 6** | Dec. 3, 2022 Order Denying Ex Parte Motion |
| | **Exhibit 7** | Mar. 18, 2024 Order Granting Costs, Denying Fees, and Amending Final Judgment |

Respectfully Submitted,

Alfred (AJ) Fluehr, Esq.
(*pro hac* vice)
aj@francisalexander.com
**FRANCIS ALEXANDER, LLC**
280 N. Providence Rd., Suite 1
Media, PA 19063
Tel: (215) 341-1063
*Attorneys for Plaintiff*
/s/ April 16, 2024

2

# PROOF OF SERVICE

I, Alfred Fluehr, declare:

I am employed in the County of Delaware, Commonwealth of Pennsylvania. I am over the age of 18, and am not a party to the within action. My business address is 31 S. Chester Road, Swarthmore, PA 19081.

On April 16, 2024, I caused the foregoing **PLAINTIFF'S AMENDED NOTICE OF APPEAL** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all parties in its system:

> Peter J. Anderson, Esquire
> Eric Lamm, Esquire
> 865 S Figueroa Street | Suite 2400
> Los Angeles, CA 90017
> Tel: (213) 633-6800
> Direct : (310) 260-6030
> Fax: (213) 633-6899
> Email: peteranderson@dwt.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 16, 2024, at Media, PA.

| Alfred J. Fluehr | /s/ *AJ Fluehr* |
|---|---|
| Type or print name | Signature |

3