UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-01508-WLH-AS | Date | July 28, 2025 |
|---|---|---|---|
| Title | *Sound and Color, LLC v. Samuel Smith, et al.* | | |

Present: The Honorable   WESLEY L. HSU, United States District Judge

| Holidae Crawford | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:   (IN CHAMBERS) ORDER RE JOINT STATEMENT AND SUPPLEMENTAL BRIEFING [173]**

The Court is in receipt of the Parties' Joint Statement, which was filed in advance of the status conference set for August 1, 2025. (Joint Statement, Docket No. 173). In the Joint Statement, the Parties request that, as an initial step on remand, the Court rule on the two Motions to Dismiss (the "Motions") that had been pending when the Court granted Defendants' motion for summary judgment. (*Id.* at 1; *see* Docket Nos. 120, 122). Both Motions were fully briefed and taken under submission on August 21, 2023. (*See* Docket No. 143). One of the two Motions was a Motion to Dismiss for Lack of Personal Jurisdiction (the "PJ MTD"), which was brought by three English Defendants (the "Moving Defendants"). (PJ MTD, Docket No. 120).

In the interim, the Ninth Circuit issued its decision in *Briskin v. Shopify, Inc.*, 135 F.4th 739 (9th Cir. 2025) ("*Briskin*"). In *Briskin*, the Ninth Circuit expressly overruled in part *AMA Multimedia, LLC v. Wanat*, 970 F.3d 1201 (9th Cir. 2020). Given this interceding change in case law, the Court provides the Moving Defendants and Plaintiff the opportunity to submit supplemental briefing – not to exceed 10 pages – no later than

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

noon on August 11, 2025, addressing *Briskin* and the extent to which it alters the analysis of personal jurisdiction in the present matter, if at all.

**IT IS SO ORDERED.**