Alfred J. (AJ) Fluehr, Esquire
FRANCIS ALEXANDER LLC
31 S. Chester Road
Swarthmore, PA 19081
Tel: (215) 341-1063
Fax: (215) 500-1005
E: aj@francisalexnander.com
Attorneys for Plaintiff (pro hac vice)
SOUND AND COLOR, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Sound and Color, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Samuel Smith, Normani Kordei Hamilton, Stargate, Mikkel Storleer Eriksen, Tor Erik Hermansen, James John Napier, Universal Music Group, Universal Music Operations Limited, UMG Recordings Inc., Sony Music Group, Sony Corporation of America, Sony/ATV Music Publishing LLC, Sony/ATV Music Publishing Ltd., Sony/ATV Songs LLC, EMI Music Publishing LTD, EMI April Music Inc., EMI Blackwood Music Inc., Downtown Music Publishing LLC, Salli Isaak Songs LTD, Naughty Words Limited, Songs of NKH, Stellar Songs Limited, Stellar Songs, Tim & Danny Music LLC, 45th & 3rd Music LLC,<br><br>　　　　Defendants. | Case No. 2:22-cv-01508-WLH-AS<br><br>NOTICE OF ERRATA AS TO DECLARATION IN SUPPORT OF STIPULATION TO ORDER AMENDING CASE MANAGEMENT ORDER |

## NOTICE OF ERRATA

Please take note that the Declaration of AJ Fluehr (Doc. No. 187-1) submitted in support of the Stipulation to Order Amending Case Management Order (Doc. No. 187) included two non-substantive comments between counsel for the parties which were inadvertently included when the document was converted to a PDF.

Attached to this notice is a "clean copy" of the Declaration without the

1 | comments.

2 | DATED: Jan. 3, 2026                                            FRANCIS ALEXANDER LLC

5 |                                                   BY: _____

6 |                                                         Alfred (AJ) Fluehr, Esquire
                                                            Attorneys for Plaintiff

2

NOTICE OF ERRATA AS TO DECLARATION IN SUPPORT OF STIPULATION TO ORDER
AMENDING CASE MANAGEMENT ORDER

**PROOF OF SERVICE**

I, Alfred Fluehr, declare:

I am employed in the County of Delaware, Commonwealth of Pennsylvania. I am over the age of 18, and am not a party to the within action. My business address is 31 S. Chester Road, Swarthmore, PA 19081.

On January 3, 2026, I caused the foregoing **NOTICE OF ERRATA AS TO DECLARATION IN SUPPORT OF STIPULATION TO ORDER AMENDING CASE MANAGEMENT ORDER** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all parties in its system:

Peter J. Anderson, Esquire
Eric Lamm, Esquire
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: (213) 633-6800
Direct : (310) 260-6030
Fax: (213) 633-6899
Email: peteranderson@dwt.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 3, 2026, at Philadelphia, PA.

| Alfred J. Fluehr | /s/ AJ Fluehr |
|---|---|
| Type or print name | Signature |