**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Sound and Color, LLC, | Case No. 2:22-cv-01508-WLH-AS |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO ORDER AMENDING CASE MANAGEMENT DEADLINES [199]** |
| Samuel Smith, Normani Kordei Hamilton, Stargate, Mikkel Storleer Eriksen, Tor Erik Hermansen, James John Napier, Universal Music Group, Universal Music Operations Limited, UMG Recordings Inc., Sony Music Group, Sony Corporation of America, Sony/ATV Music Publishing LLC, Sony/ATV Music Publishing Ltd., Sony/ATV Songs LLC, EMI Music Publishing LTD, EMI April Music Inc., EMI Blackwood Music Inc., Downtown Music Publishing LLC, Salli Isaak Songs LTD, Naughty Words Limited, Songs of NKH, Stellar Songs Limited, Stellar Songs, Tim & Danny Music LLC, 45th & 3rd Music LLC, | |
| Defendants. | |

On May 11, 2026, plaintiff Sound and Color, LLC ("Plaintiff") and defendants Samuel Smith, Normani Kordei Hamilton, James Napier, Tor Hermansen, Mikkel Eriksen, UMG Recordings, Inc., Universal Music Group, Inc., Sony Music Publishing (US) LLC, EMI Blackwood Music Inc., EMI April Music Inc., Sony Corporation of America, 45th and 3rd Music LLC, Tim & Danny Music LLC, and Downtown Music Publishing LLC (collectively, "Defendants") filed their Stipulation to Order Amending Case Management Deadlines.

The Court, having considered the parties' Stipulation and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** that case management deadlines be amended as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| DISCOVERY PHASE 1 (LIABILITY) | | |
| Liability Expert Discovery Cutoff | May 12, 2026 | May 19, 2026 |
| Deadline to Meet & Confer re Summary Judgment Motion | May 14, 2026 | May 21, 2026 |
| Deadline for Moving Parties to Serve Their Portion of Joint Filings re Motion for Summary Judgment | June 4, 2026 | June 11, 2026 |
| Deadline for Opposing Parties to Serve Their Portion of Joint Filings re Motion for Summary Judgment | June 25, 2026 | July 2, 2026 |
| Deadline to File any Motion(s) for Summary Judgment | June 29, 2026 | July 7, 2026 |

| Deadline | Current Date | New Date |
|---|---|---|
| DISCOVERY PHASE 1 (LIABILITY) | | |
| Deadline to File any Reply re Motion(s) for Summary Judgment | July 13, 2026 | July 21, 2026 |
| Dispositive Motions re Liability Hearing | August 3, 2026, at 1:30 p.m. | August 14, 2026, at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: May 12, 2026

_____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2