Peter Anderson, Esq., Cal. Bar No. 88891
peteranderson@dwt.com
Cydney Swofford Freeman, Esq., Cal. Bar No. 315766
cydneyfreeman@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
ericlamm@dwt.com
Alex Cadena, Esq., Cal. Bar No. 352442
alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
SAMUEL SMITH, NORMANI KORDEI
HAMILTON, also sued as SONGS OF NKH,
JAMES NAPIER, TOR HERMANSEN and
MIKKEL ERIKSEN, also sued as STARGATE,
UMG RECORDINGS, INC., UNIVERSAL
MUSIC GROUP, INC., SONY MUSIC
PUBLISHING (US) LLC, EMI BLACKWOOD
MUSIC INC., EMI APRIL MUSIC INC., SONY
CORPORATION OF AMERICA, 45TH AND
3RD MUSIC LLC, TIM & DANNY MUSIC LLC,
and DOWNTOWN MUSIC PUBLISHING LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Sound and Color, LLC, | Case No. 2:22-cv-01508-WLH-AS |
| Plaintiff, | STIPULATION RE: PLAINTIFF'S CONTENTIONS AS TO THE ELEMENT OF FACTUAL COPYING |
| v. | |
| Samuel Smith, *et al.*, | |
| Defendants. | |

## STIPULATION

This Stipulation is entered into by and between plaintiff Sound and Color, LLC ("Plaintiff") and defendants Samuel Smith, Normani Kordei Hamilton, James Napier, Tor Hermansen, Mikkel Eriksen, UMG Recordings, Inc., Universal Music Group, Inc., Sony Music Publishing (US) LLC, EMI Blackwood Music Inc., EMI April Music Inc., Sony Corporation of America, 45th and 3rd Music LLC, Tim & Danny Music LLC, and Downtown Music Publishing LLC (collectively, "Defendants"), by and through their respective counsel of record, with respect to the following:

1.    In its operative Second Amended Complaint for copyright infringement, Plaintiff alleges that the musical composition *Dancing with a Stranger* ("SS"), performed by Sam Smith and Normani, infringes the copyright in a musical composition titled *Dancing with Strangers* a/k/a *Dancing with a Stranger* ("JV"), performed by Jordan Vincent.  A claim for copyright infringement requires, among other things, proof that the authors of the defendant's work in fact copied the plaintiff's work.

2.    In its Second Amended Complaint, Plaintiff bases its contention of copying on Plaintiff's allegations that JV was widely disseminated, that JV made its way to the authors of SS through a chain of intermediary individuals, companies, or events, and/or that JV and SS are strikingly similar.

3.    The parties' respective counsel have met and conferred pursuant to Local Rule 7-3 regarding Defendants' planned motion for summary judgment and alternative motion for partial summary judgment.  Plaintiff's counsel has advised Defendants' counsel that:

(a)    Plaintiff withdraws wide dissemination and a chain of intermediary individuals, companies, or events as bases to establish that copying in fact occurred;

(b)    Plaintiff withdraws its allegations and contentions that it can demonstrate a reasonable possibility of access by way of claimed

1

similarities between the music videos for JV and SS, and/or between a business card for Sound & Color LLC and a visual design that appears in the music video for SS; and

(c)    Plaintiff's contention at summary judgment is that JV and SS are strikingly similar, as the basis to establish that copying in fact occurred, which Plaintiff contends is supported by expert testimony and other facts regarding Plaintiff's song's public availability and Defendants' creative process.

**<u>SO STIPULATED</u>**

Dated: May 27, 2026

$\qquad$ */s/ AJ Fluehr, Esq.*
Alfred (AJ) Fluehr, Esq.
FRANCIS ALEXANDER, LLC
Attorneys for Plaintiff
SOUND AND COLOR, LLC

Dated: May 27, 2026

$\qquad$ */s/ Eric H. Lamm, Esq.*
Peter Anderson, Esq.
Cydney Swofford Freeman, Esq.
Eric H. Lamm, Esq.
Alex Cadena, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
SAMUEL SMITH, NORMANI
KORDEI HAMILTON, JAMES
NAPIER, TOR HERMANSEN,
MIKKEL ERIKSEN, UMG
RECORDINGS, INC., UNIVERSAL
MUSIC GROUP, INC., SONY
MUSIC PUBLISHING (US) LLC,
EMI BLACKWOOD MUSIC INC.,
EMI APRIL MUSIC INC., SONY
CORPORATION OF AMERICA,
45TH AND 3RD MUSIC LLC, TIM
& DANNY MUSIC LLC, and
DOWNTOWN MUSIC
PUBLISHING LLC

2

**<u>Attestation Regarding Signatures</u>**

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.


Dated: May 27, 2026                     */s/ Eric H. Lamm, Esq.*
                                        Eric H. Lamm, Esq.

3