Peter Anderson, Esq., Cal. Bar No. 88891
peteranderson@dwt.com
Cydney Swofford Freeman, Esq., Cal. Bar No. 315766
cydneyfreeman@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
ericlamm@dwt.com
Alex Cadena, Esq., Cal. Bar No. 352442
alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
SAMUEL SMITH, NORMANI KORDEI HAMILTON, also sued as SONGS OF NKH, JAMES NAPIER, TOR HERMANSEN and MIKKEL ERIKSEN, also sued as STARGATE, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, INC., SONY MUSIC PUBLISHING (US) LLC, EMI BLACKWOOD MUSIC INC., EMI APRIL MUSIC INC., SONY CORPORATION OF AMERICA, 45TH AND 3RD MUSIC LLC, TIM & DANNY MUSIC LLC, and DOWNTOWN MUSIC PUBLISHING LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Sound and Color, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Samuel Smith, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-01508-WLH-AS<br><br>JOINT APPENDIX OF EXHIBITS RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Volume 1 of 3 (Tabs 1-26)<br><br>Date: August 14, 2026<br>Time: 1:30 p.m.<br><br>Courtroom of the Honorable Wesley L. Hsu<br>United States District Judge |

# JOINT APPENDIX OF EXHIBITS

Moving parties and defendants Samuel Smith, Normani Kordei Hamilton, also sued as Songs of NKH, James Napier, Tor Hermansen and Mikkel Eriksen, also sued as Stargate, UMG Recordings, Inc., Universal Music Group, Inc., Sony Music Publishing (US) LLC, EMI Blackwood Music Inc., EMI April Music Inc., Sony Corporation of America, 45th and 3rd Music LLC, Tim & Danny Music LLC, and Downtown Music Publishing LLC (collectively "Defendants") and plaintiff Sound & Color, LLC, respectfully submit this Joint Appendix of Exhibits in connection with Defendants' Motion for Summary Judgment and Alternative Motion for Partial Summary Judgment.

| Tab No. | Description | Appendix Vol. No. | Appendix Page No. |
|---|---|---|---|
| **Defendants' Exhibits** | | | |
| 1. | Declaration of Samuel Smith | 1 | 10 – 15 |
| 2. | Declaration of James Napier | 1 | 16 – 21 |
| 3. | Declaration of Tor Hermansen | 1 | 22 – 26 |
| 4. | Declaration of Mikkel Eriksen | 1 | 27 – 31 |
| 5. | Declaration of Normani Hamilton | 1 | 32 – 33 |
| 6. | Declaration of Hugh George Atkins (p/k/a Tim Blacksmith) | 1 | 36 – 39 |
| 7. | Declaration of Peter Torres | 1 | 40 – 43 |
| 8. | Declaration of Jared Cotter | 1 | 44 – 48 |
| 9. | Declaration of Vaughan Arnell | 1 | 49 – 52 |
| 10. | Declaration of Aries Moross | 1 | 53 – 56 |
| 11. | Declaration of Brandon Silverstein | 1 | 57 – 59 |
| 12. | Declaration of Scott Bauman | 1 | 60 – 63 |
| 13. | Declaration of Lawrence Ferrara, Ph.D. | 1 | 64 – 76 |
| 14. | Schedule A to Ferrara Decl. | 1 | 77 – 83 |

| Tab No. | Description | Appendix Vol. No. | Appendix Page No. |
|---|---|---|---|
| 15. | Declaration of Paul Geluso | 1 | 84 – 89 |
| 16. | Declaration of Ronald Sadoff | 1 | 90 – 94 |
| 17. | Declaration of Steven Frank | 1 | 95 – 99 |
| 18. | Declaration of Eric Lamm | 1 | 100 – 113 |
| 19. | Ferrara Decl. Ex. 1 – Ferrara Affirmative Report dated November 30, 2022 | 1 | 114 – 375 |
| 20. | Ferrara Decl. Ex. 2 – Ferrara Rebuttal Report dated January 9, 2023 | 1 | 376 – 431 |
| 21. | Geluso Decl. Ex. 3 – Geluso 2022 Affirmative Report | 1 | 432 – 453 |
| 22. | Geluso Decl. Ex. 4 – Geluso 2023 Rebuttal Report | 1 | 454 – 473 |
| 23. | Sadoff Decl. Ex. 5 – Sadoff Rebuttal Report dated January 9, 2023 | 1 | 474 – 526 |
| 24. | Lamm Decl. Ex. 6 – Stewart Preliminary Report dated January 3, 2022 | 1 | 527 – 550 |
| 25. | Lamm Decl. Ex. 7 – Stewart Rebuttal Report dated January 8, 2023 | 1 | 551 – 564 |
| 26. | Lamm Decl. Ex. 8 – (Bricklin Rebuttal Report) | 1 | 565 – 574 |
| 27. | Ferrara Decl. Ex. 9 – Ferrara Report re sampling dated March 31, 2026 | 2 | 575 – 604 |
| 28. | Geluso Decl. Ex. 10 – Geluso 2026 Affirmative Report re Sampling | 2 | 605 – 635 |
| 29. | Lamm Decl. Ex. 11 – Bricklin Report re Sampling dated April 21, 2026 | 2 | 636 – 638 |

| Tab No. | Description | Appendix Vol. No. | Appendix Page No. |
|---|---|---|---|
| 30. | Frank Decl. Ex. 12 – Frank Affirmative Report dated March 31, 2026 | 2 | 639 – 655 |
| 31. | Napier Decl. Ex. 13 – Screenshot of iPhone Voice Memos | 2 | 656 – 659 |
| 32. | Lamm Decl. Ex. 14 – Screenshots of Voice Memo “Properties” | 2 | 660 – 671 |
| 33. | [Intentionally Omitted] | | |
| 34. | Lamm Decl. Ex. 16 – Thrive Music Emails | 2 | 672 – 677 |
| 35. | Lamm Decl. Ex. 17 – *The Ha Dance* Copyright.gov Records | 2 | 678 – 681 |
| 36. | Lamm Decl. Ex. 18 – *Seduction* Copyright.gov Records | 2 | 682 – 687 |
| 37. | Lamm Decl. Ex. 19 – *Think (About It)* Copyright.gov Records | 2 | 688 – 694 |
| 38. | [Intentionally Omitted] | | |
| 39. | Moross Decl. Ex. 21 – Screenshot of “Dancing with a Stranger” Text Design | 2 | 695 – 697 |
| 40. | Lamm Decl. Ex. 22 – Dr. Stewart “Lyric/Melody Search” | 2 | 698 – 700 |
| 41. | Lamm Decl. Ex. 23 – Excerpts of January 20, 2023 deposition testimony of Dr. Alexander Stewart, Ph.D. | 2 | 701 - 734 |
| 42. | Lamm Decl. Ex. 24 – Excerpts of May 18, 2026 deposition testimony of Dr. Alexander Stewart, Ph.D. | 2 | 735 – 765 |

| Tab No. | Description | Appendix Vol. No. | Appendix Page No. |
|---|---|---|---|
| 43. | Lamm Decl. Ex. 25 – Excerpts of January 24, 2023 deposition testimony of Brian Bricklin | 2 | 766 – 780 |
| 44. | Lamm Decl. Ex. 26 – Excerpts of May 6, 2026 deposition testimony of Brian Bricklin | 2 | 781 – 812 |
| 45. | Lamm Decl. Ex. 27 – Excerpts of January 23, 2023 deposition testimony of Dr. Lawrence Ferrara | 2 | 813 – 840 |
| 46. | Lamm Decl. Ex. 28 – Excerpts of May 12, 2026 deposition testimony of Dr. Lawrence Ferrara | 2 | 841 – 864 |
| 47. | Lamm Decl. Ex. 29 – March 25, 2026 deposition testimony of Jordan Vincent | 2 | 865 – 880 |
| 48. | Lamm Decl. Ex. 30 – March 26, 2026 deposition testimony of Chris Miranda | 2 | 881 – 915 |
| 49. | Lamm Decl. Ex. 31 – March 27, 2026 deposition testimony of Rosco Banlaoi | 2 | 916 – 934 |
| 50. | Lamm Decl. Ex. 32 – March 24, 2026 deposition testimony of Trumal Darden | 2 | 935 – 949 |
| 51. | Lamm Decl. Ex. 33 – Plaintiff's Supplemental Response to Defendant Sam Smith's Interrogatories, Set One | 2 | 950 – 960 |
| 52. | Lamm Decl. Ex. 34 – May 5, 2026 deposition testimony of Dr. Ron Sadoff, Ph.D. | 2 | 961 – 983 |
| 53. | Lamm Decl. Ex. 35 – May 3, 2026 deposition testimony of Tor Hermansen | 2 | 984 – 1008 |
| **Plaintiff's Exhibits** | | | |
| 54. | 2023 Declaration of Dr. Alexander Stewart | 2 | 1009 – 1035 |

| Tab No. | Description | Appendix Vol. No. | Appendix Page No. |
|---|---|---|---|
| 55. | 2026 Declaration of Dr. Alexander Stewart | 2 | 1036 – 1043 |
| 56. | 2023 Declaration of Professor Brian Bricklin | 2 | 1044 – 1053 |
| 57. | 2023 Declaration of Alfred (AJ) Fluehr, Esquire | 2 | 1054 – 1057 |
| 58. | 2023 Stewart Decl. Ex. 1 – 2022 Preliminary Report w/CV | 2 | 1058 - 1081 |
| 59. | 2023 Stewart Decl. Ex. 2 – 2023 Rebuttal Report | 2 | 1082 – 1095 |
| 60. | 2023 Stewart Decl. Ex. 3 – Four Chord Schema Literature | 2 | 1096 – 1110 |
| 61. | 2023 Stewart Decl. Ex. 4 – Hooks of Popular Music | 2 | 1111 – 1136 |
| 62. | Bricklin Decl. Ex. 1 – Bricklin Rebuttal Report | 2 | 1137 – 1146 |
| 63. | Bricklin Decl. Ex. 2 - CV | 2 | 1147 – 1154 |
| 64. | Bricklin Decl. Ex. 5 – Image SS JV Isolated | 2 | 1155 – 1157 |
| 65. | [Intentionally Omitted] | | |
| 66. | Fluehr Decl. Ex. 1 – Plaintiff Copyright Registration | 3 | 1158 – 1160 |
| 67. | Fluehr Decl. Ex. 2 – Dr. Ferrara Initial Report | 3 | 1161 – 1422 |
| 68. | Fluehr Decl. Ex. 3 – Dr. Ferrara Rebuttal Report | 3 | 1423 – 1478 |
| 69. | Fluehr Decl. Ex. 4 – Prof. Geluso Initial Report | 3 | 1479 – 1500 |
| 70. | Fluehr Decl. Ex. 5 – Prof. Geluso Rebuttal Report | 3 | 1501 – 1520 |
| 71. | Fluehr Decl. Ex. 6 – Dr. Sadoff Rebuttal Report | 3 | 1521 – 1573 |
| 72. | Fluehr Decl. Ex. 7 – 2023 Stewart Deposition Excerpts | 3 | 1574 - 1659 |
| 73. | Fluehr Decl. Ex. 8 – 2023 Bricklin Deposition Excerpts | 3 | 1660 – 1677 |

| Tab No. | Description | Appendix Vol. No. | Appendix Page No. |
|---|---|---|---|
| 74. | Fluehr Decl. Ex. 9 – 2023 Ferrara Deposition Excerpts | 3 | 1678 – 1730 |
| 75. | Fluehr Decl. Ex. 10 – 2023 Geluso Deposition Excerpts | 3 | 1731 – 1736 |
| 76. | Fluehr Decl. Ex. 11 – Jordan Vincent Depo. Excerpts | 3 | 1737 – 1786 |
| 77. | Fluehr Decl. Ex. 12 – NPR Article | 3 | 1787 – 1798 |
| 78. | Fluehr Decl. Ex. 13 – Chris Miranda Depo. Excerpts | 3 | 1799 – 1824 |
| 79. | Fluehr Decl. Ex. 14 – Sam Smith Depo. Excerpts | 3 | 1825 – 1835 |
| 80. | Fluehr Decl. Ex. 15 – Tor Hermansen Depo. Excerpts | 3 | 1836 – 1842 |
| 81. | Fluehr Decl. Ex. 16 – Jamies Napier Depo. Excerpts | 3 | 1843 – 1856 |
| 82. | Fluehr Decl. Ex. 17 – Ninth Circuit Opinion | 3 | 1857 – 1865 |
| 83. | Fluehr Decl. Ex. 18 – Ninth Circuit Oral Argument | 3 | 1866 – 1867 |
| 84. | Fluehr Decl. Ex. 19 – 2026 Ferrara Deposition Excerpts | 3 | 1868 – 1907 |
| 85. | Fluehr Decl. Ex. 20 – 2026 Sadoff Deposition Excerpts | 3 | 1908 – 1927 |
| 86. | Fluehr Decl. Ex. 21 – Stay With Me ASCAP Profile | 3 | 1928 – 1930 |

**Audio/Video Exhibits**

**(Lodged Separately With the Court)**

| **Audio/ Video Ex. No.** | **Title/Description** |
|---|---|
| | **Defendants' Audio/Video Exhibits** |
| 1. | Ex. 1 to Plaintiff's Second Amended Complaint – Deposit Copy Recording of Plaintiff's *Dancing with Strangers* a/k/a *Dancing with a Stranger* ("JV") |
| 2. | Ex. 5 to Plaintiff's Second Amended Complaint – Music Video of JV |
| 3. | Publicly available sound recording of Defendants' *Dancing with a Stranger* ("SS") |
| 4. | Publicly available music video for SS |
| 5. | Napier Decl. Audio Ex. 5 – "1. Over You" voice memo |
| 6. | Napier Decl. Audio Ex. 6 – "2. More Melodies" voice memo |
| 7. | Napier Decl. Audio Ex. 7 – "3. Change" voice memo |
| 8. | Napier Decl. Audio Ex. 8 – "4. Chorus" voice memo |
| 9. | Napier Decl. Audio Ex. 9 – "5. Over You" voice memo |
| 10. | Napier Decl. Audio Ex. 10 – "6. New Recording 345" voice memo |
| 11. | Napier Decl. Audio Ex. 11 – "7. New Recording 346" voice memo |
| 12. | Napier Decl. Audio Ex. 12 – "8. New Recording 347" voice memo |
| 13. | Napier Decl. Audio Ex. 13 – "9. New Recording 348" voice memo |
| 14. | Napier Decl. Audio Ex. 14 – "10. New Recording 349" voice memo |
| 15. | Eriksen Decl. Audio Ex. 15 – "Dancing with a Stranger Sam Only.mp3" |
| 16. | Ferrara Decl. Audio Ex. 16 – Audio excerpts of prior art identified in Dr. Ferrara's Affirmative Report |
| 17. | Lamm Decl. Audio Ex. 17 – "Vox – Booyaka_bip" |
| 18. | Lamm Decl. Audio Ex. 18 – "Vox – Booyaka EFX_bip" |
| 19. | Geluso Decl. Audio Ex. 19 – The Ha Dance |

| | |
|---|---|
| 20. | Lamm Decl. Audio Ex. 20 – "DRM- Sample Loop_bip" |
| 21. | Geluso Decl. Audio Ex. 21 – "Think About It" Lyn Collins |
| **Plaintiff's Audio/Video Exhibits** | |
| 22. | Bricklin Decl. Ex. 6 – SS_JV Hook Comparison AUDIO |
| 23. | Fluehr Decl. Ex. 18 – Ninth Circuit Oral Argument |

Dated: July 7, 2026

/s/ Peter Anderson
Peter Anderson, Esq.
Cydney Swofford Freeman, Esq.
Eric H. Lamm, Esq.
Alex Cadena, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
SAMUEL SMITH, NORMANI KORDEI HAMILTON, JAMES NAPIER, TOR HERMANSEN, MIKKEL ERIKSEN, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, INC., SONY MUSIC PUBLISHING (US) LLC, EMI BLACKWOOD MUSIC INC., EMI APRIL MUSIC INC., SONY CORPORATION OF AMERICA, 45TH AND 3RD MUSIC LLC, TIM & DANNY MUSIC LLC, and DOWNTOWN MUSIC PUBLISHING LLC

Dated: July 7, 2026

/s/ Alfred (AJ) Fluehr, Esq.
Alfred (AJ) Fluehr, Esq.
FRANCIS ALEXANDER, LLC
Attorneys for Plaintiff
SOUND AND COLOR, LLC

**Attestation Regarding Signatures**

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: July 7, 2026

/s/ Peter Anderson
Peter Anderson, Esq.

# Tab 1

Peter Anderson, Esq., Cal. Bar No. 88891
peteranderson@dwt.com
Cydney Swofford Freeman, Esq., Cal. Bar No. 315766
cydneyfreeman@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
ericlamm@dwt.com
Alex Cadena, Esq., Cal. Bar No. 352442
alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
SAMUEL SMITH, NORMANI KORDEI HAMILTON, also sued as SONGS OF NKH, JAMES NAPIER, TOR HERMANSEN and MIKKEL ERIKSEN, also sued as STARGATE, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, INC., SONY MUSIC PUBLISHING (US) LLC, EMI BLACKWOOD MUSIC INC., EMI APRIL MUSIC INC., SONY CORPORATION OF AMERICA, 45TH AND 3RD MUSIC LLC, TIM & DANNY MUSIC LLC, and DOWNTOWN MUSIC PUBLISHING LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Sound and Color, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Samuel Smith, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-01508-WLH-AS<br><br>DECLARATION OF SAMUEL SMITH<br><br>Date: August 14, 2026<br>Time: 1:30 p.m.<br><br>Courtroom of the Honorable Wesley L. Hsu<br>United States District Judge |

**DECLARATION OF SAMUEL SMITH**

I, Samuel Smith, declare:

1. I am over 18 years old. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am a professional singer, songwriter, and recording artist. I have released four studio albums, in addition to many EPs and singles. I have won five Grammy Awards for my work, including Song of the Year, Best New Artist, and Best Pop Vocal Album. I also received an Academy Award for Best Original Song for the James Bond film, *Spectre*.

3. James Napier, Tor Hermansen, Mikkel Eriksen, and I wrote the song *Dancing with a Stranger* ("Defendants' Song"). Defendants' Song was written on August 7, 2018, at Stellar House Studios. Mr. Napier and I wrote the vocal melodies and lyrics by improvising together to instrumental music that Mr. Hermansen and Mr. Eriksen created and discussing our ideas. During that songwriting session, Mr. Napier occasionally used his cell phone to record melodic or lyrical ideas that we liked.

4. My contributions to Defendants' Song were inspired by my personal life. I had recently gone through a breakup, and I went to a nightclub in Los Angeles. While dancing with someone, we kissed. This was the first time I had done that following my breakup, and the event made me sad. I wanted to write a song that captured how that experience made me feel. After explaining this to Mr. Napier in the Songwriting Session and sharing some ideas I had created, it was Mr. Napier who suggested the lyric "dancing with a stranger."

5. We finished writing Defendants' Song in the afternoon on August 7, 2018. Mr. Hermansen, Mr. Eriksen, Mr. Napier, and I were the only people who contributed to writing Defendants' Song. We then recorded Defendants' Song. In the recording we made at that time, I sing all of the vocal melodies and lyrics.

///

///

6. Later on August 7, 2018, I learned that Normani Hamilton was coming to Stellar House Studios. I am an admirer of Ms. Hamilton' solo work and her work with Fifth Harmony. I thought that it would be great if she could add her vocals to Defendants Song. I proposed that to the other songwriters and they agreed.

7. When Ms. Hamilton arrived at Stellar House Studios later that day, we played her the recording of Defendants' Song in which I sing all of the vocal melodies and lyrics. Ms. Hamilton agreed to sing on the recording, and she learned her vocal parts and recorded them later that day.

8. Although Ms. Hamilton was not involved in writing Defendants' Song, I and my co-songwriters agreed to provide her with a one-percent interest in the musical composition to thank her for adding her vocals to the recording of Defendants' Song.

9. Defendants' Song was released as a single in January 2019 and later included on my third studio album, *Love Goes*, which was released in October 2020.

10. The music video for Defendants' Song was also released in January 2019. In creating that music video, I reviewed treatments submitted by music video directors and selected the one that I preferred, which was a treatment by Vaughan Arnell. The ideas in the music video for Defendants' Song came primarily from Mr. Arnell, and are reflected in his treatment.

11. The official single cover for Defendants' Song features a perfume bottle with the text "Dancing with a Stranger" superimposed on it. That text design also appears in one scene of the music video for Defendants' Song. This text design was created by Aries Moross of Studio Moross.

12. As described above, some of my contributions to the lyrics of Defendants' Song were influenced by personal events in my life, but none of my contributions to Defendants' Song were influenced or inspired by any other song. I am not aware of any musical work that influenced any of the other songwriters' contributions to Defendants' Song, or any particular inspiration for the vocal melodies and lyrics.

13. Before this lawsuit, I had never heard of or met Mr. Vincent, Mr. Banlaoi, or Mr. Miranda. I had also never heard of SKX, Sound & Color, LLC, or Plaintiff's song *Dancing with Strangers*, which according to Plaintiff, is also known as *Dancing with a Stranger* ("Plaintiff's Song"). I had never heard Plaintiff's Song, or seen the music video for Plaintiff's Song, until Plaintiff's counsel played clips of them during my deposition on March 6, 2026.

14. At the August 7, 2018 songwriting and recording sessions at Stellar House Studios, neither I nor anyone else mentioned Jordan Vincent, Roscoe Banlaoi, Christopher Miranda, SKX, Sound & Color, LLC, or Plaintiff's Song.

15. To the best of my knowledge and recollection, nobody ever sent me or attempted to share with me a copy of Plaintiff's Song before this lawsuit was filed. I have searched my emails and other records from before Plaintiff made its claim, and found no reference to Plaintiff's Song or its claimed authors. I do not know Ricardo Vinas, Peter Torres, or Jared Cotter, and while I understand Brandon Silverstein was Ms. Hamilton's manager, he has never shared any music with me.

16. At my deposition, Plaintiff raised that another one of my songs, *Stay With Me*, was accused of copying a portion of the song *Won't Back Down* by Tom Petty. To my knowledge that claim was settled without any lawsuit being filed. However, and to be clear, *Stay With Me* was written entirely by Mr. Napier, William Phillips, professionally known as Tourist, and me. Any resemblance between those two songs, was a mere coincidence.

17. In my career thus far, I have released at least forty songs that I wrote or co-wrote, and I have written many others. I have never copied another artist's song or used another artist's songs as a template to write my own songs. That is not my practice when it comes to songwriting. Instead, as I did with *Dancing with a Stranger*, I often draw from my personal experiences.

18. I was personally involved in and witnessed the creation of the lyrics and vocal melodies of Defendants' Song. I can and do unequivocally confirm that my contributions to them were created independently of Plaintiff's Song.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 9, 2026.

Signed by:
D47A69D14D8D496...

Samuel Smith

# Tab 2

Peter Anderson, Esq., Cal. Bar No. 88891
peteranderson@dwt.com
Cydney Swofford Freeman, Esq., Cal. Bar No. 315766
cydneyfreeman@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
ericlamm@dwt.com
Alex Cadena, Esq., Cal. Bar No. 352442
alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
SAMUEL SMITH, NORMANI KORDEI HAMILTON, also sued as SONGS OF NKH, JAMES NAPIER, TOR HERMANSEN and MIKKEL ERIKSEN, also sued as STARGATE, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, INC., SONY MUSIC PUBLISHING (US) LLC, EMI BLACKWOOD MUSIC INC., EMI APRIL MUSIC INC., SONY CORPORATION OF AMERICA, 45TH AND 3RD MUSIC LLC, TIM & DANNY MUSIC LLC, and DOWNTOWN MUSIC PUBLISHING LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Sound and Color, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Samuel Smith, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-01508-WLH-AS<br><br>DECLARATION OF JAMES NAPIER<br><br>Date: August 14, 2026<br>Time: 1:30 p.m.<br><br>Courtroom of the Honorable Wesley L. Hsu United States District Judge |

**DECLARATION OF JAMES NAPIER**

I, James Napier, declare:

1. I am over 18 years old. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am a professional songwriter and record producer, known professionally as Jimmy Napes. I have worked extensively with Sam Smith and have also written or produced music for other artists, including Taylor Swift, Alicia Keys, and Madonna. I am honored to have won an Academy Award, Golden Globe Award, three Grammy Awards, and two Ivor Novello Awards for my work.

3. I co-wrote *Dancing with a Stranger* ("Defendants' Song") with Mx. Smith, Mikkel Eriksen, and Tor Hermansen on August 7, 2018, at Stellar House Studios. Mx. Smith and I wrote the vocal melodies and lyrics to Defendants' Song by improvising together to the music that Mr. Hermansen and Mr. Eriksen created and discussing what we came up with and what we liked or disliked.

4. In songwriting sessions, it is my general practice to have my iPhone nearby so that if a musical or lyrical idea comes up that I am excited about, I can record it using the voice memo app. I followed that practice during the August 7, 2018 songwriting session. When I or Mx. Smith came up with a melody or lyric that we liked, I would record it as a voice memo on my iPhone so that Mx. Smith and I could refer back to it later in the songwriting session.

5. True and correct screenshots from my iPhone showing the voice memos from the August 7, 2018, songwriting session are attached to this Declaration as Exhibit 13.

6. A true and correct copy of the voice memo, labeled "Over You," which is 1 minute and 54 seconds long, is lodged with the Court as Audio Exhibit 5.

7. A true and correct copy of the voice memo labeled "More Melodies," which is 1 minute and 23 seconds long, is lodged with the Court as Audio Exhibit 6.

8. A true and correct copy of the voice memo labeled "Change," which is 23 seconds long, is lodged with the Court as Audio Exhibit 7.

9. A true and correct copy of the voice memo labeled "Chorus," which is 56 seconds long, is lodged with the Court as Audio Exhibit 8.

10. A true and correct copy of the voice memo labeled "Over You," which is 49 seconds long, is lodged with the Court as Audio Exhibit 9.

11. A true and correct copy of the voice memo labeled "New Recording 345," which is 1 minute 49 seconds long, is lodged with the Court as Audio Exhibit 10.

12. A true and correct copy of the voice memo labeled "New Recording 346," which is 27 seconds long, is lodged with the Court as Audio Exhibit 11.

13. A true and correct copy of the voice memo labeled "New Recording 347," which is 30 seconds long, is lodged with the Court as Audio Exhibit 12.

14. A true and correct copy of the voice memo labeled "New Recording 348," which is 20 seconds long, is lodged with the Court as Audio Exhibit 13.

15. A true and correct copy of the voice memo labeled "New Recording 349," which is 13 seconds long, is lodged with the Court as Audio Exhibit 14.

16. Because I only recorded a voice memo when we came up with a melodic or lyrical idea that we liked, the voice memos do not run continuously one after another. Usually, we would write for a few minutes or more without recording, until we came up with something that we liked, and I would then begin recording another voice memo.

17. In the songwriting session, I came up with the lyric "dancing with a stranger." Mx. Smith and I then worked together to create the melody to which it is sung. Neither my contributions to Defendants' Song nor, to my knowledge, the contributions of Mx. Smith, Mr. Hermansen, or Mr. Eriksen were inspired by any other musical work. Instead, Mx. Smith was discussing ideas for Defendants' Song based on an event in his personal life. What Mx. Smith said made me think of the phrase "dancing with a stranger," which also fit the rhythm of the music. I recall that the

phrase "dancing with a stranger" arose from the idea of dancing with someone else to heal and get over a relationship that recently ended.

18. I was not recording a voice memo the exact moment that I came up with the lyric "dancing with a stranger." I started recording immediately after I thought of that lyric, because we were all very excited about having come up with that idea and how well it worked in the song. That voice memo is labeled "New Recording 345," in which you can hear our excitement and our working out the melody to that lyric (Audio Ex. 10).

19. Mx. Smith, Mr. Hermansen, Mr. Eriksen, and I finished writing Defendants' Song in the afternoon of August 7, 2018. Nobody except the four of us was involved in writing Defendants Song.

20. After Defendants' Song was written, we learned that Normani Hamilton would be coming to Stellar House Studios. Mx. Smith suggested, and we agreed, to ask Ms. Hamilton to sing on Defendants' Song. Later that day, we played for Ms. Hamilton the recording of Defendants' Song with Mx. Smith singing the vocal melodies and lyrics. Ms. Hamilton then agreed to sing on Defendants' Song. She learned her vocal parts and her performance of them was recorded the same day.

21. Although Ms. Hamilton was not involved in writing Defendants' Song, my co-songwriters and I agreed to provide her with a one-percent interest in the musical composition to thank her for singing on the recording of Defendants' Song.

22. I had no involvement in the creation of the music video for Defendants' Song.

23. During the August 7, 2018, songwriting and recording sessions at Stellar House Studios, neither I nor anyone else mentioned Jordan Vincent, Roscoe Banlaoi, Christopher Miranda, SKX, Sound & Color, LLC, or Plaintiff's song *Dancing with Strangers*, which I understand Plaintiff also refers to as *Dancing with a Stranger* ("Plaintiff's Song"). In fact, before Plaintiff asserted its copyright infringement claim, I had never heard of any of those people or Plaintiff's Song.

Docusign Envelope ID: 53276F6C-8EB7-8E9E-8210-D299245C2A05

24. I am also not familiar with Jared Cotter, Peter Torres, Ricardo Vinas, Thrive Records, Trumal Darden, or Rayne Music. While I know that Brandon Silverstein was Ms. Hamilton's manager, he has never shared any music with me.

25. While my management and publishing company occasionally send me music by new artists and ask if I want to work for them, I have reviewed my emails and other records and have no record of anyone having shared Plaintiff's Song with me before Plaintiff asserted its claim. I also have no knowledge or recollection of having spoken to anyone about Plaintiff's Song before Plaintiff asserted its claim. To be clear, the first time I heard of Plaintiff's Song was when I learned of Plaintiff's claim.

26. At my deposition, Plaintiff's counsel raised that another song I co-wrote with Sam Smith and Will Tourist, *Stay With Me*, was accused of copying a portion of the song *I Won't Back Down* by Tom Petty. Any purported similarities between those songs are coincidental, and the claim was quickly settled without any lawsuit being filed. I have co-written at least twenty songs with Mx. Smith. I have never copied another artist's song or used another artist's song to write my own songs or co-write songs with other artists.

27. In summary, I was personally involved in and witnessed the creation of Defendants' Song. I can and do unequivocally confirm that it was created independently of Plaintiff's Song.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 9th, 2026.

DocuSigned by:

4BA939701A9249F...

James Napier

# Tab 3

Peter Anderson, Esq., Cal. Bar No. 88891
peteranderson@dwt.com
Cydney Swofford Freeman, Esq., Cal. Bar No. 315766
cydneyfreeman@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
ericlamm@dwt.com
Alex Cadena, Esq., Cal. Bar No. 352442
alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
SAMUEL SMITH, NORMANI KORDEI HAMILTON, also sued as SONGS OF NKH, JAMES NAPIER, TOR HERMANSEN and MIKKEL ERIKSEN, also sued as STARGATE, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, INC., SONY MUSIC PUBLISHING (US) LLC, EMI BLACKWOOD MUSIC INC., EMI APRIL MUSIC INC., SONY CORPORATION OF AMERICA, 45TH AND 3RD MUSIC LLC, TIM & DANNY MUSIC LLC, and DOWNTOWN MUSIC PUBLISHING LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Sound and Color, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Samuel Smith, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-01508-WLH-AS<br><br>DECLARATION OF TOR HERMANSEN<br><br>Date: August 14, 2026<br>Time: 1:30 p.m.<br><br>Courtroom of the Honorable Wesley L. Hsu<br>United States District Judge |

**DECLARATION OF TOR HERMANSEN**

I, Tor Hermansen, declare:

1. I am over 18 years old. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am a professional record producer and songwriter, and, with Mikkel Eriksen, a member of the production duo Stargate. I have written and produced music for artists including Rihanna, Beyoncé, Mariah Carey, Coldplay, and others. Over the past thirty years, Stargate has been credited on over 120 charted singles worldwide, including ten songs that reached number one on the Billboard Hot 100, and more than thirty songs that reached the top ten of the Billboard Hot 100. I am honored to have won two Grammy awards, among other awards and nominations, for my work.

3. In 2016, I formed Stellar House Studios, in Los Angeles, California, with Mr. Eriksen and Hugh George Atkins, professionally known as Tim Blacksmith.

4. *Dancing with a Stranger* ("Defendants' Song") was written by Samuel Smith, James Napier, Mr. Eriksen, and me on August 7, 2018, at Stellar House Studios. In that songwriting session, I was playing a piano, and later a keyboard, and wrote the keyboard parts and chords for Defendants' Song. Mr. Eriksen created the drum beat and other elements. Mx. Smith and Mr. Napier wrote the vocal melodies and lyrics to Defendants' Song by improvising to the music that Mr. Eriksen and I created. Mx. Smith, Mr. Napier, Mr. Eriksen, and I completed writing Defendants' Song the same afternoon. Nobody else was in the studio when Defendants' Song was written.

5. After we finished writing Defendants' Song, we made a recording of Defendants' Song in which Mx. Smith sings all the vocal melodies and lyrics. Afterwards, Mx. Smith raised the possibility of asking Normani Hamilton to possibly sing some of the vocals. I understand that Mr. Blacksmith, asked Ms. Hamilton's manager if she could come to the studio to listen to Defendants' song and meet Mx. Smith.

///

6. That afternoon, Ms. Hamilton met us in the studio, and we played Ms. Hamilton the recording of Defendants' Song with Mx. Smith singing all the vocal parts. Ms. Hamilton agreed to add her vocals to Defendants' Song. Ms. Hamilton learned those vocal parts and we recorded her singing them later on August 7, 2018.

7. Although Ms. Hamilton was not involved in writing Defendants' Song, I and my co-songwriters agreed to provide her with a one-percent interest in the musical composition to thank her for singing on the recording of Defendants' Song.

8. I was not involved in the creation of the music video for Defendants' Song.

9. Neither my contributions to Defendants' Song nor, to my knowledge, the contributions of any of the other songwriters, were influenced or inspired by any other musical work. Nor am I aware of any particular song or musical work that inspired the vocal melodies and lyrics.

10. Before this lawsuit, I had never heard of Mr. Vincent, Mr. Banlaoi, Mr. Miranda, SKX, or Sound & Color, LLC, nor had I heard Plaintiff's song *Dancing with Strangers*, which according to Plaintiff, is also known as *Dancing with a Stranger* ("Plaintiff's Song").

11. I also do not know Ricardo Vinas, Peter Torres, or Jared Cotter, and while I understand Brandon Silverstein was Ms. Hamilton's manager, he has never shared any music with me.

12. To the best of my knowledge and recollection, before this lawsuit was filed, nobody had ever sent me or attempted to share with me a copy of Plaintiff's Song. I have searched my emails and other records from before Plaintiff filed this lawsuit, and they do not include Plaintiff's song or any reference to it. I do not know Ricardo Vinas, Peter Torres, or Jared Cotter, and while I understand Brandon Silverstein was Ms. Hamilton's manager, he has never shared any music with me.

///

///

13. During the August 7, 2018 songwriting and recording sessions at Stellar House Studios, neither I nor anyone else mentioned Jordan Vincent, Roscoe Banlaoi, Christopher Miranda, SKX, Sound & Color, LLC, or Plaintiff's Song.

14. I was personally involved in and witnessed the creation of Defendants' Song. I can and do unequivocally confirm that my contributions to it were created independently of Plaintiff's song.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 2, 2026.

Tor Hermansen

# Tab 4

Peter Anderson, Esq., Cal. Bar No. 88891
peteranderson@dwt.com
Cydney Swofford Freeman, Esq., Cal. Bar No. 315766
cydneyfreeman@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
ericlamm@dwt.com
Alex Cadena, Esq., Cal. Bar No. 352442
alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
SAMUEL SMITH, NORMANI KORDEI HAMILTON, also sued as SONGS OF NKH, JAMES NAPIER, TOR HERMANSEN and MIKKEL ERIKSEN, also sued as STARGATE, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, INC., SONY MUSIC PUBLISHING (US) LLC, EMI BLACKWOOD MUSIC INC., EMI APRIL MUSIC INC., SONY CORPORATION OF AMERICA, 45TH AND 3RD MUSIC LLC, TIM & DANNY MUSIC LLC, and DOWNTOWN MUSIC PUBLISHING LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Sound and Color, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Samuel Smith, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-01508-WLH-AS<br><br>DECLARATION OF MIKKEL ERIKSEN<br><br>Date: August 14, 2026<br>Time: 1:30 p.m.<br><br>Courtroom of the Honorable Wesley L. Hsu United States District Judge |

# DECLARATION OF MIKKEL ERIKSEN

I, Mikkel Eriksen, declare:

1. I am over 18 years old. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am a professional record producer, songwriter, and, with Tor Hermansen, a member of the production duo Stargate. I have written and produced music for artists including Rihanna, Beyoncé, Katy Perry, Coldplay, and others. Over the past thirty years, Stargate has been credited on over 120 charted singles worldwide, including ten songs that reached number one on the Billboard Hot 100, and more than thirty songs that reached the top ten of the Billboard Hot 100. I am honored to have won two Grammy awards, among other awards and nominations, for my work.

3. In 2016, I formed Stellar House Studios, in Los Angeles, California, with Mr. Hermansen and Hugh George Atkins, professionally known as Tim Blacksmith.

4. *Dancing with a Stranger* ("Defendants' Song") was written by Sam Smith, James Napier, Mr. Hermansen, and me on August 7, 2018, at Stellar House Studios. In that songwriting session, Mr. Hermansen was playing a piano, and later a keyboard, and came up with the chords to Defendants' Song. I was at the computer, working on ProTools, a music recording and production program. I combined Mr. Hermansen's keyboard parts with a drum beat I had created the previous day and other musical elements. That drum beat was not written for any particular song, but it worked well with the keyboard part that Mr. Hermansen created. Mx. Smith and Mr. Napier said that they liked what we had created, and they used it to write the vocal melodies and lyrics to Defendants' Song.

5. After we finished writing Defendants' Song, Mr. Hermansen, Mx. Smith, and Mr. Napier recorded Defendants' Song. In that recording, Mx. Smith sang the entire vocal melody. I saved the ProTools file of that version when it was finished, and the file has a time stamp of August 7, 2018, at 4:15 p.m., with another backup at 4:29 p.m. Because ProTools files require the ProTools application to play, I exported

the ProTools session file for that recording to an .mp3 audio file during this litigation, so that it could be played on computers without ProTools. In exporting the ProTools file as an .mp3 file, I made no changes to the contents of the ProTools file. A true and correct copy of the .mp3 audio file is lodged with the Court as Audio Exhibit 15.

6. After recording Defendants' Song with Mx. Smith singing all the vocal melodies and lyrics, Normani Hamilton came to the studio in which we had just recorded. We played Ms. Hamilton the recording of Defendants' Song with only Mx. Smith's vocals, and Ms. Hamilton agreed to sing some of the vocal melodies and lyrics as a duet with Mx. Smith. Ms. Hamilton learned those vocal parts and we recorded her singing them soon after on the same day (August 7, 2018).

7. The final version of Defendants' Song, which includes the vocal parts Ms. Hamilton performed, was released as a single in January 2019. Lodged with the Court as Audio Exhibit 3 is a true and correct copy of the audio recording of the publicly available single version of Defendants' Song.

8. Although Ms. Hamilton was not involved in writing Defendants' Song, I and my co-songwriters agreed to provide her with a one-percent interest in the musical composition to thank her for singing on the recording of Defendants' Song.

9. I was not involved in the creation of the music video for Defendants' Song.

10. None of my contributions to Defendants' Song were influenced or inspired by any other song. I am not aware of any musical work that influenced any of the other songwriters' contributions to Defendants' Song, or any particular inspiration for the vocal melodies and lyrics.

11. Before Plaintiff asserted its copyright infringement claim, I had never heard of Mr. Vincent, Mr. Banlaoi, Mr. Miranda, SKX, or Sound & Color, LLC, nor had I heard Plaintiff's song *Dancing with Strangers*, which according to Plaintiff is also known as *Dancing with a Stranger* ("Plaintiff's Song"). I first heard Plaintiff's Song after I learned that I was being sued in this case.

Docusign Envelope ID: 856B2B0F-2B35-875A-8013-5A8DA172F815

12. To the best of my knowledge and recollection, before this lawsuit was filed, nobody had ever sent me or attempted to share with me a copy of Plaintiff's Song. I have searched my emails and other records from before Plaintiff asserted its claim, and they do not include Plaintiff's Song or any reference to it. I do not know Ricardo Vinas, Peter Torres, or Jared Cotter, and while I understand Brandon Silverstein was Ms. Hamilton's manager, he has never shared any music with me.

13. At the August 7, 2018, songwriting and recording sessions at Stellar House Studios, neither I nor anyone else mentioned Jordan Vincent, Rosco Banlaoi, Christopher Miranda, SKX, Sound & Color, LLC, or Plaintiff's Song.

14. I was personally involved in and witnessed the creation of the lyrics and vocal melodies of Defendants' Song. I can and do unequivocally confirm that my contributions to them were created independently of Plaintiff's song.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 11, 2026.

DocuSigned by:

C6B49DFF3774474...

Mikkel Eriksen

# Tab 5

Peter Anderson, Esq., Cal. Bar No. 88891
peteranderson@dwt.com
Cydney Swofford Freeman, Esq., Cal. Bar No. 315766
cydneyfreeman@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
ericlamm@dwt.com
Alex Cadena, Esq., Cal. Bar No. 352442
alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
SAMUEL SMITH, NORMANI KORDEI HAMILTON, also sued as SONGS OF NKH, JAMES NAPIER, TOR HERMANSEN and MIKKEL ERIKSEN, also sued as STARGATE, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, INC., SONY MUSIC PUBLISHING (US) LLC, EMI BLACKWOOD MUSIC INC., EMI APRIL MUSIC INC., SONY CORPORATION OF AMERICA, 45TH AND 3RD MUSIC LLC, TIM & DANNY MUSIC LLC, and DOWNTOWN MUSIC PUBLISHING LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Sound and Color, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Samuel Smith, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-01508-WLH-AS<br><br>DECLARATION OF NORMANI HAMILTON<br><br>Date: August 14, 2026<br>Time: 1:30 p.m.<br><br>Courtroom of the Honorable Wesley L. Hsu United States District Judge |

**DECLARATION OF NORMANI HAMILTON**

I, Normani Hamilton, declare:

1. I am over 18 years old. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am a professional singer, songwriter, and dancer. I was a member of the girl group Fifth Harmony from 2012 until 2018, when I focused instead on my work as a solo artist. In February 2018, I released my first single as a solo artist, which charted in the top ten of the Billboard Hot 100. In 2024, I released my debut album, *Dopamine*, which featured collaborations with Cardi B and James Blake. I am honored to have received seven BMI awards, a Soul Train Music award, and an MTV Video Music Award for my work, among other awards and nominations.

3. I performed vocal parts on the sound recording of the song *Dancing with a Stranger* ("Defendants' Song"). I also later performed in the music video for Defendants' Song. However, I was not involved in writing Defendants' Song.

4. I went to Stellar House Studios in the afternoon of August 7, 2018. I was already planning to go there that day for a meeting with Tim Blacksmith. However, my former manager, Brandon Silverstein, told me that Sam Smith was there and had written a song that he wanted to share with me. I met Sam Smith, James Napier, Tor Hermansen, and Mikkel Eriksen in a recording studio at Stellar House Studios later that afternoon. They played a recording of Defendants' Song for me in which Sam Smith sung all of the vocal parts. I liked the song and agreed to sing vocals to it, and we then discussed which vocal parts I would sing. My vocal parts were then recorded later that day and are included in the recording of Defendants' Song that was released to the public.

5. I own a one percent interest in the musical composition copyright to Defendants' Song. However, I received that copyright interest not because I participated in writing Defendants' Song—again, it had already been written by the time I first heard it at Stellar House Studios. Instead, I understand that the authors of

Defendants' Song granted me a one percent copyright interest as a courtesy for performing on the sound recording of Defendants' Song.

6. Before learning of this lawsuit, I had never heard the song that plaintiff claims to own, which I understand is called *Dancing with Strangers* or *Dancing with a Stranger* ("Plaintiff's Song"). I have never seen the music video for Plaintiff's Song, either. Indeed, before this lawsuit, I had never heard of Plaintiff's Song, nor had I heard of Jordan Vincent, Christopher Miranda, Rosco Banloai, or any production team or musical group called SKX.

7. Between 2017 and 2023, Brandon Silverstein at S10 Entertainment was my manager. To the best of my knowledge, neither Mr. Silverstein nor anyone else sent me a copy of Plaintiff's Song or the music video for Plaintiff's Song.

8. As noted above, I am featured in the music video for Defendants' Song, which was also filmed in late 2018 or early 2019. In that music video, I perform choreography that I created with my choreographer. At no point in developing that choreography or in filming the music video did I or my choreographer suggest the idea of mannequins or porcelain statues coming to life.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 2, 2026.

Normani Hamilton

# Tab 6

Peter Anderson, Esq., Cal. Bar No. 88891
peteranderson@dwt.com
Cydney Swofford Freeman, Esq., Cal. Bar No. 315766
cydneyfreeman@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
ericlamm@dwt.com
Alex Cadena, Esq., Cal. Bar No. 352442
alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
SAMUEL SMITH, NORMANI KORDEI HAMILTON, also sued as SONGS OF NKH, JAMES NAPIER, TOR HERMANSEN and MIKKEL ERIKSEN, also sued as STARGATE, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, INC., SONY MUSIC PUBLISHING (US) LLC, EMI BLACKWOOD MUSIC INC., EMI APRIL MUSIC INC., SONY CORPORATION OF AMERICA, 45TH AND 3RD MUSIC LLC, TIM & DANNY MUSIC LLC, and DOWNTOWN MUSIC PUBLISHING LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Sound and Color, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Samuel Smith, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-01508-WLH-AS<br><br>DECLARATION OF HUGH GEORGE ATKINS<br><br>Date: August 14, 2026<br>Time: 1:30 p.m.<br><br>Courtroom of the Honorable Wesley L. Hsu<br>United States District Judge |

Docusign Envelope ID: A6AA6D7F-EB3E-823B-83CB-BEE16800C0D8

**DECLARATION OF HUGH GEORGE ATKINS**

I, Hugh George Atkins, declare:

1. I am over 18 years old. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am a record producer and music executive, and am professionally known as Tim Blacksmith. I am also a co-owner of Tim & Danny Music LLC. I am honored to have received a Member of the Order of the British Empire for my work in the music industry.

3. In 2016, I formed Stellar House Studios with the production duo Stargate, which consists of Mikkel Eriksen and Tor Hermansen. Stellar House Studios included recording studio areas and also separate office spaces, including my office.

4. On August 7, 2018, there was a songwriting session in the recording studio area of Stellar House Studios that was attended by Sam Smith, James Napier, Mr. Hermansen, and Mr. Eriksen. I was scheduled to meet with Normani Hamilton at my office later that same day to discuss potential collaborations with other artists. That A&R meeting was scheduled independently from, and had nothing to do with, Mx. Smith, Mr. Napier, Mr. Hermansen, and Mr. Eriksen's songwriting session that was also taking place at Stellar House Studios.

5. Since Ms. Hamilton was already scheduled to come to Stellar House Studios that day, I asked Mx. Smith whether I could bring Ms. Hamilton to the recording studio when she arrived so she could meet them. Mx. Smith agreed, and later that afternoon, the songwriting team told me that they wanted to play the song they had written for Ms. Hamilton. I then texted Ms. Hamilton's manager at the time, Brandon Silverstein, and asked him to have Ms. Hamilton come to the studio with haste.

6. Other than arranging the sessions and introducing Normani to Mx. Smith, I had no involvement in the creation of Defendants' *Dancing with a Stranger*.

Docusign Envelope ID: A6AA6D7F-EB3E-823B-83CB-BEE16800C0D8

7. I have never heard Plaintiff's song *Dancing with Strangers*, which I understand Plaintiff also refers to as *Dancing with a Stranger* ("Plaintiff's Song"). I have never seen Plaintiff's accompanying music video. Before Plaintiff asserted its copyright infringement claim, I had never heard of Jordan Vincent, Rosco Banlaoi, Christopher Miranda, SKX, or Sound & Color, LLC.

8. I am also not familiar with Peter Torres, Ricardo Vinas, Thrive Records, or Rayne Music. While I know Jared Cotter as a songwriter and manager from New York City, he has never shared any music with me and we have never discussed Defendants' Song or Ms. Hamilton. Mr. Cotter and I have not spoken in many years.

9. While I am familiar with Brandon Silverstein through his work with S10 Entertainment, and as Ms. Hamilton's former manager, he has never discussed or shared Plaintiff's Song, Jordan Vincent, Rosco Banlaoi, Christopher Miranda, SKX, or Sound & Color, LLC, with me. To be clear, I have never heard, still to this day, Plaintiff's Song.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 4 , 2026.

DocuSigned by:
Tim Blacksmith
094E352247AA4CC...

Hugh George Atkins

# Tab 7

Peter Anderson, Esq., Cal. Bar No. 88891
peteranderson@dwt.com
Cydney Swofford Freeman, Esq., Cal. Bar No. 315766
cydneyfreeman@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
ericlamm@dwt.com
Alex Cadena, Esq., Cal. Bar No. 352442
alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
SAMUEL SMITH, NORMANI KORDEI HAMILTON, also sued as SONGS OF NKH, JAMES NAPIER, TOR HERMANSEN and MIKKEL ERIKSEN, also sued as STARGATE, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, INC., SONY MUSIC PUBLISHING (US) LLC, EMI BLACKWOOD MUSIC INC., EMI APRIL MUSIC INC., SONY CORPORATION OF AMERICA, 45TH AND 3RD MUSIC LLC, TIM & DANNY MUSIC LLC, and DOWNTOWN MUSIC PUBLISHING LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Sound and Color, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Samuel Smith,<br><br>Defendants. | Case No. 2:22-cv-01508-WLH-AS<br><br>DECLARATION OF PETER TORRES |

**DECLARATION OF PETER TORRES**

I, Peter Torres, declare:

1. I am over 18 years old. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am a music industry executive. I am currently Vice President of Operations at Red Bull Records, which I joined in December 2020. I previously operated my own management company which managed various music artists.

3. Between 2015 and 2020, I had a working relationship with Christopher Miranda and Rosco Banlaoi, who at the time referred to themselves as SKX. I am no longer in touch with either of them.

4. In 2015, Mr. Miranda and Mr. Banlaoi asked me to help promote their song *Dancing with Strangers*, also called *Dancing with a Stranger* ("Plaintiff's Song"), which I understand they wrote with Jordan Vincent. I shared Plaintiff's Song with Ricardo Vinas of Thrive Music. I knew Mr. Vinas because I had previously worked at Thrive Music (at the time, Thrive Music was called Thrive Records). I, on behalf of Mr. Miranda, Mr. Banlaoi, and Mr. Vincent, had some negotiations with Mr. Vinas about Thrive Music potentially acquiring the rights to Plaintiff's Song so that it could be used by a Thrive Music artist. However, Thrive Music ultimately decided not to move forward with acquiring Plaintiff's Song.

5. In 2020, Mr. Vinas contacted me and asked to be put in touch again with Mr. Miranda, Mr. Banlaoi, and Mr. Vincent. When I asked Mr. Vinas why he was interested in Plaintiff's Song again, Mr. Vinas told me that he was listening to old music and remembered liking it. After putting Mr. Vinas in touch with Mr. Miranda, Mr. Banlaoi, and Mr. Vincent in 2020, I did not have any further involvement in the negotiations with Thrive Music regarding Plaintiff's Song.

6. I did not share Plaintiff's Song with any person other than Mr. Vinas. To the best of my recollection, I also did not discuss Plaintiff's Song with any other colleagues in the music industry.

7. I had no involvement in writing, producing, or distributing Sam Smith's *Dancing with a Stranger*. I have never shared Plaintiff's Song with Sam Smith, Tor Hermansen, Mikkel Eriksen, James Napier, Normani Hamilton, Brandon Silverstien, Josh Hollbauer, or Tim Blacksmith, nor have I discussed SKX, Mr. Miranda, Mr. Banlaoi, or Mr. Vincent with any of them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Los Angeles, California, on June 5, 2026.

Peter Torres

# Tab 8

Peter Anderson, Esq., Cal. Bar No. 88891
peteranderson@dwt.com
Cydney Swofford Freeman, Esq., Cal. Bar No. 315766
cydneyfreeman@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
ericlamm@dwt.com
Alex Cadena, Esq., Cal. Bar No. 352442
alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
SAMUEL SMITH, NORMANI KORDEI HAMILTON, also sued as SONGS OF NKH, JAMES NAPIER, TOR HERMANSEN and MIKKEL ERIKSEN, also sued as STARGATE, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, INC., SONY MUSIC PUBLISHING (US) LLC, EMI BLACKWOOD MUSIC INC., EMI APRIL MUSIC INC., SONY CORPORATION OF AMERICA, 45TH AND 3RD MUSIC LLC, TIM & DANNY MUSIC LLC, and DOWNTOWN MUSIC PUBLISHING LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Sound and Color, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Samuel Smith, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-01508-WLH-AS<br><br>DECLARATION OF JARED COTTER<br><br>Date: August 14, 2026<br>Time: 1:30 p.m.<br><br>Courtroom of the Honorable Wesley L. Hsu United States District Judge |

# DECLARATION OF JARED COTTER

I, Jared Cotter, declare:

1. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am a Grammy nominated songwriter and Emmy nominated TV host. In 2015, I co-founded The Heavy Group, a music management company with my creative collaborator, Jeremy Skaller.

3. I understand that Plaintiff in the above-referenced action produced an email sent by Chris Miranda of SKX on September 14, 2015 to me and the artist professionally known as Swagga Bob sharing the song "Dancing with a Stranger" ft. Jordan Vincent ("Plaintiff's Song"). I have searched my emails and have not found this email.

4. I do not recall ever being asked to assist in a potential deal between Chris Miranda, Rosco Banlaoi, and Jordan Vincent, on the one hand, and Thrive Records, on the other hand regarding Plaintiff's Song.

5. I have never received a copy or seen Plaintiff's music video.

6. I have never spoken to any of the Defendants in the above-referenced matter about Plaintiff's song, nor have I shared a copy of Plaintiff's Song with any of the Defendants in this matter.

7. I co-wrote the song, "Not That Kinda Girl," with Fifth Harmony. I met Normani during that process. I have never spoken to Normani about Plaintiff's Song nor have I shared a copy of Plaintiff's Song with her.

8. I first met Brandon Silverstein in 2019. I have never spoken to Mr. Silverstein about Plaintiff's Song, nor have I ever shared a copy of Plaintiff's Song with him.

9. I co-managed the artist professionally known as Bazzi from 2019 to 2020, along with Brandon Silverstein. I have never spoken to Bazzi about Plaintiff's Song, nor have I ever shared a copy of Plaintiff's song with him.


DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

10. I have met Josh Hallbauer, although I do not recall the year we first met. I have never spoken to Mr. Hallbauer about Plaintiff's Song, nor have I ever shared a copy of Plaintiff's Song with him.

11. I have never met the other third parties named in Plaintiff's Second Amended Complaint: Ricardo Vinas, Peter Torres, Vaughan Arnell, Rayne Music, and Trumal Darden.



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 26, 2026.

Jared Cotter



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

# Tab 9

Peter Anderson, Esq., Cal. Bar No. 88891
peteranderson@dwt.com
Cydney Swofford Freeman, Esq., Cal. Bar No. 315766
cydneyfreeman@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
ericlamm@dwt.com
Alex Cadena, Esq., Cal. Bar No. 352442
alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
SAMUEL SMITH, NORMANI KORDEI HAMILTON, also sued as SONGS OF NKH, JAMES NAPIER, TOR HERMANSEN and MIKKEL ERIKSEN, also sued as STARGATE, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, INC., SONY MUSIC PUBLISHING (US) LLC, EMI BLACKWOOD MUSIC INC., EMI APRIL MUSIC INC., SONY CORPORATION OF AMERICA, 45TH AND 3RD MUSIC LLC, TIM & DANNY MUSIC LLC, and DOWNTOWN MUSIC PUBLISHING LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Sound and Color, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Samuel Smith, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-01508-WLH-AS<br><br>DECLARATION OF VAUGHAN ARNELL<br><br>Date: August 14, 2026<br>Time: 1:30 p.m.<br><br>Courtroom of the Honorable Wesley L. Hsu United States District Judge |

**DECLARATION OF VAUGHAN ARNELL**

I, Vaughan Arnell, declare:

1. I am over 18 years old. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am a U.K.-based film director. I have created and directed music videos for George Michael, the Spice Girls, One Direction, Robbie Williams, and others.

3. I created and directed the music video for Sam Smith's *Dancing with a Stranger* ("Defendants' Song").

4. In October 2018, my agent informed me that Sam Smith's team was interested in commissioning me to create a music video for Defendants' Song. I prepared a treatment that describes the basic ideas and visual concepts for the music video. I drew inspiration from the lyrics of Defendants' Song and from a different music video I created for George Michael's *Fastlove*. I also drew inspiration from the general mood of the television drama *Black Mirror* and the film *A.I.*, starring Jude Law.

5. I understand that the plaintiff in this action claims there are similarities between the music video for Defendants' Song and the music video for the song *Dancing with Strangers* a/k/a *Dancing with a Stranger* ("Plaintiff's Song"), credited to Jordan Vincent. I have never heard Plaintiff's Song, nor have I seen the music video for Plaintiff's Song. I have also never seen any call sheet related to the production of the music video to Plaintiff's song. I have never met Jordan Vincent, Christopher Miranda, or Rosco Banlaoi. Before I learned of this lawsuit, I had never heard of any of those people, or of a musical or production group called SKX, or of an entity called Sound & Color LLC.

6. Plaintiff is incorrect in claiming that "porcelain statues coming to life" is an underlying idea in Defendants' music video. To my knowledge, I have never stated, in an interview or otherwise, that I wanted to use porcelain statues coming to life in the music video to Defendants' Song.

in an interview or otherwise, that I wanted to use porcelain statues coming to life in the music video to Defendants' Song.

7. At approximately 0:18-0:21 in the Official Music Video for Defendants' Song,[1] there is a brief scene featuring the words "Dancing With a Stranger." To create the scene, we projected a video of a flame onto a rose. We then superimposed the "Dancing with a Stranger" textual design, which was created by a different artist and provided to us to use in the music video. To my knowledge, I have never seen a business card or logo for an entity called Sound & Color LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 2 , 2026, at London, England.

[signature]

Vaughan Arnell

[1] https://youtu.be/av5JD1dfj_c?si=_kTnLVbFtzdN4dhU&t=18

# Tab 10

Peter Anderson, Esq., Cal. Bar No. 88891
peteranderson@dwt.com
Cydney Swofford Freeman, Esq., Cal. Bar No. 315766
cydneyfreeman@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
ericlamm@dwt.com
Alex Cadena, Esq., Cal. Bar No. 352442
alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
SAMUEL SMITH, NORMANI KORDEI HAMILTON, also sued as SONGS OF NKH, JAMES NAPIER, TOR HERMANSEN and MIKKEL ERIKSEN, also sued as STARGATE, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, INC., SONY MUSIC PUBLISHING (US) LLC, EMI BLACKWOOD MUSIC INC., EMI APRIL MUSIC INC., SONY CORPORATION OF AMERICA, 45TH AND 3RD MUSIC LLC, TIM & DANNY MUSIC LLC, and DOWNTOWN MUSIC PUBLISHING LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Sound and Color, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Samuel Smith, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-01508-WLH-AS<br><br>DECLARATION OF ARIES MOROSS<br><br>Date: August 14, 2026<br>Time: 1:30 p.m.<br><br>Courtroom of the Honorable<br>Wesley L. Hsu<br>United States District Judge |

**DECLARATION OF ARIES MOROSS**

I, Aries Moross, declare:

1. I am over 18 years old. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am a London-based graphic designer and founder of Studio Moross, a multidisciplinary creative design studio. Among Studio Moross's many recent projects are screen designs for the 2025 Victoria's Secret Fashion Show, visual designs for the 2025 Nickelodeon's Kids' Choice Awards, a brand design for the second season of the Netflix show *Arcane*, and show direction, design, and visuals for many of Kylie Monogue's live shows.

3. In September and October 2018, Studio Moross created a text design for Sam Smith's song *Dancing with a Stranger* ("Defendants' Song"). The design appears on the official single cover for Defendants' Song,[1] in the music video for Defendants' Song, and elsewhere. However, Studio Moross created only the design for the "Dancing with a Stranger" text, not the "perfume bottle" design on which the text is placed in the official single cover. Studio Moross also was not involved in creating the music video for Defendants' Song.

4. We received design files from the illustrator who created the perfume bottle design. Those files had placeholder text in a typeface called Tuesday Night, Regular. I then made changes to the font by hand to create the final "Dancing with a Stranger" text design. Attached as Exhibit 21 is a true and correct copy of a screenshot I took that shows the words "Dancing with a Stranger" written in Tuesday Night, Regular (top) as compared to the final "Dancing with a Stranger" design (bottom).

5. I understand plaintiff Sound & Color, LLC alleges that the textual design looks similar to a business card with the words "Sound & Color LLC." However, I am not aware of any business called Sound & Color LLC, and to the best of my

---

[1] *See* https://en.wikipedia.org/wiki/Dancing_with_a_Stranger#/media/File:Dancing_with_a_Stranger_(official_single_cover).png

knowledge, I have never seen a business card for any business called Sound & Color LLC. I also do not know anyone named Jordan Vincent, Christopher Miranda, or Rosco Banlaoi. I did not base the "Dancing with a Stranger" design off any business card or other design for a business called Sound & Color LLC, or any other preexisting design, for that matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 26 May, 2026, at London, United Kingdom.

Aries Moross

# Tab 11

Peter Anderson, Esq., Cal. Bar No. 88891
peteranderson@dwt.com
Cydney Swofford Freeman, Esq., Cal. Bar No. 315766
cydneyfreeman@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
ericlamm@dwt.com
Alex Cadena, Esq., Cal. Bar No. 352442
alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
SAMUEL SMITH, NORMANI KORDEI HAMILTON, also sued as SONGS OF NKH, JAMES NAPIER, TOR HERMANSEN and MIKKEL ERIKSEN, also sued as STARGATE, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, INC., SONY MUSIC PUBLISHING (US) LLC, EMI BLACKWOOD MUSIC INC., EMI APRIL MUSIC INC., SONY CORPORATION OF AMERICA, 45TH AND 3RD MUSIC LLC, TIM & DANNY MUSIC LLC, and DOWNTOWN MUSIC PUBLISHING LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Sound and Color, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Samuel Smith,<br><br>Defendants. | Case No. 2:22-cv-01508-WLH-AS<br><br>DECLARATION OF BRANDON SILVERSTEIN |

Docusign Envelope ID: ED7F5007-7EB1-8058-8128-5231ACB63508

**DECLARATION OF BRANDON SILVERSTEIN**

I, Brandon Silverstein, declare:

1. I am over 18 years old. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am the CEO of S10 Entertainment, which provides artist management, and which I founded in 2017. From 2017 to 2023, I managed Normani Kordei Hamilton.

3. I am not familiar with a song called *Dancing with Strangers* or *Dancing with a Stranger* that is credited to Jordan Vincent, Christopher Miranda, and Rosco Banlaoi ("Plaintiff's Song"). To the best of my knowledge, I was never given a copy of Plaintiff's Song or the accompanying music video, and I have never heard Plaintiff's Song or seen the accompanying music video.

4. Accordingly, I did not and could not have shared Plaintiff's song with anyone, including Ms. Hamilton, Sam Smith, Tor Hermansen, Mikkel Eriksen, or James Napier. And to the best of my knowledge, nobody else at S10 Entertainment shared Plaintiff's Song or the accompanying music video with any of those individuals either.

5. To the best of my knowledge, on or around August 7, 2018, Tim Blacksmith urged me to ask Ms. Hamilton to visit Stellar House Studios because Sam Smith was there and had written a song that Sam Smith wanted to share with Ms. Hamilton. Ms. Hamilton and I arrived separately at Stellar House later that same day, where Ms. Hamilton recorded her performance of the vocal part of *Dancing with a Stranger*.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California, on 6/11/2026 | 3:47:17 PM PDT, 2026.

DocuSigned by:
B02100451D954EA
Brandon Silverstein

# Tab 12

Peter Anderson, Esq., Cal. Bar No. 88891
peteranderson@dwt.com
Cydney Swofford Freeman, Esq., Cal. Bar No. 315766
cydneyfreeman@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
ericlamm@dwt.com
Alex Cadena, Esq., Cal. Bar No. 352442
alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
SAMUEL SMITH, NORMANI KORDEI HAMILTON, also sued as SONGS OF NKH, JAMES NAPIER, TOR HERMANSEN and MIKKEL ERIKSEN, also sued as STARGATE, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, INC., SONY MUSIC PUBLISHING (US) LLC, EMI BLACKWOOD MUSIC INC., EMI APRIL MUSIC INC., SONY CORPORATION OF AMERICA, 45TH AND 3RD MUSIC LLC, TIM & DANNY MUSIC LLC, and DOWNTOWN MUSIC PUBLISHING LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Sound and Color, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Samuel Smith, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-01508-WLH-AS<br><br>DECLARATION OF SCOTT BAUMAN<br><br>Date: August 14, 2026<br>Time: 1:30 p.m.<br><br>Courtroom of the Honorable Wesley L. Hsu United States District Judge |

Docusign Envelope ID: A795F931-2473-88CF-8331-5162E4A82C81

**DECLARATION OF SCOTT BAUMAN**

I, Scott Bauman, declare:

1. I am over 18 years old. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am Senior Vice President, Litigation Counsel and a custodian of records for UMG Recordings, Inc. ("UMG"). As a result of my position, I am able to direct and oversee searches of the email mailboxes of all UMG personnel.

3. During discovery in this action, I was provided with a document Bates-stamped P.0029-P.0042, which lists numerous email addresses, some of which end in "@umusic.com," which is UMG's domain. At my direction, personnel in UMG's Information Technology department searched UMG's email vault for all emails received from or sent to the raynerecords@gmail.com email address from December 1, 2016 through August 7, 2018. The search covered emails received or sent by all UMG email addresses (including each of the "@umusic.com" addresses listed in the P.0029-P.0042 document).

4. The search returned 80 emails that were received from or sent to the raynerecords@gmail.com email address. 51 of those emails were copies of two mass emails sent from raynerecords@gmail.com on February 21 and 22, 2017. Another 23 of those emails were copies of two mass emails sent from raynerecords@gmail.com on July 19, 2017 and October 13, 2017.

5. None of the 80 emails located in the search refer to Jordan Vincent or to *Dancing with a Stranger* or *Dancing with Strangers*. None of the 80 emails were sent to jo.charrington@umusic.com, don.was@umusic.com, or ryan.murphy@umusic.com. None of the 80 emails date from 2018. The latest email was sent on December 22, 2017.

6. I was provided with a document Bates-stamped P.0057, which purports to show that an email from raynerecords@gmail.com, dated February 19, 2018, listed Don Was, a UMG employee, in the BCC field. UMG's search for all emails received

Docusign Envelope ID: A795F931-2473-88CF-8331-5162E4A82C81

from or sent to the raynerecords@gmail.com email address between December 1, 2016 through August 7, 2018 did not locate a copy of that email or any other email to or from raynerecords@gmail.com in 2018.

7. It is my understanding that UMG's email vault contains any email sent or received during the December 1, 2016 through August 7, 2018 period even if the email had been marked as spam. As a result, if an email was sent from raynerecords@gmail.com in 2018 to someone with a then-valid and active @umusic.com email address, it should have been located in the aforementioned search even if it was identified as spam.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 10, 2026.

DocuSigned by:
Scott Bauman
49834EAB313A4F0...

SCOTT BAUMAN

# Tab 13

Peter Anderson, Esq., Cal. Bar No. 88891
peteranderson@dwt.com
Cydney Swofford Freeman, Esq., Cal. Bar No. 315766
cydneyfreeman@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
ericlamm@dwt.com
Alex Cadena, Esq., Cal. Bar No. 352442
alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
SAMUEL SMITH, NORMANI KORDEI HAMILTON, also sued as SONGS OF NKH, JAMES NAPIER, TOR HERMANSEN and MIKKEL ERIKSEN, also sued as STARGATE, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, INC., SONY MUSIC PUBLISHING (US) LLC, EMI BLACKWOOD MUSIC INC., EMI APRIL MUSIC INC., SONY CORPORATION OF AMERICA, 45TH AND 3RD MUSIC LLC, TIM & DANNY MUSIC LLC, and DOWNTOWN MUSIC PUBLISHING LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Sound and Color, LLC,<br>Plaintiff,<br>v.<br>Samuel Smith, *et al.*,<br>Defendants. | Case No. 2:22-cv-01508-WLH-AS<br><br>DECLARATION OF LAWRENCE FERRARA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Date: August 14, 2026<br>Time: 1:30 p.m.<br><br>Courtroom of the Honorable Wesley L. Hsu<br>United States District Judge |

**DECLARATION OF LAWRENCE FERRARA, Ph.D.**

I, Lawrence Ferrara, Ph.D., declare and state:

1. I am over the age of 18. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am a musicologist and a Full Professor of Music and the Director Emeritus of all studies in Music and the Performing Arts in New York University's Steinhardt School.

3. In 2022, I was asked in connection with this matter to perform a comparative musicological analysis of the musical composition and sound recording in plaintiff Sound and Color, LLC's *Dancing with Strangers* ("JV") and Defendants' *Dancing with a Stranger* ("SS"). Attached to this Declaration as Exhibit 1 is a true and correct copy of my Report dated November 30, 2022 ("Ferrara 2022 Report") and accompanying Visual Exhibits A-N. The Ferrara 2022 Report sets forth my qualifications (as of the date of the Report), comparative musicological analysis of JV and SS, and conclusions as to JV and SS.

4. I was also asked to review and consider the Preliminary Report dated January 3, 2022, by Dr. Alexander Stewart, which I understand was designated by Plaintiff as its musicologist report. Attached to this Declaration as Exhibit 2 is a true and correct copy of my Rebuttal Report ("Ferrara Rebuttal Report"), dated January 9, 2023, and accompanying Visual Exhibits A-B, which sets out my conclusions regarding Dr. Stewart's Preliminary Report as to JV and SS.

5. The following sound recordings were included as tracks on audio exhibit 1 to the Ferrara 2022 Report and are being lodged with the Court:

(a) Audio Exhibit 1: An mp3 of the deposit copy of JV which I received from Defendants' counsel, and which I referenced as Audio Exhibit 1, Track 1 in the Ferrara 2022 Report. This deposit copy is identical to the publicly available version of JV, which I downloaded from iTunes.

(b) Audio Exhibit 3: An mp3 of the deposit copy of SS, bates-stamped D000007, which I received from Defendants' counsel, and which I reference as Audio Exhibit 1, Track 3, in the Ferrara 2022 Report. This deposit copy is identical to the publicly available version of SS, which I downloaded from iTunes.

(c) Audio Exhibit 16: Audio excerpts of many of the prior art lyrical and/or melodic phrases transcribed in the Ferrara 2022 Report and submitted with this Declaration. Track listings and timestamps for Audio Exhibit 16, as well as the Ferrara 2022 Report page and YouTube link corresponding to each prior art example are provided in Schedule A to this Declaration.

6. In 2026, I was asked to review certain files provided to me by Defendants' counsel, which I understand are constituent parts of the JV sound recording. Attached to this Declaration as Exhibit 9 is a true and correct copy of my Report dated March 31, 2026, and accompanying Appendix 1 and Visual Exhibit A ("Ferrara 2026 Report"), which sets out my conclusions regarding those files. The Ferrara 2026 Report sets forth my qualifications, and my findings regarding those files, namely, that they contain samples of recordings of other works, and that they appear throughout the publicly available version of JV.

7. The following sound recordings that I received from Defendants' counsel were included as tracks on audio exhibit 1 to the Ferrara 2026 Report and are being lodged with the Court:

(a) Audio Exhibit 17: An audio file named "Vox – Booyaka_bip."

(b) Audio Exhibit 20: An audio file named "DRM- Sample Loop_bip."

///

///

8. The Ferrara 2022 Report, Ferrara Rebuttal Report, and Ferrara 2026 Report are each made a part of and incorporated into this Declaration and I can and do testify to my statements, analyses, and conclusions in the Ferrara 2022 Report, Ferrara 2023 Rebuttal Report, and Ferrara 2026 Report.

**My Comparative Musicological Analysis of JV and SS**

9. As set out in more detail in the Ferrara 2022 Report and Ferrara 2023 Rebuttal Report, and by applying established and recognized musicological practices and analyses, including by dissecting the works, analyzing prior art, and identifying elements that were in common use or widely available prior to JV, I concluded that there are no musicologically significant similarities between JV and SS, that there are many musicologically significant differences, and that any similarities between JV and SS are commonplace, coincidental, unremarkable, and not remotely suggestive of copying.

10. JV is recorded in the key of G minor. SS is recorded in the key of Ab major. In the Ferrara 2022 Report, I assign scale degrees to the melodies and chords of SS based on the key of Ab major. Dr. Stewart's reports, on the other hand, claim that SS is tonally ambiguous and also that SS is in the key of F minor. Dr. Stewart's opinion that SS is in the key of F minor is belied by his own analysis, as explained in the Ferrara Rebuttal Report, and in the Declaration I submitted in support of Defendants' Motion for Summary Judgment in 2023. Regardless, as I explain in detail in the Ferrara Rebuttal Report, even with Dr. Stewart's mistaken analysis of SS in the key of F minor, there are no musicologically significant similarities in JV and SS, there are many musicologically significant differences, and the similarities that do exist are not suggestive of copying.

11. Both JV and SS use the phrase "dancing with a stranger" in the portion of their respective choruses that Dr. Stewart refers to the hook. But that is not a significant similarity because my research indicates that this phrase is commonplace in song lyrics. Indeed, I have located at least fifteen songs predating JV that include this phrase, which are identified and analyzed at pages 47-66 ¶¶ 104-125 of the Ferrara 2022 Report. In

many of those prior art songs, the phrase "dancing with a stranger" or similar is also the title and a "hook" lyric in the songs' choruses, including in songs titled "Dancing with a Stranger" by Jael, Annie Gallup, Cyndi Lauper, Q.Q. Blue, The Risk, and songs titled "Dance with a Stranger" by Kim Herte & The Federation and the musical group Dance with a Stranger. Other than the use of this commonplace four-word phrase, the lyrics and lyrical narratives of JV and SS are very different.

12. Also, the phrase is part of very different lyrics in each song's choruses. In JV's choruses, the "dancing with a stranger" melody is the second of two alternating continuations (or "consequent phrases") of a melody set to the lyrics the lyrics "She said I'm gonna die," as discussed at pages 18-19 ¶ 53 of the Ferrara 2022 Report. In the SS choruses, however, the "dancing with a stranger" melody is the *third* part of a phrase in the lyrics "Look what you made me do / I'm with somebody new / Ooh baby baby I'm dancing with a stranger," as discussed at pages 19-20 ¶ 56 of the Ferrara 2022 Report. The melody to which the lyrics "She said I'm gonna die" are sung in JV is not similar to anything in SS, and the melody to which the lyrics "Look what you made me do / I'm with somebody new / Ooh baby baby" are sung in SS is not similar to anything in JV.

13. The melodic phrases to which the words "dancing with a stranger" are sung in JV and SS do not have musicologically significant similarities. As I explain at page 5 ¶ 7(d) of the Ferrara 2022 Report, a "melody" is a single line of music that consists primarily of a succession (or sequence) of pitches and the rhythmic durations of those pitches within a melodic phrase structure. Put differently, a melody consists of a series of "notes," which are sounds of specified (a) pitch and (b) rhythmic duration. "Pitch" refers to the specific high or low placement of a musical sound. The pitch of a note can be represented either by letters (A, Bb (pronounced "B-flat"), B, C, etc.), or by "scale degrees" 1 through 7, which refers to the position of the pitch in the scale of the key of the song. This is explained in further detail at page 30 ¶ 70 of the Ferrara 2022 Report.

14. In JV, the words "dancing with a stranger" are sung to two interchanging melodies, one of which occurs at 1:05 (and elsewhere) in the JV deposit copy, and the

other of which occurs at 1:13 (and elsewhere) in the JV deposit copy. There are also many different melodic settings of the words "dancing with a stranger" in SS, which are each identified in Visual Exhibit I to the Ferrara 2022 Report and analyzed on pages 31 through 46 of the Ferrara 2022 Report. Dr. Stewart's analyses of melody in his Preliminary Report and Rebuttal Report directly compare only one of the two "dancing with a stranger" melodies in JV against only one of the "dancing with a stranger" melodies in SS. The pair that Dr. Stewart analyzes is similar to that which I analyze at pages 37-39 ¶¶ 82-83 and transcribe in Musical Example 12 of the Ferrara 2022 Report.

15. Even assuming Dr. Stewart's incorrect finding that SS is in the key of F minor, the melodies identified in Example 1 of Dr. Stewart's Preliminary Report and Example 5 of Dr. Stewart's Rebuttal Report do not have significant similarities. In fact they are very different, as discussed at pages 18-22 ¶¶ 40-45 and elsewhere in the Ferrara Rebuttal Report. The below is Example 1 at page 5 of Dr. Stewart's Preliminary Report, to which I have added the pitches of each melody in scale degrees, assuming that SS is in the key of F minor (SS is on the top):

Example 1 signature phrases




As can be seen, Dr. Stewart transcribes the melody in SS as eight notes, with pitches corresponding to scale degrees 7-5-5-5-4-4-3-3. Dr. Stewart transcribes the melody in JV as *seven* notes (the first and last each appear to be two notes because they are "held over" to the next measure) with pitches corresponding to scale degrees 7-6-6-5-4-4-3.

18. In comparing melodies, pitches must be considered in connection with their rhythm, *i.e.*, their durations and their metric placement (*i.e.*, position on or between beats in a measure). In the above transcriptions, the relative metric placement of each note in

SS and JV can be compared by its vertical alignment. Even assuming Dr. Stewart's finding that SS is in the key of F minor, only two notes in the melodies have the same pitch and metric placement, but even those have different durations:




This is discussed in more detail at pages 18-22 ¶¶ 39-45 and pages 30-33 ¶¶ 60-64 of the Ferrara Rebuttal Report.

19. In the above melodies, the metric placement of the beginning of each syllable in "dan-cing with a stran-ger" is the same, as explained at page 37 ¶ 81 of the Ferrara 2022 Report. However, there are also three differences in metric placement, identified at page 21 ¶ 44 of the Ferrara Rebuttal Report.

20. The similarity in metric placement of the beginning of syllables is not significant or suggestive of copying because my prior art research demonstrates that it is a commonplace way of setting "dancing with a stranger" or similar phrases (*i.e.*, six-syllable phrases starting with "dancing" or ending with "stranger") to music. As noted at pages 109-110 ¶ 173 of the Ferrara 2022 Report, I identified ten melodies from seven songs predating JV with identical metric placement to the beginning of all six syllables in JV and SS (including the anticipation of the first syllable before the beat), and three additional melodies from two songs predating JV that are identical except in the placement of the syllable "dan-." For example, Kim Herte and the Federation's *Dance with a Stranger* (1986), which has two melodies in which the beginnings of the syllables of "dance with a stran-ger" have identical metric placement to the beginnings of the syllables "danc- with a stran-ger" in JV and SS. Those melodies have other similarities as well, which are discussed at pages 76 and 77 of the Ferrara 2022 Report.

///

21. As Dr. Stewart transcribes them, the pitch sequences in the "dancing with a stranger" melodies in JV and SS move from scale degree 7 to scale degree 3, but that is not a significant similarity because each moves from 7 to 3 in a different way. As explained at pages 18-19 ¶ 40 in my Rebuttal Report, it is the order or sequence of pitches that is relevant because the pool of pitches is limited to scale degrees 1-7. Also, a pitch sequence 7-6-5-4-3 (like JV's 7-6-6-5-4-4-3) is a portion of a descending scale (1-7-6-5-4-3-2-1). A descending scale is a musical building block. The pitch sequence in SS, on the other hand, is not a descending scale because it skips scale degree 6, and it also repeats different pitches (7-5-5-5-4-4-3-3). Thus, even when accepting Dr. Stewart's choice of key for SS (F minor), the pitch sequences in the "dancing with a stranger" melodies in JV and SS move from scale degree 7 to scale degree 3 in a different way.

22. That both JV and SS move from scale degree 7 to scale degree 3 is insignificant is further confirmed by the prior art analyzed in the Ferrara 2022 Report. For example, in the Jon Burr Band's *Dancing with a Stranger* (2008), the lyrics "dancing with a stranger" are sung to a melody that starts on scale degree 7 and ends on scale degree 3 (7-5-4-3-4-3) and also includes other relevant similarities, as discussed on page 53 of the Ferrara 2022 Report. In *Dancing with an Angel (Extended)* by Regina (1991), the lyrics "dancing with an angel" are sung to a melody with the pitch sequence 1-7-6-5-4-3. As with JV, the high point of the melody is scale degree 7 and it descends to end on 3, as shown on page 92 of the Ferrara 2022 Report.

23. "Melodic contour" is the direction in which pitches move, *i.e.*, up (scale degree 1 to 2), down (scale degree 2 to 1), or repeat (scale degree 2 to 2). As transcribed by Dr. Stewart, the "dancing with a stranger" melodies in JV and SS each have an *overall* downward "melodic contour." In other words, they both descend as they move from scale degree 7 to scale degree 3. But as shown in the Ferrara Report, many prior art examples have essentially the same contour, including with other elements discussed above. For example, in the Jon Burr Band's *Dancing with a Stranger*, the melody referenced above has an overall descending contour from scale degree 7 to scale degree 3, with the exception

of one pitch that moves up (3-4 in 7-5-4-3-4-3). In Regina's *Dancing with an Angel*, the melody referenced above leaps up from scale degree 1 to 7, then, as with JV, descends stepwise from 7 to 3. Double You's *Dancing with an Angel* (1995), discussed at page 81 of the Ferrara 2022 Report, sets lyrics "dancing with an angel" to a melody that descends from scale degree 6 to scale degree 3, with the exception of one note that moves upward (3-4 in 6-5-4-3-4-3). Also, the syllable "dan-" is metrically placed to anticipate a strong beat, as with JV and SS, and the rhythmic durations of the first five notes are the same as in JV. In fact, at least six of Sam Smith's earlier songs have a similar descending sequence of pitches, as shown at pages 104-109 of the Ferrara 2022 Report.

24. Also, the melodic contour of the JV and SS melodies identified in Dr. Stewart's report are different. JV descends stepwise, with some notes repeated, while SS "skips" scale degree 6. The contours are also different because they repeat different pitches and descend at different times. This is discussed at page 20 ¶ 42 of the Ferrara Rebuttal Report.

25. The prior art examples mentioned above, and the many others discussed at pages 47-111 of the Ferrara 2022 Report and in the Ferrara Rebuttal Report, illustrate that the claimed similarities were commonplace in various combinations in popular music prior to JV. As a result, it is very possible that the authors of SS wrote that song without ever having heard JV, let alone copying it. For example, the combination of lyric and melodic similarities that Dr. Stewart identifies (the phrase "dancing with a stranger," 7 to 3 pitch sequence, downward melodic contour, and metric placement of syllables) could conceivably be created by combining elements from two or more of the forty-nine prior artworks identified in the Ferrara 2022 Report.

26. As for the songs' harmonies, which refer to the presence and usage of chords, JV and SS do not share any musicologically significant similarities. This is discussed at pages 12-17 ¶¶ 32-42 of the Ferrara 2022 Report and pages 4-8 ¶¶ 9-15 of the Ferrara Rebuttal Report. The chord progression of JV consists of four "basic" chords: i-v-VI-VII. Even in the "basic" chord progressions as charted by Dr. Stewart at, *e.g.*, page 6 of his

Rebuttal Report, and assuming once again that SS is in the key of F minor, the chord progression SS is eight chords: VI-VIII-i-III-VI-v-i-III. That both chord progressions share VI-VII-i is insignificant because that is extremely commonplace, and the chords appear in a different sequence in each Song.

27. There are also no significant similarities in the songs' structures, which are discussed at pages 5-9 ¶¶ 8-21 of the Ferrara 2022 Report, and in the songs' rhythms, which are discussed at pages 17-18 ¶¶ 43-51 of the Ferrara 2022 Report. The songs are also very different in their entireties, as discussed at pages 46-47 ¶¶ 98-103 of the Ferrara 2022 Report.

**The Samples in JV and Their Compositional Significance**

28. In the Ferrara 2026 Report, I conclude that the audio files I was provided are samples (or copied sounds) from songs that predate JV and that those samples appear throughout a substantial amount of JV.

29. As discussed at pages 2-3 ¶¶ 2-6 of the Ferrara 2026 Report, the file "Vox – Booyaka_bip" contains a vocal sample (beginning at 1:02 in the file) that is digitally copied from the very beginning of *The Ha Dance*, recorded by Masters at Work (1991). The portion of *The Ha Dance* sampled in the file "Vox – Booyaka_bip" appears to have in turn been sampled from a song called *Seduction (Vocal Mix)* by Seduction (1989), which itself appears to have been created by looping and applying a delay effect to spoken audio from the 1983 movie *Trading Places*.

30. The vocal sample in the "Vox – Booyaka_bip" file is one measure long and includes the nonsense words "bwe-le boo bwe-le boo bwe-le ah ha," sung to a sequence of ten consecutive notes. Some of the syllables are sung to more than one pitch at the same time. My transcriptions of the relevant portions of *Seduction (Vocal Club Mix)*, *The Ha Dance*, and the sample in JV, are at pages 4-5 of the Ferrara 2026 Report.

31. I conducted a prior art search for ten notes with the same or similar pitches and rhythms. The closest prior art example I found was an excerpt of a Mozart symphony, and it was similar only in that it had some rhythmic similarities. But as discussed at pages

5-7 of the Ferrara 2026 Report, the rhythm was not the same, it lacked the distinctive, concurrent G and F# pitches in the *Ha Dance* sample, and of course, it did not include the nonsense syllables found in that sample.

32. The *Ha Dance* sample plays throughout a very substantial portion of JV. As shown at page 3 ¶ 6 of the Ferrara 2022 Report, The *Ha Dance* sample plays 97 times in the JV deposit copy for a total of 3 minutes and 10 seconds of JV's 4 minutes and 33 seconds. Indeed, the *Ha Dance* sample plays throughout the entirety of JV's Introduction, Chorus 1, Pre-chorus 2, and Chorus 2, and nearly the entirety of JV's Re-intro, Breakdown, and Chorus 3, forming a part of the musical fabric of each of those sections. In fact, every time the "dancing with a stranger" melody discussed above is sung in JV, the *Ha Dance* sample is also playing.

33. The *Ha Dance* Sample is sometimes pitched down an octave in JV, as shown at page 3 ¶ 6 of the Ferrara 2022 Report. That simply means that the G and F# pitches are moved down to lower G and F# pitches. The musical composition in the *Ha Dance* sample is otherwise the same.

34. As discussed at pages 7-8 ¶¶ 12-14 of the Ferrara 2026 Report, the file "DRM- Sample Loop_bip" contains a sample (beginning at 1:02 in the file) that is digitally copied from the single version of *Think (About It)* by Lyn Collins (1973), which is credited as being written and produced by James Brown. The sampled material consists of the right-side stereo channel of that song, and has been increased in tempo and lowered in pitch to fit with JV.

35. The sample is two measures long and consists of a complex combination of five elements: (1) vocal adlibs with the words "Yeah yah Ha ha For real Woo! Don't"; (2) an organ playing seven three-note chords in a distinctive rhythm; (3) a bass guitar playing eight notes in a distinctive and complementary rhythm to the organ; (4) a sixteenth-note tambourine pattern, and (5) a drum beat derived from the "one-the-one" funk drumbeat feel, which James Brown is widely credited with creating. Transcriptions of this sample are on pages 9-10 of the Ferrara 2026 Report.

36. As discussed at pages 10-11 ¶¶ 18-20 of the Ferrara 2026 Report, I located no prior art works with an even remotely similar combination of elements as in the *Think (About It)* sample.

37. In JV, the *Think (About It)* sample often overlaps with the *Ha Dance* Sample and plays throughout much of the song. As shown at page 8 ¶ 15 of the Ferrara 2026 Report, the *Think (About It)* sample plays 35.5 times, for a total of 2 minutes and 18 seconds in the JV deposit copy. The *Think (About It)* sample plays throughout the entirety of Chorus 1 of JV and nearly the entirety of Choruses 2 and 3, and the Breakdown of JV, forming part of the musical fabric of those sections. As with the *Ha Dance* sample, every time the "dancing with a stranger" melody discussed above is sung in JV, the *Think (About It*) sample is also playing.

38. While the focus of the Ferrara 2022 Report and Rebuttal Report were on the lead melody, the chord progressions, and other elements of JV and SS, compositional elements from the *Ha Dance* and *Think (About It)* samples were also discussed in those reports. The background drum and tambourine loop from the *Think (About It)* sample is discussed at pages 17 ¶ 48 and 47 ¶ 101 of the Ferrara 2022 Report, and the vocal loop from the *Ha Dance* sample is discussed at page 8 ¶ 13 of that Report. As I explain at page 47 ¶ 101 of the Ferrara 2022 Report, those elements are important to the overall arrangement of JV, which is created by adding and taking away layers of parts. These layers include the *Ha Dance* sample and the *Think (About It)* sample, which are added to the Chorus and other sections of JV to create its particular musical effect.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 11, 2026.

Lawrence Ferrara, Ph.D.

# Tab 14

# Schedule A to Ferrara Declaration
## Audio Exhibit 16 Timestamps

| | **Audio Exhibit 16 Timestamp** | **Song** | **Artist** | **Year** | **Page in Ferrara Report (Exhibit 1)** | **YouTube Link Provided in Ferrara Report (Exhibit 1)** | **Original Recording Timestamp** |
|---|---|---|---|---|---|---|---|
| **1** | 0:00 | Dancing with a Stranger (JV Deposit Copy) | Jordan Vincent (Plaintiff) | 2015 | 36 | N/A (JV deposit copy provided as Audio Exhibit 1) | 1:13 |
| **2** | 0:04 | Dancing with a Stranger | Jael | 2010 | 49 (Musical Example 16) | https://youtu.be/ijaESaFprco | 0:16 |
| **3** | 0:07 | Dancing with a Stranger | Jael | 2010 | 50 (Musical Example 17) | https://youtu.be/ijaESaFprco | 0:24 |
| **4** | 0:10 | I'm Your Man | Gillan | 1978 | 51 (Musical Example 18) | https://youtu.be/8xWv6yYWj4Q?t=329 | 2:52 |
| **5** | 0:13 | Dancing With a Stranger | Kitty Wells | 1957 | 52 (Musical Example 19) | https://youtu.be/Yq7e7h2fYGk | 0:17 |
| **6** | 0:19 | Dancing With a Stranger | Jon Burr Band | 2008 | 53 (Musical Example 20) | https://youtu.be/_sdLMk7hJZk | 0:01 |
| **7** | 0:24 | (Theme From) Midnight Express | Giorgio Moroder | 1978 | 54 (Musical Example 21) | https://youtu.be/2VhC6UYyqeY | 0:54 |

| | Audio Exhibit 16 Timestamp | Song | Artist | Year | Page in Ferrara Report (Exhibit 1) | YouTube Link Provided in Ferrara Report (Exhibit 1) | Original Recording Timestamp |
|---|---|---|---|---|---|---|---|
| **8** | 0:28 | Dancing With a Stranger | Annie Gallup | 1996 | 55 (Musical Example 22) | https://youtu.be/ELppoM60R-8 | 2:47 |
| **9** | 0:33 | Retreat Cries My Heart | Patti Page | 1957 | 56 (Musical Example 23) | https://youtu.be/-aqKoiQDUJY | 1:04 |
| **10** | 0:35 | Over and Over Again | Richie Furav | 1976 | 57 (Musical Example 24) | https://youtu.be/Qdrn5GmBFZs | 1:19 |
| **11** | 0:40 | Dancing With a Stranger | Cyndi Lauper | 1989 | 58 (Musical Example 25) | https://youtu.be/hAjnIkIO3Ps | 0:43 |
| **12** | 0:45 | Dancing With a Stranger | Cyndi Lauper | 1989 | 59 (Musical Example 26) | https://youtu.be/hAjnIkIO3Ps | 0:54 |
| **13** | 0:49 | When Only You Loved Me | Don Johnson | 1989 | 60 (Musical Example 27) | https://youtu.be/KNBS43GGOEQ | 0:20 |
| **14** | 0:52 | Dancing With a Stranger | George Hills | 1991 | 61 (Musical Example 28) | https://youtu.be/56AvwdmqKOw | 2:21 |
| **15** | 0:57 | Love Don't Care (Where It Grows) | Perry Como | 1973 | 62 (Musical Example 29) | https://youtu.be/3iJqhnCImRA | 0:46 |

| | Audio Exhibit 16 Timestamp | Song | Artist | Year | Page in Ferrara Report (Exhibit 1) | YouTube Link Provided in Ferrara Report (Exhibit 1) | Original Recording Timestamp |
|---|---|---|---|---|---|---|---|
| **16** | 1:01 | Dancing With a Stranger | Q.Q. Blue | 2013 | 63 (Musical Example 30) | https://youtu.be/WqWGgGKuZAM | 1:53 |
| **17** | 1:05 | Dancing With a Stranger | The Risk | 1989 | 64 (Musical Example 31) | https://youtu.be/m_xfnIRdFtY | 1:04 |
| **18** | 1:08 | Dancing With a Stranger | The Risk | 1989 | 65 (Musical Example 32) | https://youtu.be/m_xfnIRdFtY | 1:33 |
| **19** | 1:11 | Wash Him Off | Marydancin | 2011 | 66 (Musical Example 33) | https://youtu.be/khAxGFYSfAQ | 0:04 |
| **20** | 1:15 | Dancing With the Moonlight | Hotei | 1989 | 67 (Musical Example 34) | https://youtu.be/4NpoGopTrfw | 2:14 |
| **21** | 1:19 | Dancing on the Ceiling | Lionel Richie | 1986 | 68 (Musical Example 35) | https://youtu.be/4KlLfYADaVE | 0:54 |
| **22** | 1:22 | Dancing on the Ceiling | Lionel Richie | 1986 | 69 (Musical Example 36) | https://youtu.be/4KlLfYADaVE | 1:30 |
| **23** | 1:26 | Dancing With a Gypsy | Tora Tora | 1989 | 70 (Musical Example 37) | https://youtu.be/LUGaYCkySDQ | 0:58 |

| | Audio Exhibit 16 Timestamp | Song | Artist | Year | Page in Ferrara Report (Exhibit 1) | YouTube Link Provided in Ferrara Report (Exhibit 1) | Original Recording Timestamp |
|---|---|---|---|---|---|---|---|
| **24** | 1:28 | Dancing With a Gypsy | Tora Tora | 1989 | 71 (Musical Example 38) | https://youtu.be/LUGaYCkySDQ | 1:02 |
| **25** | 1:31 | Dancing in the Canebrake | Omar & the Howlers | 1987 | 72 (Musical Example 39) | https://youtu.be/Iwc6GLS-pmg | 3:26 |
| **26** | 1:35 | Dancing in the Canebrake | Omar & the Howlers | 1987 | 73 (Musical Example 40) | https://youtu.be/Iwc6GLS-pmg | 4:09 |
| **27** | 1:38 | Dancing in the Moonlight | King Harvest | 1972 | 74 (Musical Example 41) | https://youtu.be/otXKTDinWBw | 0:52 |
| **28** | 1:41 | Lullaby | Cherry | 1988 | 75 (Musical Example 42) | https://youtu.be/qN7t9Xi0e-4 | 1:34 |
| **29** | 1:44 | Dance with a Stranger | Kim Herte & the Federation | 1986 | 76 (Musical Example 43) | https://youtu.be/SxaDFI29C1g | 0:46 |
| **30** | 1:47 | Dance with a Stranger | Kim Herte & the Federation | 1986 | 77 (Musical Example 44) | https://youtu.be/SxaDFI29C1g | 1:02 |
| **31** | 1:52 | Candy From a Stranger | Garry Miles | 1962 | 78 (Musical Example 45) | https://youtu.be/QRb-BVWRaTU | 1:19 |

| | Audio Exhibit 16 Timestamp | Song | Artist | Year | Page in Ferrara Report (Exhibit 1) | YouTube Link Provided in Ferrara Report (Exhibit 1) | Original Recording Timestamp |
|---|---|---|---|---|---|---|---|
| **32** | 1:55 | Dancing on the Jetty | INXS | 1984 | 79 (Musical Example 46) | https://youtu.be/7I8UJvkiJPw | 1:02 |
| **33** | 1:58 | Dancing With an Angel | Double You | 1995 | 80 (Musical Example 47) | https://youtu.be/r6u3aEx0JlM | 0:22 |
| **34** | 2:01 | Dancing With an Angel | Double You | 1995 | 81 (Musical Example 48) | https://youtu.be/r6u3aEx0JlM | 1:13 |
| **35** | 2:05 | Dancing in the Shadows | After the Fire | 1982 | 82 (Musical Example 49) | https://youtu.be/CXU3_9whehs | 1:09 |
| **36** | 2:08 | Dancing in the Dark | Bruce Springsteen | 1984 | 83 (Musical Example 50) | https://youtu.be/129kuDCQtHs | 0:49 |
| **37** | 2:11 | Dancing on the Highway | Jim Capaldi | 1988 | 84 (Musical Example 51) | https://youtu.be/lU_KpKOedEE | 1:17 |
| **38** | 2:15 | Dancing in the Desert | Wanda Cross | 1985 | 85 (Musical Example 52) | https://youtu.be/fOUNcBxRt0g | 0:49 |
| **39** | 2:19 | Dancing on a Highway | Timecode | 1989 | 86 (Musical Example 53) | https://youtu.be/u6hDZlnhUcc | 0:59 |
| **40** | 2:21 | Dance With a Stranger | Dance With a Stranger | 1987 | 87 (Musical Example 54) | https://youtu.be/JQsbYgW0r9I | 2:26 |

| | Audio Exhibit 16 Timestamp | Song | Artist | Year | Page in Ferrara Report (Exhibit 1) | YouTube Link Provided in Ferrara Report (Exhibit 1) | Original Recording Timestamp |
|---|---|---|---|---|---|---|---|
| **41** | 2:24 | Dancing With My Baby Polka (Live Performance) | Dobosenski Bros | 2010 | 88 (Musical Example 55) | https://youtu.be/2CxT3yf0Aik | 0:28 |
| **42** | 2:27 | Dancing With My Demons | Northern Lite | 2006 | 91 (Musical Example 58) | https://youtu.be/gqtNCoZa3Bg | 0:44 |
| **43** | 2:30 | Dancing With an Angel | Regina | 1991 | 92 (Musical Example 59) | https://youtu.be/sLdwoCs0lDY | 0:42 |
| **44** | 2:33 | Dancing With an Angel | Regina | 1991 | 93 (Musical Example 60) | https://youtu.be/sLdwoCs0lDY | 1:06 |

# Tab 15

Peter Anderson, Esq., Cal. Bar No. 88891
peteranderson@dwt.com
Cydney Swofford Freeman, Esq., Cal. Bar No. 315766
cydneyfreeman@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
ericlamm@dwt.com
Alex Cadena, Esq., Cal. Bar No. 352442
alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
SAMUEL SMITH, NORMANI KORDEI HAMILTON, also sued as SONGS OF NKH, JAMES NAPIER, TOR HERMANSEN and MIKKEL ERIKSEN, also sued as STARGATE, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, INC., SONY MUSIC PUBLISHING (US) LLC, EMI BLACKWOOD MUSIC INC., EMI APRIL MUSIC INC., SONY CORPORATION OF AMERICA, 45TH AND 3RD MUSIC LLC, TIM & DANNY MUSIC LLC, and DOWNTOWN MUSIC PUBLISHING LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Sound and Color, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Samuel Smith, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-01508-WLH-AS<br><br>DECLARATION OF PAUL GELUSO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Date: August 14, 2026<br>Time: 1:30 p.m.<br><br>Courtroom of the Honorable Wesley L. Hsu United States District Judge |

**DECLARATION OF PAUL GELUSO**

I, Paul Geluso, declare and state:

1. I am over the age of 18. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am an Assistant Music Professor and the Program Director of the Music Technology Department at New York University. I have worked professionally in the music industry for more than 30 years in the fields of music technology, sound recording and music production. I have been credited as a producer, recording engineer, mastering engineer and/or musician on more than 200 commercially available releases across numerous musical genres.

3. In 2022, I was asked in connection with this matter to determine whether Defendants' sound recording *Dancing with a Stranger* ("SS") digitally samples or otherwise recaptures actual sounds in the sound recording of plaintiff's *Dancing with Strangers* ("JV"), and whether significant similarities in style and instrumentation exist between JV and SS. Attached to this Declaration as Exhibit 3 is a true and correct copy of the Expert Report I prepared in 2022 and accompanying Curriculum Vitae ("Geluso 2022 Report").

4. In 2023, I was also asked to review and consider the declaration of Brian Bricklin, dated December 1, 2022, whom I understand was designated by Plaintiff as its sound recording report, and the Preliminary Report, dated January 3, 2022, by Dr. Alexander Stewart, Plaintiff's musicologist expert. Attached to this Declaration as Exhibit 4 is a true and correct copy of my Rebuttal Report ("Geluso Rebuttal Report"), dated January 9, 2023, which sets out my conclusions regarding Mr. Bricklin's Declaration and Dr. Stewart's Preliminary Report as to JV and SS.

5. In 2026, I was also asked to JV and its constituent "stem" files, which were given to me by Defendants' counsel, to determine whether they contained samples (or copied sounds) from other sound recordings. Stem files are audio files created by grouping and/or isolating individual music parts from a final mixed version of a song for

archival or future re-mixing purposes. Attached to this Declaration as Exhibit 10 is a true and correct copy of my Report (the "Geluso 2026 Report") that sets forth my conclusions regarding the samples in the stem files for JV.

6. The following sound recordings are referenced as audio exhibits to the Geluso 2026 Report and are being lodged with the Court:

(a) Audio Exhibit 17: An audio file named "Vox – Booyaka_bip," which is one of the stem files I received from Defendants' counsel, and which is referenced as Audio Exhibit 3 in the Geluso 2026 Report.

(b) Audio Exhibit 18: An audio file named "Vox – Booyaka EFX_bip," which is one of the stem files I received from Defendants' counsel, and which is referenced as Audio Exhibit 4 in the Geluso 2026 Report.

(c) Audio Exhibit 19: An mp3 of *The Ha Dance*, which I downloaded from YouTube at the following link: https://www.youtube.com/watch?v=9WVxEdtOj48, and which is referenced as Audio Exhibit 2 in the Geluso 2026 Report.

(d) Audio Exhibit 20: An audio file named "DRM- Sample Loop_bip," which is one of the stem files I received from Defendants' counsel, and which is referenced as Audio Exhibit 4 to the Geluso 2026 Report.

(e) Audio Exhibit 21: An mp3 of *Think (About It)*, which I downloaded from YouTube at the following link: https://youtu.be/HKix_06L5AY?si=oOIBtDpWniFQaUxs&t=104, and which is referenced as Audio Exhibit 8 in the Geluso 2026 Report.

7. The Geluso 2022 Report, Geluso Rebuttal Report, and Geluso 2026 Report are each made a part of and incorporated in this Declaration and I can and do testify to my statements, analyses, and conclusions in my Expert Report and Rebuttal Report.

8. As set out in more detail in the 2022 Geluso Report and Geluso Rebuttal Report, and by applying established and recognized practices and methods of analyses described at pages 3-4, paragraphs 10-14 in the Geluso 2022 Report, I concluded, among other things and as relevant here, the following:

(a) There is no evidence that the commercially released SS sound recording digitally samples or otherwise recaptures actual sounds in the JV sound recording;

(b) Any similarities in style or instrumentation between the SS sound recording and the JV sound recording are commonplace and not suggestive of copying; and

(c) The style, instrumentation, and production techniques in SS are significantly different from those in JV, as detailed in pages 4-6, paragraphs 15-21 of the Geluso 2022 Report and page 5, paragraphs 14-15 of the Geluso Rebuttal Report, and not suggestive of copying.

9. In the Geluso 2026 Report, by applying established and recognized practices and methods of analyses described at pages 3-5, paragraphs 8-14 of the Geluso 2026 Report, I concluded the following:

(a) A spectrogram analysis of the stem files I was provided and the publicly available single version of JV match, indicating that the stem recordings contain the musical performances and recordings that are in the publicly available version of JV;

(b) A spectrogram analysis confirms that the stem file “Vox – Booyaka_bip” (Audio Exhibit 17) contains a one-measure loop copied and repeated from *The Ha Dance* (Audio Exhibit 19), in its original pitch and tempo;

(c) A spectrogram analysis confirms that the stem file “Vox – Booyaka EFX_bip” (Audio Exhibit 18) contains the same one-loop

portion copied and repeated from *The Ha Dance* (Audio Exhibit 19) as "Vox – Booyaka_bip," except that it has been pitch-shifted down one octave;

(d) The *Ha Dance* sample occurs in the publicly available single version of JV and the music video version of JV at the times and for the durations set forth on page 9, Tables 1-2 of the Geluso 2026 Report;

(e) A spectrogram analysis confirms that the stem file "DRM-Sample Loop_bip" (Audio Exhibit 20) contains a two-measure loop copied and repeated from *Think (About It)* (Audio Exhibit 21), which has been pitch- and tempo-shifted to match the key and tempo of JV; and

(f) The *Think (About It)* sample occurs in the publicly available single version of JV and the music video version of JV at the times and for the durations set forth on pages 12-13, Tables 3-4 of the Geluso 2026 Report.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 11, 2026.

[signature]

Paul Geluso

# Tab 16

Peter Anderson, Esq., Cal. Bar No. 88891
peteranderson@dwt.com
Cydney Swofford Freeman, Esq., Cal. Bar No. 315766
cydneyfreeman@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
ericlamm@dwt.com
Alex Cadena, Esq., Cal. Bar No. 352442
alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
SAMUEL SMITH, NORMANI KORDEI HAMILTON, also sued as SONGS OF NKH, JAMES NAPIER, TOR HERMANSEN and MIKKEL ERIKSEN, also sued as STARGATE, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, INC., SONY MUSIC PUBLISHING (US) LLC, EMI BLACKWOOD MUSIC INC., EMI APRIL MUSIC INC., SONY CORPORATION OF AMERICA, 45TH AND 3RD MUSIC LLC, TIM & DANNY MUSIC LLC, and DOWNTOWN MUSIC PUBLISHING LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Sound and Color, LLC,<br>Plaintiff,<br>v.<br>Samuel Smith, *et al.*,<br>Defendants. | Case No. 2:22-cv-01508-WLH-AS<br><br>DECLARATION OF RONALD SADOFF. PH.D. IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Date: August 14, 2026<br>Time: 1:30 p.m.<br><br>Courtroom of the Honorable Wesley L. Hsu United States District Judge |

# DECLARATION OF RONALD H. SADOFF, Ph.D.

I, Ronald H. Sadoff, Ph.D., declare and state:

1. I am over the age of 18. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am Associate Professor of Music and Director of the program in Screen Scoring in the Department of Music and the Performing Arts Professions in the Steinhardt School at New York University.

3. In 2023, I was asked in connection with this matter to review the Preliminary Musicology Report by Dr. Alexander Stewart, dated January 3, 2022, as well as the Report of Dr. Lawrence Ferrara, dated November 30, 2022, and to determine whether musicologically significant similarities exist in the musical compositions of plaintiff Sound and Color, LLC's *Dancing with Strangers* ("JV") and Defendants' *Dancing with a Stranger* ("SS"). Attached to this Declaration as Exhibit 5 is a true and correct copy of my Rebuttal Report and accompanying Appendix A and Visual Exhibit A.

4. My Rebuttal Report is made a part of and incorporated in this Declaration and I can and do testify to my statements, analyses, and conclusions in my Rebuttal Report.

5. As set out in more detail in my Rebuttal Report, and by applying the methodology set forth on page 3 to my Rebuttal Report, I conclude the following, among other things and as relevant here:

(a) There are no significant similarities in JV and SS. The similarities that exist in the songs are unexceptional and exist in songs that predate JV, and accordingly are not suggestive of copying, even assuming Dr. Stewart's erroneous claim that SS is in the key of F minor;

(b) Dr. Stewart's transcription of the purported "hook" melodies identified in Example 1 of his Preliminary Report reveals many differences and no significant similarities. As discussed on pages

13 through 15, paragraphs 10.a.-f. of my Rebuttal Report, only two pitches in the eight-pitch SS sequence and the seven-pitch JV sequence align. Additionally, the melodic contour of the SS and JV melodies is different because, among other reasons, the first interval (*i.e.*, the space between two pitches) in SS is a falling third while JV remains inert (*i.e.*, the pitch of the second note repeats the pitch of the first note). An overall downward melodic contour is commonplace. The melodic rhythms are also different in that the SS melody includes seven successive eighth notes followed by a quarter note, whereas the JV melody includes notes of various durations in the following order: a "tied" note consisting of two eighth notes (equivalent to a quarter note), followed by three eighth notes, followed by a quarter note, followed by an eighth note, followed by a final tied note beginning on beat 4 and sustained over the entirety of the final bar;

(c) As discussed on pages 15 through 17, paragraphs 11.a-b, of my Rebuttal Report, Dr. Stewart's "rotation" of the chords is essentially a re-write of the JV chord progression that abandons its underlying musical logic, which positions its tonic or G minor chord as the start of the progression. There is no musicological basis to find that the chord progressions in JV and SS have significant musicological similarities and in fact they are very different; and

(d) Dr. Stewart identifies only generic structural similarities, and fails to identify notable structural distinctions that exist in JV and SS, as discussed in pages 7 through 12, paragraphs 5.a through 9 in my Rebuttal Report.

///

///

///

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 10, 2026.

Ronald H. Sadoff, Ph.D.

# Tab 17

Peter Anderson, Esq., Cal. Bar No. 88891
peteranderson@dwt.com
Cydney Swofford Freeman, Esq., Cal. Bar No. 315766
cydneyfreeman@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
ericlamm@dwt.com
Alex Cadena, Esq., Cal. Bar No. 352442
alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
SAMUEL SMITH, NORMANI KORDEI HAMILTON, also sued as SONGS OF NKH, JAMES NAPIER, TOR HERMANSEN and MIKKEL ERIKSEN, also sued as STARGATE, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, INC., SONY MUSIC PUBLISHING (US) LLC, EMI BLACKWOOD MUSIC INC., EMI APRIL MUSIC INC., SONY CORPORATION OF AMERICA, 45TH AND 3RD MUSIC LLC, TIM & DANNY MUSIC LLC, and DOWNTOWN MUSIC PUBLISHING LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Sound and Color, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Samuel Smith, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-01508-WLH-AS<br><br>DECLARATION OF STEVEN FRANK<br><br>Date: August 14, 2026<br>Time: 1:30 p.m.<br><br>Courtroom of the Honorable Wesley L. Hsu United States District Judge |

**DECLARATION OF STEVEN FRANK**

I, Steven Frank, declare:

1. I am over 18 years old. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am a consultant on fraud prevention, as well as identity, trust, and safety regulation in the music industry. I am currently employed by the Elomi Corporation, where I advise on, among other things, information security, trust, safety, and identity for experiences such as music festivals and concerts. As a music fraud prevention expert, I have consulted for companies and organizations at the forefront of streaming fraud prevention such as Beatdapp Software Inc., as well as the Music Fights Fraud Alliance, with whom I helped draft the music industry's initial written guidelines for mitigating the risk of fraud, chart manipulation, royalty manipulation, money laundering, and more across the digital music ecosystem.

3. I was asked to analyze the records of online streaming of Jordan Vincent's *Dancing with Strangers* ("Plaintiff's Song") on Soundcloud and other platforms that were provided to me, and to determine whether the streaming activity was organic (i.e., genuine listening activity), or instead the result of artificial manipulation. Attached to this Declaration as Exhibit 12 is a true and correct copy of my Report, dated March 31, 2026 ("Frank Report"). The Frank Report sets forth my qualifications, analysis, and conclusions as to whether the streaming of Plaintiff's Song is associated with organic or inorganic activity. As set forth in more detail in the Frank Report, I concluded that the organic consumption of Plaintiff's Song is extremely limited and that a significant majority of the streaming associated with Plaintiff's Song appears inorganic and automated, likely through the use of scripted automated accounts, commonly referred to as "bots."

4. The Frank Report is made a part of and incorporated in this Declaration. I can and do testify to my statements, analysis, and conclusions in the Frank Report.

5. I was provided records that show Plaintiff's Song was streamed over 500,000 times on SoundCloud. It is my opinion that these 500,000+ streams are predominantly the product of inorganic, or automated, consumption. My opinion is based on the following factors, among others stated more fully in the Frank Report:

a. The SoundCloud page for Plaintiff's Song includes 207 comments. However, every single comment, other than a few responses by Mr. Vincent himself, appears to have been posted on the same day: May 19, 2018. Additionally, nearly all of the comments are extremely short, repetitive, and generalized, and a significant number of the users commenting on Plaintiff's Song could not be identified within the SoundCloud system. Furthermore, many of the commenting user accounts appear to use stock images in their profile. These are hallmarks of bot activity.

b. Although Plaintiff's Song appears to have been posted on Soundcloud in January 2016, the SoundCloud data shows that the streaming activity was almost entirely concentrated on May 18-20, 2018, as shown on pages 5 through 7 of the Frank Report. A significant spike, concentrated in a single calendar year, with no gradual upward and/or downward trend (i.e., a bell curve), is a significant sign of automated consumption. In this case, the spike is extreme. Plaintiff's Song had negligible streaming activity for two-and-a-half years, until three days in May 2018, when it was apparently streamed 576,000 times. Plaintiff's Song then had negligible streaming activity for the next eight years and to the present. To further confirm the bot activity, May 19, 2018, on which Plaintiff's Song was apparently streamed 300,000 times, is the same day that all user comments referenced above were posted. It is my opinion that this is a strong indication that there was never a widespread interest in Plaintiff's Song and that the purported interest reflected on SoundCloud appears to be the result of artificial activity.

c. The YouTube consumption activity for Plaintiff's Song suggests that for the lifetime of the content (until January 14, 2026), the song enjoyed 49,088 views and the maximum height of popularity the song reached was less than 4,000

views at any given point. YouTube is a substantially more popular platform than Soundcloud, which further supports that the consumption activity on a lesser controlled environment, like SoundCloud, are the result of bots.

d. There are also indications of inorganic consumption on YouTube. According to data I was provided, Plaintiff's Song was streamed for a total of 1828.8 hours, but by only eighty-two users. Furthermore, during a single period, the video was viewed 16,000 times, with over 900 hours of consumption time, but was viewed by only one subscriber to Mr. Vincent's channel. The timing of this particular consumption activity is also suspicious in that it appears around the same time as the botting activity on SoundCloud.

e. A review of the consumption activity of Plaintiff's Song on Spotify further supports my overall conclusions. This platform has significantly more reactive controls to mitigate inorganic and non-human consumption of content and, as a result, reflects far fewer streams of Plaintiff's Song when compared with SoundCloud—roughly 16,000 dating back to March 11, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 6, 2026.

[signature]

Steven Frank

# Tab 18

Peter Anderson, Esq., Cal. Bar No. 88891
peteranderson@dwt.com
Cydney Swofford Freeman, Esq., Cal. Bar No. 315766
cydneyfreeman@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
ericlamm@dwt.com
Alex Cadena, Esq., Cal. Bar No. 352442
alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
SAMUEL SMITH, NORMANI KORDEI HAMILTON, also sued as SONGS OF NKH, JAMES NAPIER, TOR HERMANSEN and MIKKEL ERIKSEN, also sued as STARGATE, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, INC., SONY MUSIC PUBLISHING (US) LLC, EMI BLACKWOOD MUSIC INC., EMI APRIL MUSIC INC., SONY CORPORATION OF AMERICA, 45TH AND 3RD MUSIC LLC, TIM & DANNY MUSIC LLC, and DOWNTOWN MUSIC PUBLISHING LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Sound and Color, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Samuel Smith, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-01508-WLH-AS<br><br>DECLARATION OF ERIC LAMM, ESQ., IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Date: August 14, 2026<br>Time: 1:30 p.m.<br><br>Courtroom of the Honorable Wesley L. Hsu United States District Judge |

**DECLARATION OF ERIC LAMM, ESQ.**

I, Eric Lamm, Esq., declare:

1. I am an attorney admitted to practice before this Court and all Courts of the State of California, and an associate in the law firm Davis Wright Tremaine LLP. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I represent defendants Samuel Smith, Normani Kordei Hamilton, also sued as Songs of NKH, James Napier, Tor Hermansen and Mikkel Eriksen, also sued as Stargate, UMG Recordings, Inc., Universal Music Group, Inc., Sony Music Publishing (US) LLC, EMI Blackwood Music Inc., EMI April Music Inc., Sony Corporation of America, 45th and 3rd Music LLC, Tim & Danny Music LLC, and Downtown Music Publishing LLC ("Defendants"). This Declaration is submitted in support of Defendants' Motion for Summary Judgment ("Motion").

3. Pursuant to the Court's September 13, 2022, Order bifurcating the case (Doc. 55), the parties exchanged initial expert disclosures in the initial bifurcated phase of discovery as to the extrinsic test on December 1, 2022. Defendants designated Lawrence Ferrara, Ph.D., and Paul Geluso as retained experts under Federal Rule of Civil Procedure 26(a)(2)(B), and produced reports by each of those experts. Plaintiff's counsel provided a preliminary report by Alexander Stewart, Ph.D. and a Declaration by Brian Bricklin.

4. Also pursuant to the Court's September 13, 2022, Order, the parties exchanged rebuttal expert disclosures on January 9, 2023. Defendants provided Rebuttal Reports by Dr. Ferrara and Prof. Geluso. Defendants also designated an additional rebuttal expert, Dr. Ronald Sadoff, who provided a Rebuttal Report. Plaintiff's counsel provided Rebuttal Reports from Dr. Stewart and Mr. Bricklin.

5. A true and correct copy of the 2022 preliminary report by Dr. Stewart that Plaintiff's counsel provided on December 1, 2022, is attached to this Declaration as **Exhibit 6**. A copy of this document was also marked as Exhibit 12 at the January 20,

2023, deposition of Dr. Stewart and discussed at page 11 lines 5 through 7 and elsewhere in the certified transcript of that deposition.

6. A true and correct copy of the 2023 Rebuttal Report by Dr. Stewart that Plaintiff's counsel provided on January 9, 2023, is attached to this Declaration as **Exhibit 7**. A copy of this document was also marked as Exhibit 15 at the January 20, 2023, deposition of Dr. Stewart and discussed at page 76 lines 2 through 4 and elsewhere in the certified transcript of that deposition.

7. A true and correct copy of the 2023 Rebuttal Report by Mr. Bricklin that Plaintiff's counsel provided on January 9, 2023, is attached to this Declaration as **Exhibit 8**. A copy of this document was also marked as Exhibit 29 at the January 24, 2023, deposition of Mr. Bricklin and discussed at page 80 lines 7 through 14 and elsewhere in the certified transcript of that deposition.

8. Following remand, the Court bifurcated discovery into a second phase on remaining issues of liability and a final phase, if necessary, for damages. *See* Sept. 4, 2025, Order. The parties completed fact discovery in the second phase and, pursuant to the Court's January 14, 2026, Scheduling Order (Doc. 189), the parties exchanged initial expert disclosures in that phase on March 31, 2026. Plaintiff's counsel re-designated its prior experts, Dr. Stewart and Mr. Bricklin, and provided as their "reports" the Declarations that Dr. Stewart and Mr. Bricklin had submitted in opposition to Defendants' Motion for Summary Judgment as to the extrinsic test in 2023 and all exhibits attached to those Declarations (Docs. 108 and 109), as well as certified copies of the transcripts of Dr. Stewart's and Mr. Bricklin's 2023 depositions.

9. Defendants designated (1) Dr. Ferrara, (2) Prof. Geluso, (3) Jennifer Fisher, Ph.D. (4) Mark Wethli, and (5) Steven Frank as retained experts under Federal Rule of Civil Procedure 26(a)(2)(B), and produced reports by each of those experts.

10. The 2026 report by Dr. Ferrara concerns samples in JV and is described at page 2 ¶ 6 of the accompanying Declaration of Dr. Ferrara and attached as Exhibit 9 thereto. The 2026 report by Prof. Geluso also concerns samples in JV and is

described at pages 1-2 ¶ 5 of the accompanying Declaration of Prof. Geluso and attached as Exhibit 10 thereto.

11. Defendants designated Dr. Fisher, who is an expert in the field of choreography, because Plaintiff alleged that similarities between the music video for JV and the music video for SS, namely that "[b]oth videos consist of a girl performing interpretive dance *alone* in a minimalist studio, interspersed with shots of the male vocalist," could demonstrate that the creators of SS had "access" to JV. SAC (Doc. 114) at 3-4 ¶ 20, 10 ¶ 58. Dr. Fisher opined that the similarities that exist are few, generic, and not evidence of copying. Plaintiff designated no expert to rebut Dr. Fisher's opinions, and Plaintiff has stipulated to withdraw its allegations and contentions that it can demonstrate a reasonable possibility of access by way of claimed similarities between the music videos of JV and SS. *See* May 27, 2026, Stip. (Doc. 202) at 1-2 ¶ 3(b). Accordingly, to avoid submitting unnecessary evidence to the Court, Defendants have not submitted a Declaration of Dr. Fisher or her report with this Motion for Summary Judgment, but may seek leave to submit those materials to the Court if Plaintiff, despite the parties' Stipulation, relies on claimed similarities between the music videos of JV and SS and, as a result, it becomes necessary to rebut Plaintiff's Opposition.

12. Defendants designated Mr. Wethli, who is an expert in the field of visual arts and graphic design, because Plaintiff also claimed that similarities between Plaintiff's business card and a textual design in the music video for SS show the SS songwriters had "access" to JV. SAC (Doc. 114) at 5 ¶ 23. Mr. Wethli opined that the similarities are few and not evidence of copying. Plaintiff designated no expert to rebut Mr. Wethli's opinions, and Plaintiff has stipulated to withdraw its allegations and contentions that it can demonstrate a reasonable possibility of access by way of claimed similarities between these textual designs. *See* May 27, 2026 Stip. (Doc. 202) at 1-2 ¶ 3(b). Accordingly, as with Dr. Fisher, Defendants have not submitted a Declaration of Mr. Wethli or his report with this Motion for Summary Judgment to avoid submitting

unnecessary evidence to the Court, but may seek leave to submit those materials to the Court if it becomes necessary to rebut Plaintiff's Opposition.

13. Finally, Defendants designated Mr. Frank, who opined that the vast majority of streaming of JV was the result of automated "bots" or computer programs, rather than genuine listening activity. Plaintiff designated no expert to rebut Mr. Frank's opinions, and following the close of discovery in the second phase, Plaintiff also stipulated that it is withdrawing its contention that it can establish access because JV was widely disseminated. *See* May 27, 2026 Stip. (Doc. 202) at 1-2 ¶ 3(a). However, Plaintiff has also indicated that it will "support" its contentions regarding striking similarity with "other facts regarding Plaintiff's song's public availability." Accordingly, Defendants have submitted the accompanying Declaration of Steven Frank and his report.

14. On April 21, 2026, the parties exchanged rebuttal expert disclosures. Plaintiff served a single Rebuttal Report by Mr. Bricklin, a true and correct copy of which is attached to this Declaration as **Exhibit 11**. A copy of this document was also marked as Exhibit 70 at the May 5, 2026, deposition of Mr. Bricklin and discussed at page 81 lines 6 through 14 and elsewhere in the certified transcript of that deposition. Defendants re-designated their experts from the first phase—namely, Dr. Ferrara, Prof. Geluso, and Dr. Sadoff—and provided their reports and other materials provided during the first phase of discovery.

15. During fact discovery in this second phase, Defendants produced ten "voice memo" audio files with Bates numbers D000064-73. Those audio files are identified and discussed at pages 1-2 ¶¶ 6-15 of the accompanying Declaration of James Napier, and are lodged with the Court as Audio Exhibits 5 through 14. Attached to this Declaration as **Exhibit 14** are true and correct copies of screenshots, created at my direction, of the "properties" tab for each audio file, reflecting the "media created" date and time for each file.

///

16. Attached to this Declaration as **Exhibit 16** is a true and correct copy of an email thread produced by Plaintiff in this action with Bates numbers P.0021-P.0027. This document was marked as Exhibit 51 at Mr. Miranda's deposition in this action and discussed at page 50 line 4 through page 51 line 8 of the certified transcript of Mr. Miranda's deposition.

17. A true and correct copy of printouts from the U.S. Copyright Office for the musical composition *The Ha Dance* is attached to this Declaration as **Exhibit 17**. This information was obtained at my direction from the United States Copyright Office's online catalog, located on the U.S. Copyright Office's website, at https://publicrecords.copyright.gov/detailed-record/voyager_11383698.

18. A true and correct copy of printouts from the U.S. Copyright Office reflecting the registration dates and copyright owners for the sound recording titled *Seduction* is attached to this Declaration as **Exhibit 18**. This information was obtained from the United States Copyright Office's online catalog, located on the U.S. Copyright Office's website at https://publicrecords.copyright.gov/detailed-record/voyager_12851108, and https://publicrecords.copyright.gov/detailed-record/voyager_12848462.

19. A true and correct copy of printouts from the U.S. Copyright Office reflecting the date of first term registration, renewal registration, and the copyright claimants for both the musical composition and sound recording of *Think (About It)* is attached to this Declaration as **Exhibit 19**. This information was obtained from the United States Copyright Office's online catalog, located on the U.S. Copyright Office's website at https://publicrecords.copyright.gov/detailed-record/voyager_7701164 and https://publicrecords.copyright.gov/detailed-record/voyager_7733108. The first two pages of this exhibit reflect the U.S. Copyright Office's pre-1978 catalog cards showing the first term registrations for the musical composition and sound recording of *Think (About It)*. This information was obtained from the United States Copyright

///

Office's virtual card catalog for records registered between 1971-1977, located on the U.S. Copyright Office's website at https://www.copyright.gov/vcc/.

20. Accompanying this Declaration is a Declaration of Vaughan Arnell, a third party. Mr. Arnell's Declaration refers to a treatment for the SS music video being attached to Mr. Arnell's Declaration as Exhibit 20. A copy of that treatment was produced to Plaintiff during the second phase of discovery with the Bates number D000430. However, because Plaintiff stipulated to withdraw its allegations and contentions that it can demonstrate a reasonable possibility of access by way of claimed similarities between the music videos of JV and SS (*see* May 27, 2026 Stip. (Doc. 202) at 1-2 ¶ 3(b)), Defendants have omitted Exhibit 20 from this filing to avoid submitting unnecessary evidence to the Court.

21. Attached to this Declaration as **Exhibit 22** is a true and correct copy of a lyric/melody search for "Dancing with a Stranger" by Dr. Stewart, which was produced by Plaintiff in the first phase of discovery in this action with Bates number P00486.

22. On January 20, 2023, I took the deposition of Dr. Stewart in the first phase of discovery. Attached to this Declaration as **Exhibit 23** are true and correct copies of pages from the certified stenographic transcript of Dr. Stewart's 2023 deposition that contain testimony cited in support of Defendants' Motion. The time for Dr. Stewart to review and correct the transcript of his 2023 deposition has expired, and we did not receive any corrections for this transcript.

23. On May 18, 2026, I took the deposition of Dr. Stewart in the second phase of discovery. Attached to this Declaration as **Exhibit 24** are true and correct copies of pages from the certified stenographic transcript of Dr. Stewart's 2026 deposition that contain testimony cited in support of Defendants' Motion. The time for Dr. Stewart to review and correct the transcript of his deposition has not yet expired, and we have not yet received any corrections for this transcript.

24. On January 24, 2023, my colleague, Peter Anderson, Esq., took the deposition of Mr. Bricklin in the first phase of discovery. Attached to this Declaration

as **Exhibit 25** are true and correct copies of pages from the certified stenographic transcript of Mr. Bricklin's 2023 deposition that contain testimony cited in support of Defendants' Motion. The time for Mr. Bricklin to review and correct the transcript of his 2023 deposition has expired, and we did not receive any corrections for this transcript.

25. On May 6, 2026, I took the deposition of Mr. Bricklin in the second phase of discovery. Attached to this Declaration as **Exhibit 26** are true and correct copies of pages from the certified stenographic transcript of Mr. Bricklin's 2026 deposition that contain testimony cited in support of Defendants' Motion. The time for Mr. Bricklin to review and correct the transcript of his deposition has not yet expired, and we have not yet received any corrections for this transcript.

26. On January 23, 2023, Plaintiff's counsel took the deposition of Dr. Lawrence Ferrara in the first phase of discovery in this action. Attached collectively to this Declaration as **Exhibit 27** are (1) true and correct copies of pages from the certified stenographic transcript of Dr. Ferrara's 2023 deposition that contain testimony cited in support of Defendants' Motion, followed by (2) Dr. Ferrara's signed Errata Sheet related to the certified transcript of this deposition.

27. On May 12, 2026, Plaintiff's counsel took the deposition of Dr. Lawrence Ferrara in the second phase of discovery in this action. Attached collectively to this Declaration as **Exhibit 28** are (1) true and correct copies of pages from the certified stenographic transcript of Dr. Ferrara's 2026 deposition that contain testimony cited in support of Defendants' Motion, followed by (2) Dr. Ferrara's signed Errata Sheet related to the certified transcript of this deposition.

28. On March 25, 2026, I took the deposition of Jordan Vincent. Attached to this Declaration as **Exhibit 29** are true and correct copies of pages from the certified stenographic transcript of Mr. Vincent's deposition that contain testimony cited in support of Defendants' Motion.

///

29. On March 26, 2026, I took the deposition of Christopher Miranda. Attached to this Declaration as **Exhibit 30** are true and correct copies of pages from the certified stenographic transcript of Mr. Miranda's deposition that contain testimony cited in support of Defendants' Motion.

30. On March 27, 2026, I took the deposition of Rosco Banlaoi. Attached to this Declaration as **Exhibit 31** are true and correct copies of pages from the certified stenographic transcript of Mr. Banlaoi's deposition that contain testimony cited in support of Defendants' Motion.

31. On March 24, 2026, I took the deposition of third party Trumal Darden. Attached to this Declaration as **Exhibit 32** are true and correct copies of pages from the certified stenographic transcript of Mr. Darden's deposition that contain testimony cited in support of Defendants' Motion.

32. On March 13, 2026, my office received Plaintiff's Supplemental Responses to Defendants' First Set of Interrogatories. True and correct copies of excerpts of Plaintiff's Supplemental Responses, which contain the pages cited in support of Defendants' Motion, are attached to this Declaration as **Exhibit 33**.

33. On May 5, 2026, Plaintiff's counsel took the deposition of Dr. Sadoff in the second phase of discovery in this action. Attached to this Declaration as **Exhibit 34** are true and correct copies of pages from the certified stenographic transcript of Dr. Sadoff's 2026 deposition that contain testimony cited in support of Defendants' Motion.

34. On March 3, 2026, Plaintiff's counsel took the deposition of Tor Hermansen. Attached collectively to this Declaration as **Exhibit 35** are (1) true and correct copies of pages from the certified stenographic transcript of Mr. Hermansen's deposition that contain testimony cited in support of Defendants' Motion, followed by (2) Mr. Hermansen's signed Errata Sheet related to the certified transcript of this deposition.

///

35. Submitted with this Declaration is a thumb drive containing the following Audio Exhibits:

(a) Audio Exhibit 1: an .mp3 of the song *Dancing with Strangers* ("JV"), which was lodged with the Court as Exhibit 7 to Plaintiff's Second Amended Complaint (Doc. 114) ("SAC") and which is identified at page 3 ¶ 19 in the SAC as the Registered Deposit Copy Sound Recording for JV;

(b) Audio Exhibit 2: an .mp4 of the music video for JV, which was downloaded at my direction from the publicly available YouTube page for that music video: https://www.youtube.com/watch?v=JGYBUkvT3cU;

(c) Audio Exhibit 3: an .mp3 copy of the registered deposit copy and publicly available version of the song *Dancing with a Stranger* (hereinafter referred to as "SS"), which is referenced at page 2 ¶ 5(b) of the accompanying Declaration of Lawrence Ferrara, Ph.D. and at page 2 ¶ 7 of the accompanying Declaration of Mikkel Eriksen;

(d) Audio Exhibit 4: an .mp4 of the music video for SS, which was downloaded at my direction from the publicly available YouTube page for that music video: https://www.youtube.com/watch?v=av5JD1dfj_c;

(e) Audio Exhibit 5: an .m4a of a voice memo named "1 Over You," which is identified at page 1 ¶ 6 of the accompanying Declaration of James Napier;

(f) Audio Exhibit 6: an .m4a of a voice memo named "2 More Melodies," which is identified at page 1 ¶ 7 of the accompanying Declaration of James Napier;

(g) Audio Exhibit 7: an .m4a of a voice memo named "3 Change," which is identified at page 2 ¶ 8 of the accompanying Declaration of James Napier;

///

///

(h) Audio Exhibit 8: an .m4a of a voice memo named "4 Chorus," which is identified at page 2 ¶ 9 of the accompanying Declaration of James Napier;

(i) Audio Exhibit 9: an .m4a of a voice memo named "5 Over You," which is identified at page 2 ¶ 10 of the accompanying Declaration of James Napier;

(j) Audio Exhibit 10: an .m4a of a voice memo named "6 New Recording 345," which is identified at page 2 ¶ 11 of the accompanying Declaration of James Napier;

(k) Audio Exhibit 11: an .m4a of a voice memo named "7 New Recording 346," which is identified at page 2 ¶ 12 of the accompanying Declaration of James Napier;

(l) Audio Exhibit 12: an .m4a of a voice memo named "8 New Recording 347," which is identified at page 2 ¶ 13 of the accompanying Declaration of James Napier;

(m) Audio Exhibit 13: an .m4a of a voice memo named "9 New Recording 348," which is identified at page 2 ¶ 14 of the accompanying Declaration of James Napier;

(n) Audio Exhibit 14: an .m4a of a voice memo named "10 New Recording 349," which is identified at page 2 ¶ 15 of the accompanying Declaration of James Napier;

(o) Audio Exhibit 15: an .mp3 named "Dancing with a Stranger SAM ONLY," which is identified at pages 1-2 ¶ 5 of the accompanying Declaration of Mikkel Eriksen;

(p) Audio Exhibit 16: an .mp3 named "JV comp 1_13, ME 16-60," which is identified at page 2 ¶ 5(c) of the accompanying Declaration of Lawrence Ferrara, Ph.D.;

///

(q) Audio Exhibit 17: an .mp3 named "Vox – Booyaka_bip," which was produced by Plaintiff in this action, was marked as Exhibit 32 at the Deposition of Christopher Miranda and identified at page 41 line 2 through page 42 line 4 of the certified transcript of that deposition, and is also referenced at page 2 ¶ 6(a) of the accompanying Declaration of Paul Geluso;

(r) Audio Exhibit 18: an audio file named "Vox – Booyaka EFX_bip," which was produced by Plaintiff in this action, was marked as Exhibit 56 at the Deposition of Christopher Miranda and identified at page 47 line 17 through page 48 line 9 of the certified transcript of that deposition, and is also referenced at page 2 ¶ 6(b) of the accompanying Declaration of Paul Geluso;

(s) Audio Exhibit 19: an audio file named "The Ha Dance (Ken_Lou Mixx) [1991]," which is identified at page 2 ¶ 6(c) of the accompanying Declaration of Paul Geluso;

(t) Audio Exhibit 20: an audio file named "Drm-Sample Loop_bip.mp3," which was produced by Plaintiff in this action, was marked as Exhibit 57 at the Deposition of Christopher Miranda and identified at page 54 line 25 through page 57 line 16 of the certified transcript of that deposition, and is also referenced at page 2 ¶ 6(d) of the accompanying Declaration of Paul Geluso; and

(u) Audio Exhibit 21: an .wav of an audio file labeled "Think (About It)," which is identified at page 2 ¶ 6(e) of the accompanying Declaration of Paul Geluso.

36. On Thursday, May 21, 2026, I met and conferred with AJ Fluehr, Esq., Plaintiff's counsel of record, regarding Defendants' anticipated Motion. During that discussion, and subsequent emails on May 22 and May 27, 2026, Mr. Fluehr advised that Plaintiff does not intend to raise theories of access through wide dissemination or

a chain of events as a basis to raise an inference of factual copying, but instead would rely on striking similarity. However, Mr. Fluehr also stated that Plaintiff would raise other purported "facts regarding Plaintiff's song's public availability and Defendants' creative process," which Plaintiff contends support its claim of striking similarity. The parties memorialized this meet and confer in a May 27, 2026, Stipulation and Proposed Order (Doc. 202).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 11, 2026.

Eric Lamm, Esq.

# Tab 19

# Exhibit 1

DR. L. FERRARA 01/23/2023
EXHIBIT
14
Melanie Stinson-Konstantinidis

# Dr. Lawrence Ferrara

## TABLE OF CONTENTS: FERRARA REPORT


**I. INTRODUCTION AND SUMMARY** 1

- **I. A. Summary of Findings** 2
- **I. B. Materials Used and Overall Methodology** 2
- **I. C. Musical Compositions And Basic Terminology** 4

**II. ANALYSIS OF JV AND SS** 5

- **II. A. Structure/Form** 5
  - The Overall Structure Is Different in JV and SS and Similarities Are Insignificant 5
- **II. B. Lyrics** 9
  - The Overall Lyrical Themes in JV and SS Are Significantly Different 9
  - The Lyrical Phrase Structures in the JV and SS Choruses Are Significantly Different 10
  - The Lyrical Similarity Between JV and SS Is a Commonplace 4-Word Phrase 11
- **II. C. Harmony** 12
  - The Chord Progressions Are Different in JV and SS 12
- **II. D. Rhythm** 17
  - The Rhythms Are Very Different in JV and SS 17
- **II. E. Melody** 18
  - The Melodic Phrase Structures Are Significantly Different in JV and SS Choruses 18

The Melodic Phrase Structures Are Significantly Different Between JV Choruses and SS Post-choruses and Any Similarity Is Insignificant **22**

The Placement of the "Dancing With a Stranger" Melodic and Lyrical Phrase Is Different Between JV Choruses and SS Choruses and Post-choruses **26**

The Melodic Pitches and Rhythms Sung to the Commonplace "Dancing With a Stranger" Lyric Are Largely Different **29**

**II. F. JV and SS In Their Entirety** **46**

JV and SS Are Very Different in their Overall Style, Feel, Character, and Arrangement **46**

**II. G. Prior Art** **47**

The Lyric "Dancing With a Stranger" Is Commonplace **47**

The Lyric "Dancing With a Stranger" Is in Phrases in Prior Art With Melodic Similarities **48**

Similar Lyrics Are in Phrases in Prior Art in With Melodic Similarities **67**

Melodies Similar to SS Can Be Found in Prior Art **94**

The Descending Melody in the SS Chorus Is Consistent With Prior Songs by Sam Smith **104**

**III. CONCLUSIONS** **111**

**(BY) LAWRENCE FERRARA, Ph.D.**
**(FOR) LAWRENCE FERRARA, INC.**

**REPORT REGARDING**

**Sound and Color, LLC v. Samuel Smith *et al.***

## I. INTRODUCTION AND SUMMARY

1. I am a musicologist and on the full-time faculty at New York University where my rank is Professor of Music, and my title is Director Emeritus of all studies (B.M. through Ph.D.) in Music and the Performing Arts in NYU's Steinhardt School. I have written and co-written published books and articles (in peer reviewed journals) regarding music analysis, methodologies in music research, and other scholarly areas related to music. I currently sit on editorial boards of peer-reviewed scholarly journals in music published by Indiana University Press and University of Illinois Press. I have been an active music copyright consultant for record, music publishing, motion picture companies, artists, and other individuals in the United States and abroad for more than 25 years. I have given invited lectures on music copyright at Harvard University Law School in each of the last twelve years, and presentations at Columbia University Law School over the last fifteen years. I have also presented several peer-reviewed papers regarding music copyright at meetings of the American Musicological Society GNY, and panel presentations for numerous organizations such as The Copyright Society of the United States. My *curriculum vitae* is attached as **Appendix 1**.

2. I have been asked to complete a comparative musicological analysis of the composition and sound recording in Plaintiff's "Dancing With Strangers" as recorded by Jordan Vincent (hereafter "JV") and the composition and sound recording in Defendants' "Dancing With a Stranger" as recorded by Sam Smith and Normani (hereafter "SS"). It is my understanding that JV was created in 2015 and SS was released in January of 2019.

3. My comparative musicological analysis of JV and SS includes assessing (1) whether or not there is musicological evidence of copied expression in SS from JV, (2) whether or not any similarities are significant, (3) whether or not any shared similarities exist in "prior art", i.e., songs that predate 2015, the year that JV was created, and (4) whether or not there is evidence that a sound recording sample from JV is in the SS sound recording.

## I. A. Summary of Findings

4. On the basis of my musicological analysis, which is presented below, it is my professional opinion that there are no significant structural, harmonic, rhythmic, melodic, or lyrical similarities, individually or in the aggregate, between JV and SS. Similarities between JV and SS are coincidental and unremarkable and found in musical compositions that predate 2015, including the use of the commonplace 4-word phrase "dancing with a stranger" which is sung with different scale degrees and rhythmic durations in JV as compared with SS. The thin similarities between JV and SS are found in 49 prior art works including six songs co-written by Sam Smith prior to 2015 with melodic elements that are also used in his SS. For example, six Chorus melodies from Sam Smith's 2014 album *In the Lonely Hour* share similarities in pitch and/or rhythm with the main Chorus melody in SS. The presence of similarities between JV and SS in Sam Smith's own pre-2015 songs as well as in many songs by other artists provides very strong musicological evidence that the music and lyrics in SS were created independently of JV. I found no musicological evidence suggesting that any expression in SS was copied from JV and very strong musicological evidence that SS was created independently of JV. Moreover, I found no evidence that a sound recording sample from JV is in the SS sound recording.

## I. B. Materials Used and Overall Methodology

5. The following materials were used in my analysis of JV and SS set forth below:

(a) an mp3 of JV "deposit copy" which I received from Defendants' attorney and attached as Track 1 on **Audio Exhibit 1**;

(b) an mp3 of JV "single"[1] that I downloaded from iTunes and attached as Track 2 on **Audio Exhibit 1**;

(c) an mp3 of SS "deposit copy" which I received from Defendants' attorney and attached as Track 3 on **Audio Exhibit 1**;

(d) an mp3 of SS "single"[2] that I downloaded from iTunes and attached as Track 4 on **Audio Exhibit 1**;

(e) the audio-visual recording of Plaintiff's "Dancing With Strangers" (hereafter "JVvid") at https://www.youtube.com/watch?v=JGYBUkvT3cU, the audio of which I converted into an mp3 and attached as Track 5 on **Audio Exhibit 1**;

(f) the audio-visual recording of SS (hereafter "SSvid") at https://www.youtube.com/watch?v=av5JD1dfj_c, the audio of which I converted into an mp3 and attached as Track 6 on **Audio Exhibit 1**;

(f) published sheet music of SS attached as **Visual Exhibit A**; and

(g) published sheet music and/or audios of prior art by Sam Smith and by other artists (as reflected in the Musical Examples and Visual Exhibits analyzed below).

6. I compared JV/JVvid and SS/SSvid by using the following overall methodology:

(a) analysis of JV/JVvid and SS/SSvid in their entirety;

---

[1] JV "deposit copy" and JV "single" are identical. Therefore, going forward in this report, JV refers to both JV "deposit copy" and JV "single".

[2] SS "deposit copy" and SS "single" are identical. Therefore, going forward in this report, SS refers to both SS "deposit copy" and SS "single".

(b) analysis of each of their component elements individually and in combination, and critical listening analysis of the sound recordings;

(c) analysis of prior art; and

(d) analysis of JV/JVvid and SS/SSvid in their entirety within the context of the analysis of their component parts and prior art.

## I. C. Musical Compositions and Basic Terminology

7. A musical composition is composed of certain distinct and identifiable elements that can be analyzed separately, and in combination. When analyzing two compositions in order to form an opinion in music copyright infringement claims, some elements are more fundamental to determining similarities or differences than others, namely: (1) structure; (2) harmony; (3) rhythm; and (4) melody; and, when present (5) lyrics.[3] On the other hand, similarities or differences in the key (e.g., if two compositions are in the same key or in different keys), tempo (i.e., how fast or slow), meter (e.g., 4/4 time), instrumentation (e.g., the use of guitars, drums, synthesizers, etc.), and style or genre (e.g., hip hop, country, etc.) are less significant insofar as they represent musical building blocks and/or commonplace practices used in countless musical compositions. Brief definitions of the five enumerated elements listed above follow.

(a) **Structure** is the organization of musical units or musical groups, often dictated by the development of the melody and/or lyrics. The larger sections of songs are generally referred to as "Verses" and "Choruses". The material within Verses and Choruses consists of "phrases".

---

3 For example, Ronald S. Rosen writes: "Thus, from the copyright perspective (and in the view of many musical professionals) …the basic elements of music are: melody, harmony, rhythm, and form/structure." (Ronald S. Rosen, *Music and Copyright*, Oxford University Press, 2008, p. 156) In addition and as cited in Rosen (footnote 19 on page 156): "In *Tisi v. Patrick*, both experts were in agreement 'that the elements to be considered on the question of similarity between [the two songs] were structure, melody, harmony and rhythm.' 97 F.Supp.2d 539,543 (S.D.N.Y.2000)."

(b) **Harmony** refers to the tonal relationship of pitches that sound simultaneously, especially (but not exclusively) with respect to the use and organization of "chords."[4] A sequence of chords is referred to as a "harmonic progression". "Harmonic rhythm" is the rate of change of chords.[5]

(c) **Rhythm** refers to the pattern and organization of the time values of sounds and silences as well as the overall rhythmic flow and feel in musical time.[6]

(d) **Melody** is a single line of music that consists primarily of a succession (i.e., a sequence or order) of pitches and the rhythmic durations of those pitches within a melodic phrase structure. "Pitch" is the specific high or low placement of a musical sound, often identified within a musical scale.[7]

(e) **Lyrics** are the words (or text) that are sung or spoken in a song.

## II. ANALYSIS OF JV AND SS

### II. A. Structure/Form

The Overall Structure Is Different in JV and SS and Similarities Are Insignificant

8. A structural chart provides a map of the structural sections in a musical composition. The charts of the respective structures in JV and SS presented

---

[4] See "Harmony" in *The Harvard Dictionary of Music* (Fourth Edition, 2003, Harvard University Press, p. 379) and *The New Grove Dictionary of Music and Musicians* (Oxford University Press, Second Edition, 2001, Vol. 10, p. 858).

[5] See "Harmonic rhythm" in *Harvard* (p. 376) and *Grove* (Vol. 10, p. 854).

[6] See "Rhythm" in *Harvard* (p. 723) and *Grove* (Vol. 21, p. 277).

[7] See "Melody" in *Harvard* (p. 499) and *Grove* (Vol. 16, p. 363).

immediately below include the starting time on the downbeat of each section (within 1 second), the name of each structural section, and the number of bars[8] in each structural section.

"DANCING WITH STRANGERS"
(**JV**)

Structural Chart

| | | |
|---|---|---|
| 00:00 | Intro | (16 bars) |
| 00:32 | Verse 1 | (8 bars) |
| 00:47 | Pre-chorus 1 | (8 bars) |
| 01:03 | Chorus 1 | (16 bars) |
| 01:34 | Verse 2 | (8 bars) |
| 01:50 | Pre-chorus 2 | (8 bars) |
| 02:06 | Chorus 2 | (17 bars) |
| 02:39 | Re-intro | (16 bars) |
| 03:11 | Breakdown | (24 bars) |
| 03:58 | Chorus 3 | (16 bars) |
| | (ends at 4:33) | |

"DANCING WITH A STRANGER"
(**SS**)

Structural Chart

| | | |
|---|---|---|
| 00:00 | Intro | (4 bars) |
| 00:10 | Verse 1 | (16 bars) |
| 00:47 | Chorus 1 | (8 bars) |
| 01:05 | Post-chorus 1 | (4 bars) |
| 01:15 | Verse 2 | (8 bars) |
| 01:33 | Chorus 2 | (8 bars) |
| 01:52 | Post-chorus 2 | (8 bars) |
| 02:11 | Chorus 3 | (8 bars) |
| 02:29 | Post-chorus 3 | (8 bars) |
| | (ends at 2:51) | |

9. As shown in the comparative structural charts of JV and SS above, there are no significant structural similarities or differences. The use of Intro, Verse and Chorus sections is a building block structure commonplace in popular songs. By way of difference, JV has two Pre-chorus sections but SS has none, and SS has three Post-chorus sections but JV has none. Moreover, while the Choruses in SS are all 8 bars in duration, the Choruses in JV are 16 or 17 bars in duration.

10. Within JV, the chords and vocal melody in bars 9-16 of each 16-bar Chorus are identical to the melody and harmony in bars 1-8. Moreover, the instrumental and vocal performances in Chorus 2 and Chorus 3 appear to be digitally identical to Chorus 1 and as such, the chords and melodies in Chorus 2 and Chorus 3

---

[8] A "bar" (or "measure") is a unit of musical time demarcated by vertical lines termed "bar lines." In 4/4 meter, a bar consists of four beats, each with the value of a quarter note. *See* "Measure" in *Harvard* (p. 496) and "Bar" in *Grove* (Vol. 2, p. 681).

of JV are identical to the chords and melodies in Chorus 1 of JV. Therefore, *the chords and vocal melody in bars 1-8 of Chorus 1 constitute all of the chords and vocal melody in Chorus 1, 2, and 3 of JV.* In addition, bars 9-24 of the Breakdown appear to be a digital copy of the four iterations of the sung title lyrics from Chorus 1, and the accompanying bass notes and (when present) synth chords are also identical. My transcription of the vocal melody, chords, and lyrics in Chorus 1 of JV is attached as **Visual Exhibit B**.

11. Within SS, the chords and melody in Chorus 1 and 2 are identical, but the melody in Chorus 3 is not identical to the melody in SS Chorus 1 and 2. Within SS, the chords and melody are not the same between Post-choruses 1, 2, and 3. My transcription of the vocal melody, chords, and lyrics in Chorus 1, 2, and 3 and Post-chorus 1, 2, and 3 of SS is attached as **Visual Exhibit C**.

12. Note that Chorus 3 in SS also functions as a “Breakdown” (i.e., a reduction of the instrumentation) due to its reduced instrumentation, but it clearly models the lyrics, melody, and harmony in the preceding Choruses 1 and 2, hence the “Chorus 3” label. By way of difference, the “Breakdown” in JV is not a Chorus, but it does refer to the Chorus vocal lyric (“dancing with a stranger”) and melody starting at 3:27. Thus, by way of similarity, both the SS Chorus 3 and the JV Breakdown include a reduction of instrumentation, and both feature elements of the Chorus. But by way of difference, only SS contains the fuller lyrical and melodic expression from the preceding Choruses and thereby is properly labeled Chorus 3. A transcription of the vocal melody, chords, and lyrics starting at 3:27 in the JV Breakdown is included in **Visual Exhibit B**.

JV and JVvid

13. As shown in the comparative structural chart in **Visual Exhibit D**, JVvid is different from JV in the following ways:

- The Intro is preceded by approximately 22 seconds of solo piano played “out of time” (i.e., without a beat or meter).

- Chorus 2 in JVvid is not followed by the Re-intro and Breakdown sections from JV. Instead, there is an approximately 41-second drum break featuring hand drums playing a triplet-based pattern. At 3:16 of JVvid, one of the vocal loops from JV is reintroduced, joined by the piano loop at 3:24. Like JV, the video version ends with the 16-bar Chorus 3.

14. Comparative structural charts of JV and JVvid are in **Visual Exhibit D**. The corresponding sections in **bold** are identical in both versions.

<u>SS and SSvid</u>

15. SS and SSvid are identical with the exception of the Intro. SSvid starts with 4 seconds of ambient sound and <u>no music</u>. The music starts with 8 bars of the main synthesizer loop, unaccompanied. The last 4 bars of the Intro in SSvid (bars 9-12), featuring vocals, synth, and finger snaps, are identical to the 4-bar Intro in SS.

16. Comparative structural charts of SS and SSvid are in **Visual Exhibit D**. The corresponding sections in **bold** are identical in both versions.

<u>JVvid and SSvid</u>

17. A comparative structural chart of the structures in JVvid and SSvid is on the final page of **Visual Exhibit D**.

18. As shown in **Visual Exhibit D**, there are no significant structural similarities or differences between JVvid and SSvid. The use of Intro, Verse and Chorus sections is a building block structure commonplace in popular songs. By way of difference, JVvid has two Pre-chorus sections and a Break but SS does not, and SSvid has three Post-chorus sections but JV does not.

19. In summary, on the basis of my analysis I found that there are no significant structural similarities or differences between between JV and SS, JV and SSvid, JVvid and SS, and JVvid and SSvid. There are no structural similarities that suggest that any structural practices in SS or SSvid were copied from JV or JVvid.

20. As shown in the comparative structural charts and discussed above, the expression in the 16-bar Intro, Verses, Pre-choruses, and Choruses in **JV** and **JVvid** is identical. On that basis, going forward in this report, references and analyses of the expression in these parts of **JV** also refer to these parts of **JVvid**.

21. As shown in the comparative structural charts and discussed above, the expression in the Verses, Choruses, and Post-choruses in **SS** and **SSvid** is identical. On that basis, going forward in this report, references and analyses of the expression in these parts of **SS** also refer to these parts of **SSvid**.

## II. B. Lyrics

The Overall Lyrical Themes Are Significantly Different in JV and SS

22. The lyrics of JV are attached as **Visual Exhibit E**. The lyrics of SS are attached as **Visual Exhibit F**. Outside of the use of the "dancing with a stranger" lyric, the lyrics in JV and SS are significantly different.

23. SS has a very clear narrative about heartbreak in the aftermath of a relationship. In Verse 1 (sung by Sam Smith) and Verse 2 (sung by Normani), the singer expresses continued feelings for their former love interest: the lyrics in Verse 1 start with "I don't wanna be alone tonight, It's pretty clear that I'm not over you" and the lyrics in Verse 2 include "I need to get you off of my mind" and repeat the Verse 1 lyric, "I don't wanna be alone tonight". The SS Chorus lyrics place blame on the former lover for the decision to find a new love with the repeating line "Look what you made me do". Hence, the next lyrical line is: "I'm with somebody new / Ooh, baby, baby, I'm dancing with a stranger".

24. JV does not touch on SS's heartbreak theme as shown in the Verse, Pre-chorus, and Chorus lyrics presented immediately below. The lyrics below contain all of the lyrical phrases in JV; there are no other lyrical phrases in any of the remaining sections of JV.

Verse 1
That girl was on fire from the get go
Never had to let go
She said time passes so slow
Everything in slow mo

Pre-chorus 1
Over and over again
Over and over
Over and over
Over and over

Chorus 1
She said I'm gonna die
Dancing with a stranger
She said I'm gonna die
Dancing with a stranger
She said I'm gonna die
Dancing with a stranger
She said I'm gonna die
Dancing with a stranger

Verse 2
Just one more time before I go home
Baby move me go go
It's a feeling that's how I know
Someday I'm gonna fly baby, Ooh

25. As shown above, the overall lyrical themes in JV and SS are very different. There is no musicological evidence that the lyrical theme in SS was copied from JV.

The Lyrical Phrase Structures in JV and SS Choruses Are Significantly Different

26. The lyrical phrase structures in JV and SS Choruses are significantly different as shown immediately below.

| JV Choruses | SS Choruses |
|---|---|
| She said I'm gonna die<br>Dancing with a stranger | Look what you made me do<br>I'm with somebody new<br>Ooh baby baby I'm dancing with a stranger |
| She said I'm gonna die<br>Dancing with a stranger | |
| She said I'm gonna die<br>Dancing with a stranger | Look what you made me do<br>I'm with somebody new<br>Ooh baby baby I'm dancing with a stranger |
| She said I'm gonna die<br>Dancing with a stranger | |

27. As shown above, the lyrical phrase structure in JV Choruses consists of four iterations of a 2-line lyrical phrase presented immediately below.

> She said I'm gonna die
> Dancing with a stranger

28. By way of difference, the lyrical phrase structure in SS Choruses consists of two 3-line lyrical phrases presented immediately below. Moreover, while the lyrical phrase in JV Choruses consists of "Dancing with a stranger", the lyrical phrase in SS Choruses is the longer "Ooh baby baby I'm dancing with a stranger".

> Look what you made me do
> I'm with somebody new
> Ooh baby baby I'm dancing with a stranger

The Lyrical Similarity Between JV and SS Is a Commonplace 4-Word Phrase

29. The only lyrical similarity between JV and SS is the commonplace phrase, "dancing with a stranger". This 4-word lyrical phrase is the title of songs that predate JV and other prior songs with different titles include this 4-word "dancing with a stranger" phrase.

30. Given the pre-2015 commonplace status of the 4-word lyrical phrase "dancing with a stranger", from a musicological standpoint, it is filtered out. There is no musicological evidence that this commonplace 4-word lyrical phrase was copied in SS from JV.

31. In summary, on the basis of my analysis I found that there are no significant lyrical similarities between JV and SS, but there are significant lyrical differences. Moreover, when combined with my analysis of structure above, I found that there are no lyrical or structural similarities that suggest that SS copied from JV.

## II. C. Harmony

The Chord Progressions Are Different in JV and SS

32. As briefly defined in paragraph 7(b) above, harmony refers to pitches that sound simultaneously, especially (but not exclusively) with respect to the use and organization of chords. A sequence of chords is called a chord progression.

33. JV and SS are in different keys and in different modalities. JV is in the key of G minor. SS is in the key of A-flat (Ab) major.[9] Thus, not only is the key center (or "tonic") different – G as compared to Ab – but the modality is different – JV is in a minor key, but SS is in a major key.

[9] The melody and harmony at the end of melodic phrases and chord progressions establish the key of Ab major in SS. For example, the chord progressions end with an Ab or Absus chord and the melodic phrases end on an Ab note in (a) bar 8 of Verse 1, (b) bar 16 of Verse 1, (c) bar 8 of Verse 2, (d) bar 4 of Chorus 1, (e) bar 8 of Chorus 1, (f) bar 4 of Chorus 2, (g) bar 8 of Chorus 2, (h) bar 4 of Chorus 3 and (i) bar 8 of Chorus 3. Moreover, (j) the final note and chord in SS are an Ab melody note and an Ab chord. Support for this analysis of SS as in the key of Ab major is in publications in music theory and analysis such as in the section, "Identifying the Key of a Piece", in Jane Piper Clendinning and Elizabeth West Marvin, *The Musician's Guide to Theory and Analysis* (Second Edition, 2011, pp. 60-61) and William Duckworth, *A Creative Approach to Music Fundamentals* (Seventh Edition, 2001, p. 196).

34. In keeping with standard musicological practices, in this report, JV and SS are transposed[10] to comparable keys to facilitate the analysis. There are ***two principal ways of comparing melodies in different modes***: (1) in the same key signature and (2) in the same pitch center. Demonstrating both ways in the musical examples below, JV and SS are transposed (1) to the same ("relative") key signature (with two flats) in which case JV is in its recorded key of G minor and SS is transposed to the key of B-flat major and (2) to the same ("parallel") pitch center in which case JV is in its recorded key of G minor and SS is transposed to the key of G major.

35. Musicologists often use Roman numerals[11] to identify chords in musical compositions. The main chord progression in JV is **i – v – bVI – bVII** with a harmonic rhythm (i.e., rate of chord change) of one chord per bar. Since JV is in 4/4 time with 4 beats per bar, each chord has a duration of 4 beats.

36. The main chord progression in SS is **IVmaj7 – V(sus) – vi7 – I** with a harmonic rhythm (i.e., rate of change in the chords) of **IVmaj7** for 6 beats, **V(sus)** for 2 beats, **vi7** for 4 beats or 3.5 beats, and **I** for 4 beats or 4.5 beats. (Variants of each chord also occur, for example, IVmaj7, V(sus)/3, vi, and I(sus2)).

37. In the chart below, the Chorus chord progression in JV is placed over the Chorus chord progression in SS. Spacing of the chords under the bar #'s illustrates the metrical placements in the bars and the harmonic rhythms.

---

10 "Transposition" is the act of transferring music from one key to another, note for note. The relationship of all the notes to one another remains the same. (See "Transposition" in *Harvard*, p. 904.)

11 The Roman numerals, **i** through **vii** or **I** through **VII**, represent chords built on the seven scale degrees 1-7 of a major or minor key. An upper case Roman numeral denotes a major chord. A lower case Roman numeral denotes a minor chord. A "7" and a "9" after a Roman numeral respectively denotes the addition of a pitch that is the interval of a 7th or a 9th above the "root" (name) of the chord. A "sus" denotes a "suspended" chord in which the third of the chord is omitted and is replaced by the pitch that is the interval of a 2nd and/or a 4th above the root of the chord.

| | bar 1 | | bar 2 | bar 3 | | bar 4 |
|---|---|---|---|---|---|---|
| JV : | **i** | **v** | | **bVI** | | **bVII** |
| SS: | **IVmaj7** | | **V(sus)** | **vi7** | | **I** |

| | bar 5 | | bar 6 | bar 7 | | bar 8 |
|---|---|---|---|---|---|---|
| JV : | **i** | **v** | | **bVI** | | **bVII** |
| SS: | **IVmaj9** | | **V(sus)/3** | **vi7** | **I(sus)** | |

38. As analyzed and charted above, not one chord is shared between JV and SS Choruses and the harmonic rhythms are significantly different:

- While there are (minor) **i** chords in JV, there are no **i** chords in SS;
- While there are (minor) **v** chords in JV, there are no **v** chords in SS;
- While there are (major) **bVI** chords in JV, there are no **bVI** chords in SS;
- While there are **bVII** chords in JV, there are no **bVII** chords in SS;
- While there are **IVmaj7** and **IVmaj9** chords in SS, there are no **IVmaj7** or **IVmaj9** chords in JV;
- While there are **Vsus** and **Vsus/3**[12] chords in SS, there are no **Vsus** or **Vsus/3** chords in JV;
- While there are (minor) **vi7** chords in SS, there are no **vi7** chords in JV;
- While there are (major) **I** and **I(sus)** chords in SS, there are no **I** or **I(sus)** chords in JV;
- While the first chord in JV has a duration of 4 beats, the first chord in SS has a duration of 6 beats;
- While the second chord in JV has a duration of 4 beats, the second chord

12 The /3 in the chord symbol denotes that the lowest note of the chord is scale degree 3, which is C in the Ab major recorded key of SS.

in SS has a duration of 2 beats;

- The differences in harmonic rhythms between JV and SS in bars 1-2 are also present in the corresponding fifth and sixth chords in bars 5-6,
- While the chord in bar 7 of JV has a duration of 4 beats, the chord in bar 7 of SS has a duration of 3.5 beats;
- While the eighth (last) chord in JV has a duration of 4 beats, the eighth (last) chord in SS has a duration of 4.5 beats; and
- Only the chords in bars 3 and 4 (2 out of a total of 8 chords) in JV and SS have the same duration of 4 beats.

39. The use of Roman numerals in harmonic analysis retains the harmonic functions of the chords in songs that are in different keys. Thus and by way of example, a major chord that is built on scale degree 1 (a **I** chord) retains its "tonic"[13] harmonic function in any key. When comparing two songs that are in different modes, major and minor, as is the case between JV (in a minor mode) and SS (in a major mode), comparing their chords in "parallel keys" (explained above) retains the harmonic functions of the chords. This is the case in a parallel key comparative analysis in which the chords in JV are in the recorded key of G minor and the chords in SS are in the parallel key of G major.

40. In the parallel key comparative chord chart immediately below, letter names of the chords in JV Chorus and in SS Chorus are used. The letter names of the chord progression in JV are placed over the letter names of the chord progression in SS. Spacing of the chords under the bar #'s illustrates the metrical placements in the bars and the harmonic rhythms.

| | bar 1 | bar 2 | | bar 3 | bar 4 |
|---|---|---|---|---|---|
| JV : | **Gm** | **Dm** | | **Eb** | **F** |
| SS: | **Cmaj7** | | **D(sus)** | **Em7** | **G** |

[13] "Tonic" is the tonal "center" of a key (see "Tonality" in *Harvard*, p. 898) in which "Chords relate to each other and to a central harmony, the tonic triad…." (see "Harmony: II. Chord function" in *Harvard*, p. 379.)

| | bar 5 | bar 6 | | bar 7 | | bar 8 |
|---|---|---|---|---|---|---|
| JV : | **Gm** | **Dm** | | **Eb** | | **F** |
| SS: | **Cmaj9** | | **D(sus)/B** | **Em7** | **G(sus)** | |

41. As charted above, not one chord is shared between JV and SS Choruses and the harmonic rhythms are significantly different*:*

- While there are **Gm** chords in JV, there are no **Gm** chords in SS;
- While there are **Dm** chords in JV, there are no **Dm** chords in SS;
- While there are **Eb** chords in JV, there are no **Eb** chords in SS;
- While there are **F** chords in JV, there are no **F** chords in SS;
- While there are **Cmaj7** and **Cmaj9** chords in SS, there are no **Cmaj7** or **Cmaj9** chords in JV;
- While there are **D(sus)** and **D(sus)/B**[14] chords in SS, there are no **D(sus)** or **D(sus)/B** chords in JV;
- While there are **Em7** chords in SS, there are no **Em7** chords in JV;
- While there are (major) **G** and **G(sus)** chords in SS, there are no **G** or **G(sus)** chords in JV; and
- The significant differences in harmonic rhythms between JV and SS shown above in the harmonic analysis using Roman numerals are also present whether the chords are expressed as Roman numerals or with letter names.

42. In summary, on the basis of my analysis I found that there are no significant harmonic similarities between the two songs, but there are significant harmonic differences. Moreover, when combined with my findings regarding structure and lyrics, I found that there are no significant structural, lyrical and/or harmonic

---

[14] The /B in the chord symbol denotes that the lowest note of the chord is B, which is scale degree 3 in the G major scale.

similarities, individually or in the aggregate, between JV and SS and no musicological evidence suggesting that SS was copied from JV.

## II. D. Rhythm

The Rhythms Are Very Different in JV and SS

43. JV and SS are in 4/4 meter, also known as "common time". As noted in footnote 8 above, in 4/4 meter, a bar consists of four beats, each with the value of a "quarter note". 4/4 meter has been a musical building block for centuries.

44. The tempo (i.e., the performance speed) of SS is 103 beats per minute (BPM). By way of difference, the tempo in JV is 18% faster than SS at 122 BPM.

45. The overall rhythmic flow and feel are different in JV and SS. JV has an upbeat house music feel while SS has a mid-tempo ballad feel.

46. As is commonplace in pop styles, both songs have quarter notes in the kick drum ("four on the floor") and snare drum on beats 2 and 4 (the "backbeat"). By way of difference, the snare is only present during the Chorus and part of the Breakdown section in JV, while in SS, the snare is present in every section except for the Intro and Chorus 3.

47. The Chorus sections of JV feature syncopated tom-toms, while SS has no tom-toms or equivalent rhythmic element.

48. The Chorus and Breakdown sections of JV contain a background drum and tambourine loop that plays a syncopated drumbeat (heard clearly at 3:12). SS has no equivalent rhythmic element.

49. The bass line in JV consists of shorter, syncopated notes and often rests on the downbeat. By contrast, the bass in SS consists mainly of sustained notes, most of which are not syncopated, and does not rest on the downbeat.

50. The chords in JV are played mainly as whole notes on the piano, and chord changes occur on downbeats only. By contrast, the synth chords in SS play a variety of rhythms and chord changes occur on various beats.

51. In summary, on the basis of my analysis, I found that there are no significant rhythmic similarities between the two songs, but there are significant rhythmic differences. Moreover, when combined with my findings regarding structure and harmony, I found that there are no significant structural, harmonic, and/or rhythmic similarities, individually or in the aggregate, between JV and SS, and no musicological evidence suggesting that any expression in SS was copied from JV.

## II. E. Melody

The Melodic Phrase Structures Are Significantly Different in JV and SS Choruses

52. My transcription of JV Chorus is in **Visual Exhibit B**. As analyzed above, the chords and vocal melody in bars 9-16 of each JV Chorus are identical to the melody and harmony in bars 1-8. Moreover, the instrumental and vocal performances in Chorus 2 and Chorus 3 appear to be digitally identical to Chorus 1 and as such, the chords and melodies in Chorus 2 and Chorus 3 of JV are identical to the chords and melodies in Chorus 1 of JV. Therefore, *the chords and vocal melody in bars 1-8 of Chorus 1 in Musical Example 1 below constitute all of the chords and vocal melody in the entirety of Choruses 1, 2, and 3 of JV.*

53. JV Chorus consists of 4-bar phrase structures with each 4-bar phrase consisting of 2 phrases in which bar 1 is the "antecedent"[15] phrase followed by the "consequent" phrase beginning in bar 2. The antecedent phrase in bar 1 includes a pickup[16] consisting of 5 notes sung to the lyrics "She said I'm gonna" as shown in

15 "Antecedent, Consequent" phrases are "Two musical phrases, the second of which is a concluding response to or resolution of the first." (See "Antecedent, consequent" in *Harvard*, p. 47.)

16 A "pickup", also termed an "upbeat", consists of "One or more notes preceding the first metrically strong beat (usually the first beat of the first complete measure) of a phrase or section of a composition…." (See "Pickup" in *Harvard*, p. 660.)

Musical Example 1 below. The lyrics that are sung in the respective antecedent and consequent phrases in JV Chorus are immediately below.

"She said I'm Gonna die" (antecedent phrase)

"Dancing with a stranger" (consequent phrase)

54. In Musical Example 1 below, brackets have been placed above each of the melodic phrases in JV Chorus. Brackets marked with an **A** identify the antecedent phrase and brackets marked with a **C** identify the consequent phrase.

**MUSICAL EXAMPLE 1**

**JV Chorus 1 in its original key of G minor at 1:02**




55. My transcriptions of SS Choruses and Post-choruses are in **Visual Exhibit C**. Musical Example 2 below is my transcription of the melody, chord symbols, and lyrics in the 8-bar Chorus 1 of SS. As analyzed above, within SS, the chords and melody in SS Choruses 1 and 2 are identical.

56. SS Choruses also consist of 4-bar phrase structures but by way of difference, each 4-bar phrase consists of 3 (not 2) phrases in which phrase 1 is bar 1, phrase 2 is bar 2, and phrase 3 is bars 3-4. The lyrics that are sung to the melodies in phrases 1, 2, and 3 in SS Chorus 1 are immediately below.

"Look what you made me do" (bar 1, **phrase 1**)

"I'm with somebody new" (bar 2, **phrase 2**)

"Ooh baby baby I'm dancing with a stranger" (bars 3-4, **phrase 3**)

57. In Musical Example 2 below, brackets have been placed above each of the melodic phrases in SS Chorus. Brackets marked with a **1** identify phrase 1, brackets marked with a **2** identify phrase 2, and brackets marked with a **3** identify phrase 3.

**MUSICAL EXAMPLE 2**

**SS Chorus 1 in its original key of Ab major at 0:47**




58. As shown in Musical Examples 1 and 2 above and in Musical Example 3 below – which combines the JV Chorus melody (on the top staff) in its recorded key of G minor and the SS Chorus melody (on the bottom staff) transposed to the parallel key of G major – the melodic phrase structures in JV and SS Choruses are significantly different because:

- While each 4-bar phrase structure in JV consists of 2 phrases (**A** and **C**), each 4-bar phrase structure in SS consists of 3 phrases (**1**, **2**, **3**);

- While phrase 1 (**A**) in JV includes a 5-note pickup (sung to "She said I'm gonna"), none of the phrases in SS include any pickup notes; and
- While the "dancing with a stranger" lyric and melody in JV constitutes the entirety of phrase 2 (**C**), the "dancing with a stranger" lyric and different melody in SS is preceded by the (different) melody set to the (different) lyrics "Ooh baby baby I'm".

**MUSICAL EXAMPLE 3: In Parallel Keys**

**JV – Chorus 1 (in G minor)**

**SS – Chorus 1 (in G major)**




59. Musical Example 4 below repeats the content of Musical Example 3 but combines the JV Chorus melody (on the top staff) in its recorded key of G minor and the SS Chorus melody (on the bottom staff) transposed to the relative key of B-flat (Bb) major, and thereby, the key signatures are the same, namely, 2 flats ("b's").

**MUSICAL EXAMPLE 4: In Relative Keys**

**JV – Chorus 1 (in G minor)**

**SS – Chorus 1 and Post-chorus 1 (in Bb major)**




60. Thus, the only relevant similarity between the melodic phrase structures in JV and SS <u>Choruses</u> is the use of 4-bar phrase structures which is a fundamental musical building block that is commonplace in popular music. Within that fundamental and commonplace usage, the structure of the melodic phrases (**A** and **C** in JV as compared with **1**, **2**, **3** in SS) and where the “dancing with a stranger” phrase is heard within the 4-bar phrase structures are significantly different.

<u>The Melodic Phrase Structures Are Significantly Different Between JV Choruses and SS Post-choruses and Any Similarity Is Insignificant</u>

61. The melodic phrase structures between JV Choruses and SS Post-choruses are significantly different. Musical Example 5 expands the transcriptions to

include the full 16-bar JV Chorus on the top staff and the 8-bar SS Chorus 1 plus the 4-bar SS Post-chorus 1 (bars 9-12) on the bottom staff in parallel keys. Musical Example 6 illustrates the same comparative transcription in relative keys.

62. In Musical Examples 5 and 6 below, insofar as SS Post-chorus 1 follows SS Chorus 1, the 4-bar SS Post-chorus 1 occupies the bars that are numbered 9-12. As shown in Musical Examples 5 and 6, the melodic phrase structures in JV Choruses and SS Post-chorus 1 are different. For example, while each 4-bar phrase in JV consists of 2 phrases (**A** and **C**), the single 4-bar phrase in SS Post-chorus 1 (numbered bars 9-12) consists of only 1 phrase. Moreover, while each phrase **A** in JV includes a 5-note pickup, the single phrase in SS Post-chorus 1 does not include a 5-note pickup. By way of similarity, the "dancing with a stranger" melodic and lyrical phrase in SS Post-chorus 1 occurs in a corresponding bar with JV. Another similarity between the melodic phrase structures in JV Choruses and SS Post-chorus 1 is the use of a 4-bar melodic phrase structure which, as noted above, is a fundamental musical building block that is commonplace in popular music. Thus, any similarity between the melodic phrase structures in JV Choruses and SS Post-chorus 1 is musicologically insignificant. Moreover, by way of difference, while there is a "dancing with a stranger" melodic and lyrical phrase in JV starting with the upbeat to bar 14, SS Post-chorus 1 does not have any corresponding "dancing with a stranger" pickup to bar 14.

**MUSICAL EXAMPLE 5: In Parallel Keys**
**JV – Chorus 1 (in G minor)**
**SS – Chorus 1 and Post-chorus 1 at bar 9 (in G major)**



**MUSICAL EXAMPLE 6: In Relative Keys**
**JV – Chorus 1 (in G minor)**
**SS – Chorus 1 and Post-chorus 1 at bar 9 (in Bb major)**



The Placement of the "Dancing With a Stranger" Melodic and Lyrical Phrase Is Different Between JV Choruses and SS Choruses and Post-choruses

63. In Musical Examples 7 and 8 below, red boxes are placed around the corresponding "dancing with a stranger" lyric and its melodic settings in parallel keys and relative keys with the full 16-bar JV Chorus (as noted above, bars 9-16 are the same as bars 1-8 within JV Chorus) on the top staff and the 8-bar SS Chorus 1 plus the 4-bar SS Post-chorus 1 on the bottom staff.

64. As shown in Musical Examples 7 and 8 below, out of four iterations of a "dancing with a stranger" lyric and melody in JV Chorus, only one iteration (with a different melody) is in a corresponding bar in SS Post-chorus 1 (see bar 10 in Musical Examples 7 and 8 which, as explained above, is bar 2 of SS Post-chorus 1). This is further illustrated using red boxes in **Visual Exhibit H** which consists of the following comparative transcriptions. (As noted above, JV Chorus 1 is unchanged in JV Chorus 2 and Chorus 3.)

JV Chorus 1 & SS Chorus 2 and Post-chorus 2 in parallel keys

JV Chorus 1 & SS Chorus 2 and Post-chorus 2 in relative keys

JV Chorus 1 & SS Chorus 3 and Post-chorus 3 in parallel keys

JV Chorus 1 & SS Chorus 3 and Post-chorus 3 in relative keys

**MUSICAL EXAMPLE 7**

**In Parallel Keys**

**JV – Chorus 1 (in G minor)**

**SS – Chorus 1 and Post-chorus 1 (in G major)**



**MUSICAL EXAMPLE 8**

**In Relative Keys**

**JV – Chorus 1 (in G minor)**

**SS – Chorus 1 and Post-chorus 1 (in Bb major)**



65. Regarding Choruses 2 and 3 and Post-choruses 2 and 3 in SS, as shown in **Visual Exhibit H,** out of four iterations of a "dancing with a stranger" lyric and melody within each JV 16-bar Chorus, as compared with SS (1) there is no corresponding setting of this lyric and melody in SS Chorus 2 and there is only one iteration in a bar that corresponds to the "dancing with a stranger" lyric and (different) melody in SS Post-chorus 2 (see bar 10), and (2) there is no corresponding setting of this lyric and melody in SS Chorus 3 and there is only one iteration in a bar that corresponds to the "dancing with a stranger" lyric and (different) melody in SS Post-chorus 3 (see bar 14). In each of these limited cases, the corresponding bar is in a single bar of SS Post-chorus: respectively bar 2 of SS Post-chorus 2 and bar 6 of SS Post-chorus 3.

66. Moreover and as discussed in paragraph 12 above and shown in **Visual Exhibit B**, the Breakdown section in JV includes iterations of a "dancing with a stranger" lyric and melody in its bars 9-24 starting at 3:27. The transcriptions above and in **Visual Exhibit B** show that each Chorus and the Breakdown within JV include **four** iterations of a "dancing with a stranger" lyric and melody. By way of difference, each SS Chorus includes **two** iterations, SS Post-chorus 1 includes **one** iteration, SS Post-chorus 2 includes **two** iterations, and SS Post-chorus 3 includes **three** iterations of a "dancing with a stranger" lyric and melody.

The Melodic Pitches and Rhythms Sung to the Commonplace "Dancing With a Stranger" Lyric Are Largely Different

67. As briefly defined in paragraph 7(d) above, "melody" is a single line of music that consists primarily of a succession (i.e., a sequence or order) of pitches and the rhythmic durations of those pitches within a melodic phrase structure. "Pitch" is the specific high or low placement of a musical sound, often identified within a musical scale. The melodic pitches and rhythms sung to the commonplace "dancing with a stranger" lyric are largely different in JV and SS. The musical shape or "contour" of the "dancing with a stranger" melodies in JV and SS is different in most cases and in the few cases where there is a bare similarity (i.e., a simple and commonplace downward contour), it is musicologically insignificant.

68. While there are a total of 16 iterations of a "dancing with a stranger" lyric and melody in JV (4 iterations in each of three Choruses and 4 iterations in the Breakdown), there are only two interchanging melodies within JV. These two interchanging melodies are the "consequent" melodic phrases (marked with a bracket and a **C**) respectively at bar 2 and at bar 6 of JV Chorus (see Musical Example 1 above) and at the same bars in JV Breakdown (see **Visual Exhibit B**). Thus, as shown in Musical Examples 7 and 8 above, the first melody sung to the "dancing with a stranger" lyric occurs at bars 2 and 10 of each JV Chorus, and the second (varied) melody sung to the "dancing with a stranger" lyric occurs at bars 6 and 14 of each JV Chorus.

69. By way of difference, as shown in **Visual Exhibit C**, in SS the most frequently sung and memorable melodic setting of the "Ooh baby baby I'm dancing with a stranger" lyric occurs five times, namely in (1) Chorus 1 in bars 3-4, (2) Chorus 1 in bars 7-8, (3) Chorus 2 in bars 3-4, (4) Chorus 2 in bars 7-8, and (5) Chorus 3 in bars 7-8. Moreover, six additional, varied versions of the melodic setting of the "Ooh baby baby I'm dancing with a stranger" lyric also occur respectively in (1) Chorus 3 at bars 3-4, (2) Post-chorus 2 numbered bar 10, (3) Post-chorus 2 numbered bar 12, (4) Post-chorus 3 numbered bar 12, (5) Post-chorus 3 numbered bar 14, and (6) numbered bar 10 of Post-chorus 1 and numbered bar 16 of Post-chorus 3 for a total of seven melodic settings of the "Ooh baby baby I'm dancing with a stranger" lyric as compared with only two JV melodic settings of the "dancing with a stranger" lyric.

70. **Visual Exhibit I** includes all of the pairings of the two interchanging melodies in JV and the various melodies in SS. In keeping with widely accepted musicological practices, scale degree numbers are placed above each note in the melodies therein. Musicologists use scale degree numbers to identify individual pitches in melodies "Because in Western tonality each pitch of a scale functions in a particular way with respect to the others…."[17] As noted in the *Harvard Dictionary* definition, "scale degrees" are "The numbered positions of individual pitches within a major or minor scale", 1-7.

17 See "Scale degrees" in *Harvard*, p. 758.

71. In Musical Example 9 below, the first "dancing with a stranger" lyric and melody in JV (marked with a **C** in bars 2 and 10 in Musical Example 5 above) is on the top staff and the most frequently heard and memorable melodic setting of the "Ooh Baby Baby I'm dancing with a stranger" lyric in SS (heard five times in SS as explained above and shown in **Visual Exhibit C**) is on the bottom staff in parallel and relative keys, and with scale degrees input as explained above and implemented in **Visual Exhibit I**.

## MUSICAL EXAMPLE 9

### From JV Chorus and SS Chorus

### Parallel Keys




### Relative Keys



72. As shown in Musical Example 9 above (also see page 2 of **Visual Exhibit I**), the scale degrees and sequences of pitches in the melodies in JV Chorus and in SS Chorus are significantly different. Moreover, even without the opening notes of the SS melody set to "Ooh baby baby", the melodic contours[18] are different because JV descends by step (i.e., stepwise movement is from one scale degree to an adjacent scale degree[19]), ascends by leap (from scale degree 5 to 7 which is movement that is larger than movement to an adjacent scale degree), descends by leap (from scale degree 7 to 5), and ends with a descending stepwise motion (from 5 to 4). Thus, the contour or shape of the JV Chorus melody is down-up-down. By way of difference, the SS Chorus melody set to "I'm dancing with a stranger" ascends with an upward leap (3 to 5), descends with a downward leap (5 to 3 and iterates 3-3-3), and continues its descent in stepwise motion (2-2-1-1). Thus, the contour or shape of the SS Chorus melody is up-down. The down-up-down melodic contour in the JV Chorus melody is different from the up-down melodic contour in the SS Chorus melody and, by way of additional difference, the leaps are at the end of the melody in JV (5-7-5) but at the beginning of the melody in SS (3-5-3). Additionally, if the very different part of the melody set to "Ooh baby baby" in SS were included in a comparative analysis, the melodic contours under discussion would be shown to be even more significantly different.

73. The melodic rhythm is also demonstrably different between the JV and SS Chorus melodies in Musical Example 9 above. Even without the opening notes of the SS melody set to "Ooh baby baby", "I'm dancing with a stran-" in SS is set to 8 consecutive eighth notes ending with a quarter note on beat 4. By way of difference, the JV Chorus melody starts with a "tied" (i.e., held over the bar line to the next bar) note[20] with the duration of a quarter note, this quarter value note in the JV Chorus

18 Melodic contour refers to the shape of a melody. With respect to contour or shape, pitches can (1) ascend, (2) descend, or (3) maintain at the same pitch.

19 See "Stepwise" in *Harvard*, p. 840.

20 The symbol for tied notes is a curved line indicating that the second note is not replayed but that its duration is added to the first note (see "tie" in *Harvard*, p. 892)

melody is followed by three eighth notes, two quarter notes, and a final eighth note on beat 1 of the next bar, which is very different from the rhythmic durations of the SS Chorus melody as analyzed immediately above. Moreover, if the very different part of the melody set to the SS Chorus lyric "Ooh baby baby" were included in a comparative analysis, the melodic rhythms under discussion would be shown to be even more significantly different. By way of similarity, the metric placements (on and within beats) of (only) the beginning of each syllable in the "dancing with a stranger" lyric are the same. However, three metric placements are different: (1) a new note on beat 1 in SS but not in JV, (2) a new note on beat 3& in SS but not in JV, and (3) and a new note on beat 1 of bar 2 in JV but not in SS.

74. Now moving to Musical Example 10 below (also see page 3 of **Visual Exhibit I**), the scale degrees and sequences of pitches in the melodies in JV Chorus and in SS Post-chorus 1 are significantly different. Moreover, the melodic contours are different because (as noted in the previous paragraph) JV descends by step (7-6-6-5), ascends by leap (5-7), descends by leap (7-5), and ends with a descending stepwise motion (5-4) creating a down-up-down melodic contour. By way of significant difference, the SS Post-chorus melody descends with a downward leap (5-3), iterates scale degree 3 three times (3-3-3), and continues to descend in stepwise motion (2-2-1-1). Thus, the down-up-down melodic contour in the JV Chorus melody is different from the wholly downward melodic contour in the SS Post-chorus melody. By additional way of difference, the two leaps are at the end of the melody in JV (5-7-5), but the single leap is at the beginning of the melody in SS (5-3).

---

which is the case in the curved line at "Danc-" in JV in Musical Example 9. However, the "tie" sign should not be confused with a "slur" which, while also a curved line, indicates that the connected notes are to be performed smoothly with no separation (see "slur" in *Harvard*, p. 789) which is the case in curved line at "Danc-" in SS in Musical Example 9. One must distinguish a "slur" (playing or singing notes smoothly without a separation) and a "tie" (holding over and extending the duration of the first note) in Musical Example 9 and in Musical Examples throughout this report because the curved line in "ties" connect the same pitch (see JV) while the "slur" curved line connects different pitches.

75. The melodic rhythm is also demonstrably different between the JV chorus and SS Post-chorus melodies in Musical Example 10 below. The SS Post-chorus melody begins with 7 consecutive eighth notes ending with a quarter note on beat 4. By way of difference, the JV Chorus melody starts with a "tied" (held over) note with the duration of a quarter note, this quarter value note in the JV Chorus melody is followed by three eighth notes, two quarter notes, and a final eighth note on beat 1 of the next bar, which is very different from the rhythmic durations of the SS Chorus melody. By way of similarity, the metric placements of the beginning of each syllable of the "dancing with a stranger" lyric are the same. However, three metric placements are different: (1) a new note on beat 1 in SS but not in JV, (2) a new note on beat 3& in SS but not in JV, and (3) and a new note on beat 1 of bar 2 in JV but not in SS.

**MUSICAL EXAMPLE 10**

**From Chorus 1 of JV and Post-chorus 1 of SS**

**Parallel Keys**




**Relative Keys**



76. All of the significant melodic differences between the JV Chorus melody and the SS Post-chorus 1 melody and the lack of any meaningful melodic similarity shown immediately above is also illustrated in the comparative transcription of the JV Chorus melody and two melodies in SS Post-chorus 2 (at 1:54 and 1:59) respectively on pages 4 and 5 of **Visual Exhibit I**. By way of additional significant difference, the melodies at 1:54 and 1:59 (sung by Sam Smith and Normani) include an upper part (respectively on scale degrees 3-4-3-2-1-2 and 2-3-2-1) including sixteenth notes. By way of similarity, the metric placements of the beginning of each syllable in the "dancing with a stranger" lyric are the same. But by way of difference, five metric placements of notes in SS are not in JV.

77. Immense differences in the melodic pitches as scale degrees are obvious between the same JV Chorus melody analyzed above and a melody from Chorus 3 of SS as shown in the comparative transcriptions on page 6 of **Visual Exhibit I**. In addition, the melodic contours and the melodic rhythms are significantly different between the JV Chorus melody and the SS Chorus 3 melody. By way of similarity, the metric placements of the beginning of each syllable in the "dancing with a stranger" lyric are the same. But by way of difference, two metric placements of notes in SS are not in JV and one metric placement in JV (on beat 1 of bar 2) is not in SS.

78. Significant differences in the melodic pitches as scale degrees and the melodic rhythms continue between the same JV Chorus melody analyzed above and three melodies (respectively at 2:36, 2:41, and 2:46) from Post-chorus 3 of SS as shown in the comparative transcriptions on pages 7 – 9 in **Visual Exhibit I**. The melodic contours and the melodic rhythms are significantly different between the JV Chorus melody and the SS Post-chorus 3 melodies at 2:36 and 2:41 and different at 2:46. By way of similarity, the metric placements of the beginning of each syllable in the "dancing with a stranger" lyric are the same. But by way of difference, five metric placements of notes in SS at 2:36 are not in JV, six metric placements of notes in SS at 2:41 are not in JV, and in SS at 2:46 two metric placements of notes are not in JV and one metric placement in JV is not in SS.

79. Starting at page 10 in **Visual Exhibit I**, the second (varied) melody set to the "dancing with a stranger" lyrics in JV is compared with melodic settings in SS. In Musical Example 11 below, the second "dancing with a stranger" melody in JV (marked with a **C** in bars 6 and 14 in Musical Example 5 above) is on the top staff and the most frequently heard and memorable melodic setting of the "Ooh Baby Baby I'm dancing with a stranger" lyric in SS is on the bottom staff in parallel and relative keys.

**MUSICAL EXAMPLE 11**

**From Chorus 1 of JV and Chorus 1 of SS**

**Parallel Keys**




**Relative Keys**




80. As shown in Musical Example 11 above (also see page 10 of **Visual Exhibit I**), the <u>scale degrees and sequences of pitches</u> in the melodies in JV Chorus and in SS Chorus 1 <u>are significantly different</u>. Moreover, even <u>without</u> the opening

notes of the SS melody set to “Ooh baby baby”, the melodic contours are different because JV descends wholly in stepwise motion (7-6-6-5-4-4-3) while the SS Chorus melody set to “I’m dancing with a stranger” ascends with an upward leap (3 to 5) and descends with a downward leap (5 to 3 and iterates 3-3-3) and continues its descent in stepwise motion (2-2-1-1) creating a basic up-down melodic contour. Thus, the wholly downward stepwise melodic contour in the JV Chorus melody is different from the up-down melodic contour in the SS Chorus melody and, by additional way of difference, while there are two leaps in SS (3-5-3) there are none in JV. Additionally, if the very different part of the melodic phrase set to “Ooh baby baby” in SS were included in a comparative analysis, the melodic contours under discussion would be shown to be even more significantly different.

81. The melodic rhythm is also demonstrably different between the JV and SS Chorus 1 melodies in Musical Example 11 above. Even without the opening notes of the SS melody set to “Ooh baby baby”, “I’m dancing with a stran-” is set to 8 consecutive eighth notes ending with a quarter note on beat 4 (sung to “-ger”). By way of difference, the JV Chorus melody starts with a “tied” (held over) note with the duration of a quarter note, this quarter value note in the JV Chorus melody is followed by three eighth notes, one quarter note, one eighth note, and a final “tied” note starting on beat 4& and held over for three beats in the next bar for a total of 3 1/2 beats in duration. Moreover, if the very different part of the melody set to the SS Chorus lyric “Ooh baby baby” is included in a comparative analysis, the melodic rhythms under discussion would be shown to be even more significantly different. By way of similarity, the metric placements of the beginning of each syllable in the “dancing with a stranger” lyric are the same. But by way of difference, 2 metric placements of notes in SS are not in JV and one metric placement in JV is not in SS.

82. Moving to Musical Example 12 below (also see pages 11 and 17 of **Visual Exhibit I**), the scale degrees and sequences of pitches in the melodies in JV Chorus and in SS Post-chorus 1 and 3 are significantly different. The melodic contours are similar because JV descends wholly in stepwise motion (7-6-6-5-4-4-3) while the SS Post-chorus 1 melody descends with a downward leap (5 to 3 and iterates 3-3-3) and

continues its descent in stepwise motion (2-2-1-1). While the basic shape of both melodies is downward, that is a commonplace melodic shape. By way of difference, while there is a leap in SS (5-3) there is no leap in JV.

83. Like the scale degrees and sequences of pitches, the melodic rhythms are demonstrably different between the JV Chorus and SS Post-chorus 1 melodies in Musical Example 12 below (including the melody at 2:46 in SS Post-chorus 3 as shown in page 17 of **Visual Exhibit I**). The SS Post-chorus 1 (and Post-chorus 3) melody consists of 7 consecutive eighth notes ending with a quarter note on beat 4 (sung to "-ger"). By way of difference, the JV Chorus melody starts with a "tied" (held over) note with the duration of a quarter note, this quarter value note in the JV Chorus melody is followed by three eighth notes, one quarter note, one eighth note, and a final "tied" note starting on beat 4& and held over for three beats in the next bar for a total of 3 1/2 beats in duration for that last note in the JV melody. By way of similarity, the metric placements of the beginning of each syllable in the "dancing with a stranger" lyric are the same but by way of difference, 2 metric placements of notes in SS are not in JV and one metric placement in JV is not in SS.

**MUSICAL EXAMPLE 12**

**From Chorus 1 of JV and Post-chorus 1 (and Post-chorus 3) of SS**

**Parallel Keys**



**Relative Keys**




84. Moving to Musical Example 13 below (also see page 12 of **Visual Exhibit I**), the scale degrees and sequences of pitches in the melodies in JV Chorus and in SS Post-chorus 2 are significantly different. Moreover, the melodic contours are different because JV descends wholly in stepwise motion (7-6-6-5-4-4-3) while the SS Post-chorus 2 melody descends with a downward leap (5 to 3 and iterates 3-3-3), continues its descent in stepwise motion (2-2-1-1) but then moves up, down, and up again in the upper voice on scale degrees 3-4-3-2-1-2. By further way of difference, while there is a leap in SS (5-3) there is no leap in JV.

85. The melodic rhythm is also demonstrably different between the JV Chorus and SS Post-chorus 2 melodies in Musical Example 13 below. The lower SS Post-chorus 2 melody consists of 7 consecutive eighth notes ending with a quarter note on beat 4 (sung to "-ger") but the upper voice adds four sixteenth notes ending with a quarter note on beat 1 of the next bar. By additional way of difference, the JV Chorus melody starts with a "tied" (held over) note with the duration of a quarter note, this quarter value note in the JV Chorus melody is followed by three eighth notes, one quarter note, one eighth note, and a final "tied" note starting on beat 4& and held over for three beats in the next bar for a total of 3 1/2 beats in duration for that last note in the JV melody. By way of similarity, the metric placements of the beginning of each syllable in the "dancing with a stranger" lyric are the same. By way of difference, 5 metric placements of notes in SS are not in JV.

## MUSICAL EXAMPLE 13

### From Chorus 1 of JV and Post-chorus 2 of SS

### Parallel Keys




### Relative Keys




86. The significant differences between the JV Chorus melody (at 1:13) and the SS Post-chorus 2 melody (at 1:54) analyzed immediately above are also found between the JV Chorus melody and a second SS Post-chorus 2 melody starting at 1:59 as shown on page 13 of **Visual Exhibit I**. By way of similarity, the metric placements of the beginning of each syllable in the “dancing with a stranger” lyric are the same. By way of difference, 4 metric placements of notes in SS are not in JV.

87. Significant differences in the melodic pitches as scale degrees are also obvious between the JV Chorus melody at 1:13 and a melody at 2:17 of Chorus 3 of SS as shown in the comparative transcriptions on page 14 of **Visual Exhibit I**. In addition, the melodic contours and the melodic rhythms are significantly different between this JV Chorus melody and the SS Chorus 3 melody. By way of similarity, the metric placements of the beginning of each syllable in the "dancing with a stranger" lyric are the same. By way of difference, 2 metric placements of notes in SS are not in JV and one metric placement in JV is not in SS and SS includes the melody set to "Ooh baby baby I'm" which is very different from the melody in JV at 1:13.

88. Moving to Musical Example 14 below (also see page 15 of **Visual Exhibit I**), the scale degrees and sequences of pitches in the melodies in JV Chorus and in SS Post-chorus 3 (at 2:36) are significantly different. Moreover, the melodic contours are different because JV descends wholly in stepwise motion (7-6-6-5-4-4-3) while the SS Post-chorus 3 melody ascends from scale degrees 4 to 5, descends with a downward leap (5 to 3), continues its descent in stepwise motion to scale degree 2, but then moves up (to scale degree 3), down (2-1), up (from 1 to 2) and down ending on scale degree 1. By further way of difference, while there is a leap in SS (5-3) there is no leap in JV.

89. The melodic rhythm is also significantly different between the JV Chorus and SS Post-chorus 3 melodies in Musical Example 14 below. The SS Post-chorus 3 melody consists of 5 consecutive eighth notes followed by a quarter note, and then 5 consecutive sixteenth notes followed by a dotted eighth note that is tied to a quarter note. By way of difference, the JV Chorus melody starts with a tied (held over) note with the duration of a quarter note, this quarter value note in the JV Chorus melody is followed by three eighth notes, one quarter note, one eighth note, and a final "tied" note starting on beat 4& and held over for three beats in the next bar for a total of 3 1/2 beats in duration for that last note in the JV melody. By way of similarity, the metric placements of the beginning of each syllable in the "dancing with a stranger" lyric are the same. By way of difference, 5 metric placements of notes in SS are not in JV.

**MUSICAL EXAMPLE 14**

**From Chorus 1 of JV and Post-chorus 3 of SS**

**Parallel Keys**




**Relative Keys**




90. Finally moving to Musical Example 15 below (also see page 16 of **Visual Exhibit I**), the <u>scale degrees and sequences of pitches</u> in the melodies in JV Chorus and a second melody in SS Post-chorus 3 (at 2:41) <u>are significantly different</u>. Moreover, the melodic contours are different because JV <u>descends wholly in stepwise motion</u> (7-6-6-5-4-4-3) while the SS Post-chorus 3 melody at 2:41 <u>descends</u> with a

downward leap (5 to 3 with three iterations of scale degree 3), continues its long descent in stepwise motion to scale degree 2-2-1-1-7-6, but then moves up (to scale degree 7) and down on scale degrees 7-6-5, ending on scale degree 5. By further way of difference, while there is a leap in SS (5-3) there is no leap in JV.

91. The melodic rhythm is also significantly different between the JV Chorus and SS Post-chorus 3 melodies in Musical Example 15 below. The SS Post-chorus 3 melody at 2:41 consists of 7 consecutive eighth notes followed by 5 consecutive sixteenth notes followed by a dotted eighth note tied to a quarter note. By way of difference, the JV Chorus melody starts with a tied note with the duration of a quarter note, this quarter value note in the JV Chorus melody is followed by three eighth notes, one quarter note, one eighth note, and a final tied note starting on beat 4& and held over for three beats in the next bar for a total of 3 1/2 beats in duration for that last note in the JV melody. By way of similarity, the metric placements of the beginning of each syllable in the "dancing with a stranger" lyric are the same. By way of difference, 6 metric placements of notes in SS are not in JV.

**MUSICAL EXAMPLE 15**

**From Chorus 1 of JV and Post-chorus 3 of SS**

**Parallel Keys**



**Relative Keys**




92. In summary, there are only two interchanging melodic settings of the "dancing with a stranger" lyric in the entirety of JV (e.g., at 1:05 and 1:13 of Chorus 1). In JV, these melodic settings occur in each of the Choruses 1, 2, and 3 and in the Breakdown for a total of sixteen iterations in JV: eight iterations of the first melodic setting and eight iterations of the second melodic setting (also see **Visual Exhibits B** and **I**, and Musical Examples 5 - 15 above).

93. By way of difference, as shown above in SS there are seven (not two) discrete melodic settings of lyrics that include the "dancing with a stranger" lyric. In terms of the overall number of iterations of melodies that include the "dancing with a stranger" lyric, there are two melodic settings in each of the Choruses 1, 2, and 3, one in Post-chorus 1, two in Post-chorus 2, and three in Post-chorus 3 for a total of twelve iterations of melodies that include the "dancing with a stranger" lyric in SS (also see **Visual Exhibits C** and **I**, and Musical Examples 5 - 15 above). The melodic setting that is first heard at 0:51 in Chorus 1 of SS (e.g., see Musical Example 9 above) is identically iterated five times in the SS Choruses, making it the most frequently heard and memorable melodic setting of the lyrical phrases that include the "dancing with a stranger". Another melodic setting is heard only two times (respectively at 1:08 in Post-chorus 1 and at 2:46 in Post-chorus 3) and each of the remaining five melodic settings are heard only one time.

94. As shown above, in comparing the melodic settings of lyrics that include "dancing with a stranger" between JV and SS, all of the pairings are different in scale degrees and rhythmic durations, and most are different in melodic contours. The only similarity that occurs in all of the pairings of these melodic phrases in JV and SS in **Visual Exhibit I** is the same metric placement on the beginning of each syllable in the "danc-ing with a stran-ger" lyric. However, there are different metric placements of corresponding notes in every paired setting of the "dancing with a stranger" lyric between JV and SS. Moreover, as shown in the section on Prior Art of this report (see below), two works that predate JV include identical metric placement of five of the six syllables, namely, "ing with a stran-ger" (see Musical Examples 16, 17, and 18 below) and ten melodies within seven prior art works have a similar lyric (starting with "dancing" or ending with "stranger") with identical metric placement of all six syllables in songs with similar lyrics (e.g., "Dancing With the Moonlight", "Dancing on the Ceiling", "Dancing with a Gypsy", and "Dancing in the Canebrake") collectively transcribed in Musical Examples 34 – 42, and 45 below.

95. Indeed, as shown above, even in the most similar paired setting of the "dancing with a stranger" phrase in JV and SS (at 1:13 in JV paired with 1:08 or 2:46 in SS), the scale degrees and rhythmic durations are different (see Musical Example 12 above and also pages 11 and 17 of **Visual Exhibit I**). As analyzed in Paragraphs 82-83 above, these two paired melodic settings in JV and SS share a simple downward melodic contour. However, a simple downward melodic contour is a commonplace musical building block. (After all, in there simplest configuration, melodies (1) ascend, (2) descend, or (3) reiterate/maintain the same pitch.) Moreover, as shown in the section on Prior Art below, the melodic setting of the "dancing with a stranger" lyric is a simple downward melodic contour in (1) Giorgio Moroder's "(Theme From) Midnight Express" (see Musical Example 21 below), (2) The Richie Furay Band's "Over and Over Again" (see Musical Example 24 below), (3) Omar & the Howlers' "Dancing in the Canebrake" (see Musical Example 40 below), and Cherry's "Lullaby" (see Musical Example 42 below).

96. Thus, as shown above, even in the most similar paired melodic settings of lyrics that include "dancing with a stranger" between JV and SS (and that pairing does not include the most frequently heard and memorable melodic setting in SS), the scale degrees and sequences of pitches are significantly different. Even in the most similar paired melodic settings of the commonplace 4-word lyric, while the basic shape of both melodies is down, that is a commonplace melodic contour and, by way of difference in intervals, there is a leap in SS (5-3) but there is no leap in JV. Furthermore, the melodic rhythms are demonstrably different: while the SS melody consists of 7 consecutive eighth notes ending with a quarter note on beat 4 (sung to "-ger"), the JV melody starts with a tied (held over) note with the duration of a quarter note that is followed by three eighth notes, one quarter note, one eighth note, and a final "tied" note starting on beat 4& and held over for three beats in the next bar for a total of 3 1/2 beats in duration for that last note in the JV melody. While the metric placements of the beginning of each syllable in the "dancing with a stranger" lyric are the same, by way of difference, 2 metric placements of notes in SS are not in JV and one metric placement in JV is not in SS. Moreover, as shown in the section on prior art below, any similarity in the metric placement of the "dancing with a stranger" lyric in JV and SS is a natural and common metric setting of this commonplace 4-word lyric.

97. On that basis, I found that there are no significant melodic similarities between JV and SS, but there are significant melodic differences. Moreover, when combined with my findings regarding structure, lyrics, harmony, and rhythm, I found that there are no significant structural, lyrical, harmonic, rhythmic and/or melodic similarities, individually or in the aggregate, between JV and SS, and no musicological evidence suggesting that any expression in SS was copied from JV.

## II. F. JV and SS In Their Entirety

JV and SS Are Very Different in their Overall Style, Feel, Character, and Arrangement

98. In addition to the many specific differences in structure, lyrics, rhythm, harmony, and melody analyzed above, JV and SS are very different in their overall style, feel, character, and arrangement.

99. JV's 120 BPM tempo, driving bass and drum rhythms, disco hi-hat, and rhythm-centered arrangement are all typical elements of house music. The vocal performance also appears to be disco-influenced. Sonically, the bass and percussion sounds in JV are aggressive and edgy, complimenting the forceful and striving character of the solo lead vocal performance.

100. The 103 BPM tempo in SS has a gentler pop/R&B feel, with the lead vocals front-and-center in the production. The bass, drums, and synthesizer sounds in SS are mellow and smooth-edged to provide a muted background that supports, but doesn't interfere with, the delicate lead vocal duet between Smith and Normani.

101. The arrangement of JV is created via the layering of parts, especially drums and percussion. For example, the drums are absent in Verse 1 (0:32), kick drum is added in Pre-chorus 1 (0:47), followed by the addition of hi-hat, snare, and the background drum/percussion loop in Chorus 1 (1:03). The adding and taking away and selection of various elements in the JV arrangement creates a contrast between song sections that is often extreme. The removal and adding of parts is also used to create a dramatic breakdown and gradual build during the 24-bar Breakdown section from 3:11-3:58.

102. While layering is also used in SS, the dynamic level throughout the song is much more consistent. For example, the drumbeat is fully present throughout the song, except for the 4-bar Intro and the 8-bar Chorus 3. The arrangement in SS, which is fairly static dynamically, has nothing comparable to the dramatic dynamic contrasts or breakdown/build section in JV.

103. Thus, the arrangement of elements in JV and SS is very different.

## **II. G. Prior Art**

The Lyric "Dancing With a Stranger" Is Commonplace

104. A search of songs created prior to 2015 found many songs containing the lyric "dancing with a stranger" (not including JV and SS).

105. In each musical example below, the prior art example on the top staff is compared in parallel keys with excerpts from 1:05 and 1:13 of JV Chorus (i.e., the two melodic settings of the "dancing with a stranger" lyric in JV as explained earlier in this report) respectively placed on the second the third staffs from the top, and the melodic setting at 0:51 of SS Chorus on the bottom staff which includes the "dancing with a stranger lyric". This melodic and lyrical setting in SS Chorus is heard five times within Chorus 1, 2, and 3 making it the most frequent and memorable melodic and lyrics setting in SS. These comparative transcriptions in relative keys are in **Visual Exhibit G.** In some cases of prior art, the lyric "dancing with a stranger" is sung to melodies that share similarities with JV or SS, as shown in the musical examples below. In the analyses below, "JV" refers to both melodies in the JV Chorus (at 1:05 and 1:13). If an analysis is only being directed to one and not both JV Chorus melodies, it will be identified as "JV 1:05" or "JV 1:13".

The Lyric "Dancing With a Stranger" Is in Phrases in Prior Art With Melodic Similarities

106. Immediately below in this first part of the Prior Art section of this report, the lyrical and melodic settings of the "dancing with a stranger" lyric in 8 prior art songs that are titled "Dancing With a Stranger" and an additional 7 prior art songs that have a different title but also include a lyrical and melodic setting of the "dancing with a stranger" lyric (for a total of 15 prior art songs in this first part of the Prior Art section of this report) are transcribed and analyzed.

**MUSICAL EXAMPLE 16**

**Jael – "Dancing With a Stranger" (2010)**

**From Chorus 1 (transcribed in G minor)**

[https://youtu.be/ijaESaFprco](https://youtu.be/ijaESaFprco)




107. As shown in Musical Example 16 above, Jael's "Dancing With a Stranger" contains the lyric "dancing with a stranger" with the following melodic similarities:

- The metric placement of the beginning of each of the five of six syllables, namely "-ing with a stran-ger", is identical to JV and SS.
- Six melodic notes have identical rhythmic durations and metric placements of "-ing with a stranger" with SS.
- Scale degree 3 falls on beat 4 ("I'll") before the downbeat ("I'm" in SS).
- The first syllable of "stranger" is set to descending eighths (as in SS).
- The word "stranger" ends on scale degree 3 (as in JV 1:13).
- The 5-3-3-2 sequence in Jael is similar to the 5-3-3-3-2 sequence in SS.

**MUSICAL EXAMPLE 17**

**Jael – "Dancing With a Stranger" (2010)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/ijaESaFprco




108. As shown in Musical Example 17 above, another iteration of "dancing with a stranger" in Jael's "Dancing With a Stranger" has the following melodic similarities:

- The metric placements of the beginning of each syllable in the "-ing with a stranger" lyric are the same as in JV and SS.
- Scale degree 3 falls on beat 4 ("I'll") before the downbeat ("I'm" in SS).
- Scale degrees 5-7 are set to "a stran-" identical metric placements as in JV 1:05 and "-ger" is on scale degree 5 on beat 4 as in JV 1:05.
- "Stran-" is set to descending eighths (as in SS).
- The second syllable of "stran-ger" is set to two descending notes (as in JV).
- The word "stranger" ends on scale degree 4 (as in JV 1:05).

**MUSICAL EXAMPLE 18**

**Gillan – "I'm Your Man" (1978)**

**From Verse 3 (transcribed in G minor)**

https://youtu.be/8xWv6yYWj4Q?t=329




109. As shown in Musical Example 18 above, Gillan's "I'm Your Man" contains the lyric "dancing with a stranger" with the following melodic similarities:

- The metric placements of the beginning of each of the five syllables, "-ing with a stran-ger", are identical to JV and SS.
- Six consecutive eighth notes starting on the upbeat on beat 4 as in SS (starting with "I'm" in SS).
- The second syllable of "dancing" is set to scale degree 3 (as in SS).
- The second syllable of "stranger" is set to a quarter note on beat 4 and on scale degree 1 (as in SS).

**MUSICAL EXAMPLE 19**

**Kitty Wells – "Dancing With a Stranger" (1957)**

**From Verse 1 (transcribed in G major)**

https://youtu.be/Yq7e7h2fYGk




110. As shown in Musical Example 19 above, Kitty Well's "Dancing With a Stranger" contains the lyric "dancing with a stranger" with the following melodic similarities:

- The first syllable of "danc-ing" is set to scale degree 5 (as in SS).
- The metric placement of "danc-ing" is identical to JV.
- The anticipation and tied note sung to "danc-" before the downbeat is identical in metric placement and rhythmic duration to JV.
- The melody of "with a stranger" has a downward contour (as in JV 1:13 and SS).
- "Stran-" is set to two descending notes (as in SS).

**MUSICAL EXAMPLE 20**

**Jon Burr Band – "Dancing With a Stranger" (2008)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/_sdLMk7hJZk




111. As shown in Musical Example 20 above, Jon Burr Band's "Dancing With a Stranger" contains the lyric "dancing with a stranger" with the following melodic similarities:

- "Danc-" is set to scale degree 7 (as in JV).
- The word "stranger" is set to scale degrees 4-3 (similar to 4-4-3 in JV 1:13).
- The 3 eighth notes followed by a longer note rhythm of four syllables, namely "-ing with a stran-", is similar to JV.

**MUSICAL EXAMPLE 21**

**Giorgio Moroder – "(Theme From) Midnight Express" (vocal) (1978)**

**From Verse 2 (transcribed in G minor)**

https://youtu.be/2VhC6UYyqeY




112. As shown in Musical Example 21 above, Giorgio Moroder's "(Theme From) Midnight Express" contains the lyric "dancing with a stranger" with the following melodic similarities:

- The metric placement of four syllables, namely, "-ing with a stran-", is the same as in JV.
- The rhythmic durations of 3 eighth notes set to "-ing with a" is the same in JV and SS.
- The word "stranger" is set to scale degrees 2 and 1 (similar to 2-1-1 in SS).
- The melody of "dancing with a stranger" has a downward contour (as in JV 1:13 and SS).

**MUSICAL EXAMPLE 22**

**Annie Gallup – "Dancing With a Stranger" (1996)**

**From the Outro (transcribed in G major)**

https://youtu.be/ELppoM60R-8




113. As shown in Musical Example 22 above, Annie Gallup's "Dancing With a Stranger" contains the lyric "dancing with a stranger" with the following melodic similarities:

- The word "I'm" precedes "dancing with a stranger" as in SS.
- The melody set to the 4-word "dancing with a stranger" has a downward contour (as in JV 1:13 and SS).
- The syllables "-ing with" fall on beats 1& and 2 (as in JV and SS).
- The syllables "-ing with" are set to scale degrees 3-3 (as in SS).
- The word "stranger" is set to scale degrees 2-1-1 (as in SS).

**MUSICAL EXAMPLE 23**

**Patti Page – "Retreat Cries My Heart" (1957)**

**From Verse 3 (transcribed in G major)**

https://youtu.be/-aqKoiQDUJY




114. As shown in Musical Example 23 above, Patti Page's "Dancing With a Stranger" contains the lyric "dancing with a stranger" with the following melodic similarities:

- The 5-3-3-3 melody highlighted in red is identical in pitch, rhythmic duration, and metric placement in Patti Page and SS.
- The word "with" is set to scale degree 3 (as in SS).
- The word "a" is set to scale degree 5 (as in JV).
- The word "stranger" ends on scale degree 1 (as in SS).

**MUSICAL EXAMPLE 24**

**The Richie Furay Band – "Over and Over Again" (1976)**

**From Verse 2 (transcribed in G major)**

https://youtu.be/Qdrn5GmBFZs




115. As shown in Musical Example 24 above, The Richie Furay Band's "Dancing With a Stranger" contains the lyric "dancing with a stranger" with the following melodic similarities:

- The melody of "dancing with a stranger" has a downward contour (as in JV 1:13 and SS).
- "-ing" and "with" are set to scale degree 6 (as in JV).

116. By way of additional similarity to JV, the title lyric "over and over again" in the Richie Furay song is also the repeating lyric in the JV Pre-chorus.

**MUSICAL EXAMPLE 25**

**Cyndi Lauper – "Dancing With a Stranger" (1989)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/hAjnIkIO3Ps




117. As shown in Musical Example 25 above, Cyndi Lauper's "Dancing With a Stranger" contains the lyric "dancing with a stranger" with the following melodic similarities:

- The first downbeat is preceded by pickup notes, including scale degrees 3 and 5 within beat 4 (as in SS).
- "Danc-" is set to scale degree 5 (as in SS).
- The word "with" is set to scale degree 3 (as in SS).
- "Stran-" is set to scale degree 4 (as in JV 1:13).
- The second syllable of "stranger" is set to scale degree 1 (as in SS).

**MUSICAL EXAMPLE 26**

**Cyndi Lauper – "Dancing With a Stranger" (1989)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/hAjnIkIO3Ps




118. As shown in Musical Example 26 above, another iteration of the lyrics "dancing with a stranger" in Cyndi Lauper's "Dancing With a Stranger" has the following melodic similarities:

- "Danc-" is set to scale degree 5 (as in SS).
- The word "with" is set to scale degree 3 (as in SS).
- "Stran-" is on scale degree 2 (as in SS).
- The word "stranger" ends on scale degree 3 (as in JV 1:13).
- The phrase ends with scale degrees 4-3 (as in JV 1:13).

**MUSICAL EXAMPLE 27**

**Don Johnson – "When Only You Loved Me" (1989)**

**From Verse 1 (transcribed in G major)**

https://youtu.be/KNBS43GGOEQ




119. As shown in Musical Example 27 above, Don Johnson's "When Only You Loved Me" contains the lyric "dancing with a stranger" with the following melodic similarities:

- "Danc-" is anticipated before the strong beat 3 (as compared with an anticipation before the strong beat 1 in JV and SS).
- "Danc-" is tied (as in JV).
- The second syllable of "danc-ing" is set to scale degree 3 (as in SS).
- "Stran-" is set to descending eighths (as in SS).
- "Stranger" is set to eighth-eighth-quarter rhythmic durations (as in SS.)
- The phrase ends on scale degree 3 (as in JV 1:13).

**MUSICAL EXAMPLE 28**

**George Hills – "Dancing With a Stranger" (1991)**

**From Chorus 2 (transcribed in G minor)**

https://youtu.be/56AvwdmqKOw




120. As shown in Musical Example 28 above, George Hills' "Dancing With a Stranger" contains the lyric "dancing with a stranger" with the following melodic similarities:

- The syllables "-ing with a" are set to scale degrees 3-3-2 in a minor key with scale degree 3 on Bb similar to SS in which "-ing with a" are set to scale degrees 3-3-2 in a major key with scale degree 3 on B.
- The title lyric "dancing with a stranger" is at the end of the Chorus (as in JV 1:13 and SS).

**MUSICAL EXAMPLE 29**

**Perry Como – "Love Don't Care (Where It Grows)" (1973)**

**From Verse 2 (transcribed in G major)**

https://youtu.be/3iJqhnCImRA




121. As shown in Musical Example 29 above, Perry Como's "Love Don't Care (Where It Grows)" contains the lyric "dancing with a stranger" with the following melodic similarities:

- The 6-6-5-4-3-4 pitch sequence is similar to the 6-6-5-4-4-3 pitch sequence in JV 1:13.
- The second syllable of "danc-ing" is set to scale degree 6 (as in JV).
- The phrase ends on scale degree 4 (as in JV 1:05).

**MUSICAL EXAMPLE 30**

**Q.Q. Blue – "Dancing With a Stranger" (2013)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/WqWGgGKuZAM




122. As shown in Musical Example 30 above, Q.Q. Blue's "Dancing With a Stranger" contains the lyric "dancing with a stranger" with the following melodic similarities:

- The word "stranger" is set to scale degrees 4-3 (as in JV 1:13).
- The word "stranger" is set to descending pitches (as in SS).

**MUSICAL EXAMPLE 31**

**The Risk – "Dancing With a Stranger" (1989)**

**From Verse 2 (transcribed in G minor)**

https://youtu.be/m_xfnIRdFtY




123. As shown in Musical Example 31 above, The Risk's "Dancing With a Stranger" contains the lyric "dancing with a stranger" with the following melodic similarities:

- The first syllable of "danc-ing" is set to scale degree 5 (as in SS).
- "Stran-" is set to scale degree 4 (as in JV 1:13).
- "-ger" is set to scale degree 1 as a quarter note (as in SS).
- The melody of the 4-word "dancing with a stranger" phrase has a downward contour as in JV 1:13 and SS although the lyrical phrase in SS is "I'm dancing with a stranger" starting with a leap up from "I'm to danc-" on 3-5.

**MUSICAL EXAMPLE 32**

**The Risk – "Dancing With a Stranger" (1989)**

**From Post-chorus 1 (transcribed in G minor)**

https://youtu.be/m_xfnIRdFtY




124. As shown in Musical Example 32 above, another iteration of "dancing with a stranger" in The Risk's "Dancing With a Stranger" has the following melodic similarities:

- "Danc-" anticipates the strong beat 3 (as in JV and SS in which "danc-" anticipates the strong beat 1).
- The word "dancing" has the same tied eighth note followed by an eighth note rhythmic durations as in JV.
- The word "with" is set to scale degree 6 (as in JV).
- The last two notes of "stranger" are 1-1 (as in SS).

**MUSICAL EXAMPLE 33**

**Marydancin – "Wash Him Off" (2011)**

**From Verse 1 (transcribed in G major)**

https://youtu.be/khAxGFYSfAQ




125. As shown in Musical Example 33 above, "Wash Him Off", a song written for the video game *Grand Theft* Auto *III* (2003) and credited to "Marydancin" on a 2011 compilation, contains the lyric "dancing with a stranger" with the following melodic similarities:

- Scale degree 3 falls on the downbeat (as in SS).
- The second syllable of "stran-ger" is set to two notes which form a descending major second interval (as in JV).
- The whole word "stranger" is set to descending pitches (as in JV and SS).

Similar Lyrics Are in Phrases in Prior Art With Melodic Similarities

126. In 21 additional examples of prior art presented immediately below, lyrical phrases starting with "dancing" or ending with "stranger" are sung to melodies that share similarities with JV and/or SS.

**MUSICAL EXAMPLE 34**

**Hotei – "Dancing With the Moonlight" (1989)**

**From Chorus 1 (transcribed in G major)**

https://youtu.be/4NpoGopTrfw




127. As shown in Musical Example 34 above, Hotei's "Dancing With the Moonlight" contains "dancing with the moonlight" with the following melodic similarities:

- The metric placement of all six syllables in "danc-ing with the moon-light" is identical to that of "dancing with a stranger" in JV 1:05 and the first six notes are identical in rhythmic durations and metric placements with JV 1:05.

- The phrase “dancing with the moonlight” occurs at the end of the Chorus (as in JV 1:13 and SS).
- The phrase ends with scale degrees 2-1 (similar to 2-1-1 in SS).

**MUSICAL EXAMPLE 35**

**Lionel Richie – “Dancing on the Ceiling” (1986)**

**From Chorus 1 (transcribed in G major)**

https://youtu.be/4KlLfYADaVE




128. As shown in Musical Example 35 above, Lionel Richie’s “Dancing On the Ceiling” contains the lyric “dancing on the ceiling” with the following melodic similarities:

- The metric placement of the beginning syllable in all six syllables in the “danc-ing on the ceil-ing” lyric is identical to that of the “dancing with a stranger” lyric in JV and SS.
- The rhythmic durations of the first six notes are identical with JV 1:13.
- Beat 2 contains scale degrees 6-5 (as in JV).

- The second syllable of “cei-ling” is set to two descending notes (as in the second syllable of “stran-ger” of JV).
- “Ceiling” is set to a quarter note on beat 3 followed by two eighth notes with the second eighth note tied to the next bar (as in JV 1:13).

**MUSICAL EXAMPLE 36**

**Lionel Richie – “Dancing on the Ceiling” (1986)**

**From Chorus 1 (transcribed in G major)**

[https://youtu.be/4KlLfYADaVE](https://youtu.be/4KlLfYADaVE)




129. As shown in Musical Example 36 above, another iteration of “dancing on the ceiling” from Lionel Richie’s “Dancing On the Ceiling” has the following melodic similarities:

- The metric placement of the beginning of each of the six syllables in “danc-ing on the ceil-ing” is identical to that of “dancing with a stranger” in JV and SS.
- The rhythmic durations of the first five notes are identical with JV.

- The last word ends on scale degree 1 (as in SS).

**MUSICAL EXAMPLE 37**

**Tora Tora – "Dancing With a Gypsy" (1989)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/LUGaYCkySDQ




130. As shown in Musical Example 37 above, Tora Tora's "Dancing With a Gypsy" contains the lyric "dancing with a gypsy" with the following melodic similarities:

- The metric placement of the beginning of each of the <u>six</u> syllables in "<u>danc</u>-<u>ing</u> <u>with</u> <u>a</u> <u>gyp</u>-<u>sy</u>" is <u>identical</u> to that of "dancing with a stranger" in JV and SS.
- The rhythmic durations of the first five notes are identical with JV 1:13.
- The last word ends on scale degree 3 (as in JV).

**MUSICAL EXAMPLE 38**

**Tora Tora – "Dancing With a Gypsy" (1989)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/LUGaYCkySDQ




131. As shown in Musical Example 38 above, another iteration of "dancing with a gypsy" from Tora Tora's "Dancing With a Gypsy" has the following melodic similarities:

- The metric placement of the beginning of each of the <u>six</u> syllables in "<u>danc</u>-<u>ing</u> <u>with</u> <u>a</u> <u>gyp</u>-<u>sy</u>" is <u>identical</u> to that of "dancing with a stranger" in JV and SS.
- The rhythmic durations of the first five notes are identical with JV.
- The second syllable ("-sy") of the last word ends on scale degrees 5-4-3 (similar to 4-3 on "-ger" in JV 1:13).

**MUSICAL EXAMPLE 39**

**Omar & the Howlers – "Dancing In the Canebrake" (1987)**

**From the Outro (transcribed in G major)**

https://youtu.be/Iwc6GLS-pmg




132. As shown in Musical Example 39 above, Omar & the Howlers' "Dancing In the Canebrake" contains the lyric "dancing in the canebrake" with the following melodic similarities:

- The metric placement of the beginning of each of the six syllables in "danc-ing in the cane-brake" is identical to that of "dancing with a stranger" in JV and SS.
- The rhythmic durations of the first five notes are identical with JV.
- The last word of the phrase is set to scale degrees 2 and 1 (similar to 2-1-1 in SS).

**MUSICAL EXAMPLE 40**

**Omar & the Howlers – "Dancing In the Canebrake" (1987)**

**From the Outro (transcribed in G major)**

https://youtu.be/Iwc6GLS-pmg




133. As shown in Musical Example 40 above, another iteration of "dancing in the canebrake" in Omar & the Howlers' "Dancing in the Canebrake" has the following melodic similarities:

- The metric placement of the beginning of each of the six syllables in "danc-ing in the cane-brake" is identical to that of "dancing with a stranger" in JV and SS.
- With exception of the first note, which is tied over to the downbeat in Omar, the rhythmic durations and metric placements are identical to SS.
- The three notes highlighted in red above are identical in pitch and metric placement in Omar & the Howlers and SS.
- The first syllable of the last word is set to descending eighths (similar to SS).

- The melodic contour of the melodic phrase is downward.

**MUSICAL EXAMPLE 41**

**King Harvest – "Dancing In the Moonlight" (1972)**

**From Chorus 1 (transcribed in G major)**

https://youtu.be/otXKTDinWBw




134. As shown in Musical Example 41 above, King Harvest's "Dancing In the Moonlight" contains the lyric "dancing in the moonlight" with the following melodic similarities:

- The metric placement of the beginning of each of the <u>six</u> syllables in "<u>danc</u>-<u>ing</u> <u>in</u> <u>the</u> <u>moon</u>-<u>light</u>" is <u>identical</u> to that of "dancing with a stranger" in JV and SS.
- The rhythmic durations of the first five notes are identical to JV.
- The phrase contains the sequence 3-2-2-1-1 (similar to 3-3-3-2-2-1-1 in SS).
- The phrase ends on scale degree 3 (as in JV 1:13).

**MUSICAL EXAMPLE 42**

**Cherry – "Lullaby" (1988)**

**From Verse 1 (transcribed in G minor)**

https://youtu.be/qN7t9Xi0e-4




135. As shown in Musical Example 42 above, Cherry's "Lullaby" contains the lyric "dancing with my music" with the following melodic similarities:

- The metric placement of the beginning of each of the six syllables in "danc-ing with my mu-sic" is identical to that of "dancing with a stranger" in JV and SS.
- With the exception of the first note, which is tied over to the downbeat in Cherry, the rhythmic durations and metric placements are identical to SS.
- The melody has a downward contour (as in JV 1:13 and SS).
- The third word of the phrase is set to scale degree 2 (as in SS).
- The first syllable of the last word is set to descending eighths (similar to SS).

**MUSICAL EXAMPLE 43**

**Kim Herte & The Federation – "Dance With a Stranger" (1986)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/SxaDFI29C1g




136. As shown in Musical Example 43 above, Kim Herte & The Federation's "Dance With a Stranger" contains the lyric "dance with a stranger" with the following melodic similarities:

- The words "dance" and "with a stran-" have the same five metric placements as in SS with similarities to JV.
- "Dance" is tied and anticipates beat 1 of the next bar (as is "danc-" in JV).
- The word "a" is set to scale degree 2 (as in SS).
- "Stran-" is set to descending eighths (as in SS).
- "-ger" is on scale degree 1 and on beat 4 (as in SS).

**MUSICAL EXAMPLE 44**

**Kim Herte & The Federation – "Dance With a Stranger" (1986)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/SxaDFI29C1g




137. As shown in Musical Example 44 above, another iteration of "dance with a stranger" in Kim Herte & "Dance With a Stranger" has the following melodic similarities:

- The words "dance" and "with a stran-" have the same five metric placements as "danc-" and "with a stran-" in SS with similarities to JV.
- "Dance" is tied and anticipates beat 1 of the next bar (as is "danc-" in JV).
- The word "a" is set to scale degree 5 (as in JV).
- The first syllable of "stran-ger" is set to descending eighths (as in SS).
- The phrase ends on scale degree 3 (as in JV 1:13).

**MUSICAL EXAMPLE 45**

**Garry Miles – "Candy From a Stranger" (1962)**

**From the Bridge (transcribed in G major)**

https://youtu.be/QRb-BVWRaTU




138. As shown in Musical Example 45 above, Garry Miles' "Candy From a Stranger" contains the lyric "candy from a stranger" with the following melodic similarities:

- The metric placement of the beginning of each of the <u>six</u> syllables in "<u>can</u>-<u>dy</u> <u>from</u> <u>a</u> <u>stran</u>-<u>ger</u>" is <u>identical</u> to that of "dancing with a stranger" in JV and SS.
- The rhythmic durations of the first five notes are identical to JV.
- The second word in the phrase ("candy from a stranger") is set to scale degree 6 (as is "with" in JV).

**MUSICAL EXAMPLE 46**

**INXS – "Dancing on the Jetty" (1984)**

**From Verse 1 (transcribed in G minor)**

https://youtu.be/7I8UJvkiJPw




139. As shown in Musical Example 46 above, INXS's "Dancing on the Jetty" contains the lyric "dancing on the jetty" with the following melodic similarities:

- The metric placement of the first five syllables in the phrase "danc-ing on the jet-ty" is identical to that of the corresponding syllables in JV and SS.
- The rhythmic durations of the first four notes are identical to JV, including the anticipation on "danc-" before beat 1 of the next bar.
- The last note is scale degree 3 (as in JV 1:13).

**MUSICAL EXAMPLE 47**

**Double You – "Dancing With an Angel" (radio mix) (1995)**

**From the Intro (transcribed in G minor)**

https://youtu.be/r6u3aEx0JlM




140. As shown in Musical Example 47 above, Double You's "Dancing With an Angel" contains the lyric "dancing with an angel" with the following melodic similarities:

- The tie and anticipation of "danc-" before the strong beat 3 is similar to the tie and anticipation of "danc-" before the strong beat 1 in JV.
- The rhythmic durations of the first five notes are the same in JV.
- The phrase ends in 5-4-3, similar to the 5-4-4-3 at the end of JV 1:13.

**MUSICAL EXAMPLE 48**

**Double You – "Dancing With an Angel" (radio mix) (1995)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/r6u3aEx0JlM




141. As shown in Musical Example 48 above, another iteration of "dancing with an angel" from Double You's "Dancing With an Angel" has the following melodic similarities:

- The tie and anticipation of "danc-" before the strong beat 3 is similar to the tie and anticipation of "danc-" before the strong beat 1 in JV.
- The rhythmic durations of the first five notes are the same in JV.
- The 6-5-4-3-4-3 pitch sequence is similar to the 6-6-5-4-4-3 sequence in JV 1:13.
- The last word is set to scale degrees 4 and 3 (similar to 4-4-3 in JV 1:13).

**MUSICAL EXAMPLE 49**

**After the Fire – "Dancing In the Shadows" (1982)**

**From Chorus 1 (transcribed in G major)**

https://youtu.be/CXU3_9whehs




142. As shown in Musical Example 49 above, After the Fire's "Dancing in the Shadows" contains the lyric "dancing in the shadows" with the following melodic similarities:

- The word "dancing" starts on scale degree 5 (as in SS).
- The last two notes are 4-3 (similar to JV 1:13).
- The phrase "dancing in the shadows" occurs at the end of the Chorus (as in JV 1:13 and SS).

143. By way of further lyrical similarity, the word "stranger" occurs in the first line of the After the Fire song.

**MUSICAL EXAMPLE 50**

**Bruce Springsteen – “Dancing In the Dark” (1984)**

**From Chorus 1 (transcribed in G major)**

https://youtu.be/129kuDCQtHs




144. As shown in Musical Example 50 above, Bruce Springsteen’s “Dancing In the Dark” contains the lyric “dancing in the dark” with the following melodic similarities:

- The first syllable of “danc-ing” is anticipated before the downbeat of the next bar (as in JV and SS).
- The first syllable of “danc-ing” is tied to a note on the downbeat of the next bar (as in JV).
- The second syllable of “danc-ing” is set to scale degree 3 (as in SS).
- The phrase ends in 3-2-1-1, similar to the 3-2-2-1-1 at the end of the lyrical phrase in SS.

**MUSICAL EXAMPLE 51**

**Jim Capaldi – "Dancing on the Highway" (1988)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/lU_KpKOedEE




145. As shown in Musical Example 51 above, Jim Capaldi's "Dancing on the Highway" contains the lyric "dancing on the highway" with the following melodic similarities:

- "Danc-" is tied and anticipates a strong beat 3 which is similar to "danc-" in JV which anticipates the strong beat 1.
- The rhythmic durations of the first five notes are the same in JV.
- The last note is scale degree 1 (as in SS).

**MUSICAL EXAMPLE 52**

**Wanda Cross – "Dancing in the Desert" (1985)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/fOUNcBxRt0g




146. As shown in Musical Example 52 above, Wanda Cross's "Dancing in the Desert" contains the lyric "dancing in the desert" with the following melodic similarities:

- The metric placements of the first <u>five</u> of the six syllables in "<u>danc</u>-<u>ing</u> <u>in</u> <u>the</u> <u>des</u>-ert" are identical to JV.
- Rhythmic durations of the first four notes are identical in JV.
- "Danc-" anticipates beat 1 of the next bar (as in JV and SS).
- "Danc-" is tied to a note on the downbeat of the next bar (as in JV).
- The melody of the six-note "dancing in the desert" lyric has a downward contour (similar to JV 1:13).

**MUSICAL EXAMPLE 53**

**Timecode – "Dancing on a Highway" (1989)**

**From Chorus 1 (transcribed in G major)**

https://youtu.be/u6hDZlnhUcc




147. As shown in Musical Example 53 above, Timecode's "Dancing on a Highway" contains the lyric "dancing on the highway" with the following melodic similarities:

- The first five syllables ("danc-ing on the high-") have the same metric placements as the corresponding words/syllables in JV and SS.
- "Danc-" (on beat 4&) anticipates beat 1 of the next bar (as in JV and SS).
- "Danc-" is tied to the note on beat 1 of the next bar (as in JV).
- The rhythmic durations of the first four notes are identical in JV.
- The first syllable of "danc-ing" is set to scale degree 5 (as in SS).
- The words "on the" are set to scale degrees 6-5, similar to the corresponding words "with a" in JV.

**MUSICAL EXAMPLE 54**

**Dance With a Stranger – "Dance With a Stranger" (1987)**

**From Verse 1 (transcribed in G major)**

https://youtu.be/JQsbYgW0r9I




148. As shown in Musical Example 54 above, the band Dance With a Stranger's eponymous song "Dance With a Stranger" contains the lyric "dance with that stranger" with the following melodic similarities:

- The words "dance" and "with that stran-" have very similar metric placements as "danc-" and "with a stran-" in JV and SS.
- "Dance" is tied to the note on beat 1 of the next bar (as in JV).
- "Dance" anticipates beat 1 of the next bar (as in JV and SS).
- The word "stranger" is set to scale degrees 2 and 1 (similar to 2-1-1 in SS).
- The words "with that" occur as descending eighth notes on beat 2 (as in "with a" in JV and SS).

**MUSICAL EXAMPLE 55**

**Dobosenski Brothers – "Dancing With My Baby Polka" (live performance) (2010)**

**From Verse 1 (transcribed in G major)**

https://youtu.be/2CxT3yf0Aik




149. As shown in Musical Example 55 above, Dobosenski Brothers' "Dancing With My Baby Polka" contains the lyric "dancing with my baby" with the following melodic similarities:

- The first syllable of "danc-ing" is set to scale degree 5 (as in SS).
- The words "with my" are identical in rhythmic duration and metric placement to the words "with a" in JV and SS.
- The words "with my" are also identical in pitch (3-2) to the words "with a" in SS.
- The rhythmic durations, metric placements, and pitches (3-2-3-1) set to "with my ba-by" are similar to "with a stranger" (3-2-2-1-1) in SS.

**MUSICAL EXAMPLE 56**

**Len Watson – "Dancing With Your Memory" (1964)**

**From Chorus 2 (transcribed in G major)**

https://youtu.be/QsuEwGxlsR0




150. As shown in Musical Example 56 above, Len Watson's "Dancing With Your Memory" contains the lyric "dancing with your memory" with the following melodic similarities:

- The rhythmic durations the first six notes (set to "dancing with your mem-") are identical to the first six notes set to "dancing with a stranger" in JV 1:13.
- "Danc-" is tied and anticipates a strong beat 3 which is similar to "danc-" in JV which anticipates beat 1.
- The last two notes are 1-1 (as in SS).

**MUSICAL EXAMPLE 57**

**Nick Urb – “For a Stranger” (2012)**

**From the Intro (transcribed in G major)**

https://youtu.be/MO9Kqopw-6c




151. As shown in Musical Example 57 above, Nick Urb’s “For a Stranger” contains the lyric “‘Cause I fell for a stranger” with the following melodic similarities:

- The melody of the “fell for a stranger” lyric has a downward contour (similar to “dancing with a stranger” in JV 1:13).
- The rhythmic durations and metric placements of “for a stranger” are identical to “with a stranger” in SS.
- The word “stranger” is identical in metric placement, rhythmic durations, and pitches to SS, as shown by the notes highlighted in red above.

**MUSICAL EXAMPLE 58**

**Northern Lite – "Dancing With My Demons" (2006)**

**From Verse 1 (transcribed in G minor)**

https://youtu.be/gqtNCoZa3Bg




152. As shown in Musical Example 58 above, Northern Lite's "Dancing With My Demons" contains the lyric "dancing with my demons" with the following melodic similarities:

- The first five syllables of "danc-ing with my de-" have the same metric placements as "danc-ing with a stran-" in JV and SS.
- The rhythmic durations of the first four notes are identical in JV.
- "Danc-" is a tied note that anticipates beat 1 (as in JV).
- The phrase ends on scale degree 1 (as in SS).

**MUSICAL EXAMPLE 59**

**Regina – “Dancing With an Angel” (extended) (1991)**

**From Verse 1 (transcribed in G minor)**

https://youtu.be/sLdwoCs0lDY




153. As shown in Musical Example 59 above, Regina’s “Dancing With an Angel” contains the lyric “dancing with an angel” with the following melodic similarities:

- The word “I’m” precedes “dancing” (as in SS).
- The pitch sequence 7-6-5-4-3 is similar to 7-6-6-5-4-4-3 in JV 1:13.
- The words “with an” are set to 6-5, similar to “with a” in JV.
- The last word is set to scale degrees 4 and 3 (similar to 4-4-3 in JV 1:13).

**MUSICAL EXAMPLE 60**

**Regina – “Dancing With an Angel” (extended) (1991)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/sLdwoCs0lDY




154. As shown in Musical Example 60 above, another iteration of “dancing with an angel” in Regina’s “Dancing With an Angel” has the following melodic similarities:

- The melody of the six-syllable “dancing with an angel” phrase has a downward contour (similar to JV 1:13).
- The pitch sequence of the phrase “dancing with an angel” is 6-6-6-5-4-3, which is similar to the 7-6-6-5-4-4-3 pitch sequence of JV 1:13.
- The five notes highlighted in red above are <u>identical</u> in pitch and metric placement in Regina and JV 1:13.

Melodies Similar to the SS Chorus Can Be Found in Prior Art

155. Melodies similar in pitch and/or rhythm to the melody of the phrase "dancing with a stranger" in SS and JV with different lyrics are in 7 additional prior art works and 1 prior art work analyzed above, as shown in the musical examples below:

**MUSICAL EXAMPLE 61**

**Starship – "Nothing's Gonna Stop Us Now" (1987)**

**From Verse 1 (transcribed in G major)**

**(*see* published sheet music in Visual Exhibit K)**




156. As shown in Musical Example 61 above, bars 4-5 of the published sheet music of Starship's 1987 hit "Nothing's Gonna Stop Us Now" contain the phrase 4-3-3-2-2-1 in almost the same melodic rhythm as the 5-3-3-3-3-2-2-1-1 sequence of "dancing with a stranger" in SS. The pitch and metric placements of the five notes highlighted in red above are identical in Starship and SS.

**MUSICAL EXAMPLE 62**

**Starship – "Nothing's Gonna Stop Us Now" (1987)**

**From Verse 1 (transcribed in G major)**

**(*see* published sheet music in Visual Exhibit K)**




157. As shown in Musical Example 62 above, bars 8-9 of the "Nothing's Gonna Stop Us Now" published sheet music contain the pitch sequence 4-3-3-2-2-1 in almost the same rhythm as the 5-3-3-3-2-2-1-1 sequence of "dancing with a stranger" in SS. The rhythmic durations and metric placements of the five notes 3-3-2-2-1, highlighted in red above, are <u>identical</u> in Starship and SS.

**MUSICAL EXAMPLE 63**

**Sheena Easton – "For Your Eyes Only" (1981)**

**From Chorus 1 (transcribed in G major)**

**(*see* published sheet music in Visual Exhibit L)**




158. As shown in Musical Example 63 above, bar 24 of the published sheet music of Sheena Easton's "For Your Eyes Only" contains the pitch sequence 5-3-3-2-2-1-1 in almost the same rhythm as the 5-3-3-3-2-2-1-1 sequence of "dancing with a stranger" in SS. The rhythmic durations and metric placements of six notes 3-3-2-2-1-1, highlighted in red above, are <u>identical</u> in Sheena Easton and SS.

**MUSICAL EXAMPLE 64**

**EXO – "Miracles in December" (Korean version) (2013)**

**From Verse 3 (transcribed in G major)**

[https://youtu.be/yVLxRXoLaas](https://youtu.be/yVLxRXoLaas)




159. As shown in Musical Example 64 above, EXO's "Miracles in December" contains the pitch sequence 5-3-3-2-2-1-1 in a similar rhythm as the 5-3-3-3-2-2-1-1 sequence of "dancing with a stranger" in SS. The pitches and metric placements of the six notes highlighted in red above are identical in EXO and SS and the first five of those six notes are also identical in rhythmic durations.

**MUSICAL EXAMPLE 65**

**“Builded on the Rock” (1919)**

**From Chorus 1 (transcribed in G major)**

**(*see* published sheet music in Visual Exhibit M)**




160. As shown in Musical Example 65 above, a 1919 edition of the 19th-Century hymn “Builded on the Rock” contains the pitch sequence 5-3-3-3-2-2-1-1 in a similar rhythm as the <u>identical pitch sequence</u> 5-3-3-3-2-2-1-1 set to “dancing with a stranger” in SS. The pitch and metric placements of the six notes highlighted in red above are also <u>identical</u> in “Builded on the Rock” and SS and the rhythmic durations of the first four notes are identical. (To facilitate the comparison and in keeping with musicological practices, note values in “Builded on the Rock” are halved in the above transcription.)

**MUSICAL EXAMPLE 66**

**Nick Urb – "For a Stranger" (2012)**

**From Verse 1 (transcribed in G major)**

https://youtu.be/MO9Kqopw-6c




161. As shown in Musical Example 66 above, Verse 1 of Nick Urb's "For a Stranger" (the Intro of which was previously excerpted in Musical Example 57) contains the pitch sequence 5-3-3-2-2-1, which is similar to the 5-3-3-3-2-2-1-1 sequence of "dancing with a stranger" in SS. As in SS, scale degree 5 is anticipated before the downbeat in "For a Stranger". In addition, "glance" is tied to the note on beat 1 of the next bar as is "danc-" in JV.

**MUSICAL EXAMPLE 67**

**Nick Urb – "For a Stranger" (2012)**

**From Verse 2 (transcribed in G major)**

https://youtu.be/MO9Kqopw-6c




162. As shown in Musical Example 67 above, Verse 2 of "For a Stranger" contains the pitch sequence 5-3-3-2-2-1-1, which is similar to the 5-3-3-3-2-2-1-1 pitch sequence of "dancing with a stranger" in SS.

**MUSICAL EXAMPLE 68**

**Katy Perry – "Roar" (2013)**

**From Verse 1 (transcribed in G major)**

https://youtu.be/oT73UO5nQXM




163. Musical Example 68 above shows an example of one of the many iterations in the Verses of Katy Perry's "Roar" of the pitch sequence 5-5-5-3-3-2-2-1-1, which is similar to the 5-3-3-3-2-2-1-1 pitch sequence of "dancing with a stranger" in SS.

**MUSICAL EXAMPLE 69**

**"The Private Still" (Irish folk song, collected 1925)**

**First Phrase (transcribed in G major)**

**(*see* published transcription in Visual Exhibit N)**




164. As shown in Musical Example 69 above, the first phrase of the Irish folk song "The Private Still", as transcribed by musicologist Sam Henry in 1925, begins with the pitch sequence 5-3-3-3-3-2-1-1-1, which is similar to the 5-3-3-3-2-2-1-1 pitch sequence of "dancing with a stranger" in SS. Seven of the eight notes (all seven of which are highlighted in red above) are <u>identical</u> in pitch, rhythmic durations, and metric placements.

**MUSICAL EXAMPLE 70**

**"Mich fliehen alle Freuden" (ca. 1900)**

**First Phrase (transcribed in G major)**

**(*see* published sheet music in Visual Exhibit J)**




165. As shown in Musical Example 70 above, the first phrase of the well known German *liebeslied* ("love song") "Mich fliehen alle Freuden"[21], as printed in a circa 1900 edition of Ludwig Erk's *Deutscher Liederschatz*, begins with the pitch sequence 5-3-3-2-1-1-1, which is similar to the 5-3-3-3-2-2-1-1 pitch sequence of "dancing with a stranger" in SS. By way of rhythmic similarity, the first note starts on an eighth-note pickup, followed by the second note on the downbeat. On the other hand, "Mich fliehen alle Freuden" is in 6/8 meter, which is different from the 4/4 meter in JV and SS.

[21] "Mich fliehen alle Freuden" is a German adaptation of the duet "Nel cor più non mi sento" from the 1788 opera *La molinara* by Italian composer Giovanni Paesiello. The song was popularized in Germany via *Die schöne Müllerin,* the 1791 German-language version of Paesiello's opera. In 1795, Ludwig van Beethoven used this well known melody as the basis for his *6 Variations on "Nel cor più non mi sento"* .

<u>The Descending Melody in SS Is Consistent With Prior Songs by Sam Smith</u>

166. In several of the songs on Sam Smith's 2014 album *In the Lonely Hour*, the title phrase is set to a descending melody, as shown in the musical examples below.

**MUSICAL EXAMPLE 71**

**Sam Smith – "Good Thing" (2014)**

**From Chorus 1 (transcribed in G major)**

https://youtu.be/szlHbfmQcZQ




167. The antecedent/consequent phrase in the Chorus of Sam Smith's "Good Thing" is "Too much of good thing, won't be good anymore". As shown in Musical Example 71 above, the consequent phrase, "won't be good anymore" consists of the pitch sequence 3-3-3-2-1-1, which is more similar in pitch to the 5-3-3-3-2-2-1-1 melody of "dancing with a stranger" in SS than any of the melodies in JV Chorus. By way of rhythmic similarity, the notes in "Good Thing" consist of five consecutive eighth notes followed by a longer note while "I'm dancing with a stranger" in SS consists of eight

consecutive eighth notes followed by a longer note.

**MUSICAL EXAMPLE 72**

**Sam Smith – "Leave Your Lover" (2014)**

**From Chorus 1 (transcribed in G major)**

https://youtu.be/tEsLVZBebxk




168. As shown in Musical Example 72 above, the antecedent/consequent phrase in the Chorus of Sam Smith's "Leave Your Lover" consists of "leave your lover, leave him for me". The consequent phrase, "leave him for me", consists of the pitch sequence 5-5-3-3-2-1, which is more similar in terms of pitch sequence to the 5-3-3-3-2-2-1-1 melody of "dancing with a stranger" in SS than any of the melodies in JV Chorus.

**MUSICAL EXAMPLE 73**

**Sam Smith – "Like I Can" (2014)**

**From Chorus 1 (transcribed in G major)**

https://youtu.be/GZDzSW_eyG8




169. As shown in Musical Example 73 above, the Chorus phrase in Sam Smith's "Like I Can" ends with the pitch sequence 5-3-2-1-1, which is more similar in pitch to the 5-3-3-3-2-2-1-1 pitch sequence of "dancing with a stranger" in SS than the pitch sequence in any of the melodies in JV Chorus.

**MUSICAL EXAMPLE 74**

**Sam Smith – "Restart" (2014)**

**From Chorus 1 (transcribed in G major)**

https://www.youtube.com/watch?v=JqRJpiQdamc




170. As shown in Musical Example 74 above, the title phrase in the Chorus of Sam Smith's "Restart" contains the pitches 3-2-1-1 in almost the same rhythm as the sequence 3-2-2-1-1 in SS. The notes highlighted in red above are identical in pitch and metric placement and the last three highlighted notes are also identical in rhythmic durations.

**MUSICAL EXAMPLE 75**

**Sam Smith – "I'm Not the Only One" (2014)**

**From Chorus 1 (transcribed in G major)**

https://youtu.be/Ak8ztdAgU8E




171. As shown in Musical Example 75 above, the title phrase Chorus melody in Sam Smith's "I'm Not the Only One" ends with the pitch sequence 5-3-1-2-3-2-1, which has more pitches in common with the 5-3-3-3-2-2-1-1 melody of "dancing with a stranger" in SS than any of the melodies in JV Chorus.

**MUSICAL EXAMPLE 76**

**Sam Smith – "Not In That Way" (2014)**

**From Chorus 1 (transcribed in G major)**

https://youtu.be/DLkWlO5n46k




172. As shown in Musical Example 76 above, the title Chorus melody in Sam Smith's "Not in That Way" ends with the pitch sequence 5-6-3-2-1-1, which has more pitches in common with the 5-3-3-3-2-2-1-1 melody of "dancing with a stranger" in SS than any of the melodies in JV Chorus.

173. In summary, 61 melodies analyzed above from 49 prior art works include:

- **10 melodies** (in 7 prior art works) set to a similar lyric (starting with "danc-ing" or ending with "stran-ger") in which there is an identical metric placement to the beginning of all 6 syllables in JV and SS, including the anticipation of the first note before the downbeat in Musical Examples 34-42 and 45;

- (In addition to the 10 prior art melodies cited in the bullet immediately above), **6 melodies** (in 6 prior art works) in which the first syllable of "dancing", namely "danc-", anticipates the downbeat in Musical Examples 19, 46, 50, 52, 53, and 58;
- (In addition to the 16 prior art melodies cited in the two bullets above), **3 melodies** (in 2 prior art works) in which the first lyric is "dance" (rather than "danc-ing") and "dance" anticipates the downbeat in Musical Examples 43, 44, and 54;
- (In addition to the 19 prior art melodies cited in the bullets above), **5 melodies** (in 4 prior art works) in which the first syllable of "dancing", namely "danc-", anticipates the strong beat 3 of the bar in Musical Examples 32, 47, 48, 51, and 56;
- (In addition to the 24 prior art melodies cited in the bullets above), **3 melodies** (in 2 prior art works) with identical metric placements and lyrics of the beginning of each of five of the six syllables, namely, "-ing with a stran-ger", in Musical Examples 16, 17, and 18;
- (In addition to the 27 prior art melodies cited in the bullets above), **1 PD melody** with 7 notes that are identical in pitch and metric placement to SS in Musical Example 69;
- (In addition to the 28 prior art melodies cited in the bullets above), **3 melodies** (in 3 prior art works) with 6 notes that are identical in pitch and metric placement to SS in Examples 63, 64, and 65; and
- (In addition to the 31 prior art melodies cited in the bullets above), **6 melodies** in 6 songs co-written by Sam Smith prior to 2015 that share similarities with the melody in SS in Examples 71-76; and
- (In addition to the 37 prior art melodies cited in the bullets above), **9 melodies** (in 9 prior art works) in which the melodic setting of the "dancing with a stranger" (or similar) lyric is a simple downward melodic contour in Musical Examples 21, 22, 24, 31, 40, 42, 52, 57, and 60 for a total of 46 prior art melodies. Additional melodies (for a total of 61) transcribed and analyzed above embody other similarities to JV and SS.

174. On the basis of my research and analysis, it is my professional opinion that the foregoing analysis of prior art provides strong musicological evidence that lyrical and melodic similarities between JV and SS were in common use and widely available to the writers of both JV and SS, which supports my finding that there is no musicological evidence that any element in SS was copied from JV. Furthermore, the melodic similarities between SS and at least 6 melodies co-written by Sam Smith for his 2014 album *In the Lonely Hour* support my finding that SS was created independently of JV.

## III. CONCLUSIONS

175. On the basis of my analysis of the constituent elements in JV and SS individually, in the aggregate, and within the context of prior art, I found that there are no significant structural, harmonic, rhythmic, melodic, or lyrical similarities between JV and SS, and no musicological evidence suggesting that any expression in SS was copied from JV.

176. The lyric, “dancing with a stranger”, can be found in many songs created prior to 2015. In many examples of prior art, iterations of this phrase or similar phrases share melodic similarities with JV and/or SS.

177. The melodic and harmonic setting of the lyric “dancing with a stranger” is very different in JV and SS. The major-key melody and chords in SS share no significant melodic and/or harmonic similarities with JV. Furthermore, the “dancing with a stranger” melody in SS is more often part of a larger melodic line in SS and the placement of the melodies set to that 4-word commonplace lyric is different within the respective phrase structures of JV and SS.

178. The elements of melody that are similar, namely the melodic rhythm of some of the notes and the melodic contour of the specific words “dancing with a stranger”, can be found in prior art, in combination with lyrical similarities.

179. My research of prior art shows that any lyrical and melodic similarities in JV and SS were commonplace prior to 2015. Melodic similarities in Sam Smith’s own

work prior to 2015 provide strong musicological evidence of independent creation rather than copying.

180. On that basis, it is my professional opinion that any similarities between JV and SS are commonplace, coincidental, unremarkable, and not remotely suggestive of copying.

Respectfully submitted,

November 30, 2022 By: Lawrence Ferrara, Ph.D.

For: Lawrence Ferrara, Inc.

# APPENDIX 1

**LAWRENCE FERRARA, Ph.D.**
**PROFESSOR OF MUSIC**
**DIRECTOR EMERITUS**
**MUSIC AND PERFORMING ARTS PROFESSIONS**
**THE STEINHARDT SCHOOL**
**NEW YORK UNIVERSITY**

## Educational Background

| | | |
|---|---|---|
| B.A. | Music | Montclair State University |
| M.M. | Music | Manhattan School of Music |
| Ph.D. | Music | New York University |

## Teaching Background

| | | |
|---|---|---|
| 1979-84 | Assistant Professor of Music | New York University |
| 1984-92 | Associate Professor of Music, Tenured | New York University |
| ‘92-present | (Full) Professor of Music | New York University |
| 1995-2006 | Professor of Music and Department Chair | New York University |
| 2006-2011 | Professor of Music and Director, Music & Perf Arts | New York University |
| 2011 (Sept.)-present | Professor of Music and Director Emeritus | New York University |

## Selected Professional Activities

Cambridge, Mass: 2022, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law, via Zoom

Los Angeles: 2022, invited CLE lecture on music copyright for members of the Los Angeles Copyright Society via Zoom

Los Angeles: 2021, invited CLE lecture on music copyright for lawyers at Netflix via Zoom

Cambridge, Mass: 2021, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law, via Zoom

New York: 2021, participation on a panel regarding curricular development in musicology, American Musicological Society GNY, via Zoom

New York: 2020, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright, delivered via Zoom

Cambridge, Mass: 2020, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2019, American Musicological Society GNY, peer-reviewed Keynote presentation regarding Music Copyright and Musicology, at New York University

Cambridge, Mass: 2019, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2019, Download Digital Tech Conference hosted by Davis Wright Tremaine, invited participation on a panel regarding music copyright

New York: 2018, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Cambridge,
Mass: 2018, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2018, American Musicological Society GNY, invited participation on a panel hosted at Columbia University regarding Leadership and the Future of Musicology

New York: 2017, American Musicological Society GNY, peer-reviewed Keynote presentation regarding Philosophy and Musicology, at New York University (April)

New York: 2017, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Cambridge,
Mass: 2017, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2017, American Musicological Society GNY, invited presentation and participation on a panel hosted at Columbia University regarding Leadership in Musicology (January)

Los Angeles,
California 2017, Southwestern Law School Annual Media Law Conference, invited panel member regarding music copyright

New York: 2016, Loeb & Loeb, Annual IP/Entertainment Law CLE Conference, invited panel member regarding music copyright

New York: 2016, The Copyright Society of America (NY), invited panel member regarding music copyright

New York: 2016, American Musicological Society GNY, peer-reviewed presentation regarding Corpus Analysis in musicology

Cambridge,
Mass: 2016, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2016, invited lecture on music copyright at Fordham University Law School, class on Advanced Copyright

Cambridge, Mass: 2015, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2015, American Musicological Society GNY, invited presentation and participation on a panel hosted by The Juilliard School at Lincoln Center regarding Changes in Music Delivery and Reception in the 21st Century

Cambridge, Mass: 2014, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2014, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

New York: 2014, American Musicological Society GNY, peer-reviewed presentation on musicological issues regarding the composition embodied in a sampled portion of a sound recording in music copyright claims

New York: 2014, International Double Reed Society Conference, invited presentation on the musicological elements and implications in Newton v. Diamond

Cambridge, Mass: 2013, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2013, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

New York: 2013, American Musicological Society GNY, peer-reviewed presentation including an analysis of the musical composition in “The Phantom Song” from *Phantom of the Opera* by Andrew Lloyd Webber related to *Repp v Webber*

New York: 2012, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Cambridge, Mass: 2012, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

Sweden: 2011, interviewed (in New York) and featured in the Swedish TV series, "The Story Behind the Hit Song," regarding music copyright

Cambridge, Mass: 2011, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2010, invited presentation and moderator of a panel on sound recording sampling and music copyright for The Copyright Society of the United States, New York Chapter

New York: 2010, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Montclair, NJ: 2010, invited to give the Inaugural Jack Sacher Memorial Research Lecture (on music analysis in music copyright matters) for the opening of the John Cali School of Music at Montclair State University

New York: 2010, invited lecture on music copyright followed by a dialogue with Academy Award winner, F. Murray Abraham, for The Pathfinders Series at The First Presbyterian Church of New York City

New York: 2008, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Ireland: 2007, interviewed on Irish radio regarding music copyright

New York: 2007, Invited opening and closing lectures for a Conference co-sponsored by The New York Philharmonic and the Finnish Consulate on Music regarding Music Learning and Performance in Finland

New York: 2006, invited panelist at the CMJ Conference at Lincoln Center regarding music copyright

New York: 2006, invited panelist at the Remix Conference regarding music copyright

New York: 2006, invited presentation for the New York Institute for the Humanities regarding music analysis and music copyright

New York: 2006, invited Keynote Address for The Mastery of Music Teaching Conference sponsored by The Metropolitan Opera Guild and The New York Philharmonic

Washington D.C.: 2005, invited panelist/presenter at the Future of Music Policy Summit regarding music copyright and *Newton v Diamond*

New York: 2005, invited panel and group discussion leader at the United Nations regarding rhythm in the music of multiple cultures as part of the U.N.'s World Summit on the "Information Society" and the United Nations Information and Communications Technology Task Force

Cambridge, Mass.: 2005, invited panelist/presenter at Harvard University Law School's Berkman Center in a national conference regarding technology and intellectual property

New York: 2005, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Los Angeles: 2005, invited lecture regarding music analysis and music copyright in Los Angeles for an NYU Alumni event

Orlando: 2005, invited lecture regarding music copyright and music analysis in Orlando, Florida for an NYU Alumni event

Hawaii: 2004, invited workshop presentation and session chair regarding methodology for the analysis of a J. S. Bach organ prelude for the International Conference on Arts and the Humanities

Norway: 2003, invited series of lectures on music theory and analysis co-sponsored by the Music Theory and Composition Departments of the Norwegian Music Academy, and the Department of Philosophy at the University of Oslo

| | |
|---|---|
| New York: | 2001, invited presentation and Chair of a panel at The United Nations regarding "Music within a Global Context." |
| Italy: | Summer 1993 & Summer 1994, Visiting Professor at University of Pisa teaching music analysis, performance practices, and philosophy of music |

As a pianist, performed solo recitals and as an accompanist in the United States and Europe including on radio and television, recordings released by Orion Master Recordings and Musique international, and performed for musical theatre shows, accompanist to internationally acclaimed singers, and as a session pianist in pop styles.

At New York University's Steinhardt School: Director of Music Performance Programs from 1980-1985, Director of Ph.D. Programs from 1986-1995, Chair of the Department from 1995 – 2011, and Director of all Music and Performing Arts studies (undergraduate through Ph.D.) in The Steinhardt School at New York University from 2006-2011. Named "Director Emeritus" of Steinhardt Music and Performing Arts in 2011. Currently on the full-time faculty in music theory and music history.

Currently a member of the Editorial Board of the journal *Music and Moving Image* (University of Illinois Press) and on the board of Editorial Consultants for the journal *Philosophy of Music Education Review* (Indiana University Press).

**<u>Awards</u>**

| | |
|---|---|
| 1972 | Stoekel Fellowship, Yale University Graduate School of Music |
| 1985 | Presidential Research Fellowship, NYU |
| 1988 | Co-PI, Federal Grant for Research |
| 1989 | Co-PI, Federal Grant for Research renewed |
| 1996 | Daniel E. Griffiths Award for publication regarding the analysis of Arthur Schopenhauer's works on music (Cambridge University Press, 1996). |

**Membership in Professional Organizations**

American Musicological Society

Society for Music Theory

**Publications: Books**

| | |
|---|---|
| Ferrara, Lawrence | *Philosophy and the Analysis of Music: Bridges to Musical Sound, Form and Reference* (Greenwood Press) 1991 |
| Ferrara, Lawrence and Kathryn E. Ferrara | *Keyboard Harmony and Improvisation* (Excelsior Music Publishers) 1986 |
| Phelps, Roger, Lawrence Ferrara and Thomas Goolsby | *A Guide to Research in Music Education*, Fourth Edition. (Scarecrow Press/The Rowman & Littlefield Publishing Group) 1993 |
| Phelps, Roger, Lawrence Ferrara, *et al* | *A Guide to Research in Music Education*, Fifth Edition (Scarecrow Press/The Rowman & Littlefield Publishing Group) 2005 |

**Courses Taught at NYU**

| | |
|---|---|
| Aesthetic Foundations of the Arts: | for Ph.D. students |
| Aesthetic Inquiry: | for Ph.D. students |
| Arts Heritage and Criticism: | for M.M. students |
| Classic Era Music, Analysis: | for M.M. students |
| Contemporary Music, Analysis: | for M.M. and Ph.D. students |
| Dissertation Proposal Seminar: | for Ph.D. students |
| Keyboard Harmony and Improvisation: | for B.M. students |
| Music Copyright, Landmark Cases: | for B.M. students |

| | |
|---|---|
| Music Criticism: | for M.M. students |
| Music History III, 19th Century: | for B.M. students |
| Music History IV, 20th & 21st Century: | for B.M. students |
| Music Performance Practices: | for M.M. students |
| Music Reference & Research Methods: | for M.M. and Ph.D. students |
| Music Theory and Analysis: | for B.M. students |
| Seminar in Music Theory & Analysis: | for M.M. and Ph.D. students |

**Music Copyright**

A music expert in music copyright issues for more than twenty-five years providing opinions for plaintiffs and defendants

An active music copyright consultant for record, music publishing, and motion picture companies, and for individuals in the United States and abroad

A regularly invited guest lecturer in music copyright in classes at Columbia University Law School and Harvard University Law School

A conference panelist sponsored by Harvard Law School in 2005, a panel moderator in 2010 and a panel member in 2016 for The Copyright Society of the United States (NY), and a presenter for conferences and meetings regarding music copyright for CLE credits at Loeb and Loeb (NY) in 2016, Southwestern Law School (LA) in 2017, Davis Wright Tremaine (NY) in 2019, Netflix in 2021, and the Los Angeles Copyright Society in 2022.

Peer-reviewed presentations regarding music copyright for the American Musicological Society (GNY) in 2013, 2014, 2016, and 2019.

**Deposition and/or Trial Testimony Since 2016**

(1) Copeland v. Bieber *et al.* in 2016

(2) Skidmore v. Led Zeppelin *et al.* in 2016

(3) Gray, *et al.* v. Perry, *et al.* in 2018

(4) Gray, *et al.* v. Perry, *et al.* in 2019

(5) Hall *et al.* v. Swift, *et al.* in 2021

(6) Ambrosetti v. OCP & Farrell, *et al.* in 2022

(7) Brunson v. Capitol CMG, Inc., *et al.* in 2022

**Fee rates for Professional Services**

$495 per hour plus travel-related time and expenses

# Audio Exhibit 1

- Track 1, Plaintiff Registered Deposit Copy Sound Recording.mp3
- Track 2, JV single, Dancing With Strangers by Jordan Vincent, single.mp3
- Track 3, D000007, SS Deposit Copy.mp3
- Track 4, SS single, Dancing with a Stranger by Sam Smith and Normani.m4a
- Track 5, JVvidDancing With Strangers, YouTube Video, Jordan Vincent.mp3
- Track 6, SSvidSam Smith, Normani - Dancing With A Stranger (Official Video).mp3

# VISUAL EXHIBIT A

# Dancing with a Stranger

by

JAMES NAPIER, SAM SMITH,
MIKKEL STORLEER ERIKSEN, TOR ERIK HERMANSEN
and NORMANI KORDEI HAMILTON

Published Under License From

Sony/ATV Music Publishing

© 2018 Stellar Songs Ltd, Salli Isaak Music Publishing Ltd and Naughty Words Limited
Downtown Music UK Limited, EMI Music Publishing Ltd and Sony/ATV Music Publishing (UK) Ltd
All Rights Reserved.

Authorized for use by ***Lawrence Ferrara***

NOTICE: Purchasers of this musical file are entitled to use it for their personal enjoyment and musical fulfillment. However, any duplication, adaptation, arranging and/or transmission of this copyrighted music requires the written consent of the copyright owner(s) and of Sony/ATV Music Publishing. Unauthorized uses are infringements of the copyright laws of the United States and other countries and may subject the user to civil and/or criminal penalties.

musicnotes

# Dancing With A Stranger

Words and Music by James Napier, Sam Smith,
Mikkel Eriksen, Tor Erik Hermansen and Normani Hamilton




© 2018 Salli Isaak Songs Ltd, Songs Of NKH, Stellar Songs Limited, EMI Blackwood Music Inc, and Naughty Words Limited
Downtown Music UK Limited, EMI Music Publishing Ltd, and Sony/ATV Music Publishing (UK) Ltd
All Rights Reserved

musicnotes

Authorized for use by: ***Lawrence Ferrara***


Fm7
A♭
D♭maj9
(2° female vox down octave)
lone to-night, a-lone to-night, a - lone to-night. Can you (1.) light the fire?
(2.) out to-night,
E♭sus
Fm7
A♭
I need some-bod - y who can take con - trol, I know ex - act - ly what I
but boy, I need to get you off off mind, I know ex - act - ly what I
D♭maj9
E♭sus
Fm7
A♭
need to do, 'cos I don't wan-na be a - lone to-night, a-lone to-night, a -
have to do, I don't wan-na be a - lone to-night, a-lone to-night, a -
D♭maj7
E♭sus
lone to - night.
lone to - night.
Look what you made me do, I'm with some-bod - y new,
mf




musicnotes

Authorized for use by: ***Lawrence Ferrara***




musicnotes
Authorized for use by: ***Lawrence Ferrara***


D♭maj9
E♭sus
Fm
49
(Both)
I'm danc - ing, I'm danc - ing,
I'm danc - ing, I'm danc -
danc -
mf
A♭
D♭maj9
Cm7
52
- ing,
I'm danc - ing, I'm danc - ing,
- ing with a stran - ger,
danc - ing with a stran - ger,
Fm
A♭5
N.C.
55
I'm danc - ing, I'm danc - ing.
danc - ing with a stran - ger.

# Dancing with a Stranger

by

JAMES NAPIER, SAM SMITH,
MIKKEL STORLEER ERIKSEN, TOR ERIK HERMANSEN
and NORMANI KORDEI HAMILTON

Published Under License From

Sony/ATV Music Publishing

© 2018 Salli Isaak Songs Ltd, Songs Of NKH, Stellar Songs Limited, EMI Blackwood Music Inc, and Naughty Words Limited
Downtown Music UK Limited, EMI Music Publishing Ltd, and Sony/ATV Music Publishing (UK) Ltd
All Rights Reserved

Authorized for use by ***Lawrence Ferrara***

NOTICE: Purchasers of this musical file are entitled to use it for their personal enjoyment and musical fulfillment. However, any duplication, adaptation, arranging and/or transmission of this copyrighted music requires the written consent of the copyright owner(s) and of Sony/ATV Music Publishing. Unauthorized uses are infringements of the copyright laws of the United States and other countries and may subject the user to civil and/or criminal penalties.

musicnotes

# DANCING WITH A STRANGER

WORDS AND MUSIC BY SAM SMITH,
TOR HERMANSEN, MIKKEL ERIKSEN,
JAMES NAPIER AND NORMANI HAMILTON




© 2018 SALLI ISAAK SONGS LTD, SONGS OF NKH, STELLAR SONGS LIMITED, EMI BLACKWOOD MUSIC INC, AND NAUGHTY WORDS LIMITED
DOWNTOWN MUSIC UK LIMITED, EMI MUSIC PUBLISHING LTD, AND SONY/ATV MUSIC PUBLISHING (UK) LTD
ALL RIGHTS RESERVED

musicnotes

Authorized for use by: *Lawrence Ferrara*




* Female vocal sung one octave lower.



musicnotes

Authorized for use by: ***Lawrence Ferrara***




* Female vocal written at sung pitch (bottom notes).



musicnotes
Authorized for use by: *Lawrence Ferrara*

# VISUAL EXHIBIT B

## JV – Choruses




## JV – Breakdown, Bars 9-24 (at 3:27)



# VISUAL
# EXHIBIT C

**Dancing With a Stranger (SS)**

**All Choruses and Post-choruses**

**(Recorded Key of Ab Major)**




6
Eb(sus4)/C Fm7 Ab(sus2)
I'm_with some-bod - y new Ooh ba - by ba - by I'm danc - ing with a stran - ger,
Eb(sus4)/C Fm7 Ab(sus2)
I'm_with some-bod - y new Ooh ba - by ba - by I'm danc - ing with a stran - ger,
Eb(sus2)/C Fm7 Ab(sus2)
I'm_with some-bod - y new Ooh ba - by ba - by I'm danc - ing with a stran - ger,


POST-CHORUS 1
Dbmaj7 Eb(add4) Fm
9
danc - ing with a stran - ger
POST-CHORUS 2
Dbmaj7 Eb(add4) Fm
danc - ing with a stran - ger,___ danc-
POST-CHORUS 3
Dbmaj9 Eb(add4) Fm
I'm danc - ing, I'm danc - ing I'm danc - ing I'm danc-
danc-


12
A♭
A♭(add2)
D♭maj7
- ing with a stran - ger,
danc-
A♭(add2)
D♭maj9
- ing
I'm danc - ing, I'm danc-
- ing with a stran - ger,
danc-
14
E♭(add4)
Fm
A♭
- ing yeah ooo
E♭(add4)/C
Fm
A♭
- ing
I'm danc - ing I'm danc - ing
- ing with a stran - ger,
danc - ing with a stran - ger

# VISUAL
# EXHIBIT D

| "DANCING WITH STRANGERS" (**JV**) | | | "DANCING WITH A STRANGERS" (**JVvid**) | | |
|---|---|---|---|---|---|
| Structural Chart | | | Structural Chart | | |
| | | | 00:02 | Piano Intro | (out of time) |
| **00:00** | **Intro** | **(16 bars)** | **00:22** | **Intro** | **(16 bars)** |
| **00:32** | **Verse 1** | **(8 bars)** | **00:53** | **Verse 1** | **(8 bars)** |
| **00:47** | **Pre-chorus 1** | **(8 bars)** | **01:09** | **Pre-chorus 1** | **(8 bars)** |
| **01:03** | **Chorus 1** | **(16 bars)** | **01:25** | **Chorus 1** | **(16 bars)** |
| **01:34** | **Verse 2** | **(8 bars)** | **01:56** | **Verse 2** | **(8 bars)** |
| **01:50** | **Pre-chorus 2** | **(8 bars)** | **02:12** | **Pre-chorus 2** | **(8 bars)** |
| **02:06** | **Chorus 2** | **(17 bars)** | **02:28** | **Chorus 2** | **(17 bars)** |
| 02:39 | Re-intro | (16 bars) | 03:01 | Drum Break | (20.75 bars)* |
| 03:11 | Breakdown | (24 bars) | | | |
| **03:58** | **Chorus 3** | **(16 bars)** | **03:42** | **Chorus 3** | **(16 bars)** |
| | (ends at 4:33) | | | (ends at 4:17) | |

*Bar 1 of JVvid Break contains approximately 3 beats.

The corresponding sections in **bold** are identical in both versions.

| "DANCING WITH A STRANGER" (**SS**) Structural Chart | | | "DANCING WITH A STRANGER" (**SSvid**) Structural Chart | | |
|---|---|---|---|---|---|
| 00:00 | Intro | (4 bars)* | 00:04 | Intro | (12 bars)* |
| **00:10** | **Verse 1** | **(16 bars)** | **00:32** | **Verse 1** | **(16 bars)** |
| **00:47** | **Chorus 1** | **(8 bars)** | **01:09** | **Chorus 1** | **(8 bars)** |
| **01:05** | **Post-chorus 1** | **(4 bars)** | **01:28** | **Post-chorus 1** | **(4 bars)** |
| **01:15** | **Verse 2** | **(8 bars)** | **01:37** | **Verse 2** | **(8 bars)** |
| **01:33** | **Chorus 2** | **(8 bars)** | **01:56** | **Chorus 2** | **(8 bars)** |
| **01:52** | **Post-chorus 2** | **(8 bars)** | **02:15** | **Post-chorus 2** | **(8 bars)** |
| **02:11** | **Chorus 3** | **(8 bars)** | **02:33** | **Chorus 3** | **(8 bars)** |
| **02:29** | **Post-chorus 3** | **(8 bars)** | **02:52** | **Post-chorus 3** | **(8 bars)** |
| | (ends at 2:51) | | | (ends at 3:16) | |

*Bars 9-12 of the Intro in SSivd are identical to the Intro in SS.

The corresponding sections in **bold** are identical in both versions.

“DANCING WITH STRANGERS”
(**JVvid**)

Structural Chart

| | | |
|---|---|---|
| 00:02 | Piano Intro | (out of time) |
| 00:22 | Intro | (16 bars) |
| 00:53 | Verse 1 | (8 bars) |
| 01:09 | Pre-chorus 1 | (8 bars) |
| 01:25 | Chorus 1 | (16 bars) |
| 01:56 | Verse 2 | (8 bars) |
| 02:12 | Pre-chorus 2 | (8 bars) |
| 02:28 | Chorus 2 | (17 bars) |
| 03:01 | Break | (20.75 bars)* |
| 03:42 | Chorus 3 | (16 bars) |
| | (ends at 4:17) | |

*Bar 1 of the Break contains approximately 3 beats.

“DANCING WITH A STRANGER”
(**SSvid**)

Structural Chart

| | | |
|---|---|---|
| 00:04 | Intro | (12 bars) |
| 00:32 | Verse 1 | (16 bars) |
| 01:09 | Chorus 1 | (8 bars) |
| 01:28 | Post-chorus 1 | (4 bars) |
| 01:37 | Verse 2 | (8 bars) |
| 01:56 | Chorus 2 | (8 bars) |
| 02:15 | Post-chorus 2 | (8 bars) |
| 02:33 | Chorus 3 | (8 bars) |
| 02:52 | Post-chorus 3 | (8 bars) |
| | (ends at 3:16) | |

# VISUAL EXHIBIT E

**<u>"Dancing with Strangers" by Jordan Vincent</u>: <u>LYRICS</u>**

<u>Verse 1 (0:32 on the downbeat)</u>
That girl was on fire from the get go
Never had to let go
She said time passes so slow
Everything in slow mo

<u>Pre-chorus 1 (0:47 on the downbeat)</u>
Over and over again
Over and over
Over and over
Over and over

<u>Chorus 1 (1:03 on the downbeat)</u>
She said I'm gonna die
Dancing with a stranger
She said I'm gonna die
Dancing with a stranger
She said I'm gonna die
Dancing with a stranger
She said I'm gonna die
Dancing with a stranger

<u>Verse 2 (1:34 on the downbeat)</u>
Just one more time before I go home
Baby move me go go
It's a feeling that's how I know
Someday I'm gonna fly baby, Ooh

<u>Pre-chorus 2 (1:50 on the downbeat)</u>
Over and over again
Over and over
Over and over
Over and over

<u>Chorus 2 (2:06 on the downbeat)</u>
She said I'm gonna die
Dancing with a stranger
She said I'm gonna die

Dancing with a stranger
She said I'm gonna die
Dancing with a stranger
She said I'm gonna die
Dancing with a stranger

(1 bar extension of the Chorus)

<u>Re-intro (2:39 on the downbeat)</u>

<u>Breakdown (3:11 on the downbeat)</u>

(at 3:27 within the Breakdown)
Dancing with a stranger
Dancing with a stranger
Dancing with a stranger
Dancing with a stranger

<u>Chorus 3 (3:58 on the downbeat)</u>
She said I'm gonna die
Dancing with a stranger
She said I'm gonna die
Dancing with a stranger
She said I'm gonna die
Dancing with a stranger
She said I'm gonna die
Dancing with a stranger

# VISUAL

# EXHIBIT F

**<u>"Dancing With A Stranger" by Sam Smith and Normani: LYRICS</u>**

*[Sam Smith:]*

Hmm, mhm

<u>Verse 1 (0:10 on the downbeat)</u>

I don't wanna be alone tonight ('Lone tonight)

It's pretty clear that I'm not over you (Over you, over you)

I'm still thinking 'bout the things you do (Things you do)

So I don't want to be alone tonight, alone tonight, alone tonight

Can you light the fire? (Light the fire, light the fire)

I need somebody who can take control (Take control)

I know exactly what I need to do

'Cause I don't wanna be alone tonight, alone tonight, alone tonight

<u>Chorus 1 (0:47 on the downbeat)</u>

Look what you made me do

I'm with somebody new

Ooh, baby, baby, I'm dancing with a stranger

Look what you made me do

I'm with somebody new

Ooh, baby, baby, I'm dancing with a stranger

<u>Post-chorus 1 (1:05 on the downbeat)</u>

Dancing with a stranger

<u>Verse 2 (1:15 on the downbeat)</u>

*[Normani:]*

I wasn't even going out tonight (Out tonight)

But, boy, I need to get you off of my mind (Off of my mind)

I know exactly what I have to do

I don't wanna be alone tonight, alone tonight, alone tonight

Chorus 2 (1:33 on the downbeat)

*[Normani & Sam Smith:]*

Look what you made me do

I'm with somebody new

Ooh, baby, baby, I'm dancing with a stranger

Look what you made me do

I'm with somebody new

Ooh, baby, baby, I'm dancing with a stranger

Post-chorus 2 (1:52 on the downbeat)

Dancing with a stranger

Dancing with a stranger

Dancing, yeah, ooh

Chorus 3 (2:11 on the downbeat)

Look what you made me do,

I'm with somebody new (Ooh)

Ooh, baby, baby, I'm dancing with a stranger

Look what you made me do

I'm with somebody new

Ooh, baby, baby, I'm dancing with a stranger

Post-chorus 3 (2:29 on the downbeat)

I'm dancing, I'm dancing (Ooh)

I'm dancing, I'm dancing (Dancing with a stranger)

I'm dancing, I'm dancing (Dancing with a stranger)

I'm dancing, I'm dancing (Dancing with a stranger)

# VISUAL EXHIBIT G

**MUSICAL EXAMPLE 16: In Relative Keys**

**Jael – "Dancing With a Stranger" (2010)**

**From Chorus 1 (transcribed in G minor)**

[https://youtu.be/ijaESaFprco](https://youtu.be/ijaESaFprco)



**MUSICAL EXAMPLE 17: In Relative Keys**

**Jael – "Dancing With a Stranger" (2010)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/ijaESaFprco



**MUSICAL EXAMPLE 18: In Relative Keys**

**Gillan – "I'm Your Man" (1978)**

**From Verse 3 (transcribed in G minor)**

[https://youtu.be/8xWv6yYWj4Q?t=329](https://youtu.be/8xWv6yYWj4Q?t=329)



**MUSICAL EXAMPLE 19: In Relative Keys**

**Kitty Wells – "Dancing With a Stranger" (1957)**

**From Verse 1 (transcribed in G major)**

[https://youtu.be/Yq7e7h2fYGk](https://youtu.be/Yq7e7h2fYGk)



**MUSICAL EXAMPLE 20: In Relative Keys**

**Jon Burr Band – "Dancing With a Stranger" (2008)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/_sdLMk7hJZk



**MUSICAL EXAMPLE 21: In Relative Keys**

**Giorgio Moroder – "(Theme From) Midnight Express" (vocal) (1978)**

**From Verse 2 (transcribed in G minor)**

https://youtu.be/2VhC6UYyqeY



**MUSICAL EXAMPLE 22: In Relative Keys**

**Annie Gallup – "Dancing With a Stranger" (1996)**

**From the Outro (transcribed in G major)**

https://youtu.be/ELppoM60R-8



**MUSICAL EXAMPLE 23: In Relative Keys**

**Patti Page – "Retreat Cries My Heart" (1957)**

**From Verse 3 (transcribed in G major)**

https://youtu.be/-aqKoiQDUJY



**MUSICAL EXAMPLE 24: In Relative Keys**

**The Richie Furay Band – "Over and Over Again" (1976)**

**From Verse 2 (transcribed in G major)**

https://youtu.be/Qdrn5GmBFZs



**MUSICAL EXAMPLE 25: In Relative Keys**

**Cyndi Lauper – "Dancing With a Stranger" (1989)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/hAjnIkIO3Ps



**MUSICAL EXAMPLE 26: In Relative Keys**

**Cyndi Lauper – "Dancing With a Stranger" (1989)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/hAjnIkIO3Ps



**MUSICAL EXAMPLE 27: In Relative Keys**

**Don Johnson – "When Only You Loved Me" (1989)**

**From Verse 1 (transcribed in G major)**

https://youtu.be/KNBS43GGOEQ



**MUSICAL EXAMPLE 28: In Relative Keys**

**George Hills – "Dancing With a Stranger" (1991)**

**From Chorus 2 (transcribed in G minor)**

https://youtu.be/56AvwdmqKOw



**MUSICAL EXAMPLE 29: In Relative Keys**

**Perry Como – "Love Don't Care (Where It Grows)" (1973)**

**From Verse 2 (transcribed in G major)**

https://youtu.be/3iJqhnCImRA



**MUSICAL EXAMPLE 30: In Relative Keys**

**Q.Q. Blue – "Dancing With a Stranger" (2013)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/WqWGgGKuZAM



**MUSICAL EXAMPLE 31: In Relative Keys**

**The Risk – "Dancing With a Stranger" (1989)**

**From Verse 2 (transcribed in G minor)**

https://youtu.be/m_xfnIRdFtY



**MUSICAL EXAMPLE 32: In Relative Keys**

**The Risk – "Dancing With a Stranger" (1994)**

**From Post-chorus 1 (transcribed in G minor)**

https://youtu.be/m_xfnIRdFtY



**MUSICAL EXAMPLE 33: In Relative Keys**

**Marydancin – "Wash Him Off" (2011)**

**From Verse 1 (transcribed in G major)**

[https://youtu.be/khAxGFYSfAQ](https://youtu.be/khAxGFYSfAQ)



**MUSICAL EXAMPLE 34: In Relative Keys**

**Hotei – "Dancing With the Moonlight" (1989)**

**From Chorus 1 (transcribed in G major)**

https://youtu.be/4NpoGopTrfw



**MUSICAL EXAMPLE 35: In Relative Keys**

**Lionel Richie – "Dancing on the Ceiling" (1986)**

**From Chorus 1 (transcribed in G major)**

https://youtu.be/4KlLfYADaVE



**MUSICAL EXAMPLE 36: In Relative Keys**

**Lionel Richie – "Dancing on the Ceiling" (1986)**

**From Chorus 1 (transcribed in G major)**

https://youtu.be/4KlLfYADaVE



**MUSICAL EXAMPLE 37: In Relative Keys**

**Tora Tora – "Dancing With a Gypsy" (1989)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/LUGaYCkySDQ



**MUSICAL EXAMPLE 38: In Relative Keys**

**Tora Tora – "Dancing With a Gypsy" (1989)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/LUGaYCkySDQ



**MUSICAL EXAMPLE 39: In Relative Keys**

**Omar & the Howlers – "Dancing In the Canebrake"**

**From the Outro (transcribed in G major)**

https://youtu.be/Iwc6GLS-pmg



**MUSICAL EXAMPLE 40: In Relative Keys**

**Omar & the Howlers – "Dancing In the Canebrake"**

**From the Outro (transcribed in G major)**

[https://youtu.be/Iwc6GLS-pmg](https://youtu.be/Iwc6GLS-pmg)



**MUSICAL EXAMPLE 41: In Relative Keys**

**King Harvest – "Dancing In the Moonlight" (1972)**

**From Chorus 1 (transcribed in G major)**

https://youtu.be/otXKTDinWBw



**MUSICAL EXAMPLE 42: In Relative Keys**

**Cherry – "Lullaby" (1988)**

**From Verse 1 (transcribed in G minor)**

https://youtu.be/qN7t9Xi0e-4



**MUSICAL EXAMPLE 43: In Relative Keys**

**Kim Herte & The Federation – "Dance With a Stranger"**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/SxaDFI29C1g



**MUSICAL EXAMPLE 44: In Relative Keys**

**Kim Herte & The Federation – "Dance With a Stranger"**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/SxaDFI29C1g



**MUSICAL EXAMPLE 45: In Relative Keys**

**Garry Miles – "Candy From a Stranger" (1962)**

**From the Bridge (transcribed in G major)**

https://youtu.be/QRb-BVWRaTU



**MUSICAL EXAMPLE 46: In Relative Keys**

**INXS – "Dancing on the Jetty" (1984)**

**From Verse 1 (transcribed in G minor)**

https://youtu.be/7I8UJvkiJPw



**MUSICAL EXAMPLE 47: In Relative Keys**

**Double You – "Dancing With an Angel" (radio mix) (1995)**

**From the Intro (transcribed in G minor)**



**MUSICAL EXAMPLE 48: In Relative Keys**

**Double You – "Dancing With an Angel" (radio mix) (1995)**

**From Chorus 1 (transcribed in G minor)**

[https://youtu.be/r6u3aEx0JlM](https://youtu.be/r6u3aEx0JlM)



**MUSICAL EXAMPLE 49: In Relative Keys**

**After the Fire – "Dancing In the Shadows" (1982)**

**From Chorus 1 (transcribed in G major)**

https://youtu.be/CXU3_9whehs



**MUSICAL EXAMPLE 50: In Relative Keys**

**Bruce Springsteen – "Dancing In the Dark" (1984)**

**From Chorus 1 (transcribed in G major)**

https://youtu.be/129kuDCQtHs



**MUSICAL EXAMPLE 51: In Relative Keys**

**Jim Capaldi – "Dancing on the Highway" (1988)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/lU_KpKOedEE



**MUSICAL EXAMPLE 52: In Relative Keys**

**Wanda Cross – "Dancing in the Desert" (1985)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/fOUNcBxRt0g



**MUSICAL EXAMPLE 53: In Relative Keys**

**Timecode – "Dancing on a Highway" (1989)**

**From Chorus 1 (transcribed in G major)**

https://youtu.be/u6hDZlnhUcc



**MUSICAL EXAMPLE 54: In Relative Keys**

**Dance With a Stranger – "Dance With a Stranger" (1987)**

**From Verse 1 (transcribed in G major)**

https://youtu.be/JQsbYgW0r9I



**MUSICAL EXAMPLE 55: In Relative Keys**

**Dobosenski Brothers – "Dancing With My Baby Polka" (live performance) (2010)**

**From Verse 1 (transcribed in G major)**

https://youtu.be/2CxT3yf0Aik



**MUSICAL EXAMPLE 56: In Relative Keys**

**Len Watson – "Dancing With Your Memory" (1964)**

**From Chorus 2 (transcribed in G major)**

https://youtu.be/QsuEwGxlsR0



**MUSICAL EXAMPLE 57: In Relative Keys**

**Nick Urb – "For a Stranger" (2012)**

**From the Intro (transcribed in G major)**

[https://youtu.be/MO9Kqopw-6c](https://youtu.be/MO9Kqopw-6c)



**MUSICAL EXAMPLE 58: In Relative Keys**

**Northern Lite – "Dancing With My Demons" (2006)**

**From Verse 1 (transcribed in G minor)**

https://youtu.be/gqtNCoZa3Bg



**MUSICAL EXAMPLE 59: In Relative Keys**

**Regina – "Dancing With an Angel" (extended) (1991)**

**From Verse 1 (transcribed in G minor)**

https://youtu.be/sLdwoCs0lDY



**MUSICAL EXAMPLE 60: In Relative Keys**

**Regina – "Dancing With an Angel" (extended) (1991)**

**From Chorus 1 (transcribed in G minor)**

https://youtu.be/sLdwoCs0lDY



**MUSICAL EXAMPLE 61: In Relative Keys**

**Starship – "Nothing's Gonna Stop Us Now" (1987)**

**From Verse 1 (transcribed in G major)**

**(*see* published sheet music in Visual Exhibit K)**



**MUSICAL EXAMPLE 62: In Relative Keys**

**Starship – "Nothing's Gonna Stop Us Now" (1987)**

**From Verse 1 (transcribed in G major)**

**(*see* published sheet music in Visual Exhibit K)**



**MUSICAL EXAMPLE 63: In Relative Keys**

**Sheena Easton – "For Your Eyes Only" (1981)**

**From Chorus 1 (transcribed in G major)**

**(*see* published sheet music in Visual Exhibit L)**



**MUSICAL EXAMPLE 64: In Relative Keys**

**EXO – "Miracles in December" (Korean version) (2013)**

**From Verse 3 (transcribed in G major)**

https://youtu.be/yVLxRXoLaas



**MUSICAL EXAMPLE 65: In Relative Keys**

**“Builded on the Rock” (1919)**

**From Chorus 1 (transcribed in G major)**

**(*see* published sheet music in Visual Exhibit M)**



**MUSICAL EXAMPLE 66: In Relative Keys**

**Nick Urb – "For a Stranger" (2012)**

**From Verse 1 (transcribed in G major)**

https://youtu.be/MO9Kqopw-6c



**MUSICAL EXAMPLE 67: In Relative Keys**

**Nick Urb – "For a Stranger" (2012)**

**From Verse 2 (transcribed in G major)**

https://youtu.be/MO9Kqopw-6c



**MUSICAL EXAMPLE 68: In Relative Keys**

**Katy Perry – "Roar" (2013)**

**From Verse 1 (transcribed in G major)**

https://youtu.be/oT73UO5nQXM



**MUSICAL EXAMPLE 69: In Relative Keys**

**"The Private Still" (Irish folk song, collected 1925)**

**First Phrase (transcribed in G major)**

**(*see* published transcription in Visual Exhibit N)**



**MUSICAL EXAMPLE 70: In Relative Keys**

**"Mich fliehen alle Freuden" (ca. 1900)**

**First Phrase (transcribed in G major)**

**(*see* published sheet music in Visual Exhibit J)**



**MUSICAL EXAMPLE 71: In Relative Keys**

**Sam Smith – "Good Thing" (2014)**

**From Chorus 1 (transcribed in G major)**

https://youtu.be/szlHbfmQcZQ



**MUSICAL EXAMPLE 72: In Relative Keys**

**Sam Smith – "Leave Your Lover" (2014)**

**From Chorus 1 (transcribed in G major)**

https://youtu.be/tEsLVZBebxk



**MUSICAL EXAMPLE 73: In Relative Keys**

**Sam Smith – "Like I Can" (2014)**

**From Chorus 1 (transcribed in G major)**

https://youtu.be/GZDzSW_eyG8



**MUSICAL EXAMPLE 74: In Relative Keys**

**Sam Smith – "Restart" (2014)**

**From Chorus 1 (transcribed in G major)**

https://www.youtube.com/watch?v=JqRJpiQdamc



**MUSICAL EXAMPLE 75: In Relative Keys**

**Sam Smith – "I'm Not the Only One" (2014)**

**From Chorus 1 (transcribed in G major)**

https://youtu.be/Ak8ztdAgU8E



**MUSICAL EXAMPLE 76: In Relative Keys**

**Sam Smith – "Not In That Way" (2014)**

**From Chorus 1 (transcribed in G major)**

[https://youtu.be/DLkWlO5n46k](https://youtu.be/DLkWlO5n46k)



# VISUAL
# EXHIBIT H

## In Parallel Keys

## JV – Chorus 1 (in G minor)

## SS – Chorus 2 and Post-chorus 2 (in G major)



**In Relative Keys**

**JV – Chorus 1 (in G minor)**

**SS – Chorus 2 and Post-chorus 2 (in Bb major)**



## In Parallel Keys

### JV – Chorus 1 (in G minor)

### SS – Chorus 3 and Post-chorus 3 (in G major)



## In Relative Keys

## JV – Chorus 1 (in G minor)

## SS – Chorus 3 and Post-chorus 3 (in Bb major)



# VISUAL EXHIBIT I

## From Chorus 1 of JV and Chorus 1 of SS

### Parallel Keys




### Relative Keys



**From Chorus 1 of JV and Post-chorus 1 of SS**

**Parallel Keys**




**Relative Keys**



### From Chorus 1 of JV and Post-chorus 2 of SS

### Parallel Keys




### Relative Keys



**From Chorus 1 of JV and Post-chorus 2 of SS**

**Parallel Keys**




**Relative Keys**



## From Chorus 1 of JV and Chorus 3 of SS

### Parallel Keys




### Relative Keys



## From Chorus 1 of JV and Post-chorus 3 of SS

### Parallel Keys




### Relative Keys



**From Chorus 1 of JV and Post-chorus 3 of SS**

**Parallel Keys**




**Relative Keys**



**From Chorus 1 of JV and Post-chorus 3 of SS**

**Parallel Keys**




**Relative Keys**



**From Chorus 1 of JV and Chorus 1 of SS**

**Parallel Keys**




**Relative Keys**



**From Chorus 1 of JV and Post-chorus 1 of SS**

**Parallel Keys**




**Relative Keys**



## From Chorus 1 of JV and Post-chorus 2 of SS

### Parallel Keys




### Relative Keys



## From Chorus 1 of JV and Post-chorus 2 of SS

### Parallel Keys




### Relative Keys



## From Chorus 1 of JV and Chorus 3 of SS

### Parallel Keys




### Relative Keys



**From Chorus 1 of JV and Post-chorus 3 of SS**

**Parallel Keys**




**Relative Keys**



**From Chorus 1 of JV and Post-chorus 3 of SS**

**Parallel Keys**




**Relative Keys**



**From Chorus 1 of JV and Post-chorus 3 of SS**

**Parallel Keys**




**Relative Keys**



# VISUAL EXHIBIT J

47416

# Erk's

# Deutscher Liederschatz.

Eine Auswahl

der beliebtesten

## Volks-, Vaterlands-, Soldaten-, Jäger-, Studenten- und Weihnachts-Lieder

für eine

Singstimme mit Pianofortebegleitung.

Die Texte und Melodien revidirt und auf deren Quellen zurückgeführt

von

**Ludwig Erk.**

Band I neu durchgesehen, vermehrt und mit Anmerkungen versehen

von

**Max Friedlaender.**

Die Begleitung zu sämmtlichen Liedern, sowie ein Theil der Lieder und Texte sind Eigenthum des Verlegers.

Vor Nachdruck wird gewarnt.

CLOSED ELF

LEIPZIG,

C. F. PETERS.

8759

Band I.

C. G. Röder, Leipzig.

# 77. Mich fliehen alle Freuden.

Aus der Oper: „Die schöne Müllerin.“ (1791.)

Andantino.

Giovanni Paesiello. (1788.)



# VISUAL
# EXHIBIT K

*From: "Ultimate Pop/Rock"*

# Nothing's Gonna Stop Us Now

by

DIANE WARREN and ALBERT HAMMOND

Published Under License From

Alfred Publishing Co., Inc.

Copyright © 1987 by Edition Sunset Publishing, Inc. and Albert Hammond Music
All Rights for Edition Sunset Publishing, Inc. Administered by Universal Music - MGB Songs
All Rights for Albert Hammond Music Administered by Music Of Windswept
International Copyright Secured All Rights Reserved

Authorized for use by ***Lawrence Ferrara***

NOTICE: Purchasers of this musical file are entitled to use it for their personal enjoyment and musical fulfillment. However, any duplication, adaptation, arranging and/or transmission of this copyrighted music requires the written consent of the copyright owner(s) and of Alfred Publishing Co., Inc.. Unauthorized uses are infringements of the copyright laws of the United States and other countries and may subject the user to civil and/or criminal penalties.

musicnotes

# NOTHING'S GONNA STOP US NOW

Words and Music by DIANE WARREN
and ALBERT HAMMOND




Copyright © 1987 by Edition Sunset Publishing, Inc. and Albert Hammond Music
All Rights for Edition Sunset Publishing, Inc. Administered by Universal Music - MGB Songs
All Rights for Albert Hammond Music Administered by Music Of Windswept
International Copyright Secured All Rights Reserved

musicnotes

Authorized for use by: ***Lawrence Ferrara***


Dm7
B♭
C
so much to give you this love in my heart that I'm feel - ing for you.
you through the bad times, what-ev - er it takes is what I'm gon - na do.
F
Dm7
Let them say we're cra - zy, I don't care a - bout that.
Let them say we're cra - zy, what do they know.
B♭
C
Put your hand in my hand, ba - by, don't ev - er look back.
Put your arms a - round me, ba - by, don't ev - er let go.
F
Dm7
Let the world a - round us just fall a - part.




musicnotes
Authorized for use by: ***Lawrence Ferrara***




musicnotes
Authorized for use by: ***Lawrence Ferrara***




musicnotes

Authorized for use by: ***Lawrence Ferrara***

# VISUAL
# EXHIBIT L

*From: "James Bond 007: For Your Eyes Only"*

# For Your Eyes Only

by

BILL CONTI

Lyrics by: MICHAEL LEESON

Published Under License From

Alfred Publishing Co., Inc.

Copyright © 1981 by DANJAQ S.A.
All Rights Administered by EMI U CATALOG INC. and EMI UNART CATALOG INC. (Publishing)
and WARNER BROS. PUBLICATIONS U.S. INC. (Print)
All Rights Reserved

Authorized for use by ***Lawrence Ferrara***

NOTICE: Purchasers of this musical file are entitled to use it for their personal enjoyment and musical fulfillment. However, any duplication, adaptation, arranging and/or transmission of this copyrighted music requires the written consent of the copyright owner(s) and of Alfred Publishing Co., Inc.. Unauthorized uses are infringements of the copyright laws of the United States and other countries and may subject the user to civil and/or criminal penalties.

musicnotes

From the United Artists Motion Picture "FOR YOUR EYES ONLY"

# FOR YOUR EYES ONLY

Lyrics by
MICHAEL LEESON

Music by
BILL CONTI




Copyright © 1981 by DANJAQ S.A.
All Rights Administered by EMI U CATALOG INC. and EMI UNART CATALOG INC. (Publishing)
and WARNER BROS. PUBLICATIONS U.S. INC. (Print)
All Rights Reserved

musicnotes

Authorized for use by: *Lawrence Ferrara*




musicnotes

Authorized for use by: ***Lawrence Ferrara***


Am7/D
G
On - ly for you,
on - ly for you.
mp
D.S. 𝄋 al Coda
2. For
Coda
Am7/D
G
On - ly for you,
for your eyes on - ly.
mp
C/G
G
C/G
G

# VISUAL EXHIBIT M

HARVARD
UNIVERSITY

# Songs of His Coming

Mrs. R. M. Slocum

Bristol, 35 cents per copy; $25.00 per 100
Flexible cloth, 40 cents per copy; $30.00 per 100

THORO HARRIS
512 S. Campbell Ave. CHICAGO

Copyright, 1919, by Thoro Harris

Digitized by Google

2-cv-01508-WLH-AS Document 204-3 Filed 07/07/26 Page 37
Page ID #:6152

45

# Builded on the Rock.

Luke 6: 47; 48.

Mrs. C. R. F. A. Graves, owner, 1916. Mrs. C. Rice.




Digitized by Google

# VISUAL EXHIBIT N

# Sam Henry's Songs of the People

*Edited, transcribed, and annotated by Gale Huntington*

*Revised, with additions and indexes by Lani Herrmann*

*Geographical index prepared with the aid of John Moulden*



Published in 1990 by The University of Georgia Press
Athens, Georgia 30602
www.ugapress.org

The collection copyright © by Olive Mary Craig

New material (including the introduction, transcriptions, Indexes, bibliography, discography, and melodic index) copyright © 1990 By Gale Huntington and Lani Herrman

All rights reserved

Music Autography, book design, and production editing by Lani Herrman

Printed digitally in the United States of America

The Library of Congress has cataloged the hardcover edition of this book as follows:
Library of Congress Cataloging-in-Publication Data
LCCN Permalink: http://lccn.loc.gov/90036866

Sam Henry's Songs of the people / edited, transcribed, and annotated by Gale Huntington ; rev., with additions and indexes by Lani Herrmann ; geographical index prepared with the aid of John Moulden.
xxxix, 632 p. of music ; 29 cm.

ISBN 0-8203-1258-4 (alk. paper)
0820312592 (pbk. : alk. paper)

Ballads and songs of Ulster; unacc. melodies.
English words.
Collected by Sam Henry and originally published in tonic sol-fa notation in his regular column in the Northern constitution, of Coleraine, Northern Ireland, between 1923 and 1939.
Includes bibliographical references and indexes.

1. Folk music—Ulster (Northern Ireland and Ireland) 2. Folk songs, English—Ulster (Northern Ireland and Ireland) 3. Ballads, English—Ulster (Northern Ireland and Ireland) I. Henry, Sam, b. 1878. II. Huntington, Gale. III. Herrmann, Lani. IV. Title: Songs of the people.
M1745.3 .S35 1990 90-36866

Paperback reissue 2010 ISBN-13: 978-0-8203-3625-1
ISBN-10: 0-8203-3625-4

British Library Cataloging-in-Publication Data available

Preparation for this volume was made possible in part by a grant From the Program for Editions of the National Endowment for the Humanities, an independent federal agency.

Title page photo: Pay Kealey, fiddler and singer.
Copyright by Olive Mary Craig.

Copyrighted material

Oh, Johnny is a sailor, just newly come ashore,
He dressed himself up like a man that seem-ed to
  be poor,
He call-ed in an alehouse as he often did before,
He call-ed in the alehouse to pay up an old score.

'Landlady, oh landlady, trust us quarts two or
  three,
And bring your daughter Molly down and set her
  on my knee.'
'My daughter Molly, she's engaged and her you
  cannot see,
Nor neither will I trust you for quarts two or
  three.'

He call-ed for a candle to light him to his bed,
And likewise a napkin to tie upon his head;
'The beds are all bespoken and are since last
  week,
And for your lodging, for it you must go seek.'

'Oh landlady, oh landlady, what is there now to
  pay?
Tell me what is the score for what I drunk
  today?
There's a shilling of the new and there's twenty
  of the old.'
Then out of his pocket he pulled handfuls of
  gold.

When she saw the money she began for to
  relent,
And when she saw the money she began for to
  repent,
Saying, 'Johnny, lovely Johnny, all I said was in
  a jest,
For above all men breathing I count you to be
  the best.'

It was then her daughter Molly, she came
  tripping down the stairs,
It was then her daughter Molly came dressed in
  all her airs,
Saying, 'You're welcome, lovely Johnny, you're
  welcome, I declare,
The green beds are empty and you may lie
  there.'

'Before I would lie in your green bed, I would
  lie on the street,
For when I had no money, my lodgings was to
  seek,
But now I've money plenty, and enough to do my
  turn,
You and your ould mother can sit down and
  mourn.'

So come all you brisk sailor lads that plough the
  ocean wide,
And earn all your money by the cold and frosty
  tide,
Where the brown jugs and glasses come tumblin'
  in for fun,
There's no credit in an alehouse when all your
  money's done.

## The Private Still

[H103: 31 Oct 1925]

Other title: "The Gauger's Song."

Source: (m, w) William Carton, retired N[ational] S[chools] T[eacher] [Dt: schoolteacher] (Garry-duff, Ballymoney), from Daniel Moore c. 1885.

Key C.




A gauger once in Dublin town, the time that I was
  there,
He fancied that a private still was being wrought
  somewhere.
He met me out one morning, perhaps he fancied
  that I knew,
'Oh never mind,' he said, 'Pat, how do you do?'

*With my fol-ol-dtha-di-do, fol-ol-dtha-dee.*

'I'm pretty well, your honour, but allow me for
  to say
I don't know you at all, at all.' Said he,
  'Perhaps you may.
I'm going to find a something out, assist me if
  you will,
Here's fifty pounds if you can tell where there's
  a private still.'

'Give me the fifty pounds,' said I, 'i' faith I
  surely can,
I'll keep my word, you may depend, as I'm an
  Irishman.'
The fifty pounds he then paid down, I pocketed
  the fee.
'Now button up your coat,' I said, 'and come
  along with me.'

Along the road we quickly walked for miles full
  half a score,
When by his gait 'twas evident his feet were
  getting sore.
'How far have we to go?' says he, 'for I am
  getting tired.'
'Let's hire a jaunting car,' says I, so then a car
  we hired.

As soon as we were on the car, said he, 'Now
  tell me, Pat,
Where is that blessed private still? Don't take
  me for a flat.'
'A flat, your honour, no,' said I, 'but hear me if
  you will,



Copyrighted material

# Tab 20

# Exhibit 2

DR. L. FERRARA 01/23/2023
EXHIBIT
20
Melanie Stinson-Konstantinidis

# Lawrence Ferrara, Ph.D.

**LAWRENCE FERRARA, Ph.D.**
**FOR: LAWRENCE FERRARA, INC.**

# REBUTTAL TO THE REPORT OF DR. ALEXANDER STEWART REGARDING SOUND AND COLOR, LLC v. SMITH *et al.*

## I. INTRODUCTION

1. After being asked to perform a comparative musicological analysis of the composition and sound recording in Plaintiff's "Dancing With Strangers" as recorded by Jordan Vincent (hereafter "JV") and the composition and sound recording in Defendants' "Dancing With a Stranger" as recorded by Sam Smith and Normani (hereafter "SS"), I prepared and submitted a report dated November 30, 2022 (hereafter "the Ferrara Report").

2. I received and reviewed a report by Dr. Alexander Stewart dated January 3, 2022 (hereafter "the Stewart Report"). The Stewart Report has not changed my opinions as presented in the Ferrara Report. It continues to be my opinion that there are no significant structural, harmonic, rhythmic, melodic, or lyrical similarities, individually or in the aggregate, but there are significant differences, between JV and SS. Similarities between JV and SS are coincidental and unremarkable and found in musical compositions that predate 2015, the year in which JV was created, including the use of the commonplace 4-word phrase "dancing with a stranger" which is sung with different scale degrees and rhythmic durations in JV as compared with SS. The insignificant similarities between JV and SS are found in 49 prior art works (34 of which include similarities in lyrics and melody and 15 of which include similarities in melody) including six songs co-written by Sam Smith prior to 2015 with melodic elements that are also used in SS. Thus, the insignificant similarities in common between JV and SS were widely available to the writers of both JV and SS. The presence of melodic similarities between SS and Sam Smith's own pre-2015 songs as well as in many songs by other artists provides very strong musicological evidence that the music and lyrics in SS were created independently of JV. In my review of the Stewart Report, I found no

musicological evidence that suggests that any expression in SS was copied from JV. To the contrary, the Stewart Report's own transcriptions combined with analyses in the Ferrara Report provide very strong musicological evidence that SS was created independently of JV. Even with Dr. Stewart's fundamental mistake regarding the mode/key of SS and using his flawed transcriptions, the melodies sung to the commonplace 4-word "dancing with a stranger" lyric are different in JV and SS and do not embody any significant similarities. Moreover, the Stewart Report presents no evidence that a sound recording sample from JV is in the SS sound recording.

3. As explained more fully below, the Stewart Report:

- Fails to show any significant structural, harmonic, rhythmic, melodic, or lyrical similarities, individually or in the aggregate, between JV and SS;
- Fails to provide any musicological support for its finding regarding the selection and arrangement of elements in JV and SS;
- Fails due to a harmonic analysis that is flawed by omissions and misrepresentations;
- Fails due to a flawed analysis of the structures in JV and SS;
- Fails due to an analysis of melody that is flawed by errors, omissions, and misrepresentations;
- Fails due to a "quantitative analysis" of the value of the expression at issue in SS that is ambiguous and imprecise; and
- Fails because it presents a legal conclusion, namely, that JV and SS are allegedly "substantially similar".

## II. REBUTTAL OF THE STEWART REPORT

THE STEWART REPORT FAILS TO IDENTIFY THE VERSION OF SS THAT IT USED AND FAILS TO ATTACH OR PROVIDE LINKS OF JV THAT IT USED

4. The Stewart Report fails to identify the version of SS that it used in its analysis. Dr. Stewart merely states, "I downloaded the sheet music to SS from

Musicnotes.com" [¶ 2, p. 2] but fails to attach the sheet music of SS that was used.[1] The Stewart Report used an audio recording of SS for at least part of its analysis because the tempo (performance speed) and instrumentation in SS are discussed [¶ 5(a), pp. 2-3], and the starting times in the audio of SS that it uses are input in a structural chart of SS [¶ 5(c), p. 4]. Based on the start times of the structural sections in the chart at the top of page 4 of the Stewart Report, it appears that the version of SS that is referenced is the video version of SS (SSvid), not the commercially released "single" or the SS deposit copy.[2] For the sake of clarity, in this Rebuttal Report, SS refers cumulatively to SS deposit copy, SS single, and SSvid unless otherwise noted. No audio copy of SS was attached to the Stewart Report.

5. The Stewart Report also fails to provide an audio copy or link to the JV deposit copy and JV video it states that were used in its analyses of JV.

THE STEWART REPORT PROFFERS A LEGAL CONCLUSION

6. The Stewart Report proffers a legal conclusion: (1) "…the compositions SS and JV are substantially similar…" [¶ 4, p. 2] and (2) "[t]he musical expression at issue in this case is substantially similar…" [¶ 9, p. 8]. Finding that two works are "substantially similar" is a legal conclusion which I understand is outside the purview of a musicologist's analysis.

THE STEWART REPORT FAILS TO SUPPORT ITS FINDING REGARDING THE SELECTION AND ARRANGEMENT OF ELEMENTS IN JV AND SS

7. The Stewart Report finds that the selection and arrangement of the "melody, lyrics and other elements in JV…are distinctive and original and this expression forms the musical core of SS." However, (1) the Stewart Report fails to

---

1 As shown in **Visual Exhibit A** attached to the Ferrara Report, there are at least two versions of published music of SS: a piano vocal arrangement and a lead sheet arrangement.

2 The Ferrara Report identifies and analyzes three versions of JV (the deposit copy, the single, and the video) and three versions of SS (the deposit copy, the single, and the video) in ¶ 5 on pages 2-3 and in ¶¶ 8-21 on pages 5-9. As shown therein, the SS deposit copy and the SS single are identical.

provide musicological support for that opinion and (2) the Ferrara Report shows that the selection and arrangement of elements in the entirety of JV and SS are different at ¶¶ 8-12 and 17-18 regarding the structures, ¶¶ 26-28 regarding the lyrics, ¶¶ 35-38 and 40-41 regarding harmony, ¶¶ 44-50 regarding rhythm, ¶¶ 53-66 and 92-96 regarding melody, and ¶¶ 98-102 regarding the entirety of both songs.

THE STEWART REPORT MISCALCULATES THE TEMPOS OF JV AND SS

8. The Stewart Report miscalculates the tempos of JV and SS. At ¶ 5(a) on page 3, the Stewart Report opines that the tempo of SS is 109 beats per minute (BPM). That calculation is wrong. The tempo of SS is slower at 103 BPM. [Ferrara Report, ¶ 44, p. 17] The Stewart Report also opines that the tempo of JV is 120 BPM [¶ 5(a), p. 3]. That calculation is also wrong. The tempo of JV is 122 BPM. [Ferrara Report, ¶ 44, p. 17] Notably, the Stewart Report's miscalculations make the JV and SS tempos appear less different than they are. When correctly measured, the difference in the tempos is 19 BPM (122-103=19) making JV 18% faster than SS and thereby refuting the analysis in the Stewart report that "…SS is slightly slower than JV…." [¶ 5(a), p. 2] An 18% difference in tempo is not "slight".

THE STEWART REPORT'S HARMONIC ANALYSIS IS FLAWED AND SHOWS NO SIGNIFICANT HARMONIC SIMILARITIES BETWEEN JV AND SS

9. At ¶ 5(a) on page 2, the Stewart Report finds that there is "ambiguity as to key center (particularly in SS)." That is mistaken. As analyzed in the Ferrara report:

> "JV and SS are in different keys and in different modalities. JV is in the key of G minor. SS is in the key of A-flat (Ab) major. Thus, not only is the key center (or "tonic") different – G as compared to Ab – but the modality is different – JV is in a minor key, but SS is in a major key." [¶ 33, p. 12, underlining in the original]

As explained in footnote 9 on page 12 of the Ferrara Report, in SS, the melody and harmony at the end of melodic phrases and chord progressions strongly establish the key of Ab major because the chord progressions in SS end with an Ab or Absus chord and the melodic phrases end on an Ab note in (a) bar 8 of Verse 1, (b) bar 16 of Verse

1, (c) bar 8 of Verse 2, (d) bar 4 of Chorus 1, (e) bar 8 of Chorus 1, (f) bar 4 of Chorus 2, (g) bar 8 of Chorus 2, (h) bar 4 of Chorus 3 and (i) bar 8 of Chorus 3. Moreover, (j) the final note and chord in SS are an Ab melody note and an Ab chord.[3] These section ending final notes and chords are very important in the determination of key. By way of difference in modality, JV is in the key of G minor.

10. The Stewart report reduces the chords in SS to "basic chords" rather than the fuller chords that are clearly embodied in SS and that are identified and analyzed in the Ferrara Report. [¶¶ 36-39, pp. 13-16] Charted below is a copy of the Stewart Report's (page 3) identification of a four-chord progression in SS marked "SS (transposed)" in the alleged key of G minor, and the full chords in the Chorus of SS that are identified in Musical Example 4 on page 22 in the Ferrara Report. In comparative transcriptions in the Ferrara Report, JV is transcribed on the top staff and SS is transcribed on the bottom staff. In the Stewart Report, SS is charted and transcribed on the top staff and JV is charted and transcribed on the bottom staff. ("G-" denotes a G minor chord, which can also be marked as "Gm").

| | | | | |
|---|---|---|---|---|
| Stewart Report, **SS**: | Eb | F | G- | Bb |
| Ferrara Report, **SS**: | Ebmaj7 | F(sus2-4) | Gm7 | Bb or Bb(sus2) |

As shown above and below, the omission of the fuller chords with added notes (e.g., an added "7") in SS make the charted chords in SS and JV appear more similar than they are in the Stewart Report's comparative chord charts on page 3.

11. Nonetheless, even as charted on page 3 of the Stewart Report (copied immediately below), out of eight chords in two, four-chord progressions, only one chord corresponds within the order (or progression) of the chords, namely the D- (Dm) chord, highlighted in red below.

[3] As specified in footnote 9 on page 12 of the Ferrara Report, support for this analysis of SS as in the key of Ab major is in publications in music theory and analysis such as in the section, "Identifying the Key of a Piece", in Jane Piper Clendinning and Elizabeth West Marvin, *The Musician's Guide to Theory and Analysis* (Second Edition, 2011, pp. 60-61) and William Duckworth, *A Creative Approach to Music Fundamentals* (Seventh Edition, 2001, p. 196).

| | | | | | |
|---|---|---|---|---|---|
| SS (transposed) | **Eb** | | **F** | **G-** | **Bb** |
| JV | **G-** | **D-** | | **Eb** | **F** |

| | | | | | |
|---|---|---|---|---|---|
| SS | **Eb** | | **D-** | **G-** | **Bb** |
| JV | **G-** | **D-** | | **Eb** | **F** |

Thus, even as analyzed and charted in the Stewart Report (as copied immediately above), seven out of eight chords are different in SS and JV. Moreover, Dr. Stewart's "basic" chord progression in SS was in common use prior to 2015.[4]

12. The Stewart Report fails to analyze the harmonic rhythm (defined at ¶ 7(b) on page 5 of the Ferrara Report) which is the rate of change in the chords. The Stewart Report's four-chord charts copied above loosely illustrate the different metric placements of the purported **F** chord in SS and the **D-** chord in JV in the first four-chord chart and the different metric placements of the purported **D-** chord in SS and the **D-** chord in JV in the second four-chord chart. However, the Stewart Report fails to show the difference in metric placement of the eighth chord: the **Bb** chord in SS (which is actually a Bbsus2 chord) "anticipates" (i.e., comes before) beat 1 of the bar whereas the corresponding **F** chord in JV occurs on (not before) beat 1 of the next bar as shown in Musical Example 6 on page 25 of the Ferrara Report.

13. Staying with ¶ 5(b) on page 3 of the Stewart Report, there is a misrepresentation of the four-chord progressions in JV and SS (that culminates on p. 6 in Example 2 regarding the melody in JV). Copied below is the eight-chord comparative chart on page 3 of the Stewart Report. Explaining the difference between its eight-chord comparative chart and its two four-chord comparative charts immediately above the eight-chord comparative chart, Dr. Stewart states:

---

[4] *As analyzed and transcribed in the Stewart Report*, the **Eb, F, Gm, Bb** (**bVI, bVII, i, bIII**) "basic" chord progression in SS was used prior to 2015 in at least nine songs that are listed in **Rebuttal Visual Exhibit A**.

> "As will be seen in example 2 below, **a simple rotation** of the chords yields an almost identical cycle over eight bars." [¶ 5(b), p. 3, emphasis added]

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SS (transposed) | Eb | F | G- | Bb | Eb | D- | G- | Bb |
| JV | Eb | F | G- | D- | Eb | F | G- | D- |

However, in this purported "simple rotation" in the eight-chord comparative chart copied from page 3 in the Stewart Report (and continuing in Example 2 on page 6 of the Stewart Report), the Stewart Report misrepresents the chord progression by inserting <u>the last two chords</u> of what it calls the <u>"verse" in JV</u> (the **Eb** and **F** chords) under <u>the first two chords</u> of the <u>Chorus in SS</u> making it appear as if they correspond when, in fact, they do not. With this sleight-of-hand, the Stewart Report (1) misrepresents that the last two chords in the <u>JV "verse"</u> correspond to the first two chords in the SS Chorus, and (2) omits the seventh chord (**Eb**) and the eighth chord (**F**) in the JV Chorus which, if properly charted, are different from the seventh chord (**G-**) and the eighth chord (**Bb**) in SS Chorus. Thus, as shown at paragraph 11 above, *in his eight-chord chart, Dr. Stewart contradicts the alignments in his own four-chord charts which show that, even as charted in the Stewart Report (as copied at paragraph 11 above), seven out of eight chords do not align in SS and JV.*

14. The Stewart Report continues its strained analysis finding:

> "the only different chords here are closely related: D- and F and D- and Bb share two of the three pitches that make up their triads." [¶ 5(b), p. 3]

First, a D- (Dm) chord is not the same as an F major chord nor is a D- chord the same as a Bb major chord. Second, the Stewart Report is merely pointing to the fact that chords that are built on scale degrees that are the interval of a 3rd apart "share two of the three pitches that make up their triads"[5] which is true of all triads built on scale degrees that are the intervals of a 3rd apart. For example, in A natural minor:

---

5 A "triad" is "A chord consisting of three pitches…separate by a third…." *Harvard*, p. 906.

an A minor chord built on scale degree 1 shares two of three pitches with an F major chord built on scale degree 6 (a third below scale degree 1), and

an A minor chord built on scale degree 1 shares two of three pitches with a C major chord built on scale degree 3 (a third above scale degree 1).

Thus, contrary to Dr. Stewart's strained analysis, just as a D minor triad/chord (1) is not the same as an F major triad/chord and (2) is not the same as a B-flat major triad/chord, an A minor chord is not the same as an F major chord nor is an A minor chord the same as a C major chord. In fact, this exercise can be duplicated with every triad/chord on every scale degree as it relates to other triads/chords built on a scale degree that is the interval of a third above or below. Undercutting Dr. Stewart's analysis, those triads/chords are not the same and any similarity is generic and based on the foundational construction of triads/chords on scale degrees that are a third apart.

15. Thus, by way of misrepresentation, in its analysis of the chords in JV and SS, the Stewart Report:

(a) omits additional notes in the full chords in SS;

(b) takes two chords from the end of the "verse" in JV and misaligns them with the first two chords in the Chorus of SS;

(c) omits the last two chords of the Chorus in JV and thereby misaligns the fifth and sixth chords in JV with the seventh and eighth chords of the Chorus of SS; and

(d) merely points to a generic musical building block relationship that triad/chords have with triads/chords that are built on scale degrees a third above and a third below.

THE STEWART REPORT'S ANALYSIS OF STRUCTURE IS FLAWED

16. At ¶¶ 8-12 on pages 6-7 of the Ferrara Report, the structures in the JV single (which is the same as the JV deposit copy) and the SS single (which is the same

as the SS deposit copy) are analyzed and compared. That analysis is expanded and further clarified at ¶¶ 13-21 on pages 7-9 of the Ferrara Report and in **Visual Exhibit D** which provides comparative structural charts of the JV and SS videos.

17. At page 4 of the Stewart report, the respective structures of JV (the deposit copy), JVvid (the video version), and SS (the video version) are presented. (At ¶¶ 15-16 on page 8, the Ferrara Report analyzes the similarity and difference between the SS single and SS video.) In the Ferrara Report, specified in ¶ 5 and attached thereto are audios of the JV "single" as Track 2, the SS "single" as Track 4, and an audio of the SS video as Track 6 on Audio Exhibit 1. As noted above, the Stewart Report fails to attach these audios.

18. In its structural chart of JV and JVvid on page 4, the Stewart Report combines into a single Verse section what is bifurcated into the separate JV Verse and Pre-chorus sections in the Ferrara Report. Contrary to the Stewart Report's structural analysis that conflates the Verse and Pre-chorus in JV and JVvid, the repeated "over and over" lyrics and melody are clearly not part of the Verse, but constitute the 8-bar Pre-chorus as explained below. Immediately below is an exact copy of the JV lyrics in Verse 1 and Verse 2 from "Attachment 1 Lyrics" in the Stewart Report.

Verse I
That girl was on fire from the get go
Never had to let go
She said time passes so slow
Everything in slow mo
Over and over again
Over and over
Over and over
Over and over

Verse II
Just one more time before I go home
Baby move me go go

It's a feeling that's how I know
Someday I'm gonna fly baby, Ooh

19. First, after the first 4-line stanza under Verse 1, there should be a new "Pre-chorus" heading for the 4-line repeated "over and over" stanza.

20. Second, in its transcription of the lyrics in Verse 2 (exactly copied at paragraph 18 above), the Stewart Report mistakenly omits the repeated "over and over" lyrics which follow the lyrics in Verse 2 and constitute the lyrics in Pre-chorus 2, i.e., these lyrics are missing in the Stewart Report's JV lyrics transcription in its "Attachment 1 Lyrics" which can be verified by listening to JV at 1:50 or JVvid at 2:12.

21. Third, the melody that is sung to the repeated "over and over" lyrics is significantly different from the melody that is sung to the lyrics in the first 4-line stanzas in Verse I and Verse II of JV and JVvid.

22. Fourth, in general in popular songs, the melody remains largely the same from Verse 1 to Verse 2 *but (in general) the lyrics are different in Verse 2 as compared with Verse 1*. That is the case between the first 4-line stanza in Verse 1 and Verse 2 in JV and JVvid: while the melody is largely the same in Verses 1 and 2, the lyrics are different in Verses 1 and 2.

23. However, the 4-line stanza of repeated "over and over" lyrics is the same in Pre-chorus 1 and Pre-chorus 2 in JV and JVvid which strongly supports a structural analysis that bifurcates Verse 1 from Pre-chorus 1 and bifurcates Verse 2 from Pre-chorus 2 as shown in the comparative structural chart of JVvid and SSvid from **Visual Exhibit D** of the Ferrara Report copied immediately below.

| "DANCING WITH STRANGERS" (**JVvid**) Structural Chart | | |
|---|---|---|
| 00:02 | Piano Intro | (out of time) |
| 00:22 | Intro | (16 bars) |
| 00:53 | Verse 1 | (8 bars) |
| 01:09 | Pre-chorus 1 | (8 bars) |
| 01:25 | Chorus 1 | (16 bars) |
| 01:56 | Verse 2 | (8 bars) |
| 02:12 | Pre-chorus 2 | (8 bars) |
| 02:28 | Chorus 2 | (17 bars) |
| 03:01 | Break | (20.75 bars)* |
| 03:42 | Chorus 3 | (16 bars) |
| | (ends at 4:17) | |

| "DANCING WITH A STRANGER" (**SSvid**) Structural Chart | | |
|---|---|---|
| 00:04 | Intro | (12 bars) |
| 00:32 | Verse 1 | (16 bars) |
| 01:09 | Chorus 1 | (8 bars) |
| 01:28 | Post-chorus 1 | (4 bars) |
| 01:37 | Verse 2 | (8 bars) |
| 01:56 | Chorus 2 | (8 bars) |
| 02:15 | Post-chorus 2 | (8 bars) |
| 02:33 | Chorus 3 | (8 bars) |
| 02:52 | Post-chorus 3 | (8 bars) |
| | (ends at 3:16) | |

*Bar 1 of the Break contains approximately 3 beats.

24. Had the Stewart Report included the repeated "over and over" lyrics that follow Verse 2 (at 1:50) in its "Attachment 1 Lyrics" regarding the JV lyrics, it would have been obvious that the identically repeated "over and over" lyrics respectively following Verse 1 and Verse 2 are separate Pre-chorus sections and not part of the Verses.

25. Moreover, had the Stewart Report correctly analyzed the structure in JV (which includes two Pre-chorus sections), it would have had to concede that the presence of these two Pre-chorus sections in JV and JVvid embody a structural difference as compared with the structure of SS as there are no Pre-chorus sections in SS. Thus, the Stewart Report's omission of Pre-chorus 1 and Pre-chorus 2 in its analysis and chart makes the structures of JV and SS seem more similar than they are.

26. Now turning to the analysis of the structure of SSvid[6] in the Stewart Report, the Stewart Report combines into a single Chorus section what the Ferrara

6 Based on the timings in the structural chart at the top of its page 4, the Stewart Report is referring to the SS video, not the SS single or the SS deposit copy.

Report bifurcates into separate Chorus and the Post-chorus sections in SSvid. (See the structural chart of SSvid from **Visual Exhibit D** of the Ferrara Report copied at paragraph 23 above.) This conflation of the SSvid Chorus and Post-chorus sections into a Chorus section in the Stewart Report is similar to the Stewart Report's conflation of the Verse and Pre-chorus sections in JV into a Verse section as explained above.

27. As analyzed at ¶¶ 26-28 on pages 10- 11 of the Ferrara Report, the lyrical phrase structure in the SSvid and the SS (single and deposit copy) Choruses is the same and consists of two, 3-line lyrical phrases transcribed as follows.

SS Choruses 1, 2, and 3

Look what you made me do
I'm with somebody new
Ooh baby baby I'm dancing with a stranger

Look what you made me do
I'm with somebody new
Ooh baby baby I'm dancing with a stranger

28. By way of difference from the Choruses, within SSvid and SS, the Post-choruses consist of a varying number of lyrical phrases transcribed as follows.

Post-chorus 1

Dancing with a stranger

Post-chorus 2

Dancing with a stranger
Dancing with a stranger
Dancing yeah ooo

Post-chorus 3

I'm dancing, I'm dancing
I'm dancing, I'm dancing with a stranger

I'm dancing, I'm dancing with a stranger
I'm dancing, I'm dancing with a stranger

29. The change and difference from the two, 3-line lyrical structure – in which the 4-word "dancing with a stranger" is the second half of the third lyrical line – in Choruses 1, 2, and 3 to the Post-choruses' varying lyrical structures (which are not a single, repeated structure) that iterate variations of "dancing with a stranger" clearly demarcates a new structural section that is separated from and follows the Chorus. Hence, this section is properly called the Post-chorus in SSvid and SS.

30. Had the Stewart Report correctly analyzed the structure in SSvid which includes three Post-chorus sections as transcribed above, it would have to concede that the presence of these three Post-chorus sections in SSvid (and SS) embody a structural difference as compared with the structure of JV and JVvid because there are no Post-chorus sections in JV or JVvid. Thus, the omission of Post-choruses 1, 2, and 3 in the analysis and chart of SSvid in the Stewart Report makes the structures of JV/JVvid and SSvid (and SS) seem more similar than they are.

THE STEWART REPORT'S ANALYSIS OF MELODY IS RIFE WITH ERRORS, OMISSIONS, AND MISREPRESENTATIONS

31. The analysis of melodies in JV and SS[7] begins at ¶ 5(d) on page 4 of the Stewart Report. Dr. Stewart states:

> "Following standard musicological procedure when comparing two or more works, I have transcribed or put into music notation the relevant passages. In order to facilitate this comparison I have transposed JV up a whole step

[7] All references to "JV" in this rebuttal of the Stewart Report's analysis of melody are cumulatively to the single, deposit copy, and video versions unless noted otherwise. In addition, insofar as the melodies at issue are the same in SS (the single and the deposit copy which are the same) and SSvid, all references to "SS" in this rebuttal of the Stewart Report's analysis of melody are cumulatively to the single, deposit copy, and video versions.

in order to place each song in the same key signature." [¶ 5(d), p. 4]

32. However, in transcriptions of JV in Example 1 and Example 2 respectively on pages 5 and 6 of the Stewart Report, JV is transcribed in its recorded key of G minor. Indeed, near the top of page 3, Dr. Stewart writes that JV is in the key of G minor. Thus, Dr. Stewart did not "transpose JV up a whole step" in his analysis and transcriptions. JV is transcribed and analyzed in its recorded key of G minor. In fact, Dr. Stewart transposed SS up a whole step, not JV.

33. As explained in the rebuttal to the section on harmony above, the Stewart Report mistakenly opines that SS is in the key of F minor, although Dr. Stewart also finds that there is "ambiguity" "particularly" as to the key of SS. [¶ 5(a), p. 2] Both findings are mistaken because, as shown in the Ferrara Report, SS is firmly in the key of Ab (A-flat) major. When SS is raised a whole step (to the key of Bb major), it is placed in a "relative" key with the recorded key of JV in G minor. As explained in the Ferrara Report, JV is in a <u>minor</u> key, but SS is in a <u>major</u> key and there are *two principal ways of comparing melodies in different modes*: (1) in the same "relative" key signature and (2) in the "parallel" same pitch center. While the Ferrara Report demonstrates both ways in its analyses and musical examples, the Stewart report only transcribes JV and SS as if they are both in the key of G minor, with the qualification that Dr. Stewart finds there is "ambiguity" as to the key center in SS.

34. In the table at the top of page 5 of the Stewart Report copied immediately below, iterations of lyrical phrases that include the 4-word "dancing with a stranger" lyric are listed. I have input "vid" next to "SS" at the top of the table to clarify that the Stewart Report's structural charts and timings are based on the <u>video</u> version of SS, not the SS single and deposit copy. As explained in the Ferrara Report, while the commercially released single and deposit copy version (SS) are identical, there are some differences between SS and SSvid. In the table from the Stewart Report copied below, I also input the names of structural sections (Chorus or Post-chorus) within which each iteration of a lyrical phrase that includes the 4-word "dancing with a stranger" lyric occurs in SSvid.

| SSvid | JV | JVvid |
|---|---|---|
| 1:15 Chorus | 1:04 | 1:26 |
| 1:25 Chorus | 1:12 | 1:34 |
| 1:30 Post-chorus | 1:20 | 1:41 |
| 2:02 Chorus | 1:28 | 1:49 |
| 2:12 Chorus | 2:07 | 2:29 |
| 2:16 Post-chorus | 2:15 | 2:37 |
| 2:21 Post-chorus | 2:23 | 2:44 |
| 2:26 (partial) | 2:30 | 2:52 |
| 2:39 Chorus | 3:27 | 3:43 |
| 2:49 Chorus | 3:35 | 3:51 |
| 2:59 Post-chorus | 3:43 | 3:59 |
| 3:04 Post-chorus | 3:51 | 4:07 |
| 3:09 Post-chorus | 3:59 | |
| | 4:07 | |
| | 4:15 | |
| | 4:23 | |

35. As shown at paragraphs 27-28 above and in the Ferrara Report, the "dancing with a stranger" lyric occurs two times in each SS Chorus (as part of the larger lyrical phrase "Ooh baby baby I'm dancing with a stranger), one time in Post-chorus 1, two times in Post-chorus 2, and three times in Post-chorus 3 (as part of the larger lyrical phrase "I'm dancing, I'm dancing with a stranger") for a total of twelve iterations. The Stewart Report is mistaken when it finds that the 4-word "dancing with a stranger" lyric and melodies "appear thirteen times in SS…." [¶ 5(d), p. 4] First, the table from page 5 of the Stewart Report copied above shows twelve iterations and a purported thirteenth iteration at 2:26 of SSvid which Dr. Stewart qualifies as "partial" in his table. Dr. Stewart fails to provide a transcription of this "partial" iteration of the 4-word "dancing with a stranger". That transcription is in the Ferrara Report as shown in the pickup to bar 14 through the beginning of bar 15 in Post-chorus 2 on the last page of **Visual Exhibit C**. Therein, the lyric is merely "dancing yeah ooo" which hardly rises to a noteworthy "partial" iteration of the 4-word "dancing with a stranger".

36. Now moving to JV, the Stewart Report correctly finds a total of sixteen iterations of a "dancing with a stranger" lyric in JV[8] (four iterations in each of three Choruses and four iterations in the Breakdown). Notably, in those sixteen iterations, there are only <u>two</u> interchanging <u>melodies</u> set to the "dancing with a stranger" lyric within JV. These two interchanging melodies are the "consequent" melodic phrases (marked with a bracket and a **C**) respectively at bar 2 and at bar 6 of the JV Chorus in Musical Example 1 at page 19 of the Ferrara Report (copied immediately below) and at the same bars in the JV Breakdown as shown in **Visual Exhibit B** to the Ferrara Report. The "antecedent" (**A**) melodies are never sung to the "dancing with a stranger" lyric. In addition and as shown in Musical Example 8 at page 28 of the Ferrara Report, the first "consequent" (**C**) melody sung to the "dancing with a stranger" lyric occurs at bars 2 and 10 of each JV Chorus, and the second "consequent" (**C**) melody sung to the "dancing with a stranger" lyric occurs at bars 6 and 14 of each JV Chorus.

**MUSICAL EXAMPLE 1 From the Ferrara Report**

**JV Chorus 1 in its original key of G minor at 1:02**




[8] As shown in the Ferrara Report and in the table copied above from page 5 of the Stewart Report, while there are sixteen iterations in JV, there are twelve iterations of the "dancing with a stranger" lyric in JVvid. Specifically, in JV, there are four iterations that occur respectively at 3:27, 3:35, 3:43 and 3:51 in the Breakdown section (or what the Stewart Report calls an "interlude" in JV). In JVvid, the drum Break at 3:01 does <u>not</u> include any iterations of the "dancing with a stranger" lyric. All twelve iterations of the "dancing with a stranger" lyric in JVvid are in the Choruses.

37. By way of difference, as shown in the Ferrara Report but omitted in the Stewart Report, in SS there are seven (not two) discrete melodic settings of phrases that include the “dancing with a stranger” lyric. The melodic setting that is first heard in SS (single and deposit copy) is at 0:51 in Chorus 1 (e.g., see Musical Example 9 on page 31 of the Ferrara Report); this melodic setting is identically iterated five times in the SS Choruses, making it the most frequently heard melodic setting of the lyrical phrases that include the “dancing with a stranger” lyric. Another melodic setting is heard two times (respectively at 1:08 in Post-chorus 1 and at 2:46 in Post-chorus 3) and each of the remaining five melodic settings are heard only one time. The Stewart Report only presents transcriptions of two of these seven melodies and mistakenly transcribes a melodic setting as shown below.

38. **Visual Exhibit I** attached to the Ferrara Report consists of all of the pairings of the two interchanging melodies in JV and the seven melodies in SS. In keeping with widely accepted musicological practices, scale degree numbers are placed above each note in the melodies therein. As noted in the Ferrara Report, musicologists use scale degree numbers to identify individual pitches in melodies “Because in Western tonality each pitch of a scale functions in a particular way with respect to the others….”[9] As noted in the *Harvard Dictionary* definition, “scale degrees” are “The numbered positions of individual pitches within a major or minor scale”, 1-7. The Stewart Report fails to provide scale degree numbers in its transcriptions in “Example 1” (at page 5) and in “Example 2” (at page 6) and fails to provide any analysis of the scale degrees in its comparative transcriptions. Analyses of the two melodic settings of “dancing with a stranger” in JV and melodic settings of phrases that include “dancing with a stranger” in SS are presented at ¶¶ 9-12 and 71-96 in the Ferrara Report and in **Visual Exhibit I**.

[9] See “Scale degrees” in *Harvard*, p. 758.

THE TRANSCRIPTION OF JV AND "SMITH" IN THE STEWART REPORT'S EXAMPLE 1 SHOWS MANY DIFFERENCES AND NO SIGNIFICANT SIMILARITIES

39. Example 1 on page 5 of the Stewart Report, copied immediately below, places a melodic setting (one of seven melodic settings) of the 4-word "dancing with a stranger" lyric in "Smith" on the top staff and a melodic setting (one of two melodic settings) of that 4-word lyric in JV on the bottom staff. In keeping with widely accepted musicological practices, I input scale degree numbers above the notes in "Smith" and below the notes in JV *based, for argument's sake, on Dr. Stewart's opinion that (1) "Smith" is recorded in a minor (not major) key and (2) in Example 1, "Smith" is transposed to the key of G minor*. Notably, even within Dr. Stewart's mistaken analysis of the key center of "Smith", the "Smith" and JV melodies, *as transcribed in Example 1 of the Stewart Report*, embody many differences and no significant similarities as shown below.

Example 1 signature phrases

**7 5 5 5 4 4 3 3**




**7 (7) 6 6 5 4 4 3**

40. The pitch sequences in the "Smith" and JV melodies in the Stewart Report's Example 1 (copied above) are represented as scale degrees in the chart immediately below followed by the same chart in which scale degrees (pitches) that are not aligned are replaced with an **X**.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| "Smith": | **7** | **5** | **5** | **5** | **4** | **4** | **3** | **3** | |
| JV: | **7** | **(7)** | **6** | **6** | **5** | **4** | | **4** | **3** |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| "Smith": | **7** | **X** | **X** | **X** | **X** | **4** | **X** | **X** | |
| JV: | **7** | **X** | **X** | **X** | **X** | **4** | | **X** | **X** |

As seen above, *based on Dr. Stewart's transcription in his Example 1 and his opinion that both melodies are transcribed in the key of G minor*, out of eight pitches in "Smith", only 2 non-consecutive pitches correspond within the otherwise different sequences (i.e., they line up), namely one scale degree **7** and one scale degree **4**.[10] Six of the eight melodic pitches in "Smith" do not line up and are different from corresponding pitches in JV *as transcribed in Example 1 in the Stewart Report*. (As explained above, there are only 7 scale degrees, 1-7. It is the order or sequence of the pitches that matters because the pool of pitches is limited to scale degrees 1-7. This is analogous to anagrams in language. For example, while the words "senator" and "treason" consist of exactly the same 7 letters, the reason they are different words is because the order of those seven letters is different.) This minimal and fragmentary melodic alignment is further weakened due to the fact that the two non-consecutive pitches that do line up are different in their rhythmic durations *as transcribed in Example 1 in the Stewart Report*: (1) scale degree 7 is an eighth note in duration in "Smith", but scale degree 7 in JV is held for a quarter note (an eighth tied to an eighth) which is twice as long as the eighth note in "Smith" and (2) scale degree 4 is an eighth note in "Smith", but scale degree 4 in JV is a quarter note which is twice as long the eighth note in "Smith".

10 The parentheses around scale degree **7** in JV denotes that it is "tied" (held over) from the previous scale degree **7** and is not iterated, as transcribed in the Stewart Report's Example 1. Moreover, when SS is properly analyzed in the key of Ab major, the pitch sequence is actually 5-3-3-3-2-2-1-1 (as shown in the Ferrara Report), which is *even more* different.

41. Yet, in the section marked "Melodic analysis" which refers to the transcriptions in Example 1, Dr. Stewart opines:

> "these passages are nearly identical in melodic contour, rhythm, and metric placement and the pitch sequences are very similar." [¶ 5(e), p. 5]

First, as charted and analyzed above, 75% of the pitches in the "pitch sequences" are different *as transcribed by Dr. Stewart*. Thus, the opinion that "the pitch sequences are very similar" is illusory.

42. Second, the "melodic contours" are similar merely because both melodies descend. Missing from Dr. Stewart's analysis is the fact that in terms of contour, melodies ascend (move higher in pitch), descend (move lower in pitch), or remain at the same pitch (by repeating the same pitch). Thus, the similarity in melodic contour – that the "Smith" and JV melodies in Example 1 both descend – is unremarkable. Indeed, as shown in the Ferrara Report, eight prior art works include a melodic setting of the "dancing with a stranger" (or similar) lyric in a simple downward melodic contour (*see* Musical Examples 21, 22, 24, 31, 40, 42, 52, and 60 and the related analyses). Moreover and by way of difference, as transcribed in the Stewart Report's Example 1 above, the JV melody descends wholly in stepwise motion[11] (7-6-6-5-4-4-3) while the descent in the "Smith" melody includes a downward leap from scale degree 7 to 5 (thereby "leaping" over the adjacent scale degree 6). Thus, while the contour of both melodies is downward, (1) that is a commonplace melodic shape, and (2) there is a leap in "Smith" (from scale degree 7 to scale degree 5) but there is no leap in JV *as transcribed in the Stewart Report*.

43. Third, staying with the transcriptions of "Smith" and JV in the Stewart Report's Example 1 and the citation copied above from the section marked "Melodic analysis", the "rhythms" in these two melodies are not remotely "nearly identical". In fact, the melodic rhythms in "Smith" and JV *as transcribed in the Stewart Report's Example 1* are demonstrably different. The "Smith" melody consists of seven

[11] Stepwise movement is from one scale degree to an adjacent scale degree. (See "Stepwise" in *Harvard*, p. 840.

consecutive eighth notes ending with a quarter note on beat 4 (sung to "-ger"). By way of difference, the JV melody starts with a "tied" (held over) note with the duration of a quarter note. This quarter value note in the JV melody is followed by three eighth notes, one quarter note, one eighth note, and a final "tied" note starting on beat 4& (i.e., on the second half of beat 4) that is held over for the entirety of the next bar. This last note in the JV melody has a duration of 4 ½ beats which is more than four times longer than the duration of the last note in the melody of "Smith". Only three consecutive eighth notes out of a total of 8 notes in "Smith" correspond to three consecutive eighth notes in JV. By any musicological measure, a*s transcribed in Example 1 of the Stewart Report*, the rhythmic durations of the "Smith" and JV melodies are very different and not remotely "nearly identical".

44. Fourth, the metric placements of (only) the beginning of each syllable in the "dancing with a stranger" lyric are the same in "Smith" and JV in Example 1 of the Stewart Report. However, three metric placements are different on the second note of syllables as specified below based on Dr. Stewart Example 1 transcription:

- While a second note is sung on the syllable "dan-" on beat 1 of the full bar in "Smith", there is no second note sung on the syllable "dan-" on beat 1 of the full bar in JV;
- While a second note is sung on the syllable "stran-" on beat 3& of the full bar in "Smith", there is no second note sung on the syllable "stran-" on beat 3& of the full bar in JV; and
- While a second note is sung on the syllable "-ger" on beat 4& of the full bar in JV, there is no second note sung on the syllable "-ger" on beat 4& of the full bar in "Smith".

Moreover, as shown in the section on Prior Art in the Ferrara Report, two prior art works include identical metric placements of five of the six syllables, namely, "ing with a stran-ger" (see Musical Examples 16, 17, and 18) and seven prior art works with a similar lyric (starting with "dancing" or ending with "stranger") have identical metric placements of the beginning of every corresponding syllable (e.g., "danc-ing with the moon-light",

"danc-ing on the cei-ling", "danc-ing with a gyp-sy", etc.) collectively transcribed in Musical Examples 34 – 42, and 45 in the Ferrara Report.

45. Thus, regarding the "Smith" and JV melodies transcribed in Example 1 of the Stewart Report, Dr. Stewart's opinion cited above – that "these passages are nearly identical in melodic contour, rhythm, and metric placement and the pitch sequences are very similar" – is empty and without musicological support.

<u>THE STEWART REPORT'S EXAMPLE 2 IS DEEPLY FLAWED AND MISREPRESENTATIVE</u>

46. Example 2 and its heading on page 6 of the Stewart Report are copied immediately below. Within the transcription, "Smith" is on the top staff and JV is on the bottom staff. I strongly disagree with the misrepresentative mismatching of phrases in Example 2 of the Stewart Report explained above (at ¶¶ 13-15 on pages 6-8) and below. As to the transcribed notes of the "Smith" and JV melodies in Example 2, while I disagree with several of the notes, in several instances I refer to those notes *as transcribed in Dr. Stewart's Example 2,* because even as transcribed in Example 2, the "Smith" and JV melodies are largely different and there are no significant similarities.

Example 2. Signature phrases in the choruses

Smith 1:55

JV 0:58

JVvid 1:20




47. As shown above at paragraph 13 of this rebuttal report, in the Stewart Report's harmonic analysis, <u>the last two chords</u> of the <u>"verse" in JV</u> (<u>i.e.</u>, the **Eb** and **F** chords) are inserted under <u>the first two chords</u> of the <u>"chorus" in "Smith"</u> making it appear as if they correspond when in fact, they do not. With this sleight-of-hand, the Stewart Report (1) misrepresents that the last two chords in the <u>JV "verse"</u> correspond to the first two chords in the "Smith" "chorus", and (2) omits the seventh chord (**Eb**) and

the eighth chord (**F**) in the JV "chorus" which, if properly charted, are different from the seventh chord (**G-**) and the eighth chord (**Bb**) in the "Smith" "chorus".[12]

48. The Stewart Report continues this misrepresentation in its Example 2, copied above. The heading above Example 6 (copied above) is, "Signature phrases in the choruses". However, by way of self-contradiction and misrepresentation, the first two bars of the bottom staff marked JV are, in fact, the last two bars of what Dr. Stewart identifies as the "verse". Proof of this self-contradiction and misrepresentation is in the structural chart of JV on page 4 of the Stewart Report. Therein, the "verse" continues until **1:03** but, as noted and copied above, in the heading of the Stewart Report's Example 2, the portion of JV that has been transcribed in bars 1 and 2 starts at **0:58**, which is actually the end of what Dr. Stewart calls the "verse" (and what I identify as the Pre-chorus). The next phrase, starting with "She said I'm gonna", is actually the beginning of the JV Chorus as per the structural chart on page 4 of the Stewart Report as explained above. The melody of "She said I'm gonna" is an upbeat (pickup) to bar 1 of the Chorus in which the word "die" is on beat 1, as shown in the structural chart of JV on page 4 of the Stewart Report. Thus, contrary to Dr. Stewart's own structural chart on page 4, the melody and chords set to the lyric "Over and over" in bars 1 and 2 in the transcription of JV in Example 2 are not part of the Chorus. Dr. Stewart's transcription of the purported "chorus" in JV starts with the last 2 bars of what he labels the "verse". This is a continuation of Stewart's sleight-of-hand from page 3 of his report, which he characterizes as "a simple rotation" but which, in fact, is misrepresentative.

49. This misrepresentation is continued in the narrative analysis above Example 2 on page 6 of the Stewart Report wherein Dr. Stewart states: "both choruses are based on a four-chord cycle". As shown above, Dr. Stewart surgically removed the last two chords (**Eb** and **F**) of the "four-chord cycle" at the end of what he identifies as the JV "verse" and inserted those third and fourth chords of the "four-chord cycle" as if

[12] The Stewart Report conflates the Verse and Pre-chorus sections into a single "verse" in JV and conflates the Chorus and Post-chorus sections into a single "chorus" in SS as explained in paragraphs 16-30 above.

they were the beginning (i.e., the first and second chords) of the "four-chord cycle" in the Chorus.

50. Moreover, contrary to its sub-heading "f) Structural importance in chorus" on page 6, the Stewart Report omits the significant differences between the structural placement of the 4-word title lyric "dancing with a stranger" in JV and SS analyzed at ¶¶ 63-66 on pages 26-29 in the Ferrara Report and shown in the Ferrara Report's Musical Example 8 copied below.

51. In Musical Example 8 from page 28 of the Ferrara Report copied immediately below, red boxes are placed around the corresponding "dancing with a stranger" lyric and its melodic settings in relative keys with the full 16-bar JV Chorus on the top staff and the 8-bar SS Chorus 1 plus the 4-bar SS Post-chorus 1 on the bottom staff.[13] As shown in the Ferrara Report's Musical Example 8 copied below, out of four iterations of a "dancing with a stranger" lyric and melody in the JV Chorus, only one iteration is in a corresponding bar in the SS Post-chorus 1 (see bar 10, which, as explained in the Ferrara Report, is bar 2 of SS Post-chorus 1. Therein, the purportedly corresponding "Smith" and JV melodies sung to the "dancing with a stranger" lyric in bar 10 are very different as transcribed by Dr. Stewart and analyzed below.) These differences in the structural placements of the "dancing with a stranger" lyric are further illustrated using red boxes in **Visual Exhibit H** which consists of additional comparative transcriptions. The significant differences in the placements of the 4-word title lyric between the JV Choruses and the SS Choruses and Post-choruses are omitted in the Stewart Report's purported analysis of the "[s]tructural importance in [the] chorus". [¶ 5(f), p. 6]

[13] As shown in the comparative structural charts of SS single and deposit copy (which are identical) and SSvid in **Visual Exhibit D** attached to the Ferrara Report, the Choruses and Post-choruses in SS single and deposit copy and SSvid are identical.

**MUSICAL EXAMPLE 8 From the Ferrara Report**

**In Relative Keys**

**JV – Chorus 1 (in G minor)**

**SS – Chorus 1 and Post-chorus 1 (in Bb major)**



52. Reverting to Example 2 on page 6 of the Stewart Report, in its transcription of "Smith" (SSvid), the "Smith" timing above the transcription is 1:55. According to the structural chart on page 4 of the Stewart Report, 1:55 is the beginning of Chorus **2**; the starting time of Chorus **1** is 1:09 in the Stewart Report's structural chart. Thus, as noted in the Stewart Report, the section that starts with the lyrics "Look what you made me do" in Example 2 in the Stewart Report is the beginning of Chorus **2** in "Smith" as explained further below.

THE RED HIGHLIGHTED MELODIC NOTES ARE LARGELY DIFFERENT BETWEEN JV AND "SMITH" IN EXAMPLE 2 OF THE STEWART REPORT

53. As noted above, the "Smith" timing above Example 2 is 1:55. According to the structural chart on page 4 of the Stewart Report, 1:55 is the beginning of Chorus **2**. As explained above, Dr. Stewart conflates the Chorus and Post-chorus in "Smith" into a single Chorus. Chorus **2** in "Smith" is 8 bars and Post-chorus **2** in "Smith" is 8 bars. Moreover, Example 2 in the Stewart Report omits the last 4 bars of the Post-chorus or what the Stewart Report terms (the 16-bar) Chorus **2**.

54. The JV timing above Example 2 is 0:58. According to the structural chart on page 4 of the Stewart Report, 0:58 is part of "verse" 1; as marked in Dr. Stewart's structural chart (and consistent with the structural chart on page 6 of the Ferrara Report), Chorus **1** in JV begins at 1:03. Thus, based on the timings in the heading of Example 2 in the Stewart Report and as explained above regarding the harmony, the last two bars of the "verse" in JV are placed under the first two bars of the "chorus" in "Smith" making it appear as if they correspond when in fact, they do not. Thereby, the Stewart Report misrepresents that the last two bars in the JV "verse" correspond to the first two bars in the "Smith". Consequently, this mismatch of melodies, lyrics, and chords continues throughout the remaining 12-bar Example 2.

55. Therefore, based on the structural chart on page 4 in the Stewart Report, in Example 2 (on page 6 of the Stewart Report and copied above), Dr. Stewart places bars 1-12 of Chorus **2** of "Smith" over the last 2 bars of "verse" 1 and bars 1-10 of Chorus **1** JV. Even with that surgery and mismatching in Example 2, the Stewart

Report fails to show any significant similarity in the melodies. Rather, in the red highlighted portions of Example 2, the Stewart Report demonstrates many differences and no significant melodic similarities as follows.

56. The first red highlighted phrase is at the end of the top system (bar 4) in Example 2.[14] For argument's sake, I have assigned scale degree numbers (notably missing in the Stewart Report) to the red highlighted notes in the pickup to and the entirety of bar 4 (on the top system of Example 2) *based on Dr. Stewart's opinion that (1) "Smith" is recorded in a minor (not major) key and (2) in Example 2, "Smith" is transposed to the key of G minor*, as charted immediately below followed by the same chart in which scale degrees (pitches) that are not aligned are replaced with an **X**.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| "Smith": | **7** | **5** | **5** | **5** | **4** | **4** | **3** | **3** |
| JV: | **7** | **(7)** | **6** | **6** | **5** | **7** | | **5** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| "Smith": | **7** | **X** | **X** | **X** | **X** | **X** | **X** | **X** |
| JV: | **7** | **(X)** | **X** | **X** | **X** | **X** | | **X** |

As seen above, *based on Dr. Stewart's transcription and opinion that both melodies are transcribed in the key of G minor*, out of eight pitches in "Smith", only one isolated pitch corresponds within the <u>sequence of pitches</u> (<u>i.e.</u>, only one pitch lines up), namely scale degree **7**.[15] Seven of the eight melodic pitches in "Smith" do not line up and are different from corresponding pitches in JV *as transcribed in the Stewart Report*. Thus,

---

[14] In Example 2 in the Stewart Report, the top <u>system</u> consists of bars 1-4 with Smith (SS) on the top staff and JV on the bottom staff, the middle <u>system</u> consists of bars 5-8 with Smith (SS) on the top staff and JV on the bottom staff, and the bottom <u>system</u> consists of bars 9-12 with Smith (SS) on the top staff and JV on the bottom staff.

[15] The parentheses around scale degree **7** in JV denotes that it is "tied" (held over) from the previous scale degree **7** and is not iterated, as transcribed in the Stewart Report's Example 2.

the sequences of red highlighted pitches are significantly different *as transcribed in the Stewart Report's Example 2*. Indeed, the sequences of pitches in "Smith" and JV in the entire top system (bars 1-4) of Example 2 are significantly different *even as transcribed by Dr. Stewart*.

57. Also regarding the red highlighted pitches at bar 4 of the top system, the melodic contours are different because the JV melody descends by step (7-6-6-5), ascends by leap (5-7), and descends by leap (7-5) creating a down-up-down melodic contour. By way of difference, the "Smith" melody descends with a downward leap (7-5), iterates scale degree 5 three times (5-5-5), and continues to descend in stepwise motion (4-4-3-3). Thus, the down-up-down melodic contour in the JV melody is different from the wholly downward melodic contour in the "Smith" melody in the red highlighted melody. By additional way of difference, there are two leaps at the end of the melody in JV (5-7-5), but there is only a single leap at the beginning of the "Smith" melody (7-5). Indeed, the melodic contours in "Smith" and JV in the entire top system (bars 1-4) of Example 2 are significantly different even as transcribed by Dr. Stewart.

58. Regarding the red highlighted pitches at bar 4 of the top system in Example 2, the rhythmic durations are demonstrably different *as transcribed in the Stewart Report*. The "Smith" melody consists of seven consecutive eighth notes ending with a quarter note on beat 4 (sung to "-ger"). By way of significant rhythmic difference, the JV melody starts with a "tied" (held over) note with the duration of a quarter note, followed by three eighth notes, and ending with two quarter notes. By any musicological measure, a*s transcribed in Example 2 of the Stewart Report*, the rhythmic durations of the "Smith" and JV melodies that are highlighted in red are very different. Indeed, even as transcribed by Dr. Stewart in his Example 2, the rhythmic durations in "Smith" and JV in the entire top system (bars 1-4) of Example 2 are significantly different as transcribed by Dr. Stewart.

59. Also as shown on the top system in Example 2, the metric placements of the beginning of each syllable in the "dancing with a stranger" lyric are the same in "Smith" and JV. However, by way of difference in metric placements:

- While a second note is sung on the syllable "dan-" on beat 1 of bar 4 in "Smith", there is no second note sung on the syllable "dan-" on beat 1 of bar 4 in JV, and
- While a second note is sung on the syllable "stran-" on beat 3& of bar 4 "Smith", there is no second note sung on the syllable "stran-" on beat 3& in bar 4 in JV.

Moreover, as shown in the section on Prior Art in the Ferrara Report, two prior art works include identical metric placement of five of the six syllables, namely, "ing with a stran-ger" (see Musical Examples 16, 17, and 18) and seven prior art works with a similar lyric (starting with "dancing" or ending with "stranger") have identical metric placements of the beginning of every corresponding syllable (e.g., "danc-ing with the moon-light", "danc-ing on the cei-ling", "danc-ing with a gyp-sy", etc.) collectively transcribed in Musical Examples 34 – 42, and 45 in the Ferrara Report.

60. Staying with Dr. Stewart's Example 2 copied at page 23 above, we turn to the second red highlighted phrase which is at the end of the middle system at bar 8 (continuing in bar 9 in JV, which is the first bar on the bottom system). As explained above and shown in the red boxed copy of Musical Example 8 from the Ferrara Report at page 26 above, the phrases within the "Smith" and JV Choruses don't line up in bar 8: Dr. Stewart spliced 2 bars from the end of the "verse" on to the beginning of the Chorus in JV. Moreover, this second highlighted phrase in Example 2 is the same phrase in the Stewart Report's Example 1 that was analyzed above at paragraphs 39-45 on pages 18-22 in this rebuttal report. Reverting to bar 8 in the middle system of Dr. Stewart's Example 2 on page 6 of his report, cnce again, for argument's sake, I assigned scale degree numbers to the red highlighted notes in the middle system in the "Smith" and JV melodies *based on Dr. Stewart's opinion that (1) "Smith" is recorded in a minor (not major) key and (2) in Example 1, "Smith" is transposed to the key of G minor*. The pitch sequences in the "Smith" and JV melodies in Example 2 above are represented as scale degrees and charted immediately below followed by the same chart in which scale degrees (pitches) that are not aligned are replaced with an **X**.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| "Smith": | **7** | **5** | **5** | **5** | **4** | **4** | **3** | **3** | |
| JV: | **7** | **(7)** | **6** | **6** | **5** | **4** | | **4** | **3** |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| "Smith": | **7** | **X** | **X** | **X** | **X** | **4** | **X** | **X** | |
| JV: | **7** | **(X)** | **X** | **X** | **X** | **4** | | **X** | **X** |

61. As charted above, *based on Dr. Stewart's transcription and opinion that both melodies are transcribed in the key of G minor*, out of eight pitches in "Smith", only 2 non-consecutive pitches correspond in the sequence of pitches (i.e., they line up), namely one scale degree **7** and one scale degree **4**.[16] Six of the eight melodic pitches in "Smith" do not line up and are different from corresponding pitches in JV *as transcribed in the Stewart Report*. Thus, the pitch sequences are largely different. Indeed, the pitch sequences in "Smith" and JV in the entirety of the middle system (i.e., in bars 5-8) of Example 2 are significantly different even as transcribed by Dr. Stewart.

62. Staying with the red highlighted phrase in the middle system, the melodic contours are similar because both melodies merely descend. As explained above, melodies ascend (move higher in pitch), descend (move lower in pitch), or remain at the same pitch (by repeating the same pitch). Thus, the similarity in melodic contour – that the "Smith" and JV melodies in Example 1 both descend – is generic. Further, as shown in the Ferrara Report, eight prior art works include a melodic setting of the "dancing with a stranger" (or similar) lyric in a simple downward melodic contour (*see* Musical Examples 21, 22, 24, 31, 40, 42, 52, and 60 and the related analyses). Additionally and by way of difference, as transcribed in the Stewart Report's Example 2 above, the JV melody descends wholly in stepwise motion (7-6-6-5-4-4-3) while the "Smith" melody includes a downward leap from scale degree 7 to 5 (thereby "leaping" over the adjacent scale degree 6). Thus, while the contour of both melodies is

[16] As explained above, the parentheses around scale degree **7** in JV denotes that it is "tied" (held over) from the previous scale degree **7** and is not iterated, as transcribed in the Stewart Report's Example 1.

downward, (1) that is a commonplace melodic shape and (2) there is a leap in "Smith" (from scale degree 7 to scale degree 5) but there is no leap in JV *as transcribed in the Stewart Report*. Moreover, the melodic contours of the entirety of the middle system (bars 5-8) in Example 2 are very different.

63. Continuing with the red highlighted phrase in the middle system starting with the upbeat to bar 8 in Dr. Stewart's Example 2, the rhythmic durations are significantly different. The "Smith" melody consists of seven consecutive eighth notes ending with a quarter note on beat 4 (sung to "-ger"). By way of significant difference, the JV melody starts with a "tied" (held over) note with the duration of a quarter note, this quarter value note in the JV melody is followed by three eighth notes, one quarter note, one eighth note, and a final "tied" note starting on beat 4& held over for the entirety of bar 9 on the bottom system. Thereby, the last note in the JV melody has a duration of 4 ½ beats, which is more than four times longer that the duration of the last note in the melody of "Smith". Thus, *as transcribed in Example 2 of the Stewart Report*, the rhythmic durations of these purportedly corresponding melodies in "Smith" and JV are very different. Indeed, the rhythmic durations in "Smith" and JV in the entirety of the middle system (bars 5-8) of Example 2 are significantly different even as transcribed by Dr. Stewart.

64. Regarding the metric placements in the red highlighted phrase of the middle system, (only) the beginning of each syllable in the "dancing with a stranger" lyric is the same in "Smith" and JV in Example 2 of the Stewart Report. However, by way of difference in metric placements:

- While a second note is sung on the syllable "dan-" on beat 1 of bar 8 in "Smith" , there is no second note sung on the syllable "dan-" on beat 1 of bar 8 in JV;
- While a second note is sung on the syllable "stran-" on beat 3& of bar 8 in "Smith", there is no second note sung on the syllable "stran-" on beat 3& of bar 8 in JV; and

- While a second note is sung on the syllable "-ger" on beat 4& of bar 8 in JV, there is no second note sung on the syllable "-ger" on beat 4& of bar 8 in "Smith".

Moreover, as shown in the section on Prior Art in the Ferrara Report, two prior art works include identical metric placement of five of the six syllables, namely, "ing with a stran-ger" (see Musical Examples 16, 17, and 18) and seven prior art works with a similar lyric (starting with "dancing" or ending with "stranger") have identical metric placements of the beginning of every corresponding syllable (e.g., "danc-ing with the moon-light", "danc-ing on the cei-ling", "danc-ing with a gyp-sy", etc.) collectively transcribed in Musical Examples 34 – 42, and 45 in the Ferrara Report.

65. In the bottom system of Dr. Stewart's Example 2, there are red highlighted notes starting with the upbeat to bar 10 (the second bar of the bottom system) in "Smith". However, the Stewart Report omits notes in the melody sung to the "dancing with a stranger" lyric in its transcription of the melody in "Smith" in bar 10. In **Visual Exhibit C** of the Ferrara Report, an accurate transcription of this melody is in the second bar (including the upbeat and final note in the third bar) of Post-chorus 2 at the bottom of the second page of the overall transcription. In the SS single and deposit copy audios, this melodic setting of the "dancing with a stranger" phrase in Post-chorus 2 is at 1:54 and in SSvid it is at 2:16. A transcription in the "relative key" is on page 4 of **Visual Exhibit I** in the Ferrara Report and copied immediately below. In comparing the transcription of "Smith" in bar 10 of Example 2 in the Stewart Report and the portion of SS in the transcription from the Ferrara Report copied below, seven notes are omitted in the melody in "Smith" in Example 2 of the Stewart Report, namely, the last six notes with upward stems and the second note sung to "stran-" in the lower voice as shown immediately below.



66. Moreover, in bar 9 of the "Smith" transcription in Example 2, the Stewart Report incorrectly ties (holds) over the bar line the "f" note sung to "dan-" on beat 4& to the downbeat of bar 10 by connecting (with a curved line) the "f" note at the end of bar 9 to the "f" note at the beginning of bar 10 of "Smith". The "f" note is not tied. Rather, as shown in its relative key on page 4 of **Visual Exhibit I** in the Ferrara Report and copied immediately above, the "f" note sung to "dan-" on beat 4& is followed by a "d" note (which continues the singing of "dan-") on a lower space on the staff on the downbeat (i.e., on beat 1) of bar 10.

67. In addition, as transcribed in Example 2, there is no purportedly corresponding setting of the "dancing with a stranger" lyric in bar 10 of JV. Indeed, the melody set to the JV lyric "She said I'm gonna die" in bars 10-11 is significantly different from the melody in bar 10 of "Smith" as transcribed by Dr. Stewart.

68. Now turning to the final red highlighted phrase at the end of the bottom system in the Stewart Report's Example 2 (starting with the upbeat to bar 12), as in the upbeat to bar 10 discussed immediately above, I strongly disagree with Dr. Stewart's "tie" on the "f" note sung to "dan-" in "Smith" on the upbeat on beat 4& over the bar line to the downbeat of bar 12. It is patently clear to me that this "f" note is not tied. Rather, as shown on page 5 of **Visual Exhibit I** attached to the Ferrara Report and in the transcription at paragraph 69 below, the "f" note sung to "danc-" on beat 4& is followed by a "d" note (which continues the singing of "dan-") on a lower space on the staff on the downbeat of bar 12.

69. The Stewart Report also omits notes in the melody sung to "dancing with a stranger" in its transcription of the melody in "Smith" in bar 12. This melodic setting of the "dancing with a stranger" phrase in Post-chorus 2 of the single and deposit copy versions of SS is at 1:59 and at 2:21 in SSvid. A transcription in the "relative key" is on page 4 of **Visual Exhibit I** in the Ferrara Report and copied immediately below. In comparing the transcription of "Smith" in bar 12 of Example 2 in the Stewart Report and the portion of SS in the transcription from the Ferrara Report copied below, in addition to the omission of the "d" on beat 1 as explained at paragraph 68 above, 3 more notes

are omitted in the melody in “Smith” in Example 2 of the Stewart Report, namely: (1) the second note sung to the syllable “stran-” on beat 3& on the pitch “b-flat”, (2) a “b-flat” in the lower voice on beat 4, and (3) a “c” in the upper voice on beat 4. There is also a misplacement of the “d” pitch which actually occurs one sixteenth beat into beat 4, not <u>on</u> beat 4, as transcribed in bar 12 in Example 2 of the Stewart Report.




70. Nonetheless, for argument’s sake, using the transcription in Example 2 of the Stewart Report, I have assigned scale degree numbers to the red highlighted notes in the pickup to and the entirety of bar 12 *based on Dr. Stewart’s opinion that (1) “Smith” is recorded in a minor (not major) key and (2) in Example 2, “Smith” is transposed to the key of G minor* as charted immediately below followed by the same chart in which scale degrees (pitches) that are not aligned are replaced with an **X**.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| “Smith”: | **7** | **(7)** | **5** | **5** | **4** | **4** | **5** | **4** | **3** |
| JV: | **7** | **(7)** | **6** | **6** | **5** | **7** | **5** | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| “Smith”: | **7** | **(7)** | **X** | **X** | **X** | **X** | **5** | **X** | **X** |
| JV: | **7** | **(7)** | **X** | **X** | **X** | **X** | **5** | | |

As shown above, based on Dr. Stewart’s transcription and opinion that both melodies are transcribed in the key of G minor, out of eight pitches in SS, only 2 non-consecutive pitches correspond (<u>i.e.</u>, they line up) within the <u>pitch sequences</u>, namely a single scale degree **7** (which is held over to the next bar and not reiterated) and a single scale degree **5**. Six of the eight melodic pitches in “Smith” do not line up and are different from corresponding sequence of pitches in JV *as transcribed in the Stewart Report*. Thus, the sequences of pitches are significantly different as transcribed in the Stewart Report’s Example 2. Moreover, comparing the entire bottom system (bars 9-12), the <u>sequences of pitches</u> are very different even as transcribed by Dr. Stewart.

71. Staying with the transcriptions of "Smith" and JV at bar 12 on the bottom system in Example 2, the melodic contour in the JV melody descends by step (7-6-6-5), ascends by leap (5-7), and descends by leap (7-5) creating a down-up-down melodic contour. The "Smith" melody descends with a downward leap (7-5), iterates scale degree 5 three times (5-5-5), and continues to descend in stepwise motion to scale degree 4, only to ascend stepwise to scale degree 5 and descend stepwise on (4-3). The down-up-down melodic contour in both melodies is an insignificant and commonplace similarity. For example, prior art melodies sung specifically to the "dancing with a stranger" lyric with down-up-down melodic contours are shown in the Ferrara Report in Musical Examples 19, 20, 23, 25, and 28. Moreover, there are two leaps at the end of the melody in JV (5-7-5), but there is only a single leap at the beginning of the "Smith" melody (7-5). Indeed, while the last three pitches in JV (5-7-5) are separated by leaps, the last seven (out of a total of eight) pitches are all stepwise in "Smith" (5-5-4-4-5-4-3). In addition, melodic contours in the entirety of bars 9-12 (the bottom system) in Example 2 are different in "Smith" and JV as transcribed by Dr. Stewart.

72. The melodic rhythms have similarities and differences in bar 12 *as transcribed in the Stewart Report*. By way of similarity, both melodies purportedly begin with a tied note on 4& that anticipates the downbeat of bar 12 followed by three eighth notes and a quarter note. First, as shown at paragraphs 80-81 below, starting a melody with the same or similar "dancing with a stranger" lyric with a tied note is commonplace. Second, beat 4 of bar 12 in "Smith" consists of (1) an eighth note, (2) a sixteenth note, and (3) a final sixteenth note that is tied to a note in the next bar (the tied note in the next bar is missing in Example 2) but, by way of difference, beat 4 of bar 12 of JV is a single quarter note. The melodic rhythms in the entirety of bars 9-12 (the bottom system) in Example 2 are different in "Smith" and JV. Moreover, if "Smith" was correctly transcribed (as shown at paragraph 69 above), there would be significantly more differences in the melodic rhythms in the allegedly corresponding final red highlighted melodic setting of the "dancing with a stranger" lyric.

73. The metric placements of the beginning of each syllable in the "dancing with a stranger" lyric are the same in "Smith" and JV. However, by way of difference in metric placements, there are second and third notes sung on the syllable "-ger" on beat 4& of bar 12 "Smith", but there are no second and third notes sung on the syllable "-ger" on beat 4& in bar 12 in JV.

74. Moreover, as shown in the section on Prior Art in the Ferrara Report, two prior art works include identical metric placement of five of the six syllables, namely, "-ing with a stran-ger" (see Musical Examples 16, 17, and 18) and seven prior art works with a similar lyric (starting with "dancing" or ending with "stranger") have identical metric placements of the beginning of every corresponding syllable (e.g., "danc-ing with the moon-light", "danc-ing on the cei-ling", "danc-ing with a gyp-sy") collectively transcribed in Musical Examples 34 – 42, and 45 in the Ferrara Report.

75. Additionally, six melodies (in six prior art works) in which the first syllable of "dancing", namely "danc-", anticipates the downbeat are analyzed and transcribed in Musical Examples 19, 46, 50, 52, 53, and 58 in the Ferrara Report. Furthermore, three additional melodies (in two additional prior art works) in which the first lyric is "dance" (rather than "danc-ing") and "dance" anticipates the downbeat are analyzed and transcribed in Musical Examples 43, 44, and 54 for *a total of nine prior art works in the Ferrara Report that anticipate the downbeat*.[17]

THE STEWART REPORT'S PRIOR ART EXAMPLES ESTABLISH THAT THE 4-WORD "DANCING WITH A STRANGER" LYRIC WAS IN COMMON USE BEFORE JV

76. In the section marked "Prior Art" on page 7 of the Stewart Report, Dr. Stewart notes that "a dozen songs that predate the songs at issue" were found that contain the words "dancing with a stranger". Dr. Stewart only identifies three of the "dozen songs". Two of those three prior art works in the Stewart Report are also

[17] In two of the three prior art work transcriptions on page 7 of the Stewart Report, "dance" or "dan-" is tied over the bar line and anticipates the downbeat of the next bar and in the third prior art work "dan-" anticipates the strong beat 3 of the bar.

analyzed and transcribed in the Ferrara Report, respectively by The Risk and Cyndi Lauper.

77. In addition to the three prior art works identified in the Stewart Report, the Ferrara Report includes:

- six songs with the title "Dancing With a Stranger";
- two songs with the title "Dance With a Stranger"; and
- seven songs with different titles that include the sung 4-word "dancing with a stranger" lyric as analyzed and transcribed in the Ferrara Report and attached as **Visual Exhibit G** thereto.

Thus, a total of eighteen songs that include the sung 4-word "dancing with a stranger" lyric are identified in the Stewart Report and/or the Ferrara Report. Moreover, there are nine unidentified prior art songs in the Stewart Report which may or may not overlap with eighteen songs enumerated above.

78. Clearly, the 4-word "dancing with a stranger" lyric was in common use prior to JV.

79. Moreover, the Ferrara Report analyzed and transcribed fourteen additional songs with similar lyrical phrases and similarities in the melodic setting thereof such as the following.

| | |
|---|---|
| Hotei – | "Dancing With the Moonlight" (1989) |
| Lionel Richie – | "Dancing on the Ceiling" (1986) |
| Tora Tora – | "Dancing With a Gypsy" (1989) |
| King Harvest – | "Dancing In the Moonlight" (1972) |
| INXS – | "Dancing on the Jetty" (1984) |
| Double You – | "Dancing With an Angel" (radio mix) (1995) |
| Regina – | "Dancing With an Angel" (extended) (1991) |
| After the Fire – | "Dancing In the Shadows" (1982) |
| Bruce Springsteen – | "Dancing In the Dark" (1984) |
| Jim Capaldi – | "Dancing on the Highway" (1988) |

| | |
|---|---|
| Timecode – | "Dancing on a Highway" (1989) |
| Wanda Cross – | "Dancing in the Desert" (1985) |
| Len Watson – | "Dancing With Your Memory" (1964) |
| Northern Lite – | "Dancing With My Demons" (2006) |

ANTICIPATION OF A STRONG BEAT ON "DANC-" OR "DANCE" IS COMMONPLACE

80. As discussed above in footnote 17, in two (the Taylor Dane and Cyndi Lauper songs) of the three prior art work transcriptions on page 7 of the Stewart Report, "dance" or "danc-" is tied over the bar line and anticipates the downbeat of the next bar. In the Taylor Dane song, "dance" is a tied eighth note held over to the downbeat of the next bar and in the Cyndi Lauper song "dan-" is a tied sixteenth note held over to the downbeat of the next bar. In addition, in the third prior art work (by The Risk) identified in the Stewart Report, "dan-" is a tied eighth note and anticipates the strong beat 3 of the bar.

81. These three songs identified in the Stewart Report and the nine prior art melodies identified in paragraph 75 above combine with an additional five melodies (in four prior art works) in which the first syllable of "dancing" ("danc-") or the word "dance" anticipates the strong beat 3 of the bar (analyzed and shown in Musical Examples 32, 47, 48, 51, and 56 of the Ferrara Report) for a total of seventeen melodies. This establishes that the anticipation of "dance" or "danc-" tied over to either the strong beat 1 or the strong beat 3 is a common setting of that word in similar lyrical phrases.

THE QUANTITATIVE AND QUALITATIVE ANALYSES IN THE STEWART REPORT FAIL

82. The Stewart Report presents a "quantitative analysis" of the value of the expression it places at issue in "SS". As shown in the Stewart Report's musical transcriptions in its Examples 1 and 2, and particularly in the red highlighted notes and lyrics in Example 2, the expression at issue is the 4-word lyric "dancing with a stranger" and the melodies that are sung to those lyrics.

83. The Stewart Report is mistaken when it finds that the “dancing with a stranger” phrase “…appears thirteen times in SS….” [¶ 7, p. 7] As explained at paragraph 35 above and shown in the table from page 5 of the Stewart Report copied at paragraph 34 above, there are twelve iterations and a purported thirteenth iteration at 2:26 of “SS” which Dr. Stewart qualifies as “partial” in his table. Dr. Stewart fails to provide a transcription of this “partial” iteration of the 4-word “dancing with a stranger”. That transcription is in the Ferrara Report as shown in the pickup to bar 14 through the beginning of bar 15 in Post-chorus 2 on the last page of **Visual Exhibit C**. Therein, the lyric is merely “dancing yeah ooo” which hardly rises to a noteworthy “partial” iteration of the 4-word “dancing with a stranger”.

84. Unlike the Stewart Report’s incomplete transcriptions of the expression it places at issue, the twelve “dancing with a stranger” iterations are transcribed in **Visual Exhibit C** of the Ferrara Report. As shown therein, each of six iterations in the Choruses are exactly 1 bar and 1 eighth beat in duration. Post-chorus 1 has one iteration which is also 1 bar and 1 eighth beat in duration. Post-chorus 2 has two iterations each with a duration of 1 bar and 3 eighth beats. Post-chorus 3 has three iterations: the first two iterations are 1 bar and 5 eighth beats in duration and the third and final iteration is 1 bar and 1 eighth beat in duration. **The total number of bars in “SS” that embody the expression at issue (i.e., 12 iterations of the “dancing with a stranger” lyric) is 15 bars.**

85. Now looking at the SSvid structure (as noted above, based on the timings cited in the Stewart Report, it appears that Dr. Stewart used the SSvid version), there are a total of 80 bars in SSvid as shown in the structural chart at paragraph 23 on page 10 above. Since there are 15 total bars at issue, **the “quantitative value” of the expression at issue in “SS” is 18.75%.**

86. As to the lyrics, a transcription of the lyrics in the entirety of SS is attached as **Rebuttal Visual Exhibit B**. Therein, the 4-word title lyric at issue, “dancing with a stranger”, is highlighted. There are a total of 276 words in SS. There are 12 iterations

of the 4-word "dancing with a stranger" lyric for a total of 48 words. Therefore, from a quantitative perspective, the quantitative value of the lyrics at issue in SS is 17.39%.

87. As explained above, the Stewart Report conflates the Chorus and Post-chorus in "SS" into a Chorus. With that in mind, while the Stewart Report finds that "In SS the choruses comprise a total of 1:45 of the 3:15 song (105 of 195 seconds) or 54%", it also concedes the following.

> "While the choruses are constructed around the signature phrases, these phrases are not present throughout the entire choruses, so the quantitative percentages could arguably be somewhat lower." [¶ 7, p. 7]

88. The opening sentence in the Stewart Report's "Qualitative Analysis" on page 8 is copied below.

> "Calculating the amount of time that musical expression is present in a composition is at best a crude measurement of the value of that expression to the overall song." [¶ 8, p. 8]

"Calculating the amount of time that musical expression is present in a composition" is one method of quantitative analysis. When correctly performed, "[c]alculating the amount of time that musical expression is present in a composition" is not remotely a "crude measurement". In fact, when correctly performed (as in paragraphs 83-85 above), a quantitative analysis provides an "objective" (i.e., empirically verifiable) measurement of the presence of the expression at issue within the overall song.

89. On the other hand, Dr. Stewart's "quantitative analysis" on page 7 of his report is indeed "at best a crude measurement of the value of [the] expression to the overall ["SS"] song" because Dr. Stewart merely finds that the Choruses comprise 54% of "SS". Dr. Stewart's "crude measurement" is then ambiguously qualified conceding that insofar as not all of the expression in the Choruses in "SS" is at issue, "the quantitative could arguably be somewhat lower". [¶ 7, p. 7]

90. A proper quantitative analysis of the value of the expression at issue identifies the actual expression at issue and objectively quantifies it within the overall composition. The "quantitative analysis" on page 7 of the Stewart Report fails to meet that objective result by merely providing a "crude" 54% measurement and a feeble and imprecise qualification thereof.

THE LYRICS ARE MOSTLY DIFFERENT AND THE 4-WORD SIMILARITY IS COMMONPLACE

91. As shown at ¶¶ 22-31 in the Ferrara Report, outside of the "dancing with a stranger" lyric, the lyrics in JV and SS are significantly different. The Stewart Report fails to provide an analysis of the lyrics other than the use of the title phrase, "dancing with a stranger", in JV and SS. Moreover, as shown in the Ferrara Report and above, the 4-word "dancing with a stranger" lyric was in common use prior to JV.

92. Also as shown in the Ferrara Report and above, the melodic settings of the 4-word "dancing with a stranger" lyric are mostly different in JV and SS.

93. While Dr. Stewart is correct in stating that generally, "the quantitative value is adjusted upward or downward" according to the "qualitative" value of the expression [¶ 8, p. 8], (1) the lyrical similarity at issue (the 4-word "dancing with a stranger") in this case was in common use prior to JV and therefore it should be filtered out and (2) the melodic settings of the commonly used 4-word lyric at issue in SS and JV are significantly different as shown in the Ferrara Report. (Even as transcribed in the Stewart Report, for the most part, the melodic similarities are significantly different in JV and SS.) These facts (1) provide strong musicological evidence that undermine the claim that the writers of SS copied JV and (2) provide strong musicological support to "adjust downward" the quantitative value of the expression at issue in SS.

THE STEWART REPORT'S "CONCLUSIONS" ARE ILLUSORY

94. The Stewart Report's section titled "Conclusions" is presented at ¶ 9 on page 8. Each conclusory statement therein is cited and rebutted below.

> "The musical expression at issue in this case is substantially similar and is significant both quantitatively and qualitatively to each song." [¶ 9, p. 8]

First, as noted at paragraph 6 in this rebuttal report, Dr. Stewart's finding that JV and SS are "substantially similar" is a legal conclusion which I understand is outside the purview of a musicologist's analysis. Second, to the extent that I understand the legal meaning of the term "substantially similar", from a purely musicological perspective it is my professional opinion that the Stewart Report has not even remotely provided musicological support for such a claim.

> "These signature phrases are distinctive and a prior art search has uncovered no other songs as similar to these songs as they are to each other." [¶ 9, p. 8]

First, as shown at paragraphs 39-75 above, the "signature phrases" (i.e., the melodic settings of the 4-word "dancing with a stranger") are not "distinctive" in SS and JV and are significantly different as shown in the Ferrara Report. Even as transcribed in the Stewart Report, any melodic similarities are minimal and not remotely indicative of copying.

95. Second, as to the Stewart Report's "prior art search", as shown at paragraphs 76-79 above, Dr. Stewart found "a dozen songs that predate the songs at issue" that contain the words "dancing with a stranger". Dr. Stewart only identifies three of "a dozen songs". In addition to the three prior art works identified in the Stewart Report, the Ferrara Report includes fifteen songs (for a total of at least eighteen songs) that contain the sung words "dancing with a stranger".

96. Third, in the Ferrara Report, melodic settings of the "dancing with a stranger" (or a similar lyric) from 34 prior art works are analyzed at ¶¶ 104-154 on pages 47-93 (including comparative transcriptions in Musical Examples 16-60) with similarities to the melodic settings in JV or SS. Given the paucity of melodic similarity between the title phrases in JV and SS as shown in the Ferrara Report and even as transcribed in the Stewart Report, these 34 prior art works definitively undercut any claim that similarities between the melodic settings in JV and SS are "distinctive".

97. Fourth, in the Ferrara Report, an additional 15 prior art works with unrelated lyrics, including 6 songs co-written by Sam Smith and released in 2014 (a year before JV), are analyzed at ¶¶ 155-172 on pages 94-109 (including comparative transcriptions in Musical Examples 61-76) that contain melodies similar to the melodies at issue in SS. Once again, given the absence of any significant melodic similarity between the title phrases in JV and SS, *even as transcribed in the Stewart Report* as shown above, these 15 prior art works further undercut any claim that any melodic similarity between JV and SS is "distinctive" or even remotely suggestive of copying.

98. In the next sentence in the Conclusions section, Dr. Stewart opines:

> "None of the earlier works exhibit the creative selection and arrangement of elements as originally heard in JV and later appearing in SS." [¶ 9, p. 8]

However, as shown at paragraph 7 above in this report, (1) the Stewart Report fails to provide any musicological support for an opinion regarding the selection and arrangement of elements in JV and SS and (2) the Ferrara Report shows that the selection and arrangement of elements in the entirety of JV and SS is different at ¶¶ 8-12 and 17-18 regarding the structures, ¶¶ 26-28 regarding the lyrics, ¶¶ 35-38 and 40-41 regarding harmony, ¶¶ 44-50 regarding rhythm, ¶¶ 53-66 and 92-96 regarding melody, and ¶¶ 98-102 regarding the entirety of both songs.

> "Indeed, none of this prior art is even remotely similar to these two songs." [¶ 9, p. 8]

First, even as transcribed in the Stewart Report, there is only a bare and minimal similarity of the melodic setting of the commonplace "dancing with a stranger" lyric. Second, as shown in the Ferrara Report and noted above, 34 prior art songs include the phrase "dancing with a stranger" or similar lyric sung to melodies with similarities to the melodic settings in JV and SS.

> "As discussed above, the phrases occur repeatedly in both JV and SS in important places and contain the lyrics referencing the titles." [¶ 9, p. 8]

First, title phrases often occur repeatedly in "important places" such as in the Chorus sections. That is a commonplace practice. Second, title phrases, by definition, "reference the titles". There are popular songs in virtually all genres that include the title in a Chorus (including prior songs titled "Dancing With a Stranger"). This purported similarity is a commonplace practice and not remotely suggestive of copying.

> "Clearly, they form the most valuable expression in these compositions." [¶ 9, p. 8]

First, taken separately, (1) the repetition of the title phrase "dancing with a stranger" can be assessed as "the most valuable expression" in JV and (2) the repetition of the title phrase "dancing with a stranger" can be assessed as "the most valuable expression" in SS. But that is often the case with the repetition of title phrases in popular songs. Second, as shown in (1) the Ferrara Report, (2) above in this rebuttal report, and (3) in the transcriptions in the Stewart Report, while there are significant differences, there is no significant melodic similarity between the commonplace 4-word "dancing with a stranger" lyric in JV and SS, which undermines any suggestion of copying, let alone the copying of any significant expression from JV by the writers of SS in their composition.

> "Given the degree of similarity in these distinctive passages and other details, I consider it extremely unlikely that SS was created independently from JV." [¶ 9, p. 8]

The Stewart Report fails to provide musicological evidence that any structural, lyrical, harmonic, rhythmic, or melodic expression in JV was copied from SS. At most, the use of a commonly used 4-word "dancing with a stranger" lyric set to different melodies and in different structural settings undermines any claim of copying. Moreover, as explained at paragraph 7 above in this rebuttal report, the Stewart Report fails to provide any musicological support for an opinion regarding the selection and arrangement of elements in JV and SS. Indeed, the Ferrara Report shows that the selection and arrangement of elements in the entirety of JV and SS is different.

## III. CONCLUSIONS

99. The Stewart Report has not changed my opinions as presented in the Ferrara Report. It continues to be my opinion that there are no significant structural, harmonic, rhythmic, melodic, or lyrical similarities, individually or in the aggregate, between JV and SS. Similarities between JV and SS are coincidental and unremarkable and found in musical compositions that predate 2015, the year in which JV was created, including the use of the commonplace 4-word phrase "dancing with a stranger" which is sung with different scale degrees and rhythmic durations in JV as compared with SS. The insignificant similarities between JV and SS are found in 49 prior art works (34 of which include similarities in lyrics and melody and 15 of which include similarities in melody) including six songs co-written by Sam Smith prior to 2015 with melodic elements that are also used in his SS. Thus, similarities in common between JV and SS are not only insignificant, they were widely available to the writers of both JV and SS. The presence of melodic similarities between SS and Sam Smith's own pre-2015 songs as well as in many songs by other artists provides very strong musicological evidence that the music and lyrics in SS were created independently of JV.

100. In reviewing the Stewart Report, I found no musicological evidence suggesting that any expression in SS was copied from JV. To the contrary, the Stewart Report's own transcriptions combined with analyses in the Ferrara Report provide very strong musicological evidence that SS was created independently of JV. Even with Dr. Stewart's fundamental mistake regarding the mode/key of SS and his flawed transcriptions, the melodies sung to the commonplace 4-word "dancing with a stranger" lyric are different in JV and SS and do not embody any significant similarities. Moreover, the Stewart Report presents no evidence that a sound recording sample from JV is in the SS sound recording.

101. As explained more fully above, the Stewart Report:

- Fails to show any significant structural, harmonic, rhythmic, melodic, or lyrical similarities, individually or in the aggregate, between JV and SS;

- Fails to provide any musicological support for its finding regarding the selection and arrangement of elements in JV and SS;
- Fails due to a harmonic analysis that is flawed by omissions and misrepresentations;
- Fails due to a flawed analysis of the structures in JV and SS;
- Fails due to an analysis of melody that is flawed by errors, omissions, and misrepresentations;
- Fails due to a “quantitative analysis” of the value of the expression at issue in SS that is ambiguous and imprecise; and
- Fails because it presents a legal conclusion, namely, that JV and SS are allegedly “substantially similar”.

Respectfully submitted,

January 9, 2023 By: Lawrence Ferrara, Ph.D.

________________________

For: Lawrence Ferrara, Inc.

# REBUTTAL VISUAL EXHIBIT A

**SONGS RELEASED PRIOR TO 2015**

**WITH A BASIC bVI-bVII-i-bIII CHORD PROGRESSION**

**(Timings of the progression are included below each title)**

**1. Muse – "Time Is Running Out" (2003)**

https://youtu.be/URYhXY5R0rQ

0:41 (3 consecutive iterations)

1:45 (4 consecutive iterations)

2:59 (4 consecutive iterations)

**2. Brand New – "Limousine" (2006)**

https://youtu.be/HhmEifNjWiw

1:51

**3. The Cinematics – "A Stranger Education" (2007)**

https://youtu.be/zk9m0kYgbQE

1:14

1:29

2:47

3:00

4:02

4:18

4:41 (2 consecutive iterations)

**4. Cascada – "Pyromania" (2010)**

https://youtu.be/C9kLGp_Hd4A

0:04 (2 consecutive iterations)

0:46 (4 iterations alternating with bVI-bVII-i-v)

1:54 (11 iterations alternating with bVI-bVII-i-v)

**5. Ken Ashcorp – "Absolute Territory" (2013)**

https://youtu.be/kFZKgf5WG0g

2:10 (2 consecutive iterations)

3:41 (2 consecutive iterations)

**6. Archie – “Famous" (2013)**

https://youtu.be/TfdHSJxVPCk

1:19 (3 iterations alternating with bVI-bVII-i-v)

2:19 (3 iterations alternating with bVI-bVII-i-v)

2:49

3:04 (4 iterations alternating with bVI-bVII-i-v)

4:19 (3 iterations alternating with bVI-bVII-i-v)

4:49

**7. Kygo – "Firestone" (2014)**

https://youtu.be/f8kJa6JYK9Q

1:10 (5 iterations alternating with bVII-bVI-bIII-i)

3:02 (5 iterations alternating with bVII-bVI-bIII-i)

**8. Vance Joy – "Georgia" (2014)**

https://youtu.be/l0XRlNZbQFE

2:13 (4 consecutive iterations)

**9. Big Giant Circles – "Sevcon" (2014)**

https://youtu.be/b7jdfbgzbeg

0:29

0:58

2:24

2:53

3:22

# REBUTTAL

# VISUAL

# EXHIBIT B

**<u>"Dancing With A Stranger" by Sam Smith and Normani: LYRICS</u>**

*[Sam Smith:]*

Hmm, mhm

<u>Verse 1 (0:10 on the downbeat)</u>

I don't wanna be alone tonight ('Lone tonight)

It's pretty clear that I'm not over you (Over you, over you)

I'm still thinking 'bout the things you do (Things you do)

So I don't want to be alone tonight, alone tonight, alone tonight

Can you light the fire? (Light the fire, light the fire)

I need somebody who can take control (Take control)

I know exactly what I need to do

'Cause I don't wanna be alone tonight, alone tonight, alone tonight

<u>Chorus 1 (0:47 on the downbeat)</u>

Look what you made me do

I'm with somebody new

Ooh, baby, baby, I'm dancing with a stranger

Look what you made me do

I'm with somebody new

Ooh, baby, baby, I'm dancing with a stranger

<u>Post-chorus 1 (1:05 on the downbeat)</u>

Dancing with a stranger

<u>Verse 2 (1:15 on the downbeat)</u>

*[Normani:]*

I wasn't even going out tonight (Out tonight)

But, boy, I need to get you off of my mind (Off of my mind)

I know exactly what I have to do

I don't wanna be alone tonight, alone tonight, alone tonight

Chorus 2 (1:33 on the downbeat)

*[Normani & Sam Smith:]*

Look what you made me do

I'm with somebody new

Ooh, baby, baby, I'm dancing with a stranger

Look what you made me do

I'm with somebody new

Ooh, baby, baby, I'm dancing with a stranger

Post-chorus 2 (1:52 on the downbeat)

Dancing with a stranger

Dancing with a stranger

Dancing, yeah, ooh

Chorus 3 (2:11 on the downbeat)

Look what you made me do,

I'm with somebody new (Ooh)

Ooh, baby, baby, I'm dancing with a stranger

Look what you made me do

I'm with somebody new

Ooh, baby, baby, I'm dancing with a stranger

Post-chorus 3 (2:29 on the downbeat)

I'm dancing, I'm dancing (Ooh)

I'm dancing, I'm dancing (Dancing with a stranger)

I'm dancing, I'm dancing (Dancing with a stranger)

I'm dancing, I'm dancing (Dancing with a stranger)

# Tab 21

# Exhibit 3

P. GELUSO 01/18/2023
EXHIBIT
4
Maureen E. Broderick

# Prof. Paul Geluso

# Expert Report of Paul Geluso

"Dancing with a Stranger" by Sam Smith v. "Dancing with a Stranger" (aka "Dancing with Strangers") produced by Sound and Color, LLC.

## I. INTRODUCTION

1. I have been asked to perform an analysis of certain sound recordings that are identified herein. Below I provide a summary of my qualifications. I then provide a description of my assignment followed by my analysis and a summary of my findings. I also provide some background information on sound recording physics and technology and a description of the analysis methods I used in this matter.

## II. QUALIFICATIONS

2. I hold a Bachelor of Science degree in Electrical Engineering from New Jersey Institute of Technology and a Master of Music degree in Music Technology from New York University. I currently serve as an Assistant Music Professor and the Program Director of the Music Technology Department at New York University. I teach undergraduate and graduate courses in music technology and guide research and master's thesis preparation.

3. Prior to joining the full-time faculty at New York University, I taught classes in music production and sound recording at the Peabody Institute of Johns Hopkins University, Bard College and the State University of New York at Oneonta. I have lectured extensively on topics related to music technology, including analog electronics, digital electronics, digital signal processing, electronic music, music production, studio recording, digital audio, analog signal processors, virtual instruments, sampling, analog synthesis, history of sound recording, history of studio music production, concert hall recording, location sound recording, sound processing, sound mixing, mastering, surround sound, 3D audio and critical

listening. I am currently an active member of the Audio Engineering Society and have served as a voting member of the Recording Academy, Producers & Engineers Wing.

4. As a professional recording engineer, musician, and producer with more than 30 years of experience in the field, I have been credited on more than 200 titles including GRAMMY nominated records in addition to mixing for film and television programs including an Oscar winning film.

5. I have served as an expert witness in cases involving music and sound recording copyright issues in the past. A copy of my CV is attached to this report as Appendix A. I am being paid at the rate $400/hour for report writing and $500/hour for testimony.

## III. SCOPE OF THE ASSIGNMENT

6. I was asked to determine if the plaintiff's sound recording "Dancing with A Stranger" (aka "Dancing with Strangers") produced by Sound and Color, LLC was copied and used in the defendants' work titled "Dancing With A Stranger" credited to Sam Smith and Normani. My analysis will be limited to issues related to the sound recording itself and production techniques used in creating the sound recordings at issue. I understand that a testifying musicologist will be reviewing the composition copyright related claims in this matter.

7. I referenced the following master sound recordings for my analysis found in this report:

- "Dancing With A Stranger" Sam Smith and Normani (2:51) (downloaded from the iTunes Store)
- "Exhibit 7 - Plaintiff Registered Deposit Copy Sound Recording.mp3" (4:34)

8. Counsel provided various multi-track and mix stem files of both works at issue for me to review that I referenced as well.

9. I was also provided with the following documents to review:

- Declaration of Christopher Miranda
- Plaintiff's Complaint, Case 2:22-cv-01508, filed on 3/4/22
- Plaintiff's First Amended Complaint, Case 2:22-cv-01508, filed on 8/15/22

## IV. METHODS OF ANALYSIS

10. Critical listening, waveform comparisons, and spectral analysis are standard procedures used regularly by forensic examiners to authenticate and compare sound recordings.[1] In my experience, these practices are industry standard for experts analyzing sound recordings related to copyright issues, including forensic analysis regarding whether one sound recording incorporates any portions of another sound recording.

11. Critical listening involves the analysis of sonic attributes of sounds embodied in a sound recording by a trained ear. Recorded music sonic attributes include pitch (frequency), timbre (spectral content), duration (tempo and note lengths) and the perceived stereo image.

12. Waveforms are graphical representations of a sound that can be viewed on test equipment or hard disk-based editing systems.[2] The vertical axis represents the magnitude of the signal, and the horizontal axis represents time. I used waveforms of the sound recordings at issue to visually align portions of the sound recordings for comparative critical listening.

13. A spectrogram shows three qualities of sound simultaneously:

---

[1] B.E. Koenig, "Forensic Recording Authentication," J. Audio Eng. Soc. Vol. 38, No. ½. 1990 January/February.

[2] Stanley R. Alten, *Audio In Media* (Belmont CA: Thomson Wadsworth, 2005) p.20.

frequency (pitch and timbre), sound level (loudness) and time (duration).[3] In a spectrogram, time is measured horizontally and frequency is measured vertically. The brightness of the colored vertical bursts and horizontal bands on the spectrogram indicate spectral intensity and thus represents how frequency/pitch changes over time. The frequency range of a given burst or band of energy on a spectrogram can be measured based on its vertical location. The horizontal width of a given burst or band of energy on a spectrogram can be measured as well, from which a musical note's duration can be determined. I also used spectrograms of the sound recordings at issue to visually align portions of the sound recordings for comparative critical listening.

14. Using these methods described above, I compared the sound recordings using my computer and music creation software with speakers and headphones.

## V. ANALYSIS

15. "Dancing With a Stranger" by Sam Smith has a tempo of 103 BPM (beats per minute) and run-time of 2:51 (2 minutes and 51 seconds). The instrumentation includes a synth pad, synth bass, bass drum, snare drum, hi-hats, shaker, bell synth, finger snaps, and guitar parts. The track features both male and female lead vocals. A secondary male and female vocal is used as well in the background at times.

16. Dr. Stewart erroneously states that the tempo of the defendants' track is 109 BPM on page 3 of his report, which it is not.

17. The plaintiff's track has a tempo of 122 BPM and a run-time of 4:33. Its instrumentation includes a synth bass, electric piano, bass drum, whoosh

---

[3] F. Alton Everest and Ken C. Pohlman, "Master Handbook of Acoustics" (New York: McGraw Hill. 2009) p.69.

effects, closed hi-hats, open hi-hats, hand claps, tom-toms, tambourine, snare drum, and clave parts. The track features lead male vocal and other chopped and processed male vocals throughout used for effect.

18. Again, Dr. Stewart miscalculates the tempo stating that the plaintiff's track is 120 BPM on page 3 of his report, which it is not.

19. None of the instrumental or vocal sounds or performances in the plaintiff's track were found in the defendants' track. The synth bass part in the defendants' work has a portamento analog-like synth sound whereas the synth bass sound in the plaintiff's track has more hollow sound, also known as a *blip* bass sound, that is commonly used in deep-house dance tracks.

20. The drum sounds used in the defendants' track do not match the drum sounds used in the plaintiff's track. The plaintiff's bass drum sound has a higher pitch than the defendants' bass drum. The defendants' track features a prominent snare drum sound on the back-beats[4] whereas the plaintiff's track that features a prominent hand clap sound on the back-beats. The defendants' track contains a syncopated[5] closed hi-hat part, a technique use commonly used in jazz, funk, and pop music, whereas the plaintiff's track has a more steady open hi-hat sound on the up-beats, a technique omnipresent in disco and house music dance tracks.

21. The plaintiff's work does not contain a shaker, guitar, finger snaps, synth pad or bell synth part like the defendants' track does, nor does the defendants' track contain a clave, tambourine or tom-tom sound like the plaintiff's

[4] Back-beats refers to the even beats, typically beats 2 and 4 in popular music that has a 4/4 time signature. *The Harvard Dictionary of Music* (Fourth Edition, 2003, Harvard University Press) p. 70.

[5] Syncopated musical parts contain rhythmic patterns that can break up a steady predictable rhythm by omitting a strong beat and/or accenting an off-beat. *The Harvard Dictionary of Music* (Fourth Edition, 2003, Harvard University Press) p. 861.

track does. The vocal performances on the plaintiff's track do not appear in the defendants' track as well.

22. On Page 4 of Dr. Stewart's preliminary report, he incorrectly states that when the plaintiff's track is tempo matched without pitch correction to the defendants' track, the key signatures match, which they do not. As can be seen in figure 01 below, when the plaintiff's work is slowed down from 122 BPM to 103 BPM without pitch correction, the first pitch went from a G (about 49 HZ) to an E (about 41 Hz). Dr. Stewart identifies the key signature of the plaintiff's work as G minor on page 4 of his report. Since the first pitch of the plaintiff's track is a G, and it drops to an E when tempo matched with the defendants' work, the key signature of the plaintiff's work drops by the same degree, from G minor to E minor. On page 3 of his report, Dr. Stewart indicates that the key of the defendants' work is F minor which does not match the resulting E minor when tempos are matched thus undercutting his claim based on his own key analysis. Dr. Ferrara identifies the defendants' work to be in the key of Ab major which does not match as well.




Figure 01. A comparative spectrogram with the first bar of the plaintiff's track at its original tempo of 122 BPM (top) compared to a slowed down version without pitch correction at 103 BPM (bottom). The fundamental frequency of the first note's pitch is indicated with a horizontal white line. Based on an A at 440 Hz, the pitch drops from a G at about 49Hz (top) to an E at about 41Hz (bottom) when the track is slowed down from 122 BPM to 103 BPM.

## VI. SUMMARY OF MY FINDINGS

23. Contrary to the plaintiff's claims on pages 30 and 31 of the first amended complaint, there is no evidence that the defendants copied and reproduced the plaintiff's sound recording in any way. If they had done so, there would be sonic artifacts of the plaintiff's sound recording in the defendants' sound recording which there are not.

24. I respectfully disagree with Dr. Stewart's opinion that the works at issue are "very similar" with respect to music style and production techniques. My analyses of the sound recordings do not support his opinion. To the contrary, for example, the plaintiff's track features a tempo, bass and hi-hat production techniques that are more consistent with house/deep house music tracks, whereas the defendants' track features a tempo and production techniques more consistent with 80s synth-pop music tracks, thus having a very different feel.

25. The defendants' work does not appear to copy or imitate style or production techniques that could be considered unique to the plaintiff's work in any case.

26. Contrary to Dr. Stewart's claim, my spectral analysis indicates that the key of the plaintiff's work does not match the defendants' work when the tempos are matched without pitch correction.

Respectfully submitted,

Paul Geluso

## Curriculum Vitae : Paul Geluso

Music Assistant Professor
Program Director of Music Technology (since Fall 2018)
Department of Music and Performing Arts Professions at New York University

Program director for the Music Technology program at NYU that houses Undergraduate, Masters, Tonmeister Advanced Certificate, and PHD programs. The program personnel includes 9 full-time faculty, more than 30 adjunct instructors, a program administrator, studio manager, sound recording and maintenance crews, academic advisor, and part-time administrative assistants who serve more than 300 students. I also lecture and guide research in areas related to sound engineering, music production, sound design, immersive sound, electronics, acoustics, and critical listening. Additional service to the department includes advising, program of study revisions, new course development, application review for admissions, advising, studio facility design and planning, mentoring adjunct faculty, meeting with the student ambassadors, advising the REP (recording engineer and producers group), mentoring and overseeing the studio audio engineering staff.

Other Teaching Experience
Master Teacher (2012 to 2016) New York University
Associate Director of Music Technology (2017 to 2018)
Adjunct Professor (1992 to 2012) New York University
Visiting Adjunct Faculty (2008 to 2009) The Peabody Institute
Visiting Professor (Fall 2007) Bard College
Lecturer in Audio Arts ( 2003-2005) State University of New York at Oneonta

Audio Engineer, Producer, and Musician (1992 to present)
Credited on more than 200 commercially available titles including Grammy and Latin Grammy nominated albums and an Academy Award winning film. Served media companies including Miramax, MTV II, Facebook, Wikipedia, and Harvestworks Digital Media Arts as chief engineer and the studio director.

Multi-instrumentalist, sound designer, and composer (1984 to present)
Active musician proficient on clarinet, flute, saxophone, and string bass. As a sound designer and composer of electro-acoustic music, creative solo and collaborative works have been exhibited at the Whitney Museum of American Art, The New Museum, Art In General, Storefront for Art and Architecture, Gale Gates Et Al, Cooper-Hewitt School of Design, London's SPACE gallery, Pinacoteca do Estado de São Paulo, iEAR Studios, Harvestworks Digital Media Arts, Faster Than Sound Festival UK, the DUMBO Arts Festival, Stony Brook University, New York Electronic Arts festival, NIME, Marian Goodman Gallery, the Bienal Internacional de Arte Contemporáneo de Cartagena, and the KnockDown Center. He has received individual artist grants for his original compositions from the New York State Council on the Arts, Meet the Composer and was recently awarded a Creativity + Technology = Enterprise grant to develop 3D speaker technology.

Artist Management Company Co-Owner (2017 - 2012)
Co-owner of VURSE LLC. with Manex Ibar formerly of SONY music. VURSE managed artists and produced master recordings and live shows. Signed artists including Grammy Award winning pianist Christopher O'Riley, MGMT producers The French Horn Rebellion, The Gambler Nun Radio, and IVA aka

Emily Samson Tepe, a crossover classical/Pop artist.

Forensic Audio Consultant and Expert Witness (since 2010)
Have served as a testifying expert witness on copyright issues related to master sound recordings and their underlying compositions for many well-known recording artists and major record labels including SONY Music, Warner Music Group, the Universal Music Group.

### Academic Degrees

Masters of Music in Music Technology - New York University, 2000

Bachelor of Science in Electrical Engineering - New Jersey Institute of Technology, 1988

### Professional Society

AES Education Forum, panelist, 2021

USC Intellectual Property Institute *, The Piper Will Lead Us To Reason: Current Developments In Music Copyright,* panelist - , 2020

AES Education Forum, New York, panelist, 2019

Immersive Music Listening Session , AES New York, presenter, 2019

*Live Sound, Recording, and Production*, AES New York, workshop chair, 2018

*3D Audio Acoustic Recording Capture, Dissemination, and Perception* , AES New York, presenter, 2018

Recording Academy Voting Member, Producer and Engineer Wing (Grammy and TEC Awards), 2017

Audio Engineering Society Convention, special events chair, NYC 2017

*Immersive Sound*, AES New York, panel chair*,* 2015

*Ambiophonics In Home Listening Rooms*, 7th Forum Acusticum, Krakow , presenter 2014

*Workshops with Height , NYU,* AES New York, panel chair, 2013

*Height Channels : Theory and Practice*, AES New York, panelist, 2013

*Surround With Height*, AES , New York, panel chair, 2011

*Height Channels: Adding The Vertical Dimension to Surround Sound* , AES San Francisco, presenter, 2012

*Studio Facilities for Audio Education*, AES San Francisco, panelist, 2010

### Awards

ITAC - Creativity + Technology = Enterprise Program, Award for 3D Speaker Design , 2013

James E Robison Foundation - Artist Grant, Composition, 2005

Faculty Initiated Research Grant - SUNY Oneonta, 2004

James E Robison Foundation - Artist Grant, Composition, 2002

Meet The Composer - Performance Grant, 2003

New York State Council For The Arts - Individual Artist Grant, 2001

**Publications**

*An Approach for Capturing Multi-Directional Radiation Characteristics of Sound Sources for 3D,* AES 151 convention paper co-author, 2021

*Ambisonic Spot Microphone Techniques for Ensemble Recording,* AES 151 convention paper convention paper co-author, 2021

*3D Audio, book chapter contributing author* , Focal Press, 2021

*The Art and Science of Surround and Stereo Recording: Including 3D Audio Techniques* 1st ed. Edition, multiple sightings, Springer 2020.

*Foundations in Sound Design for Linear Media, book chapter contributing author*, Focal Press, 2019

*The 3DCC Microphone Technique: A Native B-Format Approach to Recording Musical Experiences ,* AES convention paper co-author, 2019

*Streamlined 3D Sound Design : The Capture and Composition of a Sound Field* , AES convention paper co-author, 2018

*Immersive Sound: The Art and Science of Binaural and Multichannel Audio*, book co-editor and book chapter author, published by Focal Press, 2017

*Capturing Height: The addition of Z channels to surround microphone arrays*, 132 AES convention paper author, 2012

**Album Credits**

Marylin Nonken, *Syncopated Musings,* Divine Art Records, recording engineer, 2022

Rhiannon Catalyst and Josh Holiday, *CoCreation,* The Seed Underground, mix engineer, 2022

Kathleen Supove, *Eyes To Ivory,* recording engineer, 2019

Mathew Ostrowski / Andrea Parkins, *Elective Affinities,* recording engineer, 2019

Stockhausen, *Kurzwellen,* CLS Ensemble / Paul Mefano, Mode Records, mixing mastering, 2018

Morton Subotnick, *Complete Piano Works*, Mode Records, Mixing, Mastering, Producing, 2018

Joan La Barbara, *Early Immersive Music of Joan La Barbara*, Mode Records, Mastering, Remixing, 2017

Mari Kimura, *Voyage Apollonian*, Innova Records, engineer, 2017

Klaas Von Karlos, *The Mansa Musa Affair,* ReVerse Bullets, bass clarinet, 2017

King 810, *La Petite Mort or a Conversation with God*, Roadrunner / Atlantic Records, engineer, 2016

John Rojak, *Rojak Rocks*, Nanona Records, engineer, 2016

Julia Wolfe, *Anthracite Fields,* Cantaloupe Music, recording engineer, 2015 ( GRAMMY Nominated )

Lars Graugard, *Venus,* SA CD Dacapo Records , recording and mix engineer, 2015

Steven Beck, In Black & White : Music For Solo Piano By Dave Soldier", recording/mix engineer, 2015

Bang On A Can All Stars, *Field Recordings,* Cantaloupe Music, recording engineer, 2015

Bobby Previte, *Terminals*, Cantaloupe Music, recording engineer, 2014

Julia Wolf, *Steel Harmar*, Cantaloupe Music, recording engineer, 2014

Gordon/Lang/Wolf, *Shelter,* Cantaloupe Music, recording engineer, 2014

Bora Yoon, *Sunken Cathedral,* Innova Recordings, mastering, 2014

013, *The Wave Zero,* Desire Records, engineering, 2013

Steve Coleman, *Functional Arrhythmias*, PI Recordings, engineer, 2013

Fred Hersch, *Only Many*, CAM Jazz, engineer, 2013

Bradley Lubman, *Shelter*, Ensemble Signal, engineer, 2013

Randy Brecker, *The Brecker Brothers Band Reunion*, Pilco Records, 2013

Jon Gibson, *John Gibson:The Dance*, Orange Mountain Music, engineer, mix engineer, 2013

Gabriel Alegria, *Ciudad de Los Reyes,* City Of Kings, recording engineer, 2013

Dave Ake, *Bridges,* Posi-Tone, engineering, 2013

Lars Graugaard, We Should Have Turned Left Earlier, Clang, mixing and engineering, 2012

Alarm Will Sound, *Derek Bermel: Canzonas Americanas,* engineer, 2012

Black Rain, Now I'm Just A Number. Blackest Ever Black, mastering, 2012

Cuartetango, *Masters of Bandoneon,* Atzica Records, engineer, 2012 (2-Latin GRAMMY Nominations )

Bang On A Can All-Stars*, Big Beautiful Dark and Scary*, Bang On A Can, engineer, 2012

Morton Subotnick, *Volume 3:Electronic Works*, Mode Records, mixing, 2011

JG Thirwell's Manorexia*, Dinoflaellate Blooms,* Octopic, 5.1 surround mix, 2011

B LAN 3, *Music For Hunting and Mapping*, Asthmatic Kitty, engineer, 2011

Dominatrix, *I Night* , Opelic Records, co-producer, mix engineer, 2011

Manhattan Camerata, *Manhattan Camerata*, self released, record and mix, 2011

A Taut Line & Hong Kong In The 60s, *Don't Wake Me*, Disktopia, remix, 2011

NYU Steel Band*, NYU Steel plays Philip Glass*, Orange Mountain, eng. and mix, 2011

Marina Rosenfeld/George Lewis - Sour Mash, Innova Records, 2010

Various Artists*, Christmas From The Blue Note*, Half Note Records, engineer, 2010

Mari Kimura, *The World Below G and Beyond*, Mutable Music, engineer, 2010

Ike Yard, *Nord,* Desire Records, production and engineer, 2010

Iannis Xenakis, *Complete String Quartets*, Mode Records, 5.1 mix, 2010

Ike Yard, *Ost,* Phisteria Records, recording and mix engineer, 2010

Dafna Naphtali/Chuck Bettis, *Chatter Blip,* Acheulian Handaxe, engineering, 2009

Marina Rosenfeld, *Plastic Materials,* Room40, mastering, 2009

Christopher O'Riley, *Out Of My Hands* , White Tie Classics, producer and eng., 2009

George Lewis and Marina Rosenfeld, *Sourmash,* Innova, mix and mastering, 2009

Andrea Parkins, *Faulty*, Important Records, engineering, 2009

Lothar Baumgarten, *Seven Pounds Seven Circles*, Kunsthaus Bregenz, 5.1 mixer, 2009

Various Artists, *Now Then After*, Tellus , 5.1 surround mixer, 2009

Robert Whaley, *Comic Tales of Tragic Heartbreak*, self released, prod. and engineer, 2008

Gamelan Son Of Lion*, Sonogram,* INNOVA, recorded, mixed and mastered, 2008

Kenzo Digital, *City Of A Gods Son*, self released, mastering, 2008

Gambler Nun Radio*, Lock and Load* , Vurse, producer and engineer, 2008

Gambler Nun Radio, *Bloodwine,* Vurse, producer and engineer, 2007

Bai Kamara Jr, *15:15*, Bang Records, mastering, 2007

Little Annie, *Freddie And Me* Durtro, bass, 2006

Iva, *Iva,* Vurse, co – producer/engineer, bass, 2006

Ike Yard,*1980-92 Collected,* Acute Records, re-mastering engineer, 2006

Little Annie, *Songs From The Coal Mine Canary*, Durtro Jnana, bass, 2006

Paul Geluso, *Pac-Man Mission*, Greeting Cats Music, composer and producer, 2006

Fernando Landeros, *Fernando Landeros*, Forte Records, recordist and mix engineer, 2005

John Davey, *Sound Bites*, Lil' Pumkin Records, engineering and mixing, 2005

o.blaat, *Two Novels: Gaze* / In the Cochlea Crónica 012~2004, engineering and mixing, 2005

William Parker, *Raincoat In The River*, Eremite Records, mixing, 2005

Sunny Murray, *Perles Noises*, Eremite Records, engineering, 2005

Borah Bergman, *Meditations For Piano,* Tzadik, engineering and editing, 2004

David Simons, *Prismatic Hearing,* Tzadik, engineering and mixing, 2004

Rammellzee, *The Bi Conical Of The Rammellzee*, Goma, bass, engineering and mixing, 2004

Death Comet Crew, *DCC America,* Troubleman, engineering and mixing, 2004

Death Comet Crew, *This Is Riphop*, Troubleman, engineering and mixing, 2004

Tussle, *Don't Stop Remix*, Troubleman, Remix engineering and mixing, 2004

Dean Roberts, *And the Black Moths Play the Grand,* Staubgold, engineering, 2004

Simmons Carrer Band, *The Birth of George*, Tellus Media, engineering and mixing, 2003

Society of Composers Inc, *Sonic Images*, Capstone, mastering, 2003

Stephen Vitiello, *Hea-Yanomami Recordings*, Cartier Foundation, mixing, 2003

The Beat Kids, *The Open Rhythm Section*, Freestylus Records, engineer and mixing, 2003

Bergman, *Borah Bergman and Thomas Chapin,* Boxholder Records, engineer, 2003

Brazelton/Naphtali, *What is it Like To Be A Bat*, Tzadik, live electronics, 2003

Secret Frequency Crew, *Underwater Adventure Hop Secret Treasure*, mixing, 2002

Gamelon Son of Lion, *Bending The Gending*, GSOL Records, engineer and mixing, 2002

Alan Silva, *Alan Silva & The Sound Visions Orchestra,* Erimite, engineer, 2002

Antony and the Johnsons, *I Fell in Love With A Dead Boy*, engineer, 2001

Secret Frequency Crew, *Deep Blue,* Counterflow Recordings, mastering, 2001

Backworld, *Of Silver Sleep,* Harbinger House, bass, 2001

Rebecca Moore, *Home Wreckcordings,* Knitting Factory Records, mastering, 2001

Animal Collective*, Spirit They're Gone - Danse Manatee,* FatCat Records, mastering, 2001

Stephen Vitiello, *Bright And Dusty Things*, New Albion Records, engineer, 2001

Backworld, *The Fourth Wall,* World Serpent UK, bass, 2001

Children in Adult Jails, *Anymore,* BWJ records, drums, producer, 2001

Peggy Ahwesh/Barbara Ess, *Radio Guitar*, Ecstatic Peace!, mastering, 2001

Bergman, *Borah Bergman & Roscoe Mitchell,* Soul Note, engineering and editing, 2001

Sufjan Stevens, *A Sun Came*, Asthmatic Kitty, mastering (original release), 2000

Backworld, *Anthems From Pleasure Park*, World Serpent UK, bass, 2000

Singe and Verb, *NU: Cultural Alchemy,* Soundlab, bass, 2000

Stephen Vitiello, *Scratchy Marimba,* Beggar's Banquet/Sulphur, mixing, bass, 2000

Joe Jackson, *Night and Day II*, SONY, MIDI technician, 2000

Toni Dove, *Attention 2001 State of the Union*, EMF, engineering, 2000

Susie Ibarra Trio, *Radiance,* Hopscotch Records, mixing, 1999

Backworld, *Anthems from The Pleasure Park*, Harbinger House, bass, 1999

Stephen Vitiello, *World Trade Center Recordings*, mixing, 1999

Frances-Marie Uitti/Stephen Vitiello, *Uitti/Vitiello,* JDK, engineering and mixing, 1999

Assif Tshar, *The Hollow World*, Hopscotch Records, mastering, 1999

Adams/Schoenberg, *Absolute Ensemble*, CCnC Records, recordist and mixing, 1999

Lake, Bergman, *A New Organization*, Black Saint/Soul Note, editing and mixing, 1999

Stephen Vitiello, *World of Darkness*, Postmasters Gallery, engineering, 1999

Lydia Lunch, Matrikamantra, Crippled Dick Hot Wax, engineering, 1998

First Avenue, Shreds of Evidence, engineering, 1998

Ikue Mori, *B/Side,* Tzadik, recording and mixing, 1998

Backworld, *Isles of the Blessed*, Harbinger House, mastering, 1998

Judy Dunaway, *Emergency Music,* CRI , engineering and mixing , 1998

Stephen Vitiello, *Light of Falling Cars*, JDK Productions, bass, engineering and mixing, 1998

Rick Davies, *Salsa Strut,* MSR, engineering and mixing , 1998

Vadim Ghin, Liszt/Ginatera/Mussorgsky, Forte Records, recordist and mixing, 1998

Frode Gjersted Quartet, *Ikosa Mura*, Cadence Jazz Records, mixing and editing, 1997

Dr. Nerve, *Every Screaming Era*, Cuneiform Records, engineering and mixing, 1997

Larry Austin, *The Computer and the Computer Age*, Centaur, engineering, 1997

Bergman/Brotzman/Cyrille, *Exhilaration,* Soul Note, engineering, 1997

Ned Sublette, *Monsters From The Deep,* Qbadisc Records, engineering, 1997

Nick Didkovski, *Binky Boy,* Punos Music, engineering and mixing, 1997

Borah Bergman, *Blue Zoo*, Konnex Records, mixing and editing, 1997

Borah Bergman, *Bergman/Braxton/Brotzman*, Mixtery Records, mixing and editing, 1997

Anthony Braxton, Borah Bergman, *Eight By Three*, mixing and editing, 1997

Mateen-Schmoyer-Lopez-Geluso, *The Aquartet,* Riveting Music Works, bass, 1997

Christopher Cauley, *FINland,* Eremite Records, mixing and mastering, 1996

The Far East Side Band, *Urban Archaeology*, VICTO, mastering, 1996

Michael Lowenstein, *Spasm,* New World Records, engineering, 1996

Raphe Malik, *The Short Form,* Eremite, mastering, 1996

Borah Bergman, Hamid Drake, *Stone House*, Black Saint, mixing and editing, 1995

Bergman, Roscoe Mitchell, *The First Meeting*, Knitting Factory, mixing and editing, 1995

Bergman-Brotzmann-Borgman, *Ride Into The Blue*, Konnex, mixing and editing, 1995

Dopey Dummy, *In The Dark*, New World Of Sound, bass, 1993

5chin400, *Hey God Stop Pushing,* Earl Footlong Records, bass, 1992

**Film/Video Credits**

Origin of the Species, Abigail Child, mixer, 2021

The Tramp's New Word, Feature film vt Zoe Beloff, mixer, 2020

Acts and Intermissions, Abigail Child, 2017

Speculation Nation, Feature Documentary, 2015 ( Michael Moore Award for best Documentary Film Ann Arbor Film Festival)

Wikimedia South African Documentary,mixer, 2014

Facebook/Internet.ORG promotional film series, mixer, 2014 , 2015, 2016

Design is One (feature documentary on NETFLIX ) mixer, 2014

*Dreamer* (feature documentary) mixer, 5.1 surround mixer, 2012

*Poe* (feature film) mixer, 5.1 surround mixer, 2012

*Rebirth* (Feature film) Philip Glass, score recording engineer, 2011

*Falling Away* (feature film) mixer, 5.1 surround mixer, 2011

*The Infernal Dreams of Mutt and Jeff* (short film) mixer, 2011

Chuck Jones: Memories of Childhood (documentary, animation, short), sound, 2009

*Tea and Justice* (documentary) mixer, 2007

*The Somnambulists* (short film) mixer, 2007

The Lonely Girl, (documentary short), sound, 2006

The Moon and the Son: An Imagined Conversation (2005) (Academy Award Winner – Best Animated Short)

*Charming Augustine* (short film) mixer, 2005

*The Time We Killed* (feature film) mixer, 2004

*Gray Matter* (feature documentary) mixer, 2004

*Clair and Don In Slumberland* (short film) mixer, 2004

*The Ideoplastic Materializations of Eva C.* (short film) mixer, 2004

*Kill Bill Vol II (*Miramax TV spot) mixer, 2004

*Ella Enchanted* (Miramax TV spot) mixer, 2004

*Battle Grounds* (MTV II series) mixer, 2004

*Not A Good Look* (MTV series) mixer, 2004

*Company K* (feature film) mixer, 2003

Shadow Land or Light From The Other Side (short film) mixer, 2000

*Joe The King* (feature film) music production, bass, 2000

*God on Their Side* (feature film) audio post, 2000

*Bleach* (feature film) mixer, 2000

*Daughters of the Troubled (feature* documentary) music mixer, 1998

*Darling International* (feature film) mixer, 1998

*Big Jim Folsom; The Two Faces of Populism* (feature documentary) mixer, 1996

*Wild Style* (hip-hop and rap cult-classic feature film) audio post for re-release, 1995

**Performances and Sound Installations**

*Allien Stardust :* with Victoria Vesna (UCLA) multiple on-line sites with live sound spatialization, performed at the Integratron Landers CA and Cyfest in St Petersburg 2020/2021

*To Sense The Sea*: Music Not Impossible/RhiannonCatalyst, Live performance for audience with haptic suits, Museum of The Moving Image, NYC, 2020

*Ninth Channel* : Multi-channel Music Festival at Spectrum with RhiannonCatalyst, NYC 2019

*House Musik* Series, I co-curated and performed in series of in-studio live events with audience for new immersive sound works at Harvestworks NYC, 2018-2019

*Thin Air,* 3D Sound Object / Live Electronic Music Concert *,* Ear To The Earth, NYC 2016

*Kiss Earth ,* Immersive Audio/Visual Installation*,* Harvestworks Digital Media Arts , NYC 2014

*3D Sound Object,* Architectural Sound Installation, Governors Island, NYC 2013

*Blue Morph*, interactive sound and video design for Victoria Vesna, NYC, 2011

*Cannons*, Faster Than Sound Festival, sound / sound system design for Marina Rosenfeld presented Aldeburgh Music, Suffolk UK, 2010

*The Luminists*, Here Gallery, a 5.1 sound installation, NYC, 2007

*Desencantando Salmu*, interactive design for Josely Cravalho, Rio de Janeiro, 2007

*Homage to a Site,* solo sound installation, Space Gallery, London, 2006

*Sound Canvas*, DUMBO Arts festival, NYC, 2005

*Inside Out,* Roxbury Arts Group, solo interactive sound installation, Roxbury NY, 2004

### Original Music Composed for Dance

*Dancing by Numbers,* a live sound score created and performed live for Polly Motley performed St. Marks Church, 2005

*Drawing the Body*, a sound score created and performed live for Molly Davies at Smith College, 2005

*VARIABLE CITY*, a sound and music score commissioned by Julia Mandle Performance presented at the VanEllen Institute, 2004

*FEAST,* sound and music sound score commissioned by Julia Mandle Performance installed at The Stable, 2003

*RETURN,* a music and sound score commissioned by Julia Mandle Performance presented at Gale Gates et al, 2001

*SIX SQUARES,* a music and sound score commissioned by Julia Mandle Performance at Vito Acconci's Storefront for Art and Architecture, 1999

*WHEN*, a music score commissioned by Julia Mandle Performance performed at The New Museum of Contemporary Art, 1999

### Testifying Expert Witness for Music Copyright Issues

UMG Recordings, Inc., et al. v. Bright House Networks, LLC, No. 19-cv-710 (M.D. Fla.)
Expert report and deposition (2021)

Warner Records Inc., et al. v. Charter Communications, Inc., 1:19-cv-00874-RBJ-MEH (D. Colo.)
Expert report and deposition (2021)

*Scott adv. Bassil*
Expert Report (2021)

*Johnson v. UMG*
Case 2:19-cv-02364-ODW-SS
Expert report (2021)

Lee v. Hill
Civil Action No.: 1:19-cv-09220-JMF
Expert report (2021)

Green V. West
Case No. 2:19-CV-00366-RMG
Expert report (2020)

Vicky Cornell v. Soundgarden et al., U.S. District Court for the Southern District of Florida, Case No. 1:19-cv-25045-JEM
Expert report (2020)

Gary Frisbee v. SONY Music
Expert report (2019)

Batiste v. Lewis, et al.
Expert report (2019)

Lastrada v. Ronson
Expert report (2018)

QUINCY JONES, an individual and d/b/a QUINCY JONES PRODUCTIONS,
vs. MJJ PRODUCTIONS, INC., a California corporation; SONY MUSIC ENTERTAINMENT, a Delaware general partnership, and DOES 1 through 50
Deposition and court appearance (2017)

ABS ENTERTAINMENT, INC., an Arkansas corporation, BARNABY RECORDS,
INC., a California corporation, BRUNSWICK RECORD CORPORATION, a New York corporation and MALACO, INC., a Mississippi corporation, each individually and on behalf of all others similarly situated, v. CBS CORPORATION, a Delaware corporation; CBS RADIO INC., a Delaware corporation; and DOES 1 through 10
Expert report and deposition(2016)

WILLIAM L. ROBERTS, II p/k/a RICK ROSS and ANDREW HARR and JERMAINE JACKSON collectively p/k/a THE RUNNERS v. STEFAN KENDAL GORDY and SKYLER AUSTEN GORDY collectively p/k/a LMFAO, KOBALT MUSIC PUBLISHING AMERICA, INC.,
Expert Report and Deposition Testimony (2015)

Mayimba Music, Inc. v. Sony/ATV Latin Music Publishing LLC, et al.
Expert report and court appearance (2015)

New Old Music Group, Inc. v. Gottwald et al.
Expert report (2014)

VMG Salsoul, LLC v. Ciccone ( aka Madonna) , et al.
Central District California

Expert report and deposition (2013)

Francescatti vs. Stefani Joanne Germanotta (aka Lady Gaga) Interscope Records, Universal Music Group, Inc. , DJ White Shadow, LLC and Brian Joseph Gaynor
United States District Northern District of Illinois
Expert report and deposition (2012)

Bryan Pringle vs. William Adams Jr. p/k/a/ Will-I-AM, et al.
United States District Court Central District of California
Expert report and deposition (2012)

Kernel Records vs. Timothy Z. Mosley p/k/a Timbaland, et al.
United States District Court South Florida
Expert report and deposition (2010)

**Contact Information**

Paul Geluso
8052 County Highway 18
Bloomville NY 13739
pgeluso@gmail.com
Cell 607 437 4560

# Tab 22

# Exhibit 4

P. GELUSO 01/18/2023
EXHIBIT
5
Maureen E. Broderick

# Professor Paul Geluso

# REBUTTAL REPORT OF PROFESSOR PAUL GELUSO TO THE REPORT OF DR. ALEXANDER STEWART AND DECLARATION OF BRIAN BRICKLIN

"Dancing with a Stranger" by Sam Smith v. "Dancing with a Stranger" (aka "Dancing with Strangers") produced by Sound and Color, LLC.

## I. INTRODUCTION

1. I have been engaged by the defendants' counsel in this matter to review and analyze the plaintiff's sound recording titled "Dancing with a Stranger," aka "Dancing with Strangers," ("JV") and the sound recording titled "Dancing with a Stranger" credited to Sam Smith and Normani ("SS").

2. I prepared an initial Report that was submitted on December 1, 2022. I also reviewed Dr. Alexander Stewart's Report dated January 3, 2022, the Declaration of Brian Bricklin dated December 1, 2022, the Report of Dr. Lawrence Ferrara dated November 30, 2022, and the vocod.wav file.

3. This Rebuttal Report is in response to a Declaration by Mr. Bricklin and Report by Dr. Stewart, and directed to the issue of whether the SS sound recording recaptures or samples sounds in the JV sound recording. My views and conclusions regarding assertions in Mr. Bricklin's Declaration as to other unrelated matters are provided elsewhere, including in my December 26, 2022 Declaration in this case.

4. Accompanying this Rebuttal Report are the following Audio Exhibits:

(a) Audio Exhibit 1 is a copy of the file Vocod.wav discussed below.

(b) Audio Exhibit 2 is an excerpt of Vocod.wav containing approximately 19 seconds of audio content but omitting the silent portions preceding and following that audio content.

(c) Audio Exhibit 3 is an excerpt of approximately 19 seconds of audio content of the stem labeled Normani BV Vocal Synth in

the Pro Tools session files and but omitting the silent portions preceding that audio content. Although labeled a stem, there is no other audio content in that audio file.

(d) Audio Exhibit 4 contains approximately 19 seconds of audio content created using the Pro Tools Mix session files.

(e) Audio Exhibit 5 is a copy of the audio file Mic_02 in the Pro Tools session files.

(f) Audio Exhibit 6 is a copy of the audio file MyRecording 2 in the Pro Tools session files.

(g) Audio Exhibit 7 is a copy of the audio file Normani_01 in the Pro Tools session files.

5. The following is a brief overview of my findings:

- There are no sounds recaptured or sampled from the plaintiff's sound recording in the defendants' sound recording.
- The Vocod.wav file does not recapture or sample any sounds from plaintiff's sound recording.
- The same audio content found in the Vocod.wav file was provided to the plaintiff in the defendants' initial sharing of Pro Tools sessions and stem recordings and is also audible in the defendants' master recordings.
- The production techniques in SS are significantly different from those in JV and do not suggest that copying has occurred.
- Contrary to Dr. Stewart's statements, when JV is slowed to the tempo of SS, the keys of SS and JV do not match.
- The Pro Tools sessions and stem recordings do not provide any evidence copying has occurred.

- Based on my spectral analysis, Dr. Stewart's transcriptions of SS in his Report contain errors.

II. **REBUTTAL TO MR. BRICKLIN'S DECLARATION**

6. Mr. Bricklin does not identify any sounds in SS that are recaptured or sampled from the plaintiff's sound recording. His claimed inability to access one sound file from a Pro Tools session does not hamper a determination of copying because he can compare plaintiff's sound recording (JV), on the one hand, with the publicly released defendants' work (SS), the deposit copy of that work, and the SS music video. Out of an abundance of caution, however, I address Mr. Bricklin's assertions below.

7. Vocod.wav, a sound file that Mr. Bricklin claims is needed to render a determination on copying, does not recapture or sample any sounds from plaintiff's sound recording and has the same compositional elements found in the Pro Tools sessions produced to plaintiff and in the publicly released "Dancing with a Stranger" (SS), the deposit copy of that work, and the SS music video. Vocod.wav, as explained to the plaintiffs, does indeed contain duplicate content that the plaintiffs had in hand prior to the time that Mr. Bricklin's declaration was served, as is apparent from Audio Exhibits 2, 3, and 4.

8. Mr. Bricklin does not explain why he could not give any expert opinion as to the two songs, despite having over 250 digital files[1] produced by the defendants in hand in addition to the master sound recordings at issue.

9. Mr. Bricklin claims that, in his opinion, there is a lack of Pro Tools session files reflecting the creation of the SS sound recording, and on that basis he opines that SS is based on a "preexisting musical composition and lyrics." Mr.

[1] These files include computer based music creation files including Pro Tools session files, MIDI files, and audio files.

Bricklin ignores the likelihood that the songwriting process began before the Pro Tools sessions began. It is common for a song and its lyrics to be worked out and practiced before turning to a recording session.

10. Mr. Bricklin also ignores the many instances in the Pro Tools sessions where the music and vocals are being worked out. For example, Mic_02.wav is 1:26 (minutes:seconds) long and contains a male vocal take. After the vocal take ends, the words are spoken "and then I come in there - yeah - I wanna do" and the recording stops abruptly. This sounds like a typical communication between an artist and an engineer or producer discussing a location to start the next recording and in no way indicates copying is occurring.

11. As another example, Mic 03.wav contains an aborted vocal take. The words "I don't want to be alone tonight" are sung melodically and the words are spoken "is that the melody" before the recording is stopped. This sounds like he is asking about the location of the take on the track, or if he has changed the melody inadvertently. By this point in time, he has sung the melody successfully in earlier takes so it is unlikely he was actually seeking input on the melody itself. In any case, the artist's comments do not indicate copying has occurred. Additional examples of the music and vocals being worked out include MyRecording 2, and Normani_01.

12. Even if there were a basis for Mr. Bricklin's opinion that SS is based on a preexisting composition or lyrics opinion, that does not change the fact that no sounds in the JV sound recording are recaptured or sampled in the SS sound recording. If there were any such recaptured or sampled sounds in SS, they would be heard in SS, and there are none.

## III. REBUTTAL TO DR. STEWART'S REPORT

13. On p. 2, para. 5(a) of Dr. Stewart's Report, Dr. Stewart writes that "Although SS is slightly slower than JV, both songs are very similar in style and production" but does not support his argument with any details other than they both use synthesized sounds, which is very common across music genres. As stated on pages 4-6, paragraphs 15-21 of my initial Report, I found many differences in the songs' production techniques and styles.

14. Dr. Stewart incorrectly identifies the tempo of JV as 120 BPM. By digitally measuring the tempo, I determined that JV has a tempo of 122 BPM, a tempo very common for house music. Also, Dr. Stewart incorrectly identifies the tempo of SS as 109 BPM. SS has a tempo of 103 BPM that is typical for rock and pop music but typically considered too slow for house music. Further, JV and SS have a tempo difference of 19 BPM, much greater than the difference of 11 BPM as Dr. Stewart wrongly indicates in his Report.

15. Additional differences in production and style exist in the way hi-hats, bass, piano, and guitar parts are used. Whereas JV has steady hi-hats on the upbeats, a technique associated with house music, SS has a syncopated hi-hat pattern that is commonly associated with funk and rock music. JV uses a hollow "blip" bass sound that's very much associated with house music, more specifically deep house music, whereas SS has a smoother portamento electronic bass sound usually associated with synth-pop music. JV uses piano stabs, a common technique used in house music. There is no acoustic piano part at all in SS. SS has a funk-style clean electric guitar part whereas there is no guitar part in JV.

16. On pages 6-7, paragraphs 22-23 of my initial Report, I explained that, contrary to Dr. Stewart's statements, when JV is slowed down to the tempo of SS, JV does not match the key of SS. Dr. Stewart asserts that SS is in the key of F minor. For the reasons discussed below, I disagree with Dr. Stewart's specification

of key and agree with Dr. Ferrara that SS is in the key of Ab major. Either way, however, when JV is slowed down, the key of JV is E minor, which is different than the key of SS.

17. The repeating 4-chord sequence of the defendants' work (SS) resolves on the fourth chord which is an Ab chord. Dr. Stewart has incorrectly identified the third chord of the sequence in SS, a purported F minor chord, as the key center, but the third chord of the sequence builds music tension that resolves on the fourth chord in this case, thus establishing the key center as Ab major, not F minor.

18. In Example 2 on page 6 of Dr. Stewart's Report, in the second and fourth bars of the third system of notation (shown in Figures 3 and 4 below), Dr. Stewart incorrectly notates the male vocal line in SS, which includes iterations of the lyrics "dancing with a stranger" following the second chorus. Dr. Stewart incorrectly "ties" (holds) over the "n" sound of "dancing" without dropping its pitch on beat 1 of the following bar when in fact, in all versions of SS, the "n" sound of "dancing" drops 3 semitones on beat 1, i.e., it is not "tied." This can be clearly seen in the spectrogram in Figures 1 and 2 below where the spectral band that corresponds to the "n" sound is not held over at the same pitch across beat 1, but rather drops down 3 semitones before the second syllable of "dancing."




Figure 1. This is a 3.4 seconds spectrogram showing the isolated male vocal stem recording (top) at 1:54 in the single version of SS (which corresponds to 2:16 in the SS video) with the isolated bass drum stem recording (bottom). This figure corresponds to figures 3 and 5 below. The bass drum attacks (bottom) mark the downbeats. The red arrows indicate a drop in pitch prior to the second syllable of the word "dancing."




Figure 2. This is a 3.5 seconds spectrogram showing the isolated male vocal stem recording (top) at 1:59 in the single version of SS (which corresponds to 2:21 in the SS video) with the isolated bass drum stem recording (bottom). This figure corresponds to figures 4 and 6 below. The bass drum attacks (bottom) mark the downbeats. The red arrows indicate a drop in pitch prior to the second syllable of the word "dancing."

Incorrect Stewart transcription at 1:54 of SS




Figure 3. This is an excerpt from Dr. Stewart's transcription of SS in Example 2 on page 6 of his Report of the second bar of the third system. The first

note (on "dan-") is <u>incorrectly</u> tied (held) over the bar to the downbeat of the next bar without a downward shift in pitch, when in fact the pitch drops down 3 semitones prior to the second syllable of the word "dancing," as can be seen in the spectrogram in Figure 1 above.

Incorrect Stewart transcription at 1:59 of SS




Figure 4. This is an excerpt from Dr. Stewart's transcription of SS in Example 2 on page 6 of his Report of the fourth bar of the third system of notation. Here too, the first tied note (on "dan-") is incorrectly tied over the downbeat without a downward shift in pitch, when in fact it drops down 3 semitones as can be seen in the spectrogram in Figure 2 above. The "ger" sound is also notated incorrectly as dropping where in fact the "g" sound initially drops, then the "er" sound goes up before dropping in pitch again, as can be seen in spectrogram in Figure 2 above.

Accurate Ferrara transcription at 1:54 in SS




Figure 5. This excerpt is from Dr. Ferrara's transcription on page 12 of Visual Exhibit I of his initial Report, and indicates a downward shift in pitch of the second note (on "dan-") on the downbeat of the next bar as can be also seen in the spectrogram in Figure 1 above.

Accurate Ferrara transcription at 1:59 in SS




Figure 6. This excerpt is from Dr. Ferrara's transcription on page 13 of Visual Exhibit I of his Report, and accurately indicates a downward shift in pitch on the second note (on "dan-") on the downbeat of the next bar as can also be seen in the spectrogram in Figure 2. Dr. Ferrara's transcription of the notes sung on "ger" is also accurate as can be also seen in the spectrogram in Figure 2 above.

19. The excerpts of Dr. Stewart's transcription in Example 2 of his Report and shown in Figures 3 and 4 above fail to include the additional melodic notes sung, which are clearly audible at 1:54 and 1:59, respectively, in the SS sound recording (or 2:16 and 2:21 in the SS video). These notes are transcribed accurately in Dr. Ferrara's transcriptions copied above in Figures 5 and 6.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 9, 2023.

Respectfully submitted,

Paul Geluso

# Audio Exhibit 1

Vocod.wav

# Audio Exhibit 2

Vocod.wav 1_32 3 to 1_52 _1.wav

# Audio Exhibit 3

Normani BV Vocal Synth 1_32 3 to 1_52 _2.wav

# Audio Exhibit 4

## Lead.dup1_MIDI I 1_32 3 to 1_52 .wav

# Audio Exhibit 5

## Mic_02.wav

# Audio Exhibit 6

## MyRecording 2.wav

# Audio Exhibit 7

## Normani_01.wav

# Tab 23

# Exhibit 5

DR. R. SADOFF 01/24/2023
EXHIBIT
26
Rheanna G. Poplar

**RONALD SADOFF, PhD**

**Rebuttal Report of**

**The Report of Dr. Alexander Stewart**

**"DANCING WITH A STRANGER"**
**And**
**"DANCING WITH STRANGERS"**

**January 9, 2023**

## INTRODUCTION AND SUMMARY

1. I am "Associate Professor of Music" and "Director" of the program in "Screen Scoring" in the Department of Music and the Performing Arts Professions in the Steinhardt School at New York University. I composed the score for John Canemaker's Oscar-winning film, *The Moon and The Son: An Imagined Conversation*. My theme for SiriusXM's series *Doctor Radio* was heard daily for over a decade. I have written and co-written published books and articles printed in peer reviewed journals regarding music analysis and methodologies for music analysis. As co-editor of the University of Illinois Press journal *Music and the Moving Image*, my purview addresses varied scholarly areas related to music and media. I sit on the steering committee of *The Society of Composers and Lyricists*, and serve as a board member of *The World Soundtrack Awards*. I have provided analyses and opinions in connection with copyright issues for over fifteen years. My CV is attached **(Appendix A).** My rate of compensation for this case is $400 per hour for research and reports and $500 per hour for testimony.

2. **Summary of Findings**

a. I have received and reviewed the "Preliminary Musicology Report" by Dr. Alexander Stewart, dated January 3, 2022. I also reviewed the report of Dr. Lawrence Ferrara, dated November 30, 2022. In my analysis of SS and JV, I found no significant similarities. Any similarities between the two songs are unexceptional and exist in songs that predate JV, which was created in 2015. The phrase "dancing with a stranger" was in common use before 2015, and rhythmic durations and scale degrees sung to that lyric in JV are different when compared with SS.

In my review and analysis of the Stewart Report, I did not find musicological evidence that suggests that any expression in SS was copied from JV. Conversely, Dr. Stewart's own transcriptions, in tandem with analyses in the Ferrara Report, provide very strong musicological evidence that SS was created independently of JV.

3. **Materials Reviewed**

a. "Preliminary Musicology Report" by Alexander Stewart (January 3, 2022);

b. Initial Expert Disclosures of Lawrence Ferrara and Paul Geluso, dated December 1, 2022;

c. An mp3 of JV "deposit copy" which I received from Defendants' attorney and is attached as Track 1 on Audio Exhibit 1 to Dr. Ferrara's initial Report;

d. An mp3 of JV "single" which I received from Defendants' attorney and is attached as Track 2 on Audio Exhibit 1 to Dr. Ferrara's initial Report;

e. An mp3 of SS "deposit copy" which I received from Defendants attorney and is attached as Track 3 on Audio Exhibit 1 to Dr. Ferrara's initial Report;

f. An mp3 of SS "single" that which I received from Defendants' attorney and is attached as Track 4 on Audio Exhibit 1 to Dr. Ferrara's initial Report;

g. An mp3 of JVvid which I received from Defendants' attorney and is attached as Track 5 on Audio Exhibit 1 to Dr. Ferrara's initial Report;

h. An mp3 of SSvid received from Defendants' attorney and is attached as Track 6 on Audio Exhibit 1 to Dr. Ferrara's initial Report;

i. The published sheet music of SS attached as **Visual Exhibit A**;

j. The multi-track and mix-stem files of SS that Defendants produced on October 18, 2022.

**4. Overall Methodology**

a. I compared JV and SS by using the following overall methodology:

1) An analysis of JV and SS in their entirety;

2) an analysis of each of their constituent elements individually and in combination, and critical listening analysis of the sound recordings;

3) an analysis of the Stewart Report.

**REBUTTAL OF THE STEWART REPORT**

**1. The Stewart Report Miscalculates the Tempos of SS and JV. Quantifiable Computational Means Reveal Significantly Different Findings.**

a. Dr. Stewart finds the following tempos for SS and JV (page 3):

SS: 109 bpm (beats per minute)
JV: 120 bpm

b. My tempo calculations, charted directly below, are notably different than Dr. Stewart's findings, which are verifiably inaccurate. Moreover, the difference between the tempos of SS and JV is significant—i.e., a significant 19 bpm difference between the two songs as shown below, which is even greater than the 11 bpm difference posited by Dr. Stewart.

SS: 103 bpm
JV: 122 bpm

c. My BPM calculations were attained through quantifiable means. I applied the "BPM Counter" plug-in of Apple's "Logic Pro[1]". Once the "BPM Counter" defined the tempo for each song, I then audibly validated the respective song's bpm calculations in a real-world setting. Hence, for each song, I set its prescribed bpm and applied Logic Pro's click track (digital metronome). Thus, via an audible click playing in synchronization with each song's BPM setting (tempo), I ensured that the calculations were accurate.

**2. SS is in the Key of Ab Major. Dr. Stewart Incorrectly Defines SS in the Key of F Minor.**

a. Dr. Stewart presents a condensed rationale for his finding that SS is in the key of F minor on pages two and three of his initial Report: "Overall, I hear the third minor chord as the 'tonic' or key center in SS" [in F minor] (page 3). He further opines, "Harmonically, SS and JV are built on four-chord cycles of major and minor chords resulting in some ambiguity as to key center (particularly in SS)" (page 2).

Dr. Stewart is incorrect. My analysis of the SS four-chord progression firmly establishes that SS is in a MAJOR MODE, specifically in the key of Ab major. In addition to reviewing the harmony and melody throughout SS, I reviewed the melody and harmony at the end of melodic phrases and chord progressions throughout SS. Based on my analysis, and as discussed below, I conclude that SS is in the key of Ab major.

b. In Dr. Ferrara's November 2022 initial Report, he cites numerous musicological elements in SS with which I agree and that corroborate my conclusion (and his) that SS is in the key of Ab major (Page 12, Footnote 9):

[1] LOGIC PRO is a DAW (Digital Audio Workstation). It is software designed for the composing and recording of audio and MIDI, and used worldwide by professional songwriters and media composers. As a composer, I have used the software professionally and as a pedagogical tool in the classroom for over three decades.

"For example, the chord progressions end with an Ab or Absus chord and the melodic phrases end on an Ab note in (a) bar 8 of Verse 1, (b) bar 16 of Verse 1, (c) bar 8 of Verse 2, (d) bar 4 of Chorus 1, (e) bar 8 of Chorus 1, (f) bar 4 of Chorus 2, (g) bar 8 of Chorus 2, (h) bar 4 of Chorus 3 and (i) bar 8 of Chorus 3. Moreover, (j) the final note and chord in SS are an Ab melody note and an Ab chord."

### 3. Defining Key and Modality through The Four-Chord Progressions of SS and JV

a. The Chord Progression of JV

1) JV is in the key of G minor. Its repetitive, underlying four-chord progression (see the example below: I – v – bVI – bVII) firmly establishes "G" as its key center, as well as defining its mode as "minor". Each iteration of its four-chord progression begins with a G minor chord. Moreover, the progression's three subsequent chords invariably lead back to its first G minor chord, and that cycle continues throughout much of JV. Hence, the G minor chord serves double-duty in determining the key of JV—as both the chord progression's starting point, and as its point of resolution. Further, an enhanced sense of 'inevitability' that gravitates toward G minor arises from the combination of its second, third, and fourth chords' uppermost notes (see Bb-F-G-A in RED below). Its scaler voicing provides an upward melodic flow in stepwise motion (F-G-A). In turn, this invariably leads back to, and resolves on, Bb—the minor third interval that enunciates the key of G minor.

JV's harmonic rhythm, i.e., the rate of change and duration of its chord changes, is static. All four chords begin on the downbeat and each are four beats in duration. The harmonic rhythm in SS is different from that in JV as shown in Dr. Ferrara's initial Report at paragraphs 35-38 (pages 13-15) and in musical examples such as Musical Examples 4 and 6 of Dr. Ferrara's initial Report.

**JV — Four-Chord Progression in G minor**



| | Bar 1 | Bar 2 | Bar 3 | Bar 4 |
|---|---|---|---|---|
| **JV:** | **i** | **v** | **bVI** | **bVII** |

b. **The Chord Progression and Countermelody of SS**

1) The underlying harmonic movement in SS is IV – V – vi – I. (Each of these chords have added tones in SS as shown in Dr. Ferrara's initial Report.) The "IV – V – I" harmonic cadence is amongst the most familiar in all Western music: two chords inevitably leading to a final tonic chord. Contrary to Dr. Stewart's analysis, SS's inclusion of a third chord—a minor vi chord—does not present any sense of resolution, but rather, presents a momentary delay of the inevitable—i.e., the gravitational path toward resolution realized with the fourth and final "I" chord. Analysis of this obvious and strong resolution to the "I" ("tonic") chord in the SS chord progressions is absent in Dr. Stewart's mistaken harmonic analysis.

2) The Countermelody:

i. A countermelody (see the notes in RED below) which creates added tones in the chords in SS also supports my finding that SS is in a major mode. For example, the final note "C" in the countermelody not only lands on the fourth chord (represented as a "sus4") of the four-chord progression, it brings a melodic resolution to the previous six notes which are largely constituted of movement to and from the notes "D" and "F". This fact adds additional harmonic weight and underscores the key and modality of Bb major (transposed) and certainly not Dr. Stewart's mistaken analysis that transposes SS to the key of G

minor. In sum, there is no ambiguity as to the key and mode of SS: it is recorded in the key of Ab major and for purposes of analysis, transposed to the “relative” key of Bb major.

**SS — Four-Chord Progression in Bb Major**



**4. Summary of Chord Progressions, Key, and Mode**

a. SS is in Ab major, a major mode—and not in an ‘ambiguous’ or minor mode, as Dr. Stewart claims.

b. JV is in G minor, a minor mode.

c. The harmonic rhythm (the rate of chord changes) of SS is different than that of JV.

1) Chords in SS are of varying durations.

2) JV’s chords fall on the downbeat of all four measures, and each of its four chords are four beats in duration.

d. The chord progressions of SS and JV are very different as shown in paragraphs 37-42 on pages 13-17 of Dr. Ferrara’s initial Report.

**5. Dr. Stewart’s Structural Charting of SS(vid), JV(single), and JV(vid)**

a. On pages 3 and 4, under the heading “Basic Structure and Occurrences of Choruses,” Dr. Stewart charts the basic song structures of SS(vid) and two versions of JV, JV(single) and JV(vid). However, while each song’s constituent sections (Intro, Verse, Chorus, etc.) are charted in sequential order, they are demarcated only by their respective chronological timings. For

instance, Dr. Stewart eschews any accounting of the number of bars that constitute each section, and inextricably positions each of the full song-structures vertically—one song structure atop another—thus isolating them from one another (page 4). As a result, important structural information is omitted which would otherwise provide more discernible means by which to examine and assess comparisons between the songs' structures.

b. In sum, Dr. Stewart's charts identify only generic structural similarities in SS and JV, in terms of their respective Intros, Verses, and Chorus sections. His charting fails to identify the notable distinctions that exist between the songs. His isolating, vertical presentation hinders comprehension of any significant structural comparisons between the three songs, and thus presents a misleading impression that the songs are structurally very similar, albeit only by virtue of the general and commonplace presence and order of Intro, Verse, and Chorus sections.

**6. My Structural Charting of the Songs Varies Significantly From Those Presented by Dr. Stewart**

a. I reviewed and analyzed the same three versions of the songs charted by Dr. Stewart, SS(vid), JV(vid), and JV(single).

b. For clarity, I first transferred Dr. Stewart's three vertically-stacked structural song charts, and converted them to a horizontal orientation, as seen below. Further, I analyzed the songs' structural sections in the above versions (and the SS deposit copy, SS single, and JV deposit copy versions), which reveals significant differences via distinctive, additional sections that are present in JV and SS when properly analyzing and comparing their structures.

c. An evaluation of "Stewart Structural Charts" and "Sadoff Structural Charts" (directly below) reveals obvious differences between them. While my findings coincide with some of Dr. Stewart's general chronological structures, my

analysis reveals additional and significant structural sections in both SS and JV that are missing in Dr. Stewart's analysis.

d. For clarity and comparison, in the "Sadoff Structural Charts" I have marked the additional sections in RED. The Pre-chorus sections in JV and the Post-chorus sections in SS represent very different musical structures between the two songs.

**STEWART STRUCTURAL CHARTS** (page 4)

| **DANCING WITH STRANGERS** **JV Single** (track 2) Structural Chart | | | **DANCING WITH A STRANGER** **SSvid** (track 6) Structural Chart | | | **DANCING WITH STRANGERS** **Jvvid** (track 5) Structural Chart | |
|---|---|---|---|---|---|---|---|
| TIME | SECTION | | TIME | SECTION | | TIME | SECTION |
| 0:00 | intro (vocalizations) | | 0:00 | intro (out of time) | | 0:00 | intro (piano, out of time) |
| 0:30 | verse | | 0:23 | intro (time and vocalizations) | | 0:21 | intro (time and vocalizations) |
| 1:03 | chorus | | 0:30 | verse | | 0:51 | verse |
| 1:34 | verse | | 1:09 | chorus | | 1:23 | chorus |
| 2:05 | chorus | | 1:35 | verse | | 1:56 | verse |
| 2:39 | intro/interlude | | 1:55 | chorus | | 2:26 | chorus |
| 3:56 | chorus | | 2:32 | chorus (variation) | | 3:00 | [interlude – video only] |
| | | | | | | 3:40 | chorus |

**SADOFF STRUCTURAL CHARTS**

| **DANCING WITH STRANGERS** **JV Single** (track 2) Structural Chart | | | | **DANCING WITH A STRANGER** **SSvid** (track 6) Structural Chart | | | | **DANCING WITH STRANGERS** **JVvid** (track 5) Structural Chart | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TIME | SECTION | BARS | | TIME | SECTION | BARS | | TIME | SECTION | BARS |
| | | | | | | | | 00:02 | Piano Intro | Out of time |
| 00:00 | Intro | 16 | | 00:04 | Intro | 12 | | 00:22 | Intro | 16 |
| 00:32 | Verse 1 | 8 | | 00:32 | Verse 1 (x2) | 16 | | 00:53 | Verse 1 | 8 |
| 00:47 | Pre-Chorus 1 | 8 | | 01:09 | Chorus 1 | 8 | | 01:09 | Pre-Chorus 1 | 8 |
| 01:03 | Chorus | 16 | | 01:28 | Post-Chorus | 4 | | 01:25 | Chorus | 16 |
| 01:34 | Verse 2 | 8 | | 01:37 | Verse 2 | 8 | | 01:56 | Verse 2 | 8 |
| 01:50 | Pre-Chorus 2 | 8 | | 01:56 | Chorus 2 | 8 | | 02:12 | Pre-Chorus 2 | 8 |
| 02:06 | Chorus 2 | 17 | | 02:15 | Post-Chorus 2 | 8 | | 02:28 | Chorus 2 | 17 |
| 02:39 | Re-Intro | 16 | | 02:33 | Chorus 3 | 8 | | 03:01 | Drum Solo | 20.75 |
| 03:11 | Breakdown | 24 | | 02:52 | Post-Chorus 3 | 8 | | 03:42 | Chorus 3 | 16 |
| 03:58 | Chorus 3 | 16 | | | | | | | | |
| Ends at 4:31 | | | | Ends at 3:15 | | | | Ends at 4:17 | | |

### 7. Dr. Stewart's Structural Charts of JV and JVvid Conflate the "Verse and Pre-Chorus" Sections into a Single "Verse"

In Dr. Stewart's structural charts of JV and JVvid (page 4 of his Report), he combines two distinct sections—Verse and Pre-chorus—and conflates them into a single "Verse". However, the Verse and Pre-chorus sections are significantly different, including both their respective melodies and lyrics (see the transcriptions below).

**JV (single) Melody of Verse 1 (00:32-00:47)**




**JV (single) Melody of Pre-Chorus (00:47-01:03)**




### 8. Dr. Stewart's Structural Chart of SSvid Conflates Chorus and Post-chorus Sections into a Single "Chorus"

a. Akin to Dr. Stewart's structural chart of JV and JVvid, his structural chart of SSvid (page 4 of his Report) likewise combines two dissimilar sections—the Chorus and Post-Chorus, and in this case, conflates them into a single

"Chorus". In fact, these are two distinct sections, of which the Post-Chorus recedes away from the Chorus and thus provides a transitional section that forms a natural bridge back to the Verse.

b. The Chorus and Post-chorus sections of SS (and SSvid) are clearly distinct and different.

c. The melody and lyrics of Chorus 1 of SS below (transcribed from SSvid for ease of comparison with Dr. Stewart's Report) comprise 8 bars, which are delineated as follows:

1) A one bar phrase [blue line], plus another one bar phrase, culminating in a two bar phrase that encompasses the second staff. This phrase structure [A + B + C] is then replicated in the third and fourth staves.

**<u>Melody of Chorus 1</u> (01:09-01:28 in SSvid)**



## 9. The Post-chorus Section

While the Chorus section of a song and the song's signature "Hook" comprise the core of most popular songs (and as such, often serve as the most musically memorable section of a song), a Post-chorus section often channels the energy of the Chorus in such a way that it may transition smoothly back to the Verse section.

In this case, Post-chorus 1 in SS (see below) briefly reiterates the hook, but that hook is now <u>uncoupled</u> from the phrases that preceded it in the Chorus (see the phrases demarcated by the BLUE LINES in the SSvid Chorus transcription above). Moreover, unlike its presence in the Chorus, within the confines of the Post-chorus, the "Hook" is more distanced and not contextualized by the other lyrical and melodic phrases in the Chorus. In sum, the Post-chorus is a distinctive transitional section in SS that bridges the gap between the dynamic Chorus and a less (than the Chorus) dynamic Verse. This is shown in the transcription of Post-Chorus 1 below with an iteration of the "Dancing with a stranger" lyric followed by the pickup to Verse 2 with the lyric "I wasn't eve going…."

**<u>Melody of Post-chorus 1</u> (01:28-01:37 in SSvid)**




Finally, it is notable that the "Hook's" appearances in Post-choruses 2 and 3 serve as an improvisatory-like device for the duo singers. And again, the Post-chorus sections are distinctive sections from the Chorus sections that they follow, and thereby should not be conflated in each case into a single Chorus section of SS, as Dr. Stewart does in his Report.

**10. The Transcriptions of Smith (SS) and JV in Example 1 of the Stewart Report Show Many Differences**

a. On page 5, Example 1 of Dr. Stewart's Report (copied below), he presents a comparison of the SS (Smith) and JV "Hook" melodies and lyrics.
As discussed earlier in this Report, Dr. Stewart erroneously determined SS to be in the key of F minor. In Example 1, Dr. Stewart transposed SS up one tone in order for it to appear in G minor, and thus in the same key as JV. For argument's sake and for the sake of clarity, only, in my response below to Dr. Stewart's analysis of his transcription in Example 1 on page 5 of his Report, I accept his transcriptions. Notably, even using Dr. Stewart's transcriptions, there are no significant melodic similarities in the singing of the "dancing with a stranger" lyric in SS and JV.

b. Directly below Dr. Stewart's Example 1, copied below, in keeping with standard musicological practices, I have charted the scale degrees for the respective Hooks of SS and JV. My comparative charting of the pitch sequences of SS and JV's hook melodies reveals significant differences and no significant similarities. As demonstrated below, in Dr. Stewart's Example 1, out of the EIGHT pitches in Smith (SS), only TWO of those eight line up with JV: one on scale degree 7 (the first note) and one on scale degree 4 (the sixth note of SS).

c. Yet Dr. Stewart asserts (page 5) "…the pitch sequences are very similar".

1) They are not "very similar". The first interval in Smith is a falling third, while JV remains inert—holding the same note. While the melodic contour of the remaining notes consists of a downward motion in both, that is commonplace.

2) The rhythms of SS and JV are also very different. SS includes seven successive eighth notes, while JV consists of the following varied order: A quarter note (two tied eight notes), three eighth notes, one quarter note,

one eighth note, and a final “tied” note beginning on beat 4 and sustained over for the entirety of the final bar.

**EXAMPLE 1 Stewart Report**




| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **“Smith” (SS) (in Dr. Stewart’s key of G minor)** | **7** | **5** | **5** | **5** | **4** | **4** | **3** | **3** | |
| **JV** | **7** | **(7)** | **6** | **6** | **5** | **4** | | **4** | **3** |

d. Finally, when correctly charting the SS and JV hooks in accordance with their correct keys—SS in Bb major (transposed) and JV in G minor, their respective scale degrees reveal even more differences. In this case, there are no matches of scale degrees between SS and JV in any of the eight notes of SS. (See directly below: a comparative charting of the notes in Dr. Stewart’s transcription above, but with SS in Bb major and JV in G minor.)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **“Smith” (SS) In Bb major** | **5** | **3** | **3** | **3** | **2** | **2** | **1** | **1** | |
| **JV In G minor** | **7** | **(7)** | **6** | **6** | **5** | **4** | | **4** | **3** |

e. In sum, Dr. Stewart’s opinion, cited in paragraph 10.c above, that “the pitch sequences are very similar,” is not supported by sound musicological analysis.

f. The Transcriptions of Smith’s (SS) Hook in Example 2, bars 9-10 and 11-12 of the Stewart Report, are Inaccurate.

1) In Example 2 on page 6 of the Stewart report, in the third system, bars 9-10 and 11-12, Dr. Stewart incorrectly transcribes the hook phrase of SS.

As the two BLUE boxes highlight, an eighth-note note “F” is tied to a second eighth-note “F”—in effect, converting it into the equivalent of a quarter note, instead of two eighth notes. In fact, the second eighth note should be the note “D”: hence, two eighth notes; the first note, “F” and the second, “D”.

**Example 2, Third System of Stewart Transcription on page 6**




a. Moreover, on pages 12 and 13 of Dr. Ferrara’s Visual Exhibit I in his initial Report, this same Chorus section is transcribed correctly as two separate notes outlining a falling minor third.

**11. Stewart’s “Rotation” of Harmonies Eschews the Chord Qualities and Countermelody in SS, and Re-writes the Essential Chord Progressions of SS and JV**

a. In paragraph 5.b., page 3 of the Stewart Report, titled “Harmony,” Dr. Stewart initially defines the “Basic chord sequences” of the respective songs, and severely reduces the extended harmonies of the SS chords. Regardless, the respective songs’ chord progressions do not vertically match on even a single common chord as shown immediately below.

Stewart “Basic Chord Sequences”

| | | | | |
|---|---|---|---|---|
| SS (transposed) | Eb | F | G- | Bb |
| JV | G- | D- | Eb | F |

b. Directly following the “Basic chord sequence” on page 3 of Dr. Stewart’s Report, he states, “As will be seen in example 2 below [page 6 of his report],

a simple rotation of the chords yields an almost identical cycle over eight bars."

Stewart's "Rotation of the Chords"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SS (transposed) | Eb | F | G- | Bb | | Eb | D- | G- | Bb |
| JV | Eb | F | G- | D- | | Eb | F | G- | D- |

1) At this point, Dr. Stewart essentially re-writes the order of the four-chord progression of JV, in order for its chords to align with and appear nearly identical to the severely reduced four-chord version of SS.[2] However, the musical logic of the JV 'ostinato' has been abandoned, and its tonic G minor is no longer positioned at the start of the four-chord progression.

   a. Drawing on his manufactured re-arrangement of JV's four-chord progression, Dr. Stewart thus re-aligns the SS and JV chord progressions, while misrepresenting a non-existing synchronizing of the SS and JV Hooks.

   b. The "re-write" works as follows:

      i. The last two measures of JV's Pre-chorus are positioned with the real beginning of the SS Chorus (note that the JV Chorus does not begin until the third measure, noted in BLUE). Hence, by inserting two measures from the JV Pre-chorus under the start of the SS Chorus, those two measures provide the filler by which the SS and JV Choruses can then 'appear' to align.

[2] It is significant to note that even with Stewart's "re-written" version of SS, SS fully retains its major modality via its firm resolution at the point of its fourth and final chord.

Thus, neither the Chorus 1 sections, nor the hooks of SS and JV, synchronize in any significant way.[3]

**EXAMPLE 2 TRANSCRIPTION from STEWART REPORT**




## 12. CONCLUSIONS

a. In my review and analysis of the Stewart Report, I did not find any musicological evidence that suggests that any expression in SS was copied from JV. Moreover, Dr. Stewart's own transcriptions, in tandem with

---

[3] For detailed accountings of the structural designs of JV and SS, refer to Dr. Ferrara's initial Report, which provides detailed transcriptions of (1) the JV Chorus and Breakdown (Visual Exhibit B to the Ferrara Report); and (2) all of the SS Choruses and Post-choruses (Visual Exhibit C to the Ferrara Report).

analyses in the Ferrara Report, provide very strong musicological evidence that SS was created independently of JV.

Respectfully submitted on January 9th, 2023

RONALD H. SADOFF, PhD

# Appendix A

## Curriculum Vitae of Ronald H. Sadoff

# CURRICULUM VITAE

RONALD H. SADOFF
170 West 73rd St. #12B
New York, NY 10023
917.312.6736
ron.sadoff@nyu.edu

DECEMBER 2021

## EDUCATION

1986 PhD Music Theory and Composition, New York University
Dissertation: *The Solo Piano Music of Charles Ives*

1978 M.M. The Juilliard School
Piano studies with Josef Raieff & Herbert Stessin
Chamber Music with Claus Adam & Felix Galamir
Composition and Electronic Music with Stanley Wolfe & Hubert Howe
1976 B.M. Piano, University of North Carolina School of the Arts
Piano studies with Clifton Matthews
Chamber Music with Josef Gingold & Erick Friedman

Post-Graduate Study
- The Juilliard School: Professional Studies Division
- Columbia University: Teachers College, Music Education

## SCHOLARSHIP

### PUBLICATIONS

- *Handbook of Music in Comedy Cinema*. New York: Palgrave MacMillan (for 2022 publication).
  - Peer-reviewed book chapter: "Songs and Scores in the films of Mel Brooks: the collaboration with John Morris"
- *The Routledge Companion to Screen Music and Sound*. London: Routledge Press, 2017 (634 pages) — 2017; paperback 2019.
  - Edited by Miguel Mera, Ronald Sadoff and Ben Winters
  - *Introduction: Framing Screen Music and Sound* (w/Mera/Winters) (pp. 1-14)
  - Refereed chapters authored:
    - *Roundtable: Current Perspectives on Music, Sound, and Narrative in Screen Media* (Mera, Winters, et al) (pp. 108-124)
    - *Shaping the Soundtrack: Preview Audiences* w/ Miguel Mera. (pp. 291-304).
- *The Oxford Handbook of Sound and Image in Digital Media*. Peer-reviewed book chapter for Oxford University Press: 'Scoring For Film And Video Games: Collaborative

Practices and Digital Post Production." NY: Oxford University Press, 2013 (pp. 663-682).

- *Technology in Music Education Research*: Chapter 8 in Phelps, Sadoff, Warburton, Ferrara (5th Ed). *A Guide to Research in Music Education*, Metuchen: Scarecrow Press, N.J, 2005 (pp. 239-263).

**REFEREED ARTICLES**

- Sadoff, Ronald H., and Gabriel Yared. "A Conversation with the Composer Gabriel Yared." *Music and the Moving Image* 14, no. 3 (2021): 3–29.

- Sadoff, Ron, and Suzana Peric. "Film Music Editing and Creating a Narrative World: A Conversation with Suzana Peric." *Music and the Moving Image* 14, no. 2 (2021): 31–50.

- Chihara, Paul, and Howard Shore. Scripted and Edited by Ronald Sadoff. "For Stage and Screen: A Conversation with Howard Shore." *Music and the Moving Image* 14, no. 2 (2021): 3–30.

- "An Interview with Dan Foliart, with Ron Sadoff," *Music and the Moving Image*, Univ. of Illinois Press, Vol. 12, No. 1, Spring 2019.

- "Shaping the Soundtrack: Hollywood Preview Audiences" (w/ Miguel Mera), *The Routledge Companion to Screen Music and Sound*: Routledge Press, 2017 (pp. 291-305)

- "An Interview with Patrick Russ," *Music and the Moving Image*, Univ of Illinois Press, Vol. 6, No. 3, Fall, 2013 (pp. 25-30).

- "Panel Discussion: Songs In Films, Part 2" (co-authored) *Music and the Moving Image*, Univ of Illinois Press, Vol. 6, No. 3, Fall, 2013 (pp. 47-65).

- "Panel Discussion: Songs In Films, Part 1" (co-authored) *Music and the Moving Image*, Univ of Illinois Press, Vol. 6, No. 2, Summer, 2013.
- "An Eclectic Methodology For Analyzing Film Music," *Music and the Moving Image*, Univ of Illinois Press, Vol. 5, No. 3, Summer 2012.
- "An Interview with Royal S. Brown on Film Music Pedagogy with Course Syllabus" [in press] *Music and the Moving Image*, Univ of Illinois Press, Vol. 5, No. 3, Summer 2012.
- "An Interview with Ira Newborn: Film composer" *Music and the Moving Image*, Univ of Illinois Press, Vol. 3, No. 2, Spring 2010, [Online video and accompanying transcription, 1-42].
- "Convention or Cliché: How Original Can You Be?" *Music and the Moving Image*, Univ of Illinois Press, Vol. 2, No. 3, Fall 2008, 1-15.
- "The role of the Music Editor and the Temp Track as blueprint for the Score, Source, and 'Scource' Music of films," *Popular Music*, UK: Cambridge University Press, Volume 25/2, 2006, 165-185.
- "Composition by Corporate Committee: Recipe for Cliché," *American Music*, Univ. of Illinois Press, Vol. 22, No.1, 2004, 64-76.

**ACADEMIC JOURNAL EDITOR**

- *Music and the Moving Image* (Journal): University of Illinois Press (Spring 2008-Present) https://www-press-uillinois-edu.proxy.library.nyu.edu/journals/?id=mmi
  - Gillian B. Anderson and Ronald H. Sadoff, Co-editors and journal co-founders — Current Editors: Ronald H. Sadoff & Robynn J. Stilwell
    - Editor (2008-21): Vol. 1, No 1 - Vol 15, No 3
  - Music Library Notes, Reviewed in Vol. 66, No 3, March 2010, pp. 604-609.
  - Inclusion into ProQuest, January 2015
  - Inclusion into the JSTOR *Current Scholars Series*, January 2011.
  - Published Online. Hardcopy since 2013.
  - MaMI Journal is in association with NYU Steinhardt and Univ. of Illinois Press.

- *Film International*, #13:1, special issue on “Music and the Moving Image,” January 2005. Published in English, Swedish, and Japanese.
  - Gillian B. Anderson and Ronald H. Sadoff, Co-editors
  - *Introduction*: Gillian B. Anderson and Ronald H. Sadoff, 1-2

- *American Music*, Univ. of Illinois Press, Vol. 22, No.1, 2004.
  - Dedicated volume to film music: Gillian B. Anderson, Thomas Riis, Ronald H. Sadoff, Co-editors

**MISC & INDUSTRY PUBLICATIONS**

- “Led Zeppelin and Katy Perry Appeals Court Rulings Un-Blur Lines for Music Creators” *The Score*, The Society of Composers & Lyricists journal, Vol 36, Issue 2, Spring 2021, p56 [author].
- “Music Editors: A Rountable: with Bill Bernstein, Johnny Caruso, Joanie Diener, and Todd Kasow” *The Score*, The Society of Composers & Lyricists journal, Vol 35, Issue 3, Summer 2020, pp 24-28 [author].
- *The Score*, journal of The Society of Composers & Lyricists. Editor of the East Coast SCL articles and news, 2019 Winter–present.
- “Johnny Mandel: An Interview with Linda Danly” *Music and the Moving Image*, Univ of Illinois Press, Vol. 4, No. 1, Summer 2011. [Annotations, endnotes].
- Book review (invited): *“Hitchcock’s Music" Jack Sullivan,* Yale University Press, 2007: invited by journal *Film International*, Vol 7, No 1, Fall 2009, pp 70-73.
- Book review (invited): *Mouse tracks: The Story of Walt Disney Records" Tim Hollis and Greg Ehrbar,* University Press of Mississippi, 2006: commissioned by journal *Popular Music*, Sept 2006.
- “Jimmy Webb, The Art of Songwriting,” *The Score* (Industry journal of the Society of Composers and Lyricists), Fall 2009, Vol. XXIV, No. 3, p. 4.
- “Tom Salta, The Art of Video Game Music,” *The Score* (SCL), Fall 2009, Vol. XXIV, No. 3, p. 11.
- “The 2010 NYU/ASCAP Foundation Film Scoring Workshop,” *ASCAP Playback* (music industry journal: 105,000 members), Summer, 2010 (p25).
- “The 2009 NYU/ASCAP Foundation Film Scoring Workshop,” *ASCAP Playback* (music industry journal: 105,000 members), Summer, 2009 (p14).
- “The 2008 NYU/ASCAP Foundation Film Scoring Workshop,” *ASCAP Playback* Winter, 2009 (p17).

- "The 2007 NYU/ASCAP Foundation Film Scoring Workshop," *ASCAP Playback* Summer 2007 (p72).
- "The 2006 NYU/ASCAP Foundation Film Scoring Workshop," *ASCAP Playback* Winter (p.56)
- "The 2005 NYU/ASCAP Foundation Film Scoring Workshop," *ASCAP Playback* Winter 2006 (p.68).
- "The 2004 NYU/ASCAP Foundation Film Scoring Workshop," *ASCAP Playback,* Summer 2004 (p.48).
- "The 2003 NYU/ASCAP Film Scoring Workshop," *ASCAP Playback*, March 2003, p.40.
- "ASCAP Remembers Buddy Baker," *ASCAP Playback* magazine, Nov-Dec 2002, p.78.

## INVITED PRESENTATIONS / LECTURES

- Marvin Hamlisch International Music Awards: Competition Adjudicator
  - Juror for the Final Round of the Film/Media Scoring Category. Live awards webcast presentation of March 22, 2021, featuring Quincy Jones & Barbra Streisand.
- ASCAP Foundation Live: For Stage and Screen: A Conversation with Howard Shore [Oct 30, 2020].
  - Producer, Script, Moderator. Comparative inquiry into the creative process of composing Music for Visual Images — Film & Opera.
- ASCAP Foundation Live: "Film Music Editing and Creating a Narrative World: A Conversation with Suzana Peric [Oct 2, 2020].
  - Producer, Script, Interviewer. The creative role of a Music Editor, in re-forming narrative structure in the post-production environ.
- *At Eternity's Gate* (Director, Julian Schnabel): CBS Films & The Society of Composers & Lyricists
  - Lincoln Center Film Society: Interview with composer Tatiana Lisovkaia [Oct 15, 2018]
- *Theory of Everything* (Director, James Marsh): Presented by Focal Features & The Society of Composers & Lyricists [Feb 3, 2015]
  - The Crosby Street Theatre, NYC
  - Interview of Oscar-nominated composer Jóhann Jóhannsson
- 2014 Beijing International Film Music Festival [Dec 2-8, 2014]
  - Hosted by *Central Conservatory of Music*, including presence of eight Chinese Conservatories; Industry Composers; Directors and Post-Production Professionals; Music Composition Educators.
  - Lecture: "Film Music Scholarship and Scoring: An International Presence in Higher Education"
  - Chaired Two Panels on Chinese Film Music with industry and educational/conservatory guests.
- Hong Kong Institute of Education [Jan 12-17, 2015]
  - External Reviewer, Music Curricular Development (2012-2015).
  - On-site review and final report
- Brooklyn College Conservatory of Music [Feb 26, 2013]
  - o Composer's Forum: Guest Artist Seminar

- "Scoring for Media" Lecture

- Breakthruradio.com: *Understanding a Father's Tale in "The Tree of Life"*.
  - Interviewed/quoted for critical review of score for article on Terrence Malick's film. [June 22, 2011]

- GameSoundCon: Game Audio Conference at Columbia University
  - Invited Panel Member: *Interactive Game Audio* [Oct 2, 2010].
  - Industry leaders, professionals, organizations from Game Audio.
  - Composer Tom Salta, Game Audio Network Group (G.A.N.G.), FMOD and Pyramind companies.

- *127th AES (Audio Engineering Society) Convention* [Oct 9-12, 2009]
  - Chair/Producer of Workshop Panel: "Following the Score: Film Music from Composition to Recording to Postproduction" [Oct 9, 2009]
  - Industry professional presentation of postproduction processes that impact a film score with panel: Dominick Tavella (*Pi*); Lawrence Manchester (*The Departed*), Ira Newborn (*Naked Gun*).

- Panel Chair/Producer for Student Competition:
  "Surround Recording Competition: Sound for Picture" [Oct 11, 2009]
  - Student scoring and sound design competition, adjudicated by Lawrence Manchester, Michael Barry, Tim Starnes.

- *Chuck Jones: Memories of Childhood* [Warner Bros. & Turner Classics]
  - Music and the Moving Image Conference: NYU: May 30, 2009
  - Paper Presentation: *An Analysis of Ron Sadoff and John Canemaker's Contribution to Peggy Stern's "Chuck Jones,"* Jonathan Kahana (Prof. Cinema Studies).

- Paper Presentation: "Les Deux Timides at Tribeca." *Music and the Moving Image Conference*, NYU May 30-Jun 1, 2008 [May 31, 2008]
- Creative processes in the production and performance by the NYU Film Scoring Program's production at the 2008 *Tribeca Film Festival*.

- *123rd AES (Audio Engineering Society) Convention*. Adjudicator, critique panel in "International Film Music and Sound Competition." [Oct 5-7, 2007]

- New York Women in Film and Television: *Music & The Documentary*, Moderator [March 7, 2007)
  - Panel presentation/discussion featuring prominent New York women directors, producers and composers of documentary films and videos

- New York Film/Video Council: *Should We Revisit The Classics?*
  - Donnell Media Center, New York Public Library, March 8, 2007
  - Discussion of documentaries: *The Plow that Broke the Plaines* and *The River*
  - Panel: Ron Sadoff, George Stoney, Joseph Horowitz, Charles Fussell, Howard Weinberg

- *The Making of Lady and the Tramp*, 50th anniversary Edition. Filmed lecture/interview. Composer Oliver Wallace's score and Peggy Lee/Sonny Burke songs for the 1955 film, *Lady and the Tramp*. Extended Disney DVD [Feb 2006]

- "The Eisenstein/Prokofiev Collaboration: Alexander Nevsky and Ivan the Terrible," *Sound Effect: How Music Changed the Movies*" with *Orpheus Chamber Orchestra*.

Panel presentation/discussion with John Schaefer (WNYC), Royal S. Brown, Michael Gordon: Tribeca Performing Arts Center [April 17th, 2005]

- "Music of the Futuristic," Public Radio broadcast on *To the Best of My Knowledge*, culture, theory, history, Theremin in music for sci-fi films [February 3rd, 2002]
- "Homogenization Of The Internet: Emergence, Manipulation, And Functionality Of Sound/Image/Text," *Music/Image in Film and Multimedia:*
  - *Cliché or Emerging Language?* Conference: refereed presentation with Mark Crispin Miller, NYU [June 9th.-11th 2001]

## CREATIVE WORKS: MEDIA COMPOSITION

- *Doctor Radio*: SiriusXM Satellite Radio, Channel 110. Theme & Logo music co-composed with Ira Newborn. Creative producer of original music for forty-hour programming week [April 2008-2019].
- *Hands*: *Concerning Wing Biddlebaum* [2019] Animated narrative film, John Canemaker, Director/Producer & Peggy Stern, Producer. Narration: Estelle Parsons. Theatrical Release in LA (Pantages) and Wexler Arts Center, 2019.
- *Enough!* Composed score. Public Service Announcements. "Mayors Against Illegal Gun Action Fund": Produced by Buffalo Picture House. Voiced by Phillip Seymour Hoffman and Julienne Moore. Original national release [April 2013].
- *Blue Bloods* (CBS Series Television). Consultant & Music Producer for on-screen ensemble sequence [January 2013].
- *Obama Revealed: The Man, The President*. CNN. 90-minute documentary, directed by Jason Samuels. Aired throughout September-October-November, 2013. Produced Score and created music production library.
- *Hands*: *Concerning Wing Biddlebaum*. Animated narrative film, John Canemaker, Director/Producer. Music editor (Temp Score) for market preview screenings of animatic [2010-11].
- *Dyslexia*. Composed the film score for Website, promotional/development version of the animated/live action hybrid documentary, produced and directed by Peggy Stern, *Gladyes Film*. [Summer, 2010].
- *Chuck Jones: Memories of Childhood*. Composed the film score for the documentary directed by Peggy Stern/John Canemaker. Produced by Warner Brothers for Turner Classic Movies [Warner Bros. DVD release; television broadcasts worldwide; 2008-2018].
- *The Moon and The Son: An Imagined Conversation*. Arrangement of original score, by Ron Sadoff, for the documentary DVD release of the 2006 *Academy Award* winning animated narrative film, John Canemaker, Dir. HBO/Cinemax, Sheila Nevins, executive producer, featuring Eli Wallach and John Turturro. [Broadcasts worldwide 2006-present].
- *Music and the Moving Image*: Composer of the Logo music for University of Illinois Press Journal online [March 2008-2014.]
- *Frank McCourt and NYU*. Composed score for documentary produced by the Steinhardt Development Office, NYU [composed 2003; Memorial broadcasts August 2009, NYU].

- *What's On Your Mind?* WSCI Public Radio and internet broadcasts of weekly show via Medical College of University of S.C. and Eastern Maine Medical Center. Composer of theme and incidental music, weekly [1992-2004]
- *Dancing With My Father*. Composer for production of narrative documentary.
  - Premiere at San Francisco Jewish Film Festival [2002]
- *Tenacity*. Chris Eyre, Director. Composer for live performance with ensemble, Lincoln Center Film Society of *Golden Silents* series, Walter Reade Theatre [1999]
- *Bleach*. Platt Productions Film. Composed score. Starring Gretchen Mol [1998]
  - *Academy Award* and First Prize, Directors Guild of America.
- *Men are From Manhattan, Women are From Saskatchewan*. Composer for HBO/Cinemax Comedy Feature [1998]
- *Daughters of the Troubles*: *Belfast Stories*. Composer of Emmy nominated documentary featuring Angelica Houston. Directed/Produced by Marcia Rock, PBS-WNET [1997].

## RESEARCH: FORENSIC MUSICOLOGY / MISC

Josh Stone v. Ariana Grande et al. — case number 1:20-cv00441 (U.S. district Court for the southern District of New York.

- Musicologist Report for plaintiff Josh Stone
- Copyright infringement case analysis and assessment [2020]

Artist Partner Group (Atlantic Records)

- Musicological Consultant.
- Copyright infringement case analysis and assessment [2018-present]

Universal Music Publishing Group

- Musicological Consultant.
- Copyright infringement case analysis and assessment [2015-17]

Warner Music Inc. / Atlantic Records

- Musicological Consultant.
- Copyright infringement case analysis and assessment [2015 to present]

BMG Rights Management LLC & Chrysalis Records, Inc.

- Musicological Consultant.
- Copyright infringement case analysis and assessment [2013-2015]

BMG Records, Inc.

- Musicological Consultant.
- Copyright infringement case analysis and assessment [2015]

Hong Kong Institute of Education.

- External Reviewer, Music Curricular Development [2012-2015].
- On-site review and final report (Jan 12-17, 2015)

Royal College of Music in Stockholm

- Consultant with Bill Brunson, Professor/Studio Director of Institution for Composition, Conducting and Music Theory. [February, 2013]

University of Miami

- External Reviewer for University of Miami, Frost School of Music. Third-year review and report for Prof. Juan Chattah. [February, 2013]

Routledge Press

- Review of book proposal, *Scoring The Score: The Role Of The Orchestrator In The Contemporary British Film Industry*, author Ian Sappiro.[January 2013]

The University of Sydney

- Review, report and adjudication of Ph.D. dissertation *Vertical Montage. A Folio of Concert works for Combined Media*. Sydney Conservatorium of Music (Australia), author Felicity Wilcox. [December, 2012]

KASZ Money, Inc.

- Musicological Consultant [2011-2021].
- Copyright infringement case analysis and assessment.

University of Wisconsin-Madison

- Review and adjudication report for Summer Research Proposal and subsequent book, *Classicism Consolidated*. Institute for Research in the Humanities Resident: Fellowships for 2013-2014, author Professor Jeff Smith [October 2012]

Oxford University Press

- Review of book proposal, *Understanding Sound Tracks through Film Theory* Elsie Walker, author. [March 2011]
- Oxford Film and Film Music Series, Norm Hirschy, Editor.

Routledge - Taylor and Francis/Informa plc

- Review of Film Music textbook [October 2010]
- Via Constance Ditzel, Senior Editor: Music

University of Sydney - Request for Referee Report [March 2011]

- Office of the Provost & Deputy Vice-Chancellor
- Report on behalf of Promotions Committee of the Provost's Office on behalf of musicologist, James Wierzbicki.

Thompson, Wigdor and Gilly, LLP, Attorneys a Law

- Musicological Consultant [2010]: Infringement analysis/assessment.

City University of Hong Kong: External Tenure Reviewer [2010]

- Assessment for Tenure and Promotions Board, on behalf of an Assistant Professor, School of Creative Media.

Drexel University: External Tenure Reviewer [October 2008]

- Report/assessment of Assistant Professor candidate, Dept. of Performing Arts in Media Arts and design, for tenure and promotion.

Focal Press: Book Review [August 2009]

- Assessment for revision: "Creative Sequencing Techniques for Music Production".

Advisory Board Member for *The Sorel Organization*

- Promotes and provides grants, concerts, and scholarships for women in music [2007 to present].

## CONFERENCES: ORGANIZED / CHAIRED

Chair/Producer: Online *Music and the Moving Image* NYU [May 27-30, 2021]

- 116 refereed paper presentations

- Conference Committee: Chair: Ron Sadoff; Gillian B. Anderson; Ann-Kristin Wallengren; Rebecca Fülöp.
- Keynote: Composer Howard Shore

Chair/Producer: Online *Music and the Moving Image* NYU [May 26-28, 2020]
- 133 refereed paper presentations
- Conference Committee: Chair: Ron Sadoff; Gillian B. Anderson, Daniel Goldmark, Jessica Shine, Kate Galloway, John Kovich.
- Keynote Producer & Moderator for Blake Neeley (DC Universe Composer)

Chair/Producer: *Music and the Moving Image*, NYU [May 31-June 2, 2019]
- 144 refereed paper presentations.
- Conference Committee: Chair: Ron Sadoff; Gillian B. Anderson, Jessica Getman, Frank Lehman, Joakim Tillman. Keynote: Joel Beckerman on Sonic Branding.

Chair/Producer: *Music and the Moving Image*, NYU [May 26-28, 2018]

Chair/Producer: *Music and the Moving Image*, NYU [May 26-28, 2017]
- 162 refereed paper presentations: top-tier scholars from ten countries.

Chair/Producer: *Music and the Moving Image*, NYU [May 27-29, 2016]
- 140 refereed paper presentations: top-tier scholars from eleven countries Conference committee: Chair: Ron Sadoff; Gillian B. Anderson, James Deaville, Vasco Hexel, Eric Dienstfrey — Keynote on Sound Design in Film: Skip Lievsay.

Chair/Producer: *Music and the Moving Image*, NYU [May 29-31, 2015]
- 117 refereed paper presentations: top-tier scholars from eleven countries Conference committee: Chair: Ron Sadoff; Gillian B. Anderson, Miguel Mera, Danijela Kulezic-Wilson: Keynote on Psychology of Film Music.

Chair/Producer: *Music and the Moving Image*, NYU [May 30-June 1, 2014]
- 115 refereed paper presentations: top-tier scholars from twelve countries Conference committee: Chair: Ron Sadoff; Gillian B. Anderson, Elisabeth Weis, Philip Carli, Patrick Russ: Keynote on Hollywood Orchestration

Chair/Producer: *Music and the Moving Image*, NYU [May 31-June 2, 2013]
- *Music and the Moving Image*, The Frederick Lowe Theatre
- One hundred ten refereed paper presentations: top-tier scholars from fourteen countries Conference committee: Chair: Ron Sadoff; Gillian B. Anderson, Krin Gabbard, Raymond Knapp, Katherine Spring

*NYU/BMI Workshop in Music for Commercial Media*
- July 27-29, 2013. Produced with Doreen Ringer-Ross, VP and head of Film/Television for BMI. Highly successful, advertised and visible.
- 3rd NYU/BMI Workshop scheduled for July 25-27, 2014.

*The NYU/SHOF Summer Songwriters Workshop*
- Development and Marketing for Workshop with Phil Galdston and the Songwriters Hall of Fame, BMI, ASCAP and SESAC.
- Initial workshop of June 17-26, 2013 successful.

Artistic Director: *2013 NYU/ASCAP Foundation Film Scoring Workshop in Memory of Buddy Baker* [June 5 - 14, 2013] New York University.
- Fourteenth annual film scoring workshop, premiere training on East Coast.
- Featured industry guest composer/faculty Sean Callery, Alf Clausen, Mark Snow.

Chair/Producer: *Music and the Moving Image*, NYU [June 1-3, 2012]

- *Music and the Moving Image*, The Frederick Lowe Theatre
- One hundred ten refereed paper presentations: top-tier scholars from fourteen countries Conference committee: Chair: Ron Sadoff; Gillian B. Anderson, Philip Tagg, Emile Wennekes.

*NYU/BMI Workshop in Music for Commercial Media*

- Planning/development for July 29-31, 2012 with Doreen Ringer-Ross, VP and head of Film/Television for BMI. Highly successful, advertised and visible.

*The NYU/SHOF Summer Songwriters Workshop*

- Development and Marketing for Workshop with Phil Galdston and the Songwriters Hall of Fame, BMI, ASCAP and SESAC.
- Initial workshop of June 18-27, 2012 successful.

Artistic Director: *2011 NYU/ASCAP Foundation Film Scoring Workshop in Memory of Buddy Baker* [May 24 - June 2, 2011] NYU.

- Twelfth annual film scoring workshop, offering premiere training on East Coast.
- Features industry guest composer/faculty Sean Callery, Mark Snow.

Chair/Producer: *Music and the Moving Image*, NYU [May 20-22, 2011]

- *Music and the Moving Image*, The Frederick Lowe Theatre
- One hundred refereed paper presentations: top-tier scholars from sixteen countries Conference committee: Chair: Ron Sadoff; Gillian B. Anderson, Karen Collins, Julie Brown, James Buhler.

Artistic Director: *2010 NYU/ASCAP Foundation Film Scoring Workshop in Memory of Buddy Baker* [May 18-27, 2010] New York University

- Eleventh annual film scoring workshop, offering premiere training on East Coast.
- Features industry guest composer/faculty Bruce Broughton, Mark Snow.

Chair/Producer: *Music and the Moving Image*, NYU [May 21-23, 2010]

- *Music and the Moving Image*, The Frederick Lowe Theatre
- Ninety refereed paper presentations: top-tier scholars from fourteen countries Conference committee: Chair: Ron Sadoff; Gillian B. Anderson, Karen Collins, Julie Brown, James Buhler.

The Sorel Charitable Organization

- Advisory Board [2008 to present]
- Jury Chair for *Sorel Medallion in Composition* competition [2008-present].

Artistic Director: *2009 NYU/ASCAP Foundation Film Scoring Workshop in Memory of Buddy Baker* [May 20-29, 2009] New York University

- Tenth annual film scoring workshop, offering premiere training on East Coast.
- Features top-tier guest composer/faculty David Shire, Marcelo Zarvos.

Chair and Producer: *Music and the Moving Image*, NYU [May 29-31, 2009]

- *Music and the Moving Image*, The Frederick Lowe Theatre
- Seventy-two academic papers accepted for presentations by Premiere scholars from four continents.
- Conference committee: Chair: Ron Sadoff (NYU); Gillian B. Anderson (Sonneck Society), Caryl Flinn (Univ Arizona), Richard Peña (Columbia, Lincoln Center), Robynn Stilwell (Georgetown).

*Orphan Film Symposium*. Producer/Creative Director for three films (March 2008) http://www.nyu.edu/orphanfilm/

- In collaboration with Tisch Cinema Studies and its Moving Image and Archiving Program.

Artistic Director: *2008 NYU/ASCAP Foundation Film Scoring Workshop in Memory of Buddy Baker* [May 16-23, 2008] New York University

- Ninth annual film scoring workshop, offering premiere training on East Coast. Features guest composer/faculty Mark Snow, Ira Newborn, David Spear, David Shire, Marcelo Zarvos.

Chair and Producer: *Music and the Moving Image*, NYU [May 30-June 1, 2008]

- *Music and the Moving Image*, The Frederick Lowe Theatre
  - Seventy-Five academic papers accepted for presentations and panels
  - Top-tier scholars from four continents
  - Conference committee: Chair: Ron Sadoff; Gillian B. Anderson (Sonneck Society), Rebecca Coyle (Queensland), Robert Rowe (NYU), Ira Newborn NYU), Jeff Smith (Univ Wisconsin/Madison).

*The Sorel Organization: Women in Music Choral Competition*.

- Jury Chair, International competition and concert held in Zankel Hall at Carnegie Hall. [Oct 9, 2007]

Artistic Director: *2007 NYU/ASCAP Foundation Film Scoring Workshop in Memory of Buddy Baker* [May 15-25, 2007] New York University

- Eighth annual film scoring workshop, offering premiere training on East Coast. Features top-tier guest composer/faculty Mark Snow, Ira Newborn, David Spear, Alex Steyermark.

Chair and Producer: *Music and the Moving Image*, NYU [May 18-20, 2007]

- *Music and the Moving Image*, The Frederick Lowe Theatre
  - Eighty academic papers accepted for presentations and panels
  - Top-tier scholars from four continents
  - Conference committee: Chair: Ron Sadoff (NYU); Gillian B. Anderson (Sonneck Society), Royal, S. Brown (CUNY Graduate Center), Elisabeth Weis (CUNY Brooklyn)

Chair and Producer: "Music/Image in Film and Multimedia: Cliché or Emerging Language?" *Cine-Media Society Conference*, NYU [June 9-11th, 2001]

- Reviewed papers for inclusion and created roundtables featuring practitioners and theorists constituted of film and TV composers, media scholars, news/commercial producers, technologists, web designers
- Website: http://www.nyu.edu/education/music/mfilm/papers.html
- Papers published with sister conference at University of Colorado on Musicals in Film, *American Music* Vol 22, No 1.

## PROFESSIONAL: CREATIVE DIRECTOR / PRODUCER

- San Francisco Silent Film Festival, May 2014. Producer: Score for Festival Screening Trailer, *The Last Edition*, scored by Joseph Twist.
- *Orphan Film Symposium 9*. Producer/Creative Director for five films (March 2013) in Amsterdam. http://www.nyu.edu/orphanfilm/orphans9/
  - Vissar Premiere with six scores.

- In collaboration with Tisch Cinema Studies and its Moving Image and Archiving Program.

- The National Gallery of Art: Film Division [May 6th, 2012]
  - Co-Producer and Artistic Director of live performances of Segundo de Chomon Trikfilms. Opening of Jean Miro exhibit.
  - Six NYU Film Scoring majors commissioned by the National Gallery's Film Division.

- *Orphan 7 Film Symposium*, NYU: Original Scores and Music Editing by Film Scoring Majors. Produced by TSOA Cinema Studies. [April, 2012]

- The National Gallery of Art: Film Division. [April 24th, 2010]
  - Co-Producer and Artistic Director of live performances of three silent Catalan Films conducted by musicologist Gillian Anderson.
  - Performances presented as part of *The Washington International Film Festival*.
  - Five NYU Film Scoring majors commissioned by the National Gallery's Film Division.

- TRIBECA Film Festival 2008: *Les Deux Timides (1928) Directed by Rene Clair*: NYU Chamber Orchestra with original scores by Film Scoring Majors, conducted by Gillian B. Anderson [April 30/May 4, 2008].

- *Orphan 6 Film Symposium*, NYU: Original Scores and Music Editing by Film Scoring Majors. Produced by TSOA Cinema Studies. [March 26-29, 2008]

- *Aram Khachaturian*: *Sonata and Dances*. Hideko Udagawa, violin and Boris Berezovsky, piano. Executive Producer for Koch International classical CD. [2004]

- *Stephen Schwartz: Unchartered Territory*. Solo CD featuring songs and performances by Stephen Schwartz. Fynsworth Alley label. Consultant. [2001]

- *Michael Jackson and Friends*. Creative Director for eight-hour live Webcast from Olympic Stadium, Munich, delivered to 22 countries/10 million viewers; largest webcast in history of the day. [June 27th 1999].
  - 30 Artists including Ringo Starr,
  - Andrea Bocelli, Barenaked Ladies, Slash, Ringo Starr
  - Auditioned, assembled, contracted production team: line producers, Avid editors, RealVideo codec conversion, web design;
  - Produced live webcast interviews of artists in partnership with *Yahoo.com*
  - Produced video segment of show for *Access Hollywood* broadcast.

## GRANTS / AWARDS

- ASCAP Foundation Grant
  - $4,000 for "Friday@1:00" Lecture / Masterclass Series [AY 2019/2020/2021]

- Anonymous donation to Screen Scoring Program
  - $12,000/year for software and hardware technologies [2020 & 2021]

- The Brian May Fellowship for Film Scoring
  - $35,000 annual scholarship for two-year fellowship of Australian composer for study at NYU Film Scoring [2009-present]

- 2018/2019/2020/2021 NYU Film Scoring Workshop in memory of Buddy Baker

- BMI. Yearly donation of $10,000 for faculty development.
- The Film Music Foundation, L.A. Grant of $8,200 for 6 merit scholarships.
- The Sorel Organization. Donation of $2,400 awarded to 2 women in film music.

- 2017 NYU Film Scoring Workshop in memory of Buddy Baker
  - BMI. Grant of $10,000 for faculty development.
  - The Film Music Foundation, L.A. Grant of $8,200 for 6 merit scholarships.
  - The Sorel Organization. Grant of $2,400 awarded to 2 women in film music.
- 2016 NYU/ASCAP Foundation Film Scoring Workshop in memory of Buddy Baker
  - The ASCAP Foundation. Grant of $10,000 for faculty development.
  - The Film Music Foundation, L.A. Grant of $7,800 for 6 merit scholarships.
  - The Sorel Organization. Grant of $2,400 awarded to 2 women in film music.
- 2015 NYU/ASCAP Foundation Film Scoring Workshop in memory of Buddy Baker
  - The ASCAP Foundation. Grant of $10,000 for faculty development.
  - The Film Music Foundation, L.A. Grant of $7,200 for 6 merit scholarships.
  - The Sorel Organization. Grant of $2,400 awarded to 2 women in film music.
- The ASCAP Foundation. Grant of $5,000 for *Friday@1:00* series [2014, 2015,. 2016, 2017].
- 2014 NYU/ASCAP Foundation Film Scoring Workshop in memory of Buddy Baker
  - The ASCAP Foundation. Grant of $10,000 for faculty development.
  - The Film Music Foundation, L.A. Grant of $7,200 for 6 merit scholarships.
  - The Sorel Organization. Grant of $2,400 awarded to 2 women in film music.
- 2013 NYU/ASCAP Foundation Film Scoring Workshop in memory of Buddy Baker
  - The ASCAP Foundation. Grant of $7,500 for faculty development.
  - The Film Music Foundation, L.A. Grant of $7,200 for 6 merit scholarships.
  - The Sorel Organization. Grant of $2,400 awarded to 2 women in film music.
  - Charlotte Baker. Grant of $1,000.
- The ASCAP Foundation. Grant of $5,000 for *Friday@1:00* series [2013].
- 2013 NYU/BMI Workshop in Music for Commercial Media (July 27-29). Donation of $5,000 by *Broadcast Music Incorporated*.
- 2012 NYU/ASCAP Foundation Film Scoring Workshop in memory of Buddy Baker
  - The ASCAP Foundation. Grant of $7,500 for faculty development.
  - The Film Music Foundation, L.A. Grant of $7,200 for 6 merit scholarships.
  - The Sorel Organization. Grant of $2,400 awarded to 2 women in film music.
  - Charlotte Baker. Grant of $1,000.
- 2012 NYU/BMI Workshop in Music for Commercial Media (July 27-29). Donation of $5,000 by *Broadcast Music Incorporated*.
- *2011 NYU/ASCAP Foundation Film Scoring Workshop in memory of Buddy Baker*
- The ASCAP Foundation. $7,500 for faculty development.
- The Film Music Foundation, L.A. Donation of $6,000 for merit scholarships.
- The Sorel Organization. $3,800 awarded to woman in film music.
- *Visual Arts Initiatives Award* [NYU: Sept. 2010]
- *Orphan Film and Video Access Project*
- PERIOD: September 1, 2010 – August 31, 2011

  - Awarded to Ron Sadoff, Dan Streible (TSOA Cinema Studies), Bill Brand
    Awarded by: *The Review Committee of the Arts Council* at New York University

- Journal of *Music and The Moving Image*. University of Illinois Press
  - Funded by Steinhardt and Dept of Music and Performing Arts Professions for four-year span (2006-2010)

- *NYU/ASCAP Film Scoring Workshop* Funding [May 2008 and 2009]
  - The ASCAP Foundation. Grant of $7,500 for faculty development.
  - The Film Music Foundation, L.A.. Grant of $4,600 for merit scholarships.
  - The Sorel Organization. Grant of $2,300 awarded to woman in film music.
  - Charlotte Baker. Donation of $1,000 for NYU/ASCAP workshop development
  - NYU TSOA Cinema Studies. Donation of $300 for lecture on Re-Recording Mixing in Postproduction.

- *The Sorel Fellowship for Women in Film Music.* $100,000 endowed scholarships ($80K vested 2010) for women in the Scoring for Film and Multimedia Program [2009].

- BMI (Broadcast Music Incorporated). Scholarship donation of $2,500 [Fall 2008].

- *The Film Music Museum*. $4,600 for scholarships to NYU/ASCAP Foundation Film Scoring Workshop [2008-present].

- *Sorel Organization Scholarships to the NYU/ASCAP Film Scoring Workshop*. $2,200 Scholarships since 2006.

- *The Film Music Museum*. $3,000 for scholarships to NYU/ASCAP Foundation Film Scoring Workshop [2007]

- *The Film Music Museum*. $1,750 for scholarships to NYU/ASCAP Foundation Film Scoring Workshop (May 16th-27th) [2006]

- *The ASCAP Foundation*. Annual Grant of $7,500 for the NYU/ASCAP Film Scoring Workshop, total $40,000 [2002-2008]

- *Goddard Research Award* ($4,000). The Steinhardt School [2003-2004]

## GIFTS to NYU

- *The Leonard Rosenman Collection* in the *Fales Special Collection* at the NYU Bobst Library: concert scores and film score manuscripts – *Rebel Without a Cause, East of Eden, Fantastic Voyage*. Appraised at $250,000 [2009]

- Donation for processing the *Buddy Baker Film Score Collection* in *Fales Special Collections*, of $6,000 from Charlotte Baker [2005]

- *The Buddy Baker Film Score Collection* in the *Fales Special Collection* at the NYU Bobst Library: Disney conductor scores & sketches of 12,000 pages of music for film, television, and theme parks. Inauguration 2004. Appraised at $235,000.
  - Press: *New York Times* feature article 10/14/04; NYU Today: article 10/18/04; Washington Square News: 10/21/04; various Disney internet sites

## PROFESSIONAL ORGANIZATIONS

- *The World Soundtrack Awards* of the Ghent Film Festival [2012-present]
  - Advisory Board: Voting Member
- AMS (American Musicological Society) – member since 2014.

- ASCAP (American Society of Composers and Publishers)
    - Writer member and Publisher (Sadoff Music). Member since 1990.
- SCL (Society of Composers and Lyricists): member since 2009
    - Member of the East Coast Steering Committee.
- IFP (Independent Film Project): Member [2009 -2014]
    - 10,000 filmmakers: largest Independent Film Network in NYC and country. Meetings with IFP administrators and networking events.
- Co-Director of the East Coast Branch of *The Film Music Society*, Los Angeles, CA, [2003-2010] — Member since 1991.
- Music Teachers National Association (MTNA) member since 2001.
- College Music Society (CMS) member since 2001.

## NYU: PROGRAM DEVELOPMENT / ADMINISTRATION

**CHAIR & DIRECTOR** (2013-2019)

- Department of "Music and the Performing Arts Professions" at NYU
- Oversaw: 19 programs; 1,500 students; 53 full-time, and 400 adjunct faculty
- Developed Study Abroad programs in NYU Paris and NYU Prague

**DIRECTOR of SONGWRITING** [2012-2016]

*Songwriting Program* Curriculum

- Created "Sequence of Courses," state approved by NY Board of Education as a Concentration within Music Composition [2012].
- "Friday@1:00" series: (see above).
- Carole Bayer Sager Scholarships in Songwriting $100K.
- Society of Composers and Lyricists: presentation in Loewe [Dec 2012]: Stephen Flaherty & Liz Callaway

**DIRECTOR of SCREEN SCORING** [1998-present]

- Development of online "Screen Scoring" MM
- Approved by NY State Board of Regents [2017]

    - Administer MM Degree in Music Composition / Course sequence in Music
    - Curriculum/career advisement: 10 students in 2000 to 80 current students in MTAC:SFM [Music Theory & Composition: Scoring for Film & Multimedia – change title to program in "Screen Scoring"]
    - Architect of courses in film scoring, music editing, orchestration, sound design, contemporary scoring.
    - Recruitment and Supervision of acclaimed Artist Faculty including Ira Newborn, Paul Chihara, Todd Kasow.
    - Creation of "Concentration in Film Scoring" within Undergraduate Music Composition Program [2014] (25 current students)
- Video Game Sequence of Courses [March 2010]
    - Curricula within Film Scoring Program, and aligned in tandem with specialized sequences in Music Tech and Music Business programs.
    - Development and author of course, "Composing for Video Games".

- Songwriting Program Curriculum development [2008-2011]
    - MM Concentration in Songwriting, curriculum received NY State approval in 2012.

Created Curriculum for Two Masters Degree Tracks [1995-2007]

- Core courses: *Scoring for Film and Multimedia* and *Film Music: Historical and Aesthetic Perspectives*
- Internships: placements in top industry venues including -- five students placed as music editors for *Lord of the Rings II and III* (*The Two Towers & Return of the King)*; music editing for *All My Children* (ABC); sound design/editing for top sound design companies C5 and Planet 10; assistant to noted film composer Carter Burwell multiple feature films; orchestrator for Broadway and film composer Stephen Schwartz; and assistant to music editor Susanna Peric for *Kundun*.

Engender Cross-School Curricular Collaboration

- TSOA Cinema Studies students, TSOA Graduate Film students, and FAS Ph.D. Music Composition students regularly enroll in film scoring classes
- To date, approximately 2,500 films created by TSOA students have been scored by Steinhardt graduate and undergraduate film scoring students.

Constructing Collaborative Bridges to the Profession

- *The Friday @ 1:00 Series* [2009-present]
  - The Film Scoring Program presentations/interviews with top industry composers and post-production practitioners
- Howard Shore (*Lord of the Rings*); Maria Schneider; Andy Bloch (*Human: Music and Sound Design*); William Ross (*Tale of Despereaux*)
- *Orphan 7 Film Symposium*, Amsterdam: Original Scores and Music Editing by Film Scoring Majors for silent films. Produced by TSOA Cinema Studies Program. [March 26-29, 2008]
- TRIBECA Film Festival 2008: *Les Deux Timides (1928) Directed by Rene Clair*: NYU Chamber Orchestra with original scores by Film Scoring Majors, conducted by Gillian B. Anderson and subtitles spoken by Peter Scarlet [April 30 / May 4, 2008].
- *Orphan 6 Film Symposium*, NYU: Original Scores and Music Editing by Film Scoring Majors for silent films. Produced by TSOA Cinema Studies Program. [March 26-29, 2008]
- *Toons, Tunes, And Trikfilms.* Annual series at The Walter Reade Theatre at Lincoln Center co-produced with John Canemaker (TSOA Director of Animation) and sponsored by The Film Society of Lincoln Center. [1999-2007]
  - Steinhardt film scoring graduate students create scores for 10-12 Tisch student films
  - Film scores are performed live by a large ensemble of Steinhardt instrumental performance majors on stage simultaneous with the screening of the films
  - This has become an annual event as presented within the *Golden Silent Series*: Film Society of Lincoln Center
- *NYU/ASCAP Foundation Film Scoring Workshop In Memory Of Buddy Baker*: annual professional summer workshops

**DIRECTOR of PIANO PERFORMANCE STUDIES [1994-2005]**

- Administer Undergraduate, Masters, Advanced Certificate, and Ph.D. Degrees in Piano Performance
- Created Piano and Instrumental Master Class Series [1994-2005]
  - o Initiated Piano Master Class Series at NYU at the rotunda at Steinway Hall

- Oversaw piano classes for 250 music majors. *Keyboard Harmony and Improvisation* (E85.0072-75)
- Conversion to Grad Teaching Adjuncts: Hiring, training, and overview of graduate piano majors as adjunct piano instructors for class piano and non-music major private piano instruction of 200 hours per semester

**DIRECTOR of INSTRUMENTAL PERFORMANCE** [1999-2003]

- Administer Undergraduate, Masters, Advanced Certificate, and Ph.D. Degrees in string performance studies

Co-administration of the NYU Symphony Orchestra [2002-2004]

- Co-organized/directed, concerto competitions, composer readings. Developed orchestral managers with program in Arts Administration.
- Recruitment of acclaimed instrumental faculty: Marion Feldman, Ann Setzer, Sally Thomas, Stephanie Chase, Neal Weintrob.
- Brentano String Quartet in Residence: Manage services and composer readings.
- Co-Director/Creator of the Summer String Quartet Program *An Intensive String Quartet Workshop for High School and College Students* [July 1st-19th 2002]
- Initiated/developed with cello faculty Marion Feldman
  - Creation of *The NYU Symphony Orchestra* and course, *Chamber Music: Studio Recording*, E85.2034.011 [2002].

## SERVICE: UNIVERSITY – SCHOOL – DEPARTMENT

### UNIVERSITY

NYU Production Lab Committee Faculty Ambassadors [member]

- Linda Mills and Jon Tintori, [10/2/2019 & 8/10, 2020]

NYU/LA Faculty Roundtable Committee. Linda Mills/Sadowsky [01/13, 2020]

- Alum & Program development: LA Film Composers & TISCH Filmmakers. undergrad/grad internships

AMS/NYU Committee (American Musicological Society) [Fall 2016-2018]

- Steinhardt School representative to AMS, now housed at NYU

NYU: Paris University-Wide Committee [Fall 2014-present]

- Development of curricula-housing-departmental interplay for NYU: Paris

NYU: Shanghai "Study Abroad" University-Wide Committee [Fall 2014-present]

- Development of curricula-departmental interplay for NYU: Shanghai

Steinhardt University Senator

- Alternate for Terrence Moran/Ted Magder: Fall 2007 to 2011

Steinhardt University Senator (acting - Fall 2009)

- Faculty Senate Council Governance Committee
  - Committee member
- FSC Housing Committee
  - Committee member
- FSC Educational Policies Committee
  - Committee member

Distinguished Teaching Award Selection Committee (Spring 2010)

- Faculty Senate Council Representative and Adjudicator.

Steinhardt Music and the Performing Arts Professions Senate representative

- [elected 2005 (2006-2009 term]
- Alternate, University Senate, [elected 2005 (2005-2008 term]
- *Alberto Vilar Scholars Program*: preliminary and semi-final round adjudication. Coordination for aligning prospective Vilar Fellows in Piano and departmental recruitment and adjudication [2002-2003]
- "French Accents," University-wide series of events sponsored by *The Center for French Civilization and Culture*. Produced concert featuring students from the Dept. of Music and Performing Arts Professions [May 4th 2001]
- "Cross-Gender Perspectives," *Pride Month 2000*, NYU Planning Committee: organized seminar with piano faculty member Sara Davis Buechner [October 31st, 2000]

**SCHOOL**

- 35 West 4th Street Refresh/Renovate committee [Fall 2016-2018]
    - Planning/Development with Dean of Operations /NYU facilities management / MPAP Faculty and staff
- 181 Mercer Street Performing Arts Center Committee [2014-2019]
    - Planning and development with Provost's office.
    - Development with Jaffe-Holden architectural firm.
- Dean Search Committee (appointment by the Provost)
    - 9/13 - 3/14: Interview, vetting, reporting, and voting on final candidates.
    - Presentation to the President and Provost on March 5, 2014.
- Steinhardt Gala at the Beacon Theatre: Paul Simon [May 7th, 2014]
    - Development and coordination of student performers in concert with The Eagles. Coordination and artistic direction of two student ensembles for the *Per Se* dinner.
- Steinhardt Gala at the Beacon Theatre: The Eagles [November 15, 2013]
    - Development and coordination of student performers in concert with The Eagles. Coordination and artistic direction of two student ensembles for the *Per Se* dinner.
- Strategic Planning Committee (2012-13): appointment by the Dean.
    - Advisory Group (member): provides informal feedback to Steinhardt senior leadership on the Strategic Planning process.
    - Strategic Planning Committee (member): provide direction and counsel under the oversight of NYU Steinhardt leadership, throughout the strategic planning process.
- Search Committee, Chair [Winter/Spring 2011-12]
    - *Music Technology/Music Composition Faculty* Assistant/Associate Professor
- Faculty Speaker at 2010 Valedictory Celebration [May 10, 2010]
    - Invited by Dean Brabeck on behalf of the Steinhardt Faculty [Dec 2009].
    - Speaker at Radio City Music Hall for ceremony celebrating Masters and 6th Year Certificate Candidates.

- Steinhardt: Task Force on Tenure-Track Faculty Work Load [Spring 2010-Spring 2011].
    - Appointed member by Academic Dean Beth Weitzman
- Steinhardt: Faculty Council and Senate
    - Senator and Faculty Representative from Department of Music and Performing Arts Professions (since 2006)
  - Deans Advisory Search Committee for the Academic Dean [Spring 2009]
      - Committee member: Beth Weitzman awarded position Summer 2009.
- Steinhardt Faculty Academic Affairs Committee (FAAC) – Member [2008-2010]
- Dean's Grants for Student Research Selection Committee – Member of undergraduate research committee, under the aegis of Pat Carey
- *Prague: Character and Culture in Film*, Deans Research Travel Colloquy: research classes (E03.0003), travel, and study of music/culture of Prague [Spring 2006]
- Steinhardt Service Award [May 2003]
- *Behind The Scenes in San Francisco*, Dean's Research Travel Colloquium: Research/Travel with Steinhardt School undergraduates to San Francisco. Classes (E83.0003) on San Francisco culture through music, and film music [March 9-16, 2002]
- DUGS (Directors of Undergraduate Students) Representative from Dept. of Music and Performing Arts Professions, liaison to deans for Undergraduate issues [2000-2002]

**DEPARTMENT**

- Music Business Search Committee [5/8/20] perusal, interviews, reports composed for five finalists.
- NYU: Paris Study Abroad Advisory Committee [Fall 2013-present]
    - Development of MPAP programs in Music Technology, Instrumental performance, jazz, and music composition.
    - Regional Conservatory "PSPBB" contracted in Fall 2017.
- NYU: Shanghai: MPAP Development of faculty (Dianna Heldman) and Shanghai Conservatory relationships [Fall 2013-present]
- New York Philharmonic: Development initiatives in digital archives, educational outreach and performance studies [Nov 2015-2017]
- Search Committee, Member [Winter/Spring 2012-13]
  - *Instrumental Performance Program: Violin Performance*
    Non-Tenure, Music Assistant/Music Associate Professor
- Search Committee, Chair [Winter 2011-12]
  - *Music Technology/Music Composition Faculty*
  - Assistant/Associate Professor
- Search Committee, Chair [Winter 2010-11]
  - *The Sasha Gorodnitzki Endowed Chair in Piano Performance Studies*
  - Full Professor or Music Professor (Senior faculty position)
- Search Committee, Chair [Winter 2008-09]
  - Chair: Music Associate Professor in Film Scoring (contract faculty)

- Search Committee, Member [Winter 2008-09]
  - Assistant Professor Music in Music Composition (tenure-stream faculty)
- Search Committee, Ex-Officio [Winter 2008-09]
  - Music Associate Professor in Percussion Studies (contract faculty)
- Search Committee, Chair [Fall-Spring 2007-08]
  - Clinical Assistant Professor in String Performance
- Search Committee, Member [Fall-Spring 2007-08]
  - Assistant Professor (tenure track) in Dance Education
- Doctoral Studies Committee: Ph.D. Topic and Dissertation Proposal Reviews, Candidacy Exams and their development. Choosing prospective doctoral candidates. Committee for development of DMA Programs in performance and composition [1995-present]
- Chair: Search Committee, *Music Associate Professor in Film Scoring* [Winter 2008-09]
- Search Committee, Member: *Assistant Professor Music in Music Composition* [Winter 2008-09]
- Search Committee, Ex-Officio: *Music Associate Professor in Percussion Studies* [Winter 2008-09]
- Chair, Search Committee, [Fall-Spring 2007-08]
  - o *Clinical Assistant Professor in String Performance*
- Search Committee, Member [Fall-Spring 2007-08]
  *Assistant Professor (tenure track) in Dance Education*
- Member, search committee: *Visiting Professor of Theory/Composition* [Fall/Spring 2006]
- Chair, search committee: *Director of Piano Performance*. [Fall/Spring 2005]
- Member, search committee*: Director of Theory*. [Spring 2003]
- Chair, search committee: *Director of Strings*. [Summer 2002]
- Member, search committee: *Master Teacher in Musical Theatre*. [Spring 2000]
- Chair, Camajani Felowship Committee. Grant for inviting cross-programmatic scholars and performing artists for campus residencies [2002-2004]
- Director of Summer Programs. Facilitate and development programmatic summer workshops and classes. Oversee production of brochures. Liaison between department and the NYU special events office [2000-2003]

## NYU EMPLOYMENT

- New York University The Steinhardt School
  Dept. of Music and Performing Arts Professions. Since 2000. (Adjunct 1983-1999)
  - 2013-2019: Appointed/Elected — Director and Chair, Dept of Music and Performing Arts Professions
  - 2006 - present: Associate Professor
  - 2000 - 2006: Assistant Professor
    - Director, Songwriting (2012-2015)
    - Director/Founder, Screen Scoring (1995–present)

- Director, Screen Scoring Summer Workshops (1999-present)
- Director, Piano Performance Studies (1995–2006)
- Co-Director, Instrumental Performance Studies (1995-2003)
- Director of Undergraduate Performance Students (1999-2002)
- Director of Steinhardt Summer Music Programs (1999-2003)

**COURSES TAUGHT AT NYU**

- *The Performing Arts In Western Civilization* (MPATC-UE 1505)
- *Seminar in Composition* (E85. Sec3)
- *Songwriters Forum* (E85.2090 / E85/1190)
- *Scoring for Film and Multimedia* (E85.2048)
- *Composition for Graduate Film Scoring Composers* (E85.2321)
- *Graduate Internship in Music Technology* (E85.2605)
- *Screen Music: Historical and Aesthetic Perspectives* (E85.2550 & E85.1500)
- *Colloquium in Music* (E85.2026)
- *Piano Literature* (E85.1081, E85.1092)
- *Chamber Music: Studio Recording* (E85.2034.011)
- *Private Piano* (E85.2356)
- *Private Music Composition*
- *Keyboard Harmony and Improvisation I, II, III, IV* (E85.0072-75)
- *Collegium and Program Meeting* (E85.0092)

# Visual Exhibit A

# Dancing with a Stranger

by

JAMES NAPIER, SAM SMITH, MIKKEL STORLEER ERIKSEN,
TOR ERIK HERMANSEN and NORMANI KORDEI HAMILTON

Published Under License From

Sony/ATV Music Publishing

© 2018 Salli Isaak Songs Ltd, Songs Of NKH, Stellar Songs Limited, EMI Blackwood Music Inc and Naughty Words Limited
Downtown Music UK Limited, EMI Music Publishing Ltd and Sony/ATV Music Publishing (UK) Ltd
All Rights Reserved

Authorized for use by ***Ronald H. Sadoff***

NOTICE: Purchasers of this musical file are entitled to use it for their personal enjoyment and musical fulfillment. However, any duplication, adaptation, arranging and/or transmission of this copyrighted music requires the written consent of the copyright owner(s) and of Musicnotes.com. Unauthorized uses are infringements of the copyright laws of the United States and other countries and may subject the user to civil and/or criminal penalties.

Musicnotes.com

# Dancing With A Stranger

Words and Music by James Napier, Sam Smith,
Mikkel Eriksen, Tor Erik Hermansen and Normani Hamilton




© 2018 Salli Isaak Songs Ltd, Songs Of NKH, Stellar Songs Limited, EMI Blackwood Music Inc, and Naughty Words Limited
Downtown Music UK Limited, EMI Music Publishing Ltd, and Sony/ATV Music Publishing (UK) Ltd
All Rights Reserved

Musicnotes.com
Authorized for use by: ***Ronald H. Sadoff***





Authorized for use by: ***Ronald H. Sadoff***


Fm7
A♭
D♭maj9
23
oh _ ba - by, ba - by, I'm danc - ing with a stran - ger. Look _ what you made me do,
Fm7
A♭sus2
26
I'm _ with some-bod - y new, oh _ ba - by, ba - by, I'm danc - ing with a stran - ger,
1.
D♭maj7
E♭
Fm
A♭5
29
(Female vox)
danc - ing with a stran - ger. 2. I was-n't e-ven go-ing
p
2.
D♭maj7
E♭
Fm
A♭
33
(Both)
danc - ing with a stran - ger, danc - ing with a stran - ger.


D♭maj7
E♭
danc - ing, yeah, ooo.
A♭5
D♭maj9
E♭sus
(Male vox)
Look what you made me do, I'm with some-bod - y new,
p
Fm7
A♭sus2
D♭maj9
(Both)
oh ba - by, ba - by, I'm danc - ing with a stran - ger. Look what you made me do,
Cm7
Fm7
A♭sus2
I'm with some-bod - y new, oh ba - by, ba - by, I'm danc - ing with a stran - ger,


D♭maj9
E♭sus
Fm
49
(Both)
I'm danc - ing, I'm danc - ing,
I'm danc - ing, I'm danc -
danc -
mf
A♭
D♭maj9
Cm7
52
- ing,
- ing with a stran - ger,
I'm danc - ing, I'm danc - ing,
danc - ing with a stran - ger,
Fm
A♭5
N.C.
55
I'm danc - ing, I'm danc - ing.
danc - ing with a stran - ger.

# Dancing with a Stranger

by

JAMES NAPIER, SAM SMITH, MIKKEL STORLEER ERIKSEN,
TOR ERIK HERMANSEN and NORMANI KORDEI HAMILTON

Published Under License From

Sony/ATV Music Publishing

© 2018 Salli Isaak Songs Ltd, Songs Of NKH, Stellar Songs Limited, EMI Blackwood Music Inc, and Naughty Words Limited
Downtown Music UK Limited, EMI Music Publishing Ltd, and Sony/ATV Music Publishing (UK) Ltd
All Rights Reserved

Authorized for use by ***Ronald H. Sadoff***

NOTICE: Purchasers of this musical file are entitled to use it for their personal enjoyment and musical fulfillment. However, any duplication, adaptation, arranging and/or transmission of this copyrighted music requires the written consent of the copyright owner(s) and of Musicnotes.com. Unauthorized uses are infringements of the copyright laws of the United States and other countries and may subject the user to civil and/or criminal penalties.

Musicnotes.com

# DANCING WITH A STRANGER

Words and Music by SAM SMITH,
TOR HERMANSEN, MIKKEL ERIKSEN,
JAMES NAPIER and NORMANI HAMILTON




© 2018 Salli Isaak Songs Ltd, Songs Of NKH, Stellar Songs Limited, EMI Blackwood Music Inc, and Naughty Words Limited
Downtown Music UK Limited, EMI Music Publishing Ltd, and Sony/ATV Music Publishing (UK) Ltd
All Rights Reserved

Musicnotes.com
Authorized for use by: *Ronald H. Sadoff*




* Female vocal sung one octave lower.



Musicnotes.com Authorized for use by: *Ronald H. Sadoff*




* FEMALE VOCAL WRITTEN AT SUNG PITCH (BOTTOM NOTES).



Musicnotes.com Authorized for use by: Ronald H. Sadoff

# Tab 24

# Exhibit 6

EXHIBIT
12
ALEXANDER STEWART
1/20/2023
LISA MAKOWSKI, CSR

**Alexander Stewart, Ph.D. LLC**
**Preliminary Musicology Report**
**January 3, 2022**

**Re: "Dancing with a Stranger" and "Dancing with Strangers"**

## 1. Background

I am Professor of Music, the founder and coordinator of the Jazz Studies Program, and former Director of Latin American and Caribbean Studies at the University of Vermont. I collaborated in the design and implementation of our successful Music Technology and Business Program. I have contributed to numerous peer-reviewed journals and other publications, and I am author of a book, *Making the Scene: Contemporary New York City Big Band Jazz*, published by University of California Press (2007). My article on drumming and rhythms, "Funky Drummer," first published in the British journal *Popular Music* in 2000, has been reprinted in several anthologies and has been widely cited. My scholarly work encompasses extensive music transcriptions, musicological analysis, historical research, and other activities, particularly in popular music. I earned a Ph.D. in Music (Ethnomusicology Concentration) from the Graduate Center of the City University of New York (CUNY) and a Master of Music in Jazz and Commercial Music from Manhattan School of Music. During 2006-7 I was a Fulbright scholar researching traditional and popular music in Mexico. As an active professional musician for more than forty years I have performed and recorded with leading musicians in jazz and popular music such as Lionel Hampton, Wynton Marsalis, and Ray Charles. I have provided expert opinions and analysis and lectured widely on music copyright matters for nearly twenty years. A C.V. attached to this report lists my professional activities in more detail.

## 2. Assignment

I have been asked to examine, compare and research two songs: "Dancing with a Stranger" by Sam Smith ((henceforth "SS") and "Dancing with a Stranger" (aka "Dancing with Strangers") by Jordan Vincent (henceforth "JV").[1] I was provided media and links to the recordings by Francis

[1] My understanding is that Jordan Vincent's original title was "Dancing with a Stranger" and that, after the release of the Smith song, he altered the title in order to distinguish his work from the later song.

Malofiy, Esq. The media included two versions of JV (the deposit copy audio and a YouTube video – henceforth "JVvid"). These two versions are the same composition – they differ only in certain structural elements discussed below. While this report provides analysis of both versions, its primary focus is the deposit copy version and, unless otherwise noted, all references are to this version. Additionally, I downloaded the sheet music to SS from Musicnotes.com. I was also asked to perform a preliminary search for other songs containing similar expression ("prior art"). Finally, I was charged with providing a preliminary assessment of the importance of any similar expression to each composition.

## 3. Methodology

I begin with close listening to each song in its entirety. I take note of the general characteristics of each composition. I then transcribe (put into music notation) similar passages and compare this expression. While primary emphasis is on melodic content, other expression and details (lyrics, underlying harmony, accompaniment patterns, etc.) are also taken into consideration. If important similarities are found, I then conduct a prior art search to look for any other songs containing similar expression. I then assess the quantitative importance as well as the qualitative significance of this expression to each song.

## 4. Summary of Findings

My investigation and analysis have found that the compositions SS and JV are substantially similar in the lyrics, melodic content (including rhythmic and metric placement), and structural setting and supportive harmonies of their main themes and choruses. The creative selection and arrangement of the melody, lyrics and other elements in JV as discussed below are distinctive and original and this expression forms the musical core of SS. A prior art search turned up no compositions with anywhere near the degree of similarity as contained in these songs.

## 5. Analysis

a) General
Although SS is slightly slower than JV, both songs are very similar in style and production. Other than the acoustic piano sound during the intro and percussion interlude of of JVvid, both works rely heavily on synthesized instrumental sounds common in contemporary popular dance music. Harmonically, SS and JV are built on four-chord cycles of major and minor chords resulting in some ambiguity[2] as to key center (particularly in SS). As discussed further below,

---

[2] Tonal ambiguity has become fairly common in contemporary popular music, especially in songs based on repeating four-chord cycles such as heard in these songs. Current scholarship in music theory has taken note of this trend as evidenced in articles and books by Christopher Doll (2017 *Hearing Harmony: Toward a Tonal Theory for the Rock Era*. University of Michigan Press); Asaf Peres, (2016 "(Dys)Functional Harmony: How Sound Production in Twenty-First-Century Pop Music Liberates Harmony from Its Functional Role," paper presented at the annual

these four-chord cycles repeat throughout much of each song. Overall, I hear the third minor chord as the "tonic" or key center in SS. My reasons are provided below in the discussion of the chord progressions.

| | Key | Tempo |
|---|---|---|
| SS | F minor (Aeolian) | 109 bpm |
| JV | G minor (Aeolian) | 120 bpm |

The Aeolian mode or natural minor is a minor scale with a flattened sixth. On the piano keyboard an example would be the seven white keys beginning with A.

b) Harmony[3]

Basic chord sequences

| | | | | |
|---|---|---|---|---|
| SS (transposed) | Eb | F | G- | Bb |
| JV | G- | D- | Eb | F |
| | | | | |
| SS | Eb | D- | G- | Bb |
| JV | G- | D- | Eb | F |

As will be seen in example 2 below, a simple rotation of the chords yields an almost identical cycle over eight bars.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SS (transposed) | Eb | F | G- | Bb | Eb | D- | G- | Bb |
| JV | Eb | F | G- | D- | Eb | F | G- | D- |

It should be noted that the only different chords here are closely related: D- and F and D- and Bb share two of the three pitches that make up their triads. The progression D- to G- (v-i) in SS reinforces the sense of a G minor tonality. Moreover, the bVI-bVII-i (Eb F G-) with the borrowed IV V chords from the relative major (Bb) is a common cadence in rock and popular music. Finally, the melodic movement to the pitch G, especially in the opening phrases establishes a strong sense of G minor at the beginning of the song.

c) Basic Structure and occurrences of choruses

The basic structure of each song is similar. Each begins with several iterations of the chord cycle before the drums and rhythm section kicks in. Each contains three choruses although in the video the second and third choruses of JV are separated by a brief percussion interlude.

---

meeting of the Society for Music Theory, Vancouver, BC); Mark Spicer (2017 "Fragile, Emergent, and Absent Tonics in Pop and Rock Songs." *Music Theory Online* [*MTO*] 23 (2)); and Mark Richards (2017 "Tonal Ambiguity in Popular Music's Axis Progressions" [*MTO*] 23 (3)). *Music Theory Online* is described as "one of the flagship journals of the Society for Music Theory. It is a peer-reviewed open-access electronic journal of research and scholarship in music theory, music analysis, and related disciplines." https://www.mtosmt.org/index.php

[3] In this and all subsequent analysis, examples have been transposed to the same key signature as explained in 5d.

SS
0:00 intro (out of time)
0:23 intro (time and vocalizations)
0:30 verse
1:09 chorus
1:35 verse
1:55 chorus
2:32 chorus (variation)

JV
0:00 intro (vocalizations)
0:30 verse
1:03 chorus
1:34 verse
2:05 chorus
2:39 intro/interlude
3:56 chorus

JVvid
0:00 intro (piano, out of time)
0:21 intro (time and vocalizations)
0:51 verse
1:23 chorus
1:56 verse
2:26 chorus
[3:00 interlude – video only]
3:40 chorus

d) Melodies, signature themes, and structure
Following standard musicological procedure when comparing two or more works, I have transcribed or put into music notation the relevant passages. In order to facilitate this comparison I have transposed JV up a whole step in order to place each song in the same key signature. Interestingly, this same alteration occurs when JV is slowed to the same tempo as SS (without using software to maintain a constant pitch level) – the melodic and harmonic content converge as in my transcriptions below. In the melodies at issue in this case, the lyrics reference the titles of the songs and they can be considered the title or signature themes in each song. They clearly form the "hooks"[4] in the choruses of each composition. As can be seen below, these phrases appear thirteen times in SS and twelve times in JV.
Occurrences of signature phrase:

[4] In popular music, a "hook" is the most catchy and memorable part of a song. In the music industry, it is widely believed that, in order to be successful, a song must have at least one "hook."

| SS | JV | JVvid |
|---|---|---|
| 1:15 | 1:04 | 1:26 |
| 1:25 | 1:12 | 1:34 |
| 1:30 | 1:20 | 1:41 |
| 2:02 | 1:28 | 1:49 |
| 2:12 | 2:07 | 2:29 |
| 2:16 | 2:15 | 2:37 |
| 2:21 | 2:23 | 2:44 |
| 2:26 (partial) | 2:30 | 2:52 |
| 2:39 | 3:27 | 3:43 |
| 2:49 | 3:35 | 3:51 |
| 2:59 | 3:43 | 3:59 |
| 3:04 | 3:51 | 4:07 |
| 3:09 | 3:59 | |
| | 4:07 | |
| | 4:15 | |
| | 4:23 | |

As discussed in greater detail below, the phrase "dancing with a stranger" is heard four times in each chorus except for the first chorus of SS (where it is heard 3 times) and in the second (where there is a partial fifth iteration) and third chorus of SS and the last chorus, where the signature phrase is repeated to end the song. The phrase is heard four times during the interlude of JV (but not during the JVvid percussion interlude).

e) Melodic analysis
As can be seen in Example 1, these passages are nearly identical in melodic contour, rhythm, and metric placement and the pitch sequences are very similar.[5]

Example 1 signature phrases




[5] The most authoritative reference work on music in the English language, the *New Grove*, defines melody as "pitched sounds in musical time" and the *Oxford Companion to Music* describes it as the "interaction of rhythm and pitch." The *Harvard* and *Oxford* dictionaries of music further explain that, along with pitch, duration (rhythm) is an essential element in the formation and recognition of melodies.

While the pitch sequences are not identical, the identity of these passages is also defined by their identical lyrics, rhythmic durations, metric placement and structural significance. Both phrases begin with an anticipation of beat one with the syllable "dan-" and descend by regular eighth notes to the syllable "stran-" which is held for a full beat before resolving on a chord tone on the final syllable ("-ger"). One slight difference is that this resolution occurs a half beat later in JV.

f) Structural importance in chorus

Example 2 provides transcriptions of the choruses of both songs. The signature phrases and common chord changes are depicted in red. As can be seen, both choruses are based on a four-chord cycle. In both choruses the signature phrase appears four times in each within each four bars chorus (except for the first chorus of SS where it appears three times).

Example 2. Signature phrases in the choruses

Smith 1:55

JV 0:58

JVvid 1:20



## 6. Prior Art

A search for other songs containing the words "dancing with a stranger" unearthed only a dozen songs that predate the songs at issue in this case. Most are obscure and written in entirely different styles and genres. In none of these songs is the phrase even remotely similar in melodic contour, pitch content and rhythm as these phrases in SS and JV are to each other. In many, the phrase occurs in isolation. The lyric figures importantly as a repeated structural motive (motif) in only three. As can be seen in example 3, in each of these three earlier songs the phrases are completely different from the phrases at issue in this case.

Example 3. Prior art




## 7. Quantitative Analysis

The signature phrase of the choruses provides the main theme of the choruses and appears thirteen times in SS, sixteen times in JV and twelve times in JVvid. In SS the choruses comprise a total of 1:45 of the 3:15 song (105 of 195 seconds) or 54%. In JV the phrase at issue provides the main theme of the choruses which, along with the four iterations in the interlude, account for 2:15 or approximately 56% of the four-minute song. In the video version of JV the choruses comprise 1:43 or approximately 40% of the total length of the song (4:16). The proportion of the song in which the choruses and other iterations appear in the deposit copy of JV (without the 40 second percussion interlude) is nearly the same as in SS. While the choruses are constructed around the signature phrases, these phrases are not present throughout the entire choruses, so the quantitative percentages could arguably be somewhat lower. The words "dancing with a stranger" also comprise a significant proportion of the lyrics in both songs (see Attachment 1).

Since these lyrics occupy the same musical space as the melodic themes, the percentages of the lyrical similarities can be considered equal to those found in the melodic analysis.

## 8. Qualitative Analysis

Calculating the amount of time that musical expression is present in a composition is at best a crude measurement of the value of that expression to the overall song. Qualitative analysis measures the importance of this musical expression to the larger work. In forensic musicology the quantitative value is adjusted upward or downward according to its overall significance to the composition. Qualitatively, these themes are the most important expression in each composition. The lyrics reference the titles of both songs. In the popular music industry, it is an article of faith that, to become successful, a song must have at least one "hook" or memorable passage. As the title or signature phrases of each song, these distinctive phrases must be considered the "hooks" or most valuable parts of the song. In both songs the phrases are the last music the listener hears. In this case, because this expression is the most important in each song, the quantitative value must be adjusted upward significantly. In fact, it is difficult to imagine either song existing without these signature phrases.

## 9. Conclusions

The musical expression at issue in this case is substantially similar and is significant both quantitatively and qualitatively to each song. These signature phrases are distinctive and a prior art search has uncovered no other songs as similar to these songs as they are to each other. None of the earlier works exhibit the creative selection and arrangement of elements as originally heard in JV and later appearing in SS. Indeed, none of this prior art is even remotely similar to these two songs. As discussed above, the phrases occur repeatedly in both JV and SS in important places and contain the lyrics referencing the titles. Clearly, they form the most valuable expression in these compositions. Given the degree of similarity in these distinctive passages and other details, I consider it extremely unlikely that SS was created independently from JV.

As a preliminary inquiry, this report is not intended to be exhaustive, and I retain the right to amend or supplement it should further information become available.

Respectfully submitted,

Alexander Stewart, Ph.D. LLC

<u>Attachments</u>
1) Lyric comparison
2) Alexander Stewart, Ph.D. Curriculum Vitae

**Attachment 1 Lyrics**

Dancing with a Stranger
Jordan Vincent

Verse I
That girl was on fire from the get go
Never had to let go
She said time passes so slow
Everything in slow mo
Over and over again
Over and over
Over and over
Over and over

Chorus
She said I'm gonna die
Dancing with a stranger
She said I'm gonna die
Dancing with a stranger
She said I'm gonna die
Dancing with a stranger
She said I'm gonna die
Dancing with a stranger

Verse II
Just one more time before I go home
Baby move me go go
It's a feeling that's how I know
Someday I'm gonna fly baby, Ooh

Chorus
She said I'm gonna die
Dancing with a stranger
She said I'm gonna die
Dancing with a stranger
She said I'm gonna die
Dancing with a stranger
She said I'm gonna die
Dancing with a stranger

Interlude
Dancing with a stranger
Dancing with a stranger
Dancing with a stranger
Dancing with a stranger

Dancing with a Stranger
Sam Smith

Verse I
I don't want to be alone tonight
It's pretty clear that I'm not over you
I'm still thinking 'bout the things you do
So I don't want to be alone tonight
Can you light the fire
I need somebody who can take control
I know exactly what I need to do
'Cause I don't want to be alone tonight, alone tonight, alone tonight

Chorus
Look what you made me do
I'm with somebody new
Ooh, baby, baby I'm dancing with a stranger
Look what you made me do
I'm with somebody new
Ooh, baby, baby I'm dancing with a stranger
Dancing with a stranger

Verse II
I wasn't even going out tonight
But boy I need to get you off my mind
I know exactly what I have to do
I don't want to be alone tonight, alone tonight, alone tonight

Chorus
Look what you made me do
I'm with somebody new
Ooh, baby, baby I'm
Dancing with a stranger
Look what you made me do
I'm with somebody new
Ooh, baby, baby I'm
Dancing with a stranger

Dancing with a stranger
Dancing with a stranger
Dancing, yeah, ooh

**Attachment 1 Lyrics**

Chorus
She said I'm gonna die
Dancing with a stranger
She said I'm gonna die
Dancing with a stranger
She said I'm gonna die
Dancing with a stranger
She said I'm gonna die
Dancing with a stranger

Chorus
Look what you made me do
I'm with somebody new
Ooh, baby, baby I'm
Dancing with a stranger
Look what you made me do
I'm with somebody new
Ooh, baby, baby I'm
Dancing with a stranger
Dancing with a stranger
Dancing with a stranger

# *Alexander Stewart*

Department of Music
University of Vermont
Burlington, VT 05405

E-mail: astewart@uvm.edu
Office: (802) 656-7766
Mobile: (802) 310-2009

## EDUCATION

GRADUATE CENTER: THE CITY UNIVERSITY OF NEW YORK
Ph.D. in Music (Ethnomusicology Concentration), 2000
Dissertation: *Composition and Performance in Contemporary New York City Big Bands (1989-1999)* Advisor: Stephen Blum

MANHATTAN SCHOOL OF MUSIC
Master of Music, Jazz and Commercial, 1991

LONG ISLAND UNIVERSITY, C.W. POST
B.F.A., *summa cum laude,* in Music Education, 1988

## TEACHING EXPERIENCE

UNIVERSITY OF VERMONT
Professor, 2012-present
Associate Professor, 2005-2012
Assistant Professor, 1999-2005
Jazz Studies Coordinator, 2003-present
Director, Integrated Fine Arts Program, 2008-2012
Director, Latin American Studies Program, Spring 2006; 2011-16

LONG ISLAND UNIVERSITY, C.W. POST
Instructor in Music, 1988-1999
Director of Jazz Studies

Additional courses at:
The New School (Jazz and American Culture), 1995-1997
John Jay College of CUNY (History of Jazz and Rock), 1995

## COURSES TAUGHT

Jazz History
Jazz Improvisation I & II
World Music Cultures
Seminar in Ethnomusicology

Music Business & Copyright
Music Theory
Musical Avant-Gardes
Music of Cuba, Puerto Rico, and the Dominican Republic
Duke Ellington
Jazz Ensembles (Big Band and Combos)
Seminar in World Music (Honors College)
Music of Latin America and the Caribbean
Latin Jazz Summer Immersion
Culture and Politics of Latin American Protest Music (team taught with professors from Political Science, Romance Languages, and Global Studies)

## PUBLICATIONS

### *Books*

*Making the Scene: Contemporary New York City Big Band Jazz,* Berkeley: University of California Press, 2007.

Spanish translation from the French and German: Hans Bodenmann, *El ABC de la Flauta Dulce*. Zurich: Anton Peterer Music & Books, 2003 (Recorder method book).

### *Forthcoming*

"Music, Media, and Anarchism in the 'Oaxaca Commune,'" In *Oxford Handbook of Protest Music,* edited by Noriko Manabe and Eric Drott, New York: Oxford University Press [2021].

### *Articles, Book Chapters, Reviews, Entries*

"Been Caught Stealing": A Musicologist's Perspective on Unlicensed Sampling Disputes" *University of Missouri Kansas City Law Review* 83(2): 340-61 (Winter 2014).

"Make It Funky: Fela Kuti, James Brown and the Invention of Afrobeat." *American Studies* 52(4) (2013): 99-118.

"*La chilena mexicana es peruana*: Multiculturalism, Regionalism, and Transnational Musical Currents in the Hispanic Pacific." *Latin American Music Review/Revista de Música Latinoamericana* 34(1) (Spring 2013) Austin: University of Texas Press.

"'Funky Drummer': New Orleans, James Brown and the Rhythmic Transformation of American Popular Music." Reprinted in *Roots Music,* edited by Mark F. DeWitt. London: Ashgate, 2011 (originally published in *Popular Music* 19(3) October 2000 Cambridge University Press).

Review of Ben Ratliff, *Coltrane: The Story of a Sound*. *Jazz Perspectives* 2(1):103-109 (2008).

"Contemporary New York City Big Bands: Composition, Arranging, and Individuality in Orchestral Jazz," *Ethnomusicology* 48(2) (Spring/Summer 2004): 169-202.

Review of *The New Grove Dictionary of Jazz* in *Ethnomusicology* 47(3) (Fall 2003):376-80.

"Second Line," *Encyclopedia of Popular Music of the World*. London: Cassell 2003.

Essay review of Lewis Porter, *John Coltrane: His Life and Music*. *Annual Review of Jazz Studies 11*, 2000-1 [2002]: 237-52.

"'Funky Drummer': New Orleans, James Brown and the Rhythmic Transformation of American Popular Music," *Popular Music* 19(3) (Winter 2000): 293-318.

Review of Scott DeVeaux, *The Birth of Bebop*. *Yearbook of Traditional Music* 30 (1998): 135-7.

## LECTURES, COLLOQUIA, CONFERENCE PAPERS

"Blurred Lines IV: Legal Considerations When Writing." Canadian Film Centre Slaight Music Residency Panel Talk. Toronto, Canada. May 27, 2021

"Melody, 'Beats,' and Minimalism: Copyright in Contemporary Popular Music." *Substantial Similarity and the Role of Forensic Musicology in Music Copyright Litigation*. American Musicological Society/Society for Music Theory Annual Meeting, Virtual Conference, Minneapolis, MN. November 15, 2020.

Silicon Flatirons Conference: *The Future of Copyright Infringement Analysis in Music*. Invited panelist and Speaker. March 5, 2020, Colorado Law, University of Colorado, Boulder, CO.

Composition, Jazz Improvisation, and Copyright," Jazz Educators Network (JEN) annual conference, New Orleans, January 8, 2020

"Blurred Lines III: Legal Considerations When Writing." Canadian Film Centre Slaight Music Residency Panel Talk. Toronto, Canada. August 7, 2019

"Blurred Lines II: Legal Considerations When Writing." Canadian Film Centre Slaight Music Residency Panel Talk. Toronto, Canada. August 13, 2018

"The Future of Sampling: Transformative Art or Copyright Infringement?" Alexander von Humboldt Institute for Internet and Society, Berlin, Germany. February 28, 2018.

"Blurred Lines: Legal Considerations When Writing." Canadian Film Centre Slaight Music Residency Panel Talk. Toronto, Canada. August 2, 2017

"Creativity and Copyright," Champlain College, November 11, 2015

Invited Keynote Speaker: Symposium on Hip Hop, Technology, and Copyright. Utah State University. (March 28, 2015).

"Make It Funky: Fela Kuti, James Brown and the Invention of Afrobeat." Annual Conference of the American Studies Association. Washington DC, November 23, 2013.

"Creativity and Copyright," Champlain College, October 25, 2013

"Lila Downs: Music, Culture, and Politics in Oaxaca, Mexico." Pre-Concert Lecture. Flynn Center for the Performing Arts. Burlington, VT. April 26, 2013.

"Music, Media, and Anarchism in the Oaxaca Commune" Paper presented at Music and War Panel. AMS/SEM/SMT Annual Conference. New Orleans. Nov. 2, 2012.

"*Pasos cromáticos en la improvisación del jazz* (Chromatic Passing Tones in Jazz Improvisation)." Lecture/workshop (in Spanish) at Instituto Projazz, Santiago, Chile. May 31, 2012.

"Musicology CSI: Sampling, Interpolation, and Copyright." Thursdays at One Performance/Lecture Series, UVM Music Department.

"Music, Media, and Anarchism in the 'Oaxaca Commune,'" Presentation to University of Vermont Global Village, 15 February 2011.

"*Son de las barricadas*: Protest song and revolution on Oaxaca's Radio APPO." Paper read at the annual conference of Society for Ethnomusicology (SEM) in Los Angeles, CA, Nov. 2010.

"*Son mexicano*" OLLI (Osher Life Long Learning Institute). Pre-Concert Lecture Sones de México, Lane Series 8 October 2010.

"*Música popular* and the Ideology of *mestizaje* in Postrevolutionary Mexico." 1 October 2010, UVM Hispanic Forum.

Musicology CSI: Sampling, Interpolation, and Copyright." Invited lecture, State University of New York (SUNY) Albany, 28 April 2010.

"La Chilena Mexicana: Transnational Musical Currents in the Hispanic Pacific" Global and Regional Studies Lecture, 17 March 2010 Billings Marsh Lounge.

"Copyrights and Copywrongs: Introduction to Forensic Musicology" Invited lecture, State University of New York (SUNY) Plattsburgh, 11 March 2010.

FLYNNsights: Lecture on Charles Mingus opening the residency of the Mingus Repertory Ensembles (Mingus Dynasty, Mingus Orchestra, and Mingus Big Band along with dance troupe choreographed by Danny Buraczeski at the Flynn Center for the Performing Arts. 17 October 2010.

"Supergenre, genre, subgenre: Mexican *son* and the *chilena* complex." Paper presented at the annual conference of the Society for Ethnomusicology (SEM) in Mexico City, November 2009.

"*Socialismo con pachanga*: Music in Revolutionary Cuba." Hispanic Forum, University of Vermont, 22 October 2009.

"Performing Race: Afro-Mexicans and Multiculturalism in Oaxaca's Guelaguetza." Paper presented at the Latin American Studies Association (LASA) XXVIII International Congress, "Rethinking Inequalities" Rio de Janeiro, Brazil, 12 June 2009.

*La chilena oaxaqueña: "El gusto de mi region*." Paper presented at the annual conference of the Sonneck Society for American Music (SAM), Denver, CO, 19-22 March 2009.

Insights FlynnArts. Pre-concert lecture on Maria Schneider and her Orchestra. 22 January 2009. Amy E. Tarrant Gallery at the Flynn Center for the Performing Arts.

"Performing Race: Afro-Mexicans and Multiculturalism in Oaxaca's Guelaguetza Festival." Paper presented at the annual meeting of the Society for Ethnomusicology (SEM), Wesleyan University, Middletown, CT, 28 October 2008.

"*La Danza de las Diablas*"? Race, Gender, and Local Identity in Afro-mestizo communities of Mexico's Costa Chica. Paper presented at the annual meeting of the Society for Ethnomusicology (SEM), Columbus, OH, 28 October 2007.

"*Son de las Barricadas*": Songs of Protest from the Spanish Civil War to the Present on Oaxaca's Radio APPO." Hispanic Forum, University of Vermont, 10 October 2007.

"Cross-Cultural Learning through Music and Dance: A UVM Class in Guantánamo, Cuba." Presentation to the UVM College of Arts and Sciences Advisory Board, April 2004.

"Beauty and the Beast: Maria Schneider's *Wyrgly*." Paper presented at special session of the joint meetings of Society for Music Theory (SMT) and the American Musicological Society (AMS), "Women in Jazz: Voices and Roles," Columbus, OH, 1 November 2002.

"On the Edge: Sue Mingus and the Mingus Big Band." Colloquium at the University of Illinois (Urbana and Champaign), 6 March 2002.

"*Blood on the Fields:* Wynton Marsalis and the Transformation of the Lincoln Center Jazz Orchestra." Paper read at the 2001 annual meeting of the Society for Ethnomusicology (SEM), Detroit, October 2001.

"The Jazz Concerto as Collaborative Work: Jim McNeely's 'Sticks.'" Paper read at the joint meeting of the Society for Music Theory (SMT) and other major music societies in Toronto, 4 November 2000.

"New York City Big Bands and the Professional Jazz Musician." Paper read at the annual meeting of the Society for Ethnomusicology (SEM) in Bloomington, IN, 24 October 1998.

"From Mardi Gras to Funk: Professor Longhair, James Brown and the Transformation of Rhythm and Blues." Paper read at joint meeting of the Society for Ethnomusicology (SEM) and the International Association for the Study of Popular Music (IASPM) in Pittsburgh, PA, October 1997.

## GRANTS AND AWARDS

Coor Collaborative Fellowship, Rethinking African Art. 2020-2021.

UVM Humanities Center Public Humanities Fellowship for sabbatical travel to Uganda. 2019.

International Travel Funds Award. College of Arts and Sciences. Travel to and residency in Uganda. Jazz Performance and Workshops; Research in Traditional Music. October and November 2019.

Interdisciplinary Experiential Engagement Award for course proposal, *Culture and Politics of Latin American Protest Music*, to be taught in collaboration with Political Science, Romance Languages, Global Studies, and Music Departments. January 2013.

Lattie F. Coor Award for International Travel to present paper and chair panel at the Society for Ethnomusicology conference (SEM) Mexico City. November 2009.

Joan Smith Faculty Research Support Award *Performing Race: Afro-Mexicans, Multiculturalism, and the "Black Pacific."*

Lattie F. Coor Award for International Travel to present paper at the Latin American Studies Association (LASA) Congress in Rio de Janeiro, Brazil. June 2009.

Fulbright Research Fellowship to Mexico, Afro-Mexican music, 2006-7.

Award for Contribution to Vermont Jazz Education, presented by Wynton Marsalis and the Flynn Center for the Performing Arts, October 2005.

UVM Arts and Sciences Dean's Fund for Faculty Development (to initiate fieldwork in the Costa Chica of Mexico), Fall 2005.

UVM Humanities Center Research Grant, Spring 2004.

UVM Global Outreach Committee Grant, March 2003.

UVM Arts and Sciences Faculty Development Grant for study in Cuba, May 2002.

2001 Barry S. Brook Award for best dissertation in music CUNY.

CUNY Dissertation Year Fellowship 1998-1999.

## MUSIC COPYRIGHT & RELATED

Expert Report in Bridgeport Music, Inc. v. Dimension Films, 410 F.3d 792 (6th Cir. 2005). Case recognized as setting new "bright line" standard for use of samples of copyrighted recordings.

Testimony in trial in Federal District Court, Nashville TN, Case No. 3:01-780, Bridgeport Music v. Universal Music. February 2007. "Atomic Dog" and "D.O.G. in Me." Affirmed by US Sixth Circuit Court of Appeals, No. 07-5596, November 4 2009. Case examined issues concerning fragmented literal similarity, originality, and fair use.

Testimony in Federal District Court, Nashville, TN Case No. 3:01-0155 involving rap artist, the Notorious B.I.G and the Ohio Players. (March 2006). Affirmed by US Sixth Circuit Court of Appeals, No. 06-6294, October 17 2007.

Testimony by Deposition (for the Plaintiff), Case No. 1:09-cv-21597-DLG (Florida Southern District Court) Kernel Records Oy v. Timothy Z. Mosley p/k/a Timbaland, UMG Recordings, Inc, et al. New York City, May 27, 2010.

Testimony by Deposition (for the Defense), Case No. 37-2008-00098508-CU-BT CTL (California Southern District Court) Sixuvus v. Victor Willis, New York City, July 7, 2010.

Testimony by Deposition (Los Angeles, September 2011). Case No. 10-CV-08123 Phoenix Phenom v. William Adams, Jr. Stacy Ferguson, et. al.

Testimony by Deposition (New York City, January 2012). Case No. SACV10-1656JST(RZx) Pringle v. William Adams, Jr. Stacy Ferguson, et. al.

Testimony by Deposition (New York City, June 3, 21, 2013). Case No. CV12-5967 VMG Salsoul, LLC v. Madonna Ciccone, Shep Pettibone, et al.

Testimony by Deposition (New York City, September 11, 2013). 11-cv-6811. Marino v. Usher.

Testimony by Deposition (Burlington, VT, May 20, 2015). RALEIGH, NC #301280 Absent Element v. Daughtry.

Testimony by Deposition (Burlington, VT, May 17, 2016) and in Trial (June 17, 2016) Federal District Court, Los Angeles Case No. 15-cv-03462 RGK (AGRx). Skidmore v. Led Zeppelin, et al.

Testimony by Deposition (New York, NY, November 3, 2017) Supreme Court of the State of New York, Index No. 650427/2016. Pai v Blue Man Group Publishing, LLC, et al.

Testimony by Deposition (New York, NY, May 30, 2018) Griffin v. Sheeran. 1:17-cv-05221 New York Southern District Court

Testimony by Deposition (Burlington, VT, January 2, 2020). Beatbox Music Pty, Ltd. v. Labrador Entertainment, et al. Case No. 2:17-cv-6108. Central District of California.

Testimony by Deposition (Burlington, VT, May 27, 2020). Smith v. Tesfaye. Case No. 2:19-cv-02507-PA-MRWx Central District of California.

**Los Angeles**: Warner Bros. Entertainment Inc.; Hiscox Insurance Co.; Clair G. Burrill P.C.; Sheppard Mullin Richter & Hampton LLP; Doniger Burroughs, APC; Pen Music Group; Microhits; Robert S. Besser Law Offices; etc.

**New York**: BMG Group; Schwartz Ponterio & Levenson, PLLC; Grubman Shire & Meiselas, P.C.; Eisenberg Tanchum & Levy; Sample Clearance Limited; Lastrada Entertainment Company; etc.

**Nashville**: King and Ballow; Riser House Entertainment, LLC; DeSalvo Law Firm, PLLC; Beckett Law Office; etc.

**Elsewhere**: K & L Gates (London); Schwartz Cooper (Chicago); Brooks Pierce (Raleigh NC); Frank & Rice (Florida); Francis Alexander, LLC (Philadelphia); Rawson Merrigan & Litner (Boston); Koepple Traylor (New Orleans); JPMC (Burlington VT); Kile Goekjian McManus (Washington DC); Arent Fox LLP (Washington DC) Gould Law Group (Chicago); Richardson Patrick Westbrook & Brickman, LLC (Mt. Pleasant SC); Hall Booth Smith & Slover (Atlanta); Miller Canfield Paddock & Stone (Detroit); King Mesdag Music Publishing Limited (United Kingdom); as well as clients in Canada, Australia, Indonesia, Hong Kong, India, United Arab Emirates, Latin America and Europe.

Classes and seminars in Music Business and Copyright (see above for details)

Symposium on Music Copyright. University of Vermont, January 2003.

## SELECTED RECORDINGS

*Early Heroes, Dan Silverman*. Section playing and solo on Chares Mingus' *The Shoes of the Fisherman's Wife*…Around the Slide Recordings 02 (2018).

Rick Davies *Thugtet* – Tenor saxophone Emlyn Music EM 1003 (2017)

Rick Davies and Jazzismo, *Salsa Norteña*, - Tenor saxophone (Recorded in Montreal 2011 (2012).

New York Jazz Repertory Orchestra, *Le Jazz Hot*, featuring Dave Liebman and Vic Juris. Planet Arts 310976 - Baritone saxophone, bass clarinet (2009).

Rick Davies and Jazzismo, *Siempre Salsa*, featuring Wayne Gorbea. Emlyn Music EM1001 - Tenor saxophone (2006).

Anne Hampton Callaway, *To Ella with Love,* featuring Wynton Marsalis, Christian McBride, Lewis Nash, Cyrus Chestnut. Touchwood Records TWCD 2006 - Tenor saxophone and clarinet (1998).

Peter Herborn, *Large*, featuring Gene Jackson, Greg Osby, Robin Eubanks, and others. Jazzline JL1154-2 – Baritone saxophone and bass clarinet (1998).

Billy Stritch, *Waters of March: The Brazilian Album*. Sin Drome SD8950 - Tenor saxophone and flute (1998).

Dave Stryker, *Nomad*, featuring Randy Brecker and Steve Slagle. Steeplechase Records SCCD31371 - Baritone saxophone and bass clarinet (1997).

Frankie Lane: *Wheels of a Dream*. Touchwood Records TWCD 2020 - Tenor saxophone, flute, and alto flute (1997).

The Bill Warfield Band, *The City Never Sleeps*. Seabreeze Records CDSB 2048 - Baritone saxophone and bass clarinet (1996).

## SELECTED PERFORMANCES: JAZZ AND LATIN

***Burlington Discover Jazz Festival Big Band*** (Music Director, Contractor, Performer)

*Birth of the Cool: Music by the Miles Davis Nonet*. Featuring Ray Vega, trumpet. Performances in June 2012 (BDJF), and in September 2012 (UVM), and May 2013 (SUNY Plattsburgh).

*Textures: Jim Hall with Brass featuring the Jim Hall Trio (Jim* Hall, guitar, Scott Colley, bass and Joey Baron, drums) with brass ensemble, Alex Stewart, conductor. Flynn MainStage, 2010 Burlington Discover Jazz Festival.

*Paquito D'Rivera Funk Tango*. Produced, co-directed, and played saxophone in concert on Flynn MainStage with 17-piece orchestra with guests: Paquito D'Rivera, alto saxophone; Diego Urcola, trumpet; Alex Brown, piano; Massimo Biocalti, bass; Mark Walker, drums; and special guest Ray Vega, trumpet. Burlington Discover Jazz Festival (1 June 2008). Reviews in *Free Press*, AllAboutJazz, and other media.

*Mary Lou Williams Resurgence* with Cecilia Smith, vibraphone and Amina Claudine, piano, 2007 Burlington Discover Jazz Festival, Flynn Center.

*Music of Jim McNeely* with special guest Jim McNeely, piano 2006 Burlington Discover Jazz Festival, Flynn Center.

*Sketches of Spain: Celebrating the Miles Davis/Gil Evans Collaboration* with trumpeter Randy Brecker and guest conductor, Joe Muccioli 2005 Burlington Discover Jazz Festival, Flynn Center.

*The Grand Wazoo: Music of Frank Zappa*, with Ernie Watts, Napoleon Murphy Brock, Ike Willis, and Ed Palermo 2004 Burlington Discover Jazz Festival, Flynn Center.

*Duke Ellington Sacred Concert*, with David Berger, Priscilla Baskerville, Paul Broadnax, and 100-voice Choir, 2003 Burlington Discover Jazz Festival, Flynn Center

***Jazz and Latin***

Solo Recital: Chasin' the 'Trane: Music of John Coltrane. UVM Southwick Recital Hall, Septenber 27, 2018.

Concert: Ray Vega & the Burlington Latin Jazz Orchestra, FlynnSpace, August 9, 2018.

Recital: Ray Vega & the Burlington Latin Jazz Orchestra, UVM Southwick Recital Hall, October 21, 2018.

Chasin' the Trane: Homage to John Coltrane, with Ray Vega, trumpet. Juniper, Hotel Vermont, 2018 Burlington Discover Jazz Festival June 7 and July 18, 2018.

Chasin' the Trane: Homage to John Coltrane, with Ray Vega, trumpet. Light Club Lamp Shop, Burlington VT, July 26, 2018

Performances of Alex Stewart Quartet on Jazz Wednesdays at Juniper (Hotel Vermont), Lamp Shop Light Club (some performances featured special guest Ray Vega, trumpet), 2018.

Featured soloist – SUNY Plattsburgh Jazz Festival December 2013.

James Harvey and Garuda – opening act for Randy Weston in Discover Jazz Festival (2004); numerous other performances around region.

Beboparaka (featuring poetry of Amiri Baraka) andJazzLit.com – jazz and poetry collaborations with UVM professors Major Jackson, Tina Escaja, John Gennari and UVM students. Performances at the Discover Jazz Festival and local venues. Coverage in the *Burlington Free Press* and *Vermont Quarterly* (2005, 2006).

Grupo Sabor (Salsa and Merengue) – Performances in UVM's Grand Maple Ballroom and Brennan's Pub for Alianza Latina (2010), Higher Ground, Burlington; Red Square; Eclipse Theater, Waitsfield; Onteora Club, New York; Burlington Latino Festival (2001-present).

Performances with UVM jazz faculty (Jeff Salisbury, Joe Capps, Paul Asbell, Patricia Julien, Ray Vega, John Rivers, Tom Cleary, Rick Davies, Steve Ferraris) at recitals, concerts, and other events (1999-present).

The Lionel Hampton Orchestra; featured artists: Dizzy Gillespie, Dee Dee Bridgewater, and others. Extensive tours of Europe and North America and appearances at major jazz festivals including: North Sea, Nice, Montreal, Newport (NY and Saratoga), Biarritz (1989-1991).
The Bill Warfield Band, The Dorsey Brothers Orchestra, David Berger, Paquito D'Rivera, Clem DeRosa, Bobby Shew, David Liebman, Andy Farber, Stan Rubin, Lew Anderson, Billy Mitchell, Roland Hanna, Lew Soloff, Randy Brecker and many more (1985-1999).

The Lehigh Valley Repertory Jazz Orchestra: *Sketches of Spain* featuring Randy Brecker, *An Evening with David Liebman*, *A Tribute to Benny Goodman* featuring Buddy DeFranco, and *Celebrating Louis Armstrong* featuring Jon Faddis (1997-2000).

***Rick Davies & Jazzismo***

Burlington Latin Jazz Orchestra, directed by Ray Vega, FlynnSpace, August 9, 2018

Featured Performer: Jazz Education Network Conference, San Diego, CA January 2015.

Workshops and concerts, Colectivo Central, Oaxaca, Mexico. June, July 2011.

With guest pianist/composer Arturo O'Farrill (and sons, Zachary, percussion and Adam, trumpet), FlynnSpace. 2010, 2011, 2012, 2013, 2014, 2015, 2017, 2017. With Jonathan Maldonado, drums, and Papo Ross, vocals and alto saxophone, 2009.

With guest artist Ray Vega, FlynnSpace (July 2003, 2004, 2005, 2006, 2007, 2008).

Appearances at SUNY Plattsburgh Jazz Festival (with Harvie S., 2002; with Chocolate Armenteros 2003; with Ray Vega 2008, 2011; with Curtis Fowlkes 2010 ); Red Square and other venues.

Oaxaca, Mexico: Colegio Teizcali, Colectivo Central, Spring 2007.

## SELECTED PERFORMANCES: POPULAR AND BLUES

Frankie Valli, Ray Charles (Sweden 1999), Mary Wells, Frankie Avalon (Atlantic City), The Drifters, Funk Filharmonik, The Funk Collection, Nick Apollo Forte, Little Wilson, Sandra Wright Band, Jimmy Branca and the Red Hot Instant Combo, Dave Grippo Funk Band, and others (1985-present).

Contractor, musical director. *Joan Rivers*. Flynn Center for the Performing Arts. April 26, 2012.

Orchestra contractor with Bernadette Peters at the Flynn Center of the Arts October 2011.

## CLINICS AND GUEST CONDUCTING

Guest Conductor, Connecticut Valley District Jazz Festival, January 30-31, 2015.

Guest Conductor, Winooski Valley Jazz Festival, February 4-5, 2010.

Adjudicator/Clinician, Vermont All-State Festival, International Association of Jazz Educators (IAJE): 2000-2003.

Guest Conductor, Nassau County (Long Island) All-County Jazz Festival, 1997.

## MEMBERSHIPS

American Musicological Society (AMS)

Society for Ethnomusicology (SEM)

Society for American Music (Sonneck)

Latin American Studies Association (LASA)

Friends of Indian Music and Dance (FIMD), Burlington VT

Burlington Discover Jazz Festival Advisory Board

# Tab 25

# Exhibit 7

EXHIBIT
15
ALEXANDER STEWART
1/20/2023
LISA MAKOWSKI, CSR

**Alexander Stewart, Ph.D. LLC**
**Rebuttal Musicology Report**

**January 8, 2023**

**Re: "Dancing with a Stranger" and "Dancing with Strangers"**

1. Assignment

I have been provided reports for the defendant by Lawrence Ferrara and Paul Geluso, as well as a report for the plaintiff by Brian Bricklin. I have reviewed these documents and my preliminary report dated January 3, 2022.

Nothing in the 283 pages of the defendants' reports changes my earlier conclusions that SS and JV are substantially similar in important lyrical and melodic expression (including rhythmic and metric placement), and structural setting and supportive harmonies of their main themes and choruses. The creative selection and arrangement of the melody, lyrics and other elements in JV are distinctive and original and this expression forms the musical core of SS.

On page 118 of the lengthy Ferrara report his findings are succinctly summarized in six short statements comprising less than a page of text. This report will address each of these statements and provide evidence to the contrary.

2. Lyric

Most of this case concerns the signature or "hook" phrase in each song, "dancing with a stranger." In paragraph 176 (p. 117) defendant's expert argues that this phrase "can be found in many songs created prior to 2015." The plaintiffs have never argued that the words "dancing with a stranger" are unique to these songs. In fact, the Stewart report identifies and analyzes several songs containing this lyric. The Ferrara report presents transcriptions of 15 songs containing this lyric. Even in his analysis, other than a few random details, none of these examples show even the remotest similarity melodically to the phrases at issue of either song in this case.

The next 26 examples of so-called prior art (examples 34-60) are missing a crucial word and contain only the words "dancing with." The word "stranger" is what makes this phrase so effective – the stark juxtaposition of the implied intimacy and physical interaction of two

individuals dancing with the isolation and separation associated with strangers. Dancing with angels, demons, memories, babies, gypsies, on a highway, on a jetty, on the canebreak, on the ceiling, in the desert, in the dark, in the shadows, in the moonlight, etc. are completely different expressions. Likewise, songs that merely contain the word "stranger" (e.g., example 45 "Candy from a Stranger" and example 57 "For a Stranger") are irrelevant.

I will return to the remaining examples (61-70) containing purported melodic similarities later in this report.

3. Harmony

In the next paragraph of his report (177), Dr. Ferrara claims that the "chords in SS share no significant…harmonic similarities with JV." This erroneous conclusion results from his apparent lack of familiarity with much contemporary music theory research. This is a vibrant and expanding field with many exciting developments resulting from the growing interest of music scholars in popular music. For most of its history, the field of musicology has been primarily focused on Western art or "classical" music and neglected the vast rich musical traditions found beyond this narrow slice of music making.[1] Over the last several decades scholars have emerged to address this challenge. As a regular attendee and presenter at the national conferences of the American Musicological Society (AMS), Society for Music Theory (SMT), Society for Ethnomusicology (SEM), I can attest from personal experience that scholarly interest in popular music has never been higher. The number of scholarly papers on related subjects at major musicology conferences, articles in leading academic journals, and book-length studies has grown exponentially.

As in many popular songs of the past decade or so, the two songs at issue in this case are built on a rotating cycles or schemas of four chords with the chords having mostly the same duration, typically one measure or four beats each. In my prior report I cited numerous articles written by scholars in popular music who have examined songs that form a part of this trend. Because chords tend to be of equal duration (no chord seems to receive greater emphasis through duration), unclear harmonic resolution (dominant/tonic), melodic constructions (most often simple pentatonic melodies - often involving non-chord tones), and the repetitive, cyclical nature of these chord sequences, scholars have noted the tonal ambiguity that characterizes some of these songs. Certainly this is an important part of their appeal. As will be seen, while there is some ambiguity as to the tonality and modality of SS, the preponderance of the evidence points to hearing it in F minor as opposed to Ab major.

Dr. Ferrara's failure to take this into account has ramifications resounding through almost all his analysis regarding not only harmonies but also including pitch sequence analysis through "scale degrees." I will return to discuss his melodic analysis after examining the harmonies of these songs.

[1] Addressing this gigantic lacuna, in his seminal book *Studying Popular Music* (Open University Press, 1990), Ricard Middleton wrote: musicology "is clearly a science which, above all others, should study popular music. With a few exceptions (mostly recent) it has not done so" (p. 103).

3a. Comparing chord sequences

In comparing two songs musicologists typically transpose songs to the same key or tonal center. As Ferrara rightly points out, relationships between musical elements remain the same. But to do this correctly one must first determine the key of each work. Ferrara states unequivocally that "The melody and harmony at the end of melodic phrases and chord progressions establish the key of Ab major in SS" (footnote p.12). However, as can be seen below, in SS even though some of the phrases do end on Ab as he points out, often the Ab chord and melodic setting is used as a pivot back the first chord of the cycle, Db major. As can be seen below, the Ab chord and melody do NOT establish the key of Ab but instead *begin* a phrase that carries into Db. As discussed further below, Ab and Db also have a V-I relationship[2] which in many settings would suggest a resolution to Db.

**Example 1.** SS measures 8-9 and 16-17




Besides mm.8-9 and 16-17, similar phrases are heard in bars 4-6; from m.32 back to m.12 on the repeat and again in mm.16-17 during the repeat. Ferrara also emphasizes that SS ends on an Ab chord and melodic pitch. In more traditional songs and in classical harmony, the final chord and melodic pitch is often taken as indicative of the key center or tonality. However, the hardness and fastness of this approach is contradicted by his analysis of JV where he finds that the first chord is determinative of the key (G minor), no phrases end on the pitch G, and the song ends with the fourth chord and bass note of the cycle (F and an F major chord), not G.

While Dr. Ferrara goes into considerable detail how he determined the key for SS he never explains how he arrived at the key of G minor for JV. I suspect that he, as did I, relied not only on the melodic content but also on the sequence of chords, particularly the third and fourth chords leading back to the first in the progression Eb – F "resolving" to G minor VI-VII-i (discussed further below, VII-i being one of the most common cadences in a minor key in popular music). It is also notable that many of the melodic phrases in the chorus of JV end on the minor third of G minor, not the root (G).

[2] In functional harmony, V-I or dominant to tonic resolution is often considered defining of tonality.

Helping to make the case that SS strongly suggests F minor, we find a similar progression in the second and third bars of the four-chord cycle in SS: VII-i (Eb major to F minor) as well as in the sixth and seventh measures where v-i (C minor to F minor) appears. These are the two most common cadences or chord sequences in minor keys, especially in contemporary popular music. I will return to this analysis in the section on Roman numerals below.

**Example 2.** The VI-VII-i progression (Db-Eb-F minor) in SS




In summary, because of the ambiguous tonality of the four-chord schema, Dr. Ferrara's analysis has a certain validity as far as it goes, but it cannot be considered the entire story. A more exhaustive analysis must also consider the alternatives. This becomes particularly apparent in a comparison of the pitch sequence of the melodies in which each note is related to the tonic (scale degree). As with Roman numerals, many scholars are reluctant to use scale degree integers in songs with ambiguous tonalities. Though I often use scale degrees in my analysis, for my preliminary report in this case I simply transposed the songs to the same pitch level, by bringing the musical expression in SS up a tone or whole step. Ferrara actually uses a similar method when he compares the two songs in their relative keys. As will be seen in example 3 below, the similarities become apparent even in his analysis when looking at the notes or pitch classes rather than scale degrees. It will also be seen that when SS is heard as being in F minor, most of the scale degrees do match.

The harmonic rhythm also serves to reinforce the perception of F minor as the tonal center. In each four-bar cycle the only chord that is displaced significantly is second chord, in this instance Eb or VII. This delayed setting of the chord on the third beat rather than the first beat (like all the other chords)[3] serves to emphasize the movement from Eb to F minor and reinforce the feeling of a VII – i resolution to a tonic.

Melodically, during the intro and verse, the phrases clearly emphasize the key of F minor as seen below:

[3] Occasionally a chord anticipates the downbeat by a half beat which is a much less significant departure from the regular harmonic rhythm.

Example 3. Intro and part of first verse SS




Additionally, in the melody of the chorus, F is by far the most common tone with 18 occurrences in each chorus (compared to 6 of Ab). F is also the "central tone" in the overall ambitus or melodic range during the chorus. Finally, the main melodic figuration consists of the interval of a perfect fifth C- F or 5-1 repeated three times over the VI-VII-i chords strongly reinforcing the sense of F minor. While the melody in the fourth bar does eventually work its way down to Ab, rather than feeling like a point of rest, or resolution to the tonic, based on our previous experience, this Ab and the underlying Ab chord retain a certain instability. We expect the pivot back to Db and the Db-Eb-F minor or VI-VII-i sequence.

3b. Roman numeral analysis

As Dr. Ferrara explains, in *tonal* harmonic analysis, Roman numerals are often used to represent the chords built on the different scale degrees with lower case letters indicating minor and upper-

case letters representing major. In the natural minor or Aeolian mode, the diatonic harmony (chords using only pitches within the scale) is represented as follows:
i ii° III iv v VI VII

Here are the equivalencies of Roman numerals and chord names in G minor:

i = G minor
ii° = A diminished
III = B-flat major
iv = C minor
v = D minor
VI = E-flat major
VII = F major

The four-chord schema or cycle heard in SS is similar to a construction music theorists have labeled an "axis progression." As the scholar Mark Richards notes, "These types of progressions have become staples of mainstream popular songs from the last decades of the twentieth century and the first decades of the twenty-first." They are characterized by a tonal ambiguity in which the Aeolian (minor) mode and the major mode are conflated. Obviously, the choice of which numerals to use in this analysis will be determined by the choice of the tonic, since all chords relate back to it. For this reason, Richards further suggests that "Roman numerals, which remain fixed to a tonal center, are unsuitable labels for its chords."[4] For this reason I avoided using numerals in my preliminary analysis.

However, if we consider SS in the key of F minor (rather than Ferrara's key of Ab major), we see that the Roman numerals are almost the same and that the two songs do indeed share most of their harmonies, the only different chord being the presence of a III chord in SS.[5]

b) Harmony

Basic chord sequences in Roman numerals (both songs in minor)

| | |
|---|---|
| SS | VI VII i III |
| JV | i v VI VII |
| | |
| SS | VI v i III |
| JV | i v VI VII |

Once again, contrary to Ferrara's claim that "not one chord is shared between JV and

[4] Mark Richards, "Tonal Ambiguity in Popular Music's Axis Progressions," *Music Theory Online,* Society for Music Theory 23(3) (2017) , p. 1.
[5] Noting that it "can be tonally ambiguous," Lavengood and Hughes refer to this cycle (VI-VII-i-III) as the "hopscotch schema" because the chords ascend by step, step, skip.
https://viva.pressbooks.pub/openmusictheory/chapter/4-chord-schemas/

SS Choruses [sic.]" (paragraph 38, p.14), *all* the chords except one are shared, the only chord that appears in SS that is not also in JV is III.

With this analysis in mind, we can disregard Ferrara's sweeping generalizations that SS and JV "are in different keys and in different modalities." (p. 12) and his detailed analysis over the following pages including his 14 bullet points in para 38 (pp. 14-15) and 9 bullet points in paragraph 41 (p.16) that rely on his tonic or key note of Ab, his complete disregard of this important trend in contemporary popular music, and his ignoring of strong indications of F minor.

As discussed earlier, chord ordering can also be an important factor in the suggestion of tonal centers since certain progressions strongly suggest a key. This type of analysis is also neglected by Dr. Ferrara.

In minor, two of the most common cadences or chord orderings that help establish a sense of resolution to the tonic are v - I and VII – i. These pairings are found in both songs as seen here and both support the hearing of the songs in minor keys:

| | |
|---|---|
| SS (F minor) | VI **VII i** III VI **v i** III |
| JV | i v VI **VII i** v VI VII |

In major, the most common cadence or chord sequence helping to establish the tonic or key note is V-I in which the root movement is either a descending fifth or an ascending fourth.[6] As we saw before (example 1) the only place in the cycle where this type of movement happens is in SS between the last and the first chords Ab to Db. In SS, the chord preceding the fourth chord (Ferrara's choice of tonic) is always F minor. F minor to Ab major, in which the root movement is a third, is not considered as strongly suggestive of key.

Once again, as noted in my prior report, a simple rotation of the chords yields an almost identical cycle over eight bars:

| | |
|---|---|
| SS (transposed) | Eb F G- Bb Eb D- G- Bb |
| JV | Eb F G- D- Eb F G- D- |

It is essential to recognize that, as is the case in many contemporary songs that are built on similar 4-bar, 4-chord cycles, while JV seems more firmly grounded in G minor an analysis that completely ignores the minor modal qualities of SS is bound to fail.

[6] Perfect fourths (P4) and fifths (P5) are intervals or distances between two pitches. A fourth denotes two pitches four scalar steps apart and a fifth, five steps apart. Because a P4 and P5 have an inverted relationship, an ascending 4th and a descending 5th actually define the same pitch classes, in this case Ab and Db.

4. Melodies

Melody is defined as "pitched sounds in musical time" or the "interaction of rhythm and pitch." The Harvard and Oxford dictionaries of Music further explain that, along with pitch, duration (rhythm) is an essential element in the formation and recognition of melodies. While we may separate these elements for the purposes of analysis, it is essential to remember that *both* are the defining characteristics of melody and that when comparing two melodies (as when searching for similar songs or "prior art") *both* must be taken into consideration simultaneously.

4a Pitch sequence

The importance of the rather lengthy and technical discussion of key centers or tonality above also becomes apparent when looking at Dr. Ferrara's analysis of the melodies. Here his depiction of the differences in the pitches evaporates when approached with a deeper understanding of the tonal ambiguity in much contemporary popular music. Dr. Ferrara's analysis of the pitches in the melody relates every pitch back to the tonic or first degree of the scale. Since, as I explained, SS strongly suggests the key of F minor (or G minor when transposed up a step), an analysis that is based on hearing SS as in a minor key (F minor) results in an very different picture than one based on the choice of the relative major, A-flat. In my analysis I refrained from substituting integers for the pitches in order to avoid this issue, and simply transposed SS to the same pitch level as JV to compare the pitch classes.

For the basic signature phrases of the hooks, Dr. Ferrara submits the following pitch sequences on p.31:

**Example 4.** Ferrara pitch sequence analysis (Ferrara Music Example 11, p. 36 Ferrara Report, Nov. 30, 2022)



**Parallel Keys**




**Example 5.** Stewart pitch sequence analysis in G minor




As can be easily seen here, much as in the harmonic analysis, choosing a different tonic or key note yields a very different result in the integers set to scale degrees.

Major Key (Ferrara Example 12, pp. 38-39 and elsewhere):
JV 7665443
SS 53332211

Minor key (VI-VII-i-III schema)
JV 7665443
SS 75554433

Instead of none of the integers or scale degrees aligning, now most do.

In my preliminary report I avoided numbers and simply compared pitch classes once both works had been transposed to the same pitch level. Except for his numbers, Ferrara has essentially done the same in his example quoted above when he compares the two hooks in their relative keys. Most of the notes match.

4b. Melodic rhythm

Besides pitch, rhythm and duration are the other essential characteristics of melody. A pitch sequence by itself is not a melody. In his conclusion Dr. Ferrara admits that along with the melodic contour the “melodic rhythm of some of the notes are the same.” (p. 111 para 178)
As can be seen above in example 5, in both songs, the same syllables are emphasized with longer durations “Danc-” and “strang-” The first syllable “Danc-” is sustained the same duration of one beat (placed as an anticipation of beat one on the “and” of four) and “stran-” is treated similarly

lasting a full beat and placed on beat four). All the other syllables are placed identically as a series of eighth notes. Other iterations have minor variations.

5. Prior Art (Music only and Sam Smith songs)

Dr. Ferrara's long list of so-called prior art continues with 10 songs with purportedly similar melodies but none of the lyrics at issue. His analysis of examples 61-70 all depend on his suspect analysis of scale degrees discussed above. Examples 71-76 are songs that Sam Smith has recorded. Again, there is some fragmentary similarity depending on how the pitch sequences are analyzed, but none of course, contain the signature lyric. Melodic contours and rhythms are mostly different. There is no discussion of harmonies.

6. Corrections

In paragraph 5a of my preliminary report the tempos indicated were slightly off (109bpm and 120bpm) When compiling the report I relied on transcriptions I had prepared several months earlier. Apparently I mistook the time stamps as tempo markings. The time stamps and the tempo markings are typically placed in a similar location, above the first measure of piece or an example. I have attached my initial transcription (Attachment A) to this report where it can be seen that the chorus of SS begins at 1:09 and the chorus of JV begins at 1:20. These were timings, not tempos. Checking the tempo of a piece is relatively straightforward, and, unless the tempo fluctuates, can be easily determined. I agree with the tempos as set forth by Mr. Geluso in his report.

There is also a typo in paragraph 5d. In example 1, the hook in SS is identified as being transposed up a whole step or tone, but the text in 5d describes JV as being transposed up a step. This is simply a typo.

7. Conclusions

In my analysis I have found significant similarities in the musical expression of these two songs. As laid out in my first report, this expression is valuable both quantitatively and qualitatively in each song and includes some of the underlying harmonies as well as the melodic setting of the signature phrase or hook, "Dancing with a stranger." It is highly unlikely that the similarity in the creative selection and arranging of these elements is coincidental. The prior art cited by defendant's musicologist is unpersuasive. None of the many examples are nearly as similar to SS and JV as SS and JV are to each other.

Respectfully,

Alexander Stewart, Ph.D. LLC

Attachments

A Preliminary transcription of SS and JV choruses

# Dancing with a Stranger



# Tab 26

# Exhibit 8

EXHIBIT
DEFENDANT'S 29 SS 1/24/23
exhibitsticker.com

Rebuttal Report of Brian Bricklin

"Sound and Color, LLC v. Samuel Smith et al.

## I. INTRODUCTION

1. I started my career in the music business in 1970 as a 10-year old musician and songwriter. By the age of 16, I had records released in England, Canada, Spain and Italy and by 1983, had signed a major label record deal with A&M Records (and again in 1998 to Sire/Warner Brothers Records). I have been elected two times to the Board of Governors for the Recording Academy, Philadelphia Chapter (GRAMMYS). I was also appointed two times to the Craft Committee determining final nominations for the GRAMMY award Best Engineered Recording, Non-Classical. As a songwriter and performer, I have songs in hit movies like "Bill & Ted's Excellent Adventure," "Coming Soon" and MTV's "Election" as well as music in many commercials and TV shows. Throughout my career as an Artist, I worked with renowned Grammy winning engineers and producers. As time progressed, music production and audio engineering became my passion. By 1990 I was producing and engineering recordings for international release. I have produced, recorded and mixed songs that have charted nationally like The Voice's Matt McAndrew, "View From the Pines." Recent musical clients include Jon Anderson of the band Yes and jazz phenom, Mole Street Artist Luke Carlos O' Reilly. In addition to music production and recording, I am part of the Faculty of Drexel University's Music Industry Program and part of the Plymouth Performing Arts Center's, Musical Theater Productions. As an audio engineer, I am a live sound engineer for The Philadelphia Eagles, Phillies, Union, Temple and Villanova Universities and have toured internationally, mixing live sound for concerts in clubs, theaters and stadiums. Additionally, I have served as an expert witness in multiple copyright infringement cases. A true and correct version of my CV is **attached as Exhibit 1**. I am being compensated at the rate of $400/hour for report writing and $500/hour for testimony.

## II. SUMMARY OF ASSIGNMENT

2. This report is a rebuttal report to the expert reports of Dr. Lawrence Ferrara and Paul Geluso, and also examines those topics already addressed in my December 1, 2022 Declaration which includes an analysis of the Pro Tools production by Defendants and independent creation. I have been retained by Francis Alexander LLC to give an expert opinion on the production, songwriting, and engineering of the two songs "Dancing With a Stranger," including the

similarities between the two songs and also to provide opinions on the creative songwriting process, and whether Defendants' song were independently created and/or relied on preexisting material.

## III. ANALYSIS - METHODS

3. I have reviewed Defendants' production in this case, including the Pro Tools files that were provided by Defendants and multiple additional audio files for the analysis of this report.

- Dr. Ferrara's Expert Report
- Paul Geluso's Expert Report
- Dr. Stewart's Expert Report
- Dr. Stewart's Rebuttal Report
- Plaintiff Registered Deposit Copy Dancing With Strangers – Jordan Vincent
- Dancing With A Stranger – Sam Smith and Normani
- Defense Production
- Plaintiff's Production
- Various audio files and Pro Tools Multi-track Sessions for both songs provided by counsel
    - Audio files contained in the Pro Tools Session folders

4. Pro Tools is software that allows an artist or producer to record and mix music. Pro Tools uses audio files and session files when creating an overall Project. A session file is the actual software program itself, which allows for the manipulation of the audio files. The session files link to audio files, allowing the user to manipulate the audio in wide variety of manners. There can be many session files in a project showing the different stages of a song's creation. Generally, all audio used in a Pro Tools Project are saved in a default folder. However, outside audio files can also be used if properly linked to Pro Tools.

5. A session file is comprised of multiple different tracks, which usually draw from underlying audio files. These tracks manipulate the audio files and form component parts of an overall musical piece. The tracks, although themselves only containing parts of the song, can be played in coordination with each other to create a full song.

6. Critical listening incorporates honing in on the technical and physical aspects of the music. Elements like frequency response, dynamic range, tone, and how the instruments and individual elements blend together are all part of the equation. Additionally, other properties like pitch,

tempo and how items appear in the stereo image, all go into "mix" while formulating opinions based on Critical Listening. With 30+ years of experience analyzing sound, I believe in this process and it is an industry standard for experts to contrast sound recordings. To be blunt, simply because one has ears does not give them the training and experience necessary to analyze and evaluate music in a technical sense.

## IV. ANALYSIS OF PRO TOOLS PROJECT

7. Initially, upon opening the Pro Tools Project that Defendants produced, and examining the session files (files with a .ptx extension), I ascertained that one the tracks called "Vocod" was not playing.

8. I examined the program data and was able to ascertain why it was not playing. Specifically, the Vocod track in Pro Tools was linked to an audio file named "Vocod.wav." In other words, for the Vocod track to play in Pro Tools it must be able to find and link to this audio file named "Vocod.wav." A .wav file is a type of audio file.

9. I can state with 100% professional certainty that no file named "Vocod.wav" is present in Defendants' production. Defendants did not produce these files.

10. The audio files were not in the default audio folder, nor anywhere else in Defendants' production. Pro Tools cannot link to an absent file.

11. I was able to identify where the Vocod.wav file resides. The metadata shows that the file in question was located not in the default folder, but in defendant Mikkel Eriksen's hardrive: "Macintosh HD: Users: mikkeleriksen: Dropbox (Stellar House): SG Masters: Mixes: Sam Smith." Its duration is 2:52:427. Below is a screenshot I took of the displayed metadata as Pro Tools tried to relink to the above-mentioned file "Vocod.wav." I've reproduced an image, **attached as Exhibit 2**.

12. Pro Tools is also trying to relink to a file called "Vocod.wav" in the folder "SG Masters: Mixes: Sam Smith." Below is a screenshot I took of the displayed metadata as Pro Tools tried to relink to the above-mentioned file "Vocod.wav."

13. According to the metadata, the one file resides on an unproduced hard drive on a Macintosh computer under the username of defendant Mikkel Eriksen, and another on a similarly named hard drive. These appear to be identical files. Image **attached as Exhibit 3**.

14. I was asked to review both the November 1, 2022 response of defense counsel to

plaintiff's counsel after it was raised that the Vocod track does not play and the files are missing, and also the Nov. 17, 2022 response of defense counsel after the specific missing audio files were identified. Defense counsel first claimed in a November 1, 2022 letter that the Pro Tools software on which Defendants' production was being examined (by myself) did not have the right "plug ins" or settings. **Attached as Exhibit 4** is an exchange of letters between counsel in October and email exchanges in November 2022.

15. This explanation does not make sense. The Vocod track in the session file is not playing because Defendants failed to produce the audio files. As such, Pro Tools cannot link to the file which was not produced. One of Defense counsel's emails does, however, confirm that the unproduced Vocod.wav file was used in the creation of Defendants' "Dancing With a Stranger."

16. I was later provided an audio file by Plaintiff's Counsel. It was an audio file named Vocod.wav. I was told Defendants Counsel eventually submitted the file to them and that they now acknowledge its existence. This eventual production of evidence, after forceful assertions from Defendants counsel that no content was being withheld, reinforces the fact that what the Defendants have provided, was and is not, a complete production of evidence.

17. Defendants previously claim this file was produced and that specific software plugins were required to play the file. The late production of this file shows that to be untrue and, that the Pro Tools project, was incomplete. As my Declarations explains, the Defendants song was based on pre-existing material that was not produced and was not in the Pro Tools Project. I also noted in that Declaration, that there is an unproduced Pro Tools Project that was used by Defendants in on-line videos to demonstrate how they created their song.

18. For Defendants experts to come to a conclusion on independent creation or the relevance of prior art, without having examined the preexisting material used to create the Defendants song, is not legitimate. I need to review the unproduced Pro Tools project, the preexisting material, and the full contents of the Sam Smith folder to which the produced Project was linking.

## V. ANALYSIS OF DEFENSE EXPERT REPORTS

19. I've reviewed Dr. Ferrara and Paul Geluso reports and I disagree with their conclusions.

20. In contemporary, modern pop music the hook is the part of the song that would be considered an "earworm." It is what people recall, want, and what drives engagement and record sales. The part, melodically or lyrically, and usually a combination of both, that is instantly

memorable. To me, this is the most critical issue in this case.

21. In **Exhibit 5 (Image attached)**, we see audio files of both Sam Smith (SS) and Jordan Vincent's (JV) isolated vocal performance from one of the times "the hook" appears in the songs - the lyrically identical line - "Dancing with a Stranger." This line appears multiple times in both recordings. This was created from the master Pro Tools Session files for each recording.

22. **Listen to attached audio file, Exhibit 6**, JV's audio has been tempo and pitch matched:

- From 122 beats per minute (bpm) to 103 bpm
- The key of G minor to F minor
- SS panned Left – JV panned Right

23. When comparing the melody lines of the two "hooks," with the exception of the length of the last note (JV extends longer than SS), they are strikingly similar. There are two passing notes that differ, but it is inconsequential, as they are part of the descending melody line. The lyric and melody of the "hook" are virtually identical when played at the same tempo and key.

24. In **Exhibit 7** (**Image attached**),we see the same comparison of JV's to Normani's vocal track as to SS. **Listen to attached audio file, Exhibit 8**. The same conditions apply here; JV's file is tempo and pitch matched, Normani is panned Left, JV is panned Right. Again the same outcome, the hooks sound identical.

25. In **Exhibit 9, (Image attached)** we see 3 measures of isolated drums/percussion from each of the Pro Tools master session for SS and JV. I created these audio files from the session files provided by counsel. **Listen to attached audio file, Exhibit 10**. The JV drum file is panned Left and was tempo matched from 122 bpm to 103 bpm. The SS drum file is panned Right. You can instantly hear these 2 play perfectly in sync with matching feels. It's obvious that all general percussive elements and feel are identical in these 2 recordings.

26. In **Exhibit 11, (Image attached)** we see the 3 bar drum files from each recording and JV, SS and Normani's isolated vocal performance of "the hook." **Listen to attached audio file, Exhibit 12.** SS, Normani, and SS Drums are panned Left, JV and JV Drums are panned Right. You can clearly hear the lyric and melody of the "hook" are nearly identical, and the feel of the groove is the same.

27. On page 6 of Mr. Geluso's report, he discusses an issue with pitch shifting and a perceived error in Dr. Stewart's report. Regardless, none of what Mr. Geluso states about his findings is a

valid metric for determining whether SS infringed on JV's song.

28. On page 104 of his report, Dr. Ferrara's discusses prior art and descending melody lines in SS's music. The evidence of passing notes in SS's prior music has no bearing on the fact that the two "hooks" of these two recordings are strikingly similar melodically, and lyrically identical. Nowhere can I find evidence that the prior art listed in his report, is applicable to either the Plaintiff or Defendant in creation of the songs. JV's and SS's melody to the lyric, "Dancing with a Stranger" is virtually identical. JV's came first. JV's lyrics, laid over his vocal melody, laid over the beat form a unique, novel and creative piece of art that is not included in the prior art referenced in his report. The only prior art I see that's applicable here is JV's, as I conclude it was used in the creation of SS's.

29. In examining Defendants' production I also observe that there is no evidence of the song's genesis, its creation, or the creative songwriting process.

30. The most significant part of the song is the lyrics and melody of the hook/chorus which drives and defines the song. There is no evidence of any creative songwriting process in the Pro Tools project produced by Defendants; it merely shows Sam Smith and Normani performing fully realized lyrics with a vocal melody. They were performing a fully completed song which is analogous to Karaoke. The evidence supports that their performances were based on preexisting material.

31. With a reasonable degree of professional certainty it is clear that the song was based on previously composed, fully realized lyrics and vocal melodies and preexisted the Pro Tools project by Defendants. There is no evidence to support melody or lyrics were created during the recording process.

32. However, in the vocal performance done by Smith in the produced Pro Tools project, Smith asks an unknown person(s) how to sing the song's melody in two of the audio files: Mic_02 and Mic.03_05.

33. In Mic_02 he says "And then I come in there, yeah?" indicating Smith was uncertain about how to sing the song and needed direction from someone. The metadata shows that this audio file was created on 8/7/2018 at 10:52 pm. It is the first take of Sam Smith evidenced in the Pro Tools Project, displaying he was not familiar with the preexisting composition and needed guidance. **Listen to attached audio fie, Exhibit 13.**

34. In Mic.03_05 Smith says "Wait, is that the melody?" indicating he was unsure how to sing the song, and was asking for guidance. This audio file was created on 8/7/2018 at 11:00 pm, eight minutes after the first take was recorded. **Listen to attached audio fie, Exhibit 14.**

35. With a reasonable degree of professional certainty I conclude based on these statements by Smith in the audio files that there was a preexisting musical composition and lyrics given to Sam Smith to sing on or around August 7, 2018. This is consistent with the Pro Tools project audio files given to Plaintiff.

## VI. SUMMARY

36. From review of all of the materials I've been provided, I can state with 100% professional certainty that Defendants' production does not include audio files showing the creation of the vocal melody or lyrics of "Dancing With a Stranger," and that no creative songwriting process is evidenced in the Pro Tools files.

37. Contrary to both Mr. Geluso and Dr. Ferrara summaries, I find striking similarities between the two compositions. Particularly the melody and lyric of the "hook." The age-old music executive phrase, "don't bore us, get to the chorus…" shows how important the hook is to a song's DNA and value. I find JV's song to be unique in selection and arrangement and this selection and arrangement to be present in Defendants song. When you reduce the Defendants song to its most valuable elements, they came from Jordan Vincent.

38. I disagree with Dr. Ferrara and Paul Geluso conclusions on independent creation and prior art. Defendant's song was not independently created. The songs are strikingly similar and similarities could not have been a coincidence, and, the prior art identified is not relevant.

39. I offer all my conclusions and opinions with a reasonable degree of professional certainty.

Respectfully Submitted,

Brian Bricklin

Brian Bricklin

Date: January 9, 2023

**Exhibit List**

1. Exhibit 1 - Brian Bricklin CV - PDF
2. Exhibit 2 – Vocod Missing – IMAGE
3. Exhibit 3 – Vocod Missing – IMAGE
4. Exhibit 4 – Letter_Email Exhange - PDF
5. Exhibit 5 – SS_JV Isolated - IMAGE
6. Exhibit 6 - SS_JV Hook Comparison - AUDIO
7. Exhibit 7 - Normani_JV Isolated - IMAGE
8. Exhibit 8 - Normani_JV Hook Comparison - AUDIO
9. Exhibit 9 - Isolated Drums Percussion - IMAGE
10. Exhibit 10 - Drums Percussion Comparison - AUDIO
11. Exhibit 11 - Drums Percussion and Vocals - IMAGE
12. Exhibit 12 – Drums Percussion_SS_Normani_JV - AUDIO
13. Exhibit 13 – Mic_02 - AUDIO
14. Exhibit 14 – Mic.03_05 - AUDIO