UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-01508-WLH-AS | Date | September 11, 2026 |
| Title | Sound and Color, LLC v. Samuel Smith, et al. | | |
| Present: The Honorable | WESLEY L. HSU, United States District Judge | | |

| | |
|---|---|
| Claudia Garcia-Marquez | CourtSmart |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| Alfred J. Fluehr<br>Jordan Vincent, Party Representative | Peter J. Anderson<br>Eric H Lamm |

**Proceedings: MOTION FOR SUMMARY JUDGMENT [204] (Held and Completed)**

The matter was called, and counsel stated their appearances. The Court heard oral argument. Defendants' Motion for Summary Judgment was taken UNDER SUBMISSION, and a written order will issue. The stay of damages discovery remains in effect pending the Court's ruling.

-- : 40

Initials of Deputy Clerk cgm